# EXHIBIT 1

US010372793B2

## (12) United States Patent
### Arav

(10) **Patent No.:** **US 10,372,793 B2**
(45) **Date of Patent:** **\*Aug. 6, 2019**

(54) **HYPERLINK WITH GRAPHICAL CUE**

(71) Applicant: **Aloft Media, LLC**, Longview, TX (US)

(72) Inventor: **Gal Arav**, Raanana (IL)

(73) Assignee: **ALOFT MEDIA, LLC**, Longview, TX (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/243,044**

(22) Filed: **Jan. 8, 2019**

(65) **Prior Publication Data**

US 2019/0147020 A1    May 16, 2019

### Related U.S. Application Data

(63) Continuation of application No. 16/056,487, filed on Aug. 6, 2018, which is a continuation of application No. 14/224,002, filed on Mar. 24, 2014, now Pat. No. 10,042,823, which is a continuation of application No. 12/334,068, filed on Dec. 12, 2008, now Pat. No. 8,682,961, which is a continuation of application No. 11/384,957, filed on Mar. 20, 2006, now Pat. No. 7,529,795.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 15/16* | (2006.01) |
| *G06F 17/22* | (2006.01) |
| *G06Q 10/10* | (2012.01) |
| *G06F 3/0484* | (2013.01) |

(52) **U.S. Cl.**
CPC ...... *G06F 17/2235* (2013.01); *G06F 3/04842* (2013.01); *G06Q 10/107* (2013.01)

(58) **Field of Classification Search**
CPC ................................................... G06F 17/2235
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,983,245 A | \* | 11/1999 | Newman | G06F 17/2235 715/205 |
| 6,564,213 B1 | | 5/2003 | Ortega et al. | |

(Continued)

#### OTHER PUBLICATIONS

Zakas, Nicholas "Make Life Easy With Autocomplete Textboxes", Sitepoint webpage, Sep. 16, 2003, available at https://webcache.googleusercontent.com/search?q=cache:sCxOuuDijOgJ:https://www.sitepoint.com/life-autocomplete-textboxes/+&cd=1&hl=en&ct=clnk&gl=us.

(Continued)

*Primary Examiner* — Gerald A Smarth
(74) *Attorney, Agent, or Firm* — Patrick E. Caldwell, Esq.; The Caldwell Firm, LLC

(57) **ABSTRACT**

A system, method, and computer program product are provided for causing display of a first set of representations of a first set of hyperlinks. In operation, a first input from a user is received indicating a selection of one of the first set of hyperlink representations and causes, in response to receiving the first input, display of a second set of representations of a second set of hyperlinks. Further, a second input from the user is received indicating a selection of one of the second set of hyperlink representations, and causes, in response to receiving the second input, navigation to a destination specified by the selected one of the second set of hyperlink representations.

**30 Claims, 8 Drawing Sheets**



**US 10,372,793 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,704,727 | B1 | 3/2004 | Kravets | |
| 7,032,183 | B2 | 4/2006 | Durham | |
| 7,035,864 | B1 | 4/2006 | Ferrari et al. | |
| 7,647,312 | B2 | 1/2010 | Dai | |
| 8,438,487 | B1 | 5/2013 | Lin-Hendel | |
| 8,539,024 | B2 | 9/2013 | Smit et al. | |
| 9,348,911 | B2 | 5/2016 | Egendorf et al. | |
| 10,042,823 | B2 | 8/2018 | Arav | |
| 10,078,623 | B2 | 9/2018 | Arav | |
| 2001/0038395 | A1* | 11/2001 | Holtzblatt | G06F 16/9558 715/854 |
| 2002/0010639 | A1 | 1/2002 | Howey et al. | |
| 2004/0205514 | A1* | 10/2004 | Sommerer | G06F 17/212 715/205 |
| 2006/0020615 | A1* | 1/2006 | Keohane | G06F 16/9558 |
| 2006/0075347 | A1* | 4/2006 | Rehm | G06F 3/16 715/727 |
| 2006/0090142 | A1 | 4/2006 | Glasgow et al. | |
| 2010/0205547 | A1* | 8/2010 | Boegelund | G06F 3/0482 715/760 |
| 2014/0315179 | A1* | 10/2014 | DeGross | G09B 7/06 434/362 |
| 2019/0034391 | A1 | 1/2019 | Arav | |

OTHER PUBLICATIONS

Archived Website, "Bloglines," archived Jan. 26, 2005, available at https://web.archive.org/web/20050126160350/http://www.bloglines.com:80/blog/pretsel.

Archived Website, "CSS / DHTML Hybrid Navigation Bar," archived Apr. 10, 2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php.

Archived Website, "Live Request : XMLHttpRequest and You," archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request.

Archived Website, "Live Request Zip Folder," archived Oct. 19, 2004, available at https://web.archive.org/web/20050421062822/http://creatimation.net/extra/live-request/live-request.zip.

Archived Website, "Live Search HTML page," archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://www.creatimation.net:80/journal/live-request.

Archived Website, "Live Update Demo," archived Mar. 15, 2005, available at https://web.archive.org/web/20050315035633/http://www.papermountain.org:80/static/live_update_demo.rb.html.

Archived Website, "PaperMountain Live Updater Js," archived Mar. 16, 2005, available at https://web.archive.org/web/20050316112910/http://www.papermountain.org:80/static/liveUpdater.js.

Archived Website, "pure CSS menus," archived Apr. 11, 2003, available at https://web.archive.org/web/20030411094446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html.

Archived Website, "XMLHttpRequest Demo," archived Mar. 23, 2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/.

Archived webpage, "Macromedia Flash MX 2004," Mar. 5, 2005, available at https://web.archive.org/web/20050306024404/http://www.macromedia.com:80/software/flash/.

Archived Website, "(mt) Media Temple," archived Jun. 3, 2003, available at https://web.archive.org/web/20030603184613/http://www.mediatemple.net:80/services/webhosting/, last accessed Dec. 11, 2017.

Archived Website, "About this page," archived Nov. 19, 2002, available at https://web.archive.org/web/20021119135440/http://www.surguy.net:80/menu/index.html.

Archived Website, "Auto Complete Javascript text field," archived Mar. 10, 2005, available at https://web.archive.org/web/20050310050127/http://www.vonloesch.de:80/node/18.

Archived Website, "Cool CSS Menu," archived Dec. 23, 2004, available at https://web.archive.org/web/20041223100517/http://javascriptkit.com:80/script/script2/coolcssmenu.shtml.

Archived Website, "Creating a Textbook with JavaScript Auto-Complete," archived Aug. 13, 2004, available at https://web.archive.org/web/20040813010032/http://www.webreference.com:80/programminglavascript/gr/column5/index.html.

Archived Website, "Drop-down Menus, Horizontal Style," archived Jul. 1, 2004, available at https://web.archive.org/web/20040701070926/http:/www.alistapart.com:80/articles/horizdropdowns/.

Archived Website, "Dynamic HTML Menu Trees," archived May 1, 1999, available at https://web.archive.org/web/19990501040932/http:/developer.netscape.com:80/docs/examples/dynhtml/tree.html.

Archived Website, "MacroMedia," archived Mar. 6, 2005, available at https://web.archive.org/web/20050306034424/http://www.macromedia.com:80/software/Dreamweaver, last accessed Dec. 11, 2017.

Archived website, "Macromedia," Mar. 6, 2005, available at https://web.archive.org/web/20050306034424/http:/www.macromedia.com:80/software/Dreamweaver.

Archived Website, "PGA Championship" Dec. 31, 2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004.

Archived Website, "PGA Championship," archived Dec. 31, 2004, available at https://web.archive.org/web/20041231004608/www.pga.com/pgachampionship/2004, last accessed Dec. 11, 2017.

Archived Website, "Pure CSS Menus," archived Jul. 1, 2004, available at https://web.archive.org/web/20040701021837/http:/www.meyerweb.com:80/eric/css/edge/menus/demo.html.

Archived Website, "RadioShack," archived Feb. 11, 2004, available at https://web.archive.org/web/20040211113445/http:/www.radioshack.com:80/.

Archived Website, "RadioShack," archived Mar. 19, 2005, available at https://web.archive.org/web/20050319030241/http:/www.radioshack.com:80/, last accessed Dec. 11, 2017.

Archived Website, "Son of Suckerfish Dropdowns," archived Jun. 15, 2004, available at https://web.archive.org/web/20040615072300/http:/www.htmldog.com/articles/suckerfish/dropdowns/.

Archived Website, "Sons of Suckerfish," archived Jun. 3, 2004, available at https://web.archive.org/web/20040603230612/http://htmldog.com/articles/suckerfish/.

Archived Website, "Suckerfish Dropdowns," archived Nov. 18, 2003, available at https://web.archive.org/web/20031118185224/http:/www.alistapart.com:80/articles/dropdowns.

Archived Website, "Take a tour of the Dreamweaver MX 2004 features," archived Jul. 15, 2004, available at http://web.archive.org/web/20040715001246/http:/www.macromedia.com:80/software/dreamweaver/productinfo/features/.

Archived Website, "This uses just CSS 2 to turn nested lists into a working menu and does NOT use any JavaScript," archived Mar. 24, 2003, available at https://web.archive.org/web/20030324200540/http:/www.howtocreate.co.uk/tutorials/testMenu.html.

Archived Website, "YADM—Yet another dynamic menu," archived Sep. 17, 2004, available at https://web.archive.org/web/20040917085709/http:/www.onlinetools.org:80/tools/yadm/.

Arguelles, Tony, "Building a DHTML Drop Down Menu with Dreamweaver," InformIT, Oct. 25, 2002, available at http://www.informit.com/articles/article.aspx?p=29835.

Brower, Stewart, "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) Oct. 2004, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC521512/.

Jukka "Yucca" Korpela, "Navigational pulldown menus in HTML," published Mar. 1, 2003, available at http://jkorpela.fi/forms/navmenu.html, last accessed Dec. 11, 2017.

Lisa Wollin, "Creating a drop-down list that links to other pages," MSDN Archive, Aug. 19, 2004, available at https://blogs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/, last accessed Dec. 11, 2017.

Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, Dec. 2004, available at https://msdn.microsoft.com/en-us/library/office/aa218659(v=office.11).aspx, last accessed.

**US 10,372,793 B2**

Page 3

(56)            **References Cited**

OTHER PUBLICATIONS

Lisa Wollin, "Creating a JavaScript Drop-Down Menu in FrontPage," Microsoft Corporation, Dec. 2004, available at https://msdn.microsoft.com/en-us/library/aa218659(v=office.11).aspx, last accessed Dec. 11, 2017.

Patrick Griffiths and Dan Webb, "Suckerfish Dropdowns," published Nov. 7, 2003, available at https://alistapart.com/article/dropdowns, last accessed Dec. 11, 2017.

Professional CSS: Cascading Style Sheets for Web Design, 1st Edition (Wrox: Jul. 29, 2005), by Christopher Schmitt et al., ISBN-13 978-0764588334.

Referenced Page, "HTMLDog," date unknown, available at http://www.htmldog.com/articles/suckerfish/bonesi, last accessed Dec. 11, 2017, page referenced on https://alistapart.com/article/dropdowns, last accessed Dec. 11, 2017.

Rigby, Nick "Drop-Down Menus, Horizontal Style" alistapart, Jun. 29, 2004, available at https://alistapart.com/article/horizdropdowns.

Rigby, Nick, "Drop-Down Menus, Horizontal Style," Jun. 29, 2004, available at https://alistapart.com/article/horizdropdowns.

Schmitt et al, "Professional CSS—Cascading Style Sheets for Web Design", Wiley Publishing, 434 pages, published Jul. 28, 2005.

Stewart M. Brower "Academic health sciences library Website navigation: an analysis of forty-one Websites and their navigation tools," J Med Libr Assoc 92(4) Oct. 2004, pp. 412-420.

Ton Arguelles, "Essential Macromedia Dreamweaver for Web Professionals," Prentice Hall, 368 pages, Published Dec. 15, 2001.

Tony Arguelles "Essential Dreamweaver 4 for Web Professionals" 2002 ISBN-10: 0130315729ISBN-13: 978-0130315724 ASIN: B00V0Y4C18.

Tony Arguelles, "Building a DHTML Drop Down Menu with Dreamweaver," Oct. 25, 2002, available at http://www.informit.com/articles/article.aspx?p=29835, last accessed Dec. 11, 2017.

WayBackMachine, homepage for Arkitrave, http://www.arkitrave.com:80/, captured Mar. 28 2004, available at https://web.archive.org/web/20040328084551/http://www.arkitrave.com:80/.

WayBackMachine, homepage for Chevrolet, http://www.chevrolet.com:80/, captured Jan. 1, 2005, available at Ittps://web.archive.org/web/20050101085416/http://www.chevrolet.com:80/.

WayBackMachine, homepage for Marriott, http://shopmarriott.com:80/index.aspx/, captured Nov. 25, 2005, available at https://web.archive.org/web/20051125000055/http://shopmarriott.com:80/indexaspx.

WayBackMachine, homepage for Walmart, http://www.walmart.com:80/, captured Mar. 21, 2004, available at https://web.archive.org/web/20040321210247/http://www.walmart.com:80/.

Webpage, "Drop Down Menu Sample—2 Menus (or more)" retrieved Oct. 12, 2018, available at http://www.echoecho.com/sampledropdown.htm.

Webpage, "Drop Down Menu," EchoEcho.com, retrieved Oct. 12, 2018, available at http://www.echoecho.com/htmlforms11.htm.

Webpage, "How is JavaScript different from Java," retrieved Oct. 12, 2018, available at https://wwwjava.cornien/download/faq/java_javascriptxml.

Webpage, "Html Forms Drop Down Menu," EchoEcho.com, retrieved Oct. 12, 2018, available at http://www.echoecho.com/tooldropdown.htm.

Webpage, "Navigational pulldown menus in HTML" Mar. 1, 2003, available at http://jkorpela.fi/forms/navmenu.html.

Webreference webpage, "Creating a Textbox with JavaScript Auto-Complete", Apr. 6, 2004, available at http://webreference.com/programming/javascript/gr/column5/index.html.

Wollin, Lisa " Creating a JavaScript Drop-Down Menu in FrontPage" Microsoft Corporation, Dec. 2004, available at https://docs.microsoft.com/en-us/previous-versions/office/developer/office-2003/aa218659(v=office.11).

Wollin, Lisa "Creating a drop-down list that links to other pages," MSDN Archive, Aug. 19, 2004, available at https://logs.msdn.microsoft.com/lisawoll/2004/08/19/creating-a-drop-down-list-that-links-to-other-pages/.

Zakas, Nicholas "Creating an Autosuggest Textbox with JavaScript, Part 2" UCLA course resource, Apr. 2004, available at http://web.cs.ucla.edu/classes/winter15/cs144/projects/javascript/suggest2.html.

Archived Website "Son of Suckerfish Dropdowns" archived Nov. 25, 2005, available at https://web.archive.org/web/20051125083251/htmldog.com/articles/suckerfish/dropdowns/.

Archived website, "Suckertish" archived Nov. 25, 2005, available at https://web.archive.org/web/20051125081404/htmldog.com/articles/suckerfish/dropdowns/example/bones3.html.

U.S. Appl. No. 16/056,491.

Archived Webpage, "CNET", archived Mar. 1, 2005 available at https://web.archive.org/web/20050301011005/http://www.cnet.com/2001-1_1-0.html.

Blog, A List Apart, Eric Shepherd "Hybrid Css Dropdowns" Mar. 30, 2005 available at https://web.archive.org/web/20050401043047/http://www.alistapart.com/articles/hybrid/.

Archive Website "Lucent" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601010217/http://www.lucent.com/.

Archive Website, "Intel.com" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601085413/http://www.intel.com/.

Archived Website "The Wall Street Journal Online" archived Jun. 1, 2005, available at http://web.archive.org/web/20050601154824/http://online.wsj.com/publicius.

Archived Website "TV Guide" archived May 31, 2005, available at http://web.archive.orgiweb/20050531224613/http://tvguide.com/.

Archived Website, "TI Semiconductors" archived May 31, 2005, available at http://web.archive.org/web/20050531235140/http://www.ti.com/.

Archived Webpage, "pure CSS menus," archived Apr. 11, 2003, available at https://web.archive.org/web/2003041109446/http://www.meyerweb.com:80/eric/css/edge/menus/demo.html.

Archived Website, "CSS / DHTML Hybrid Navigation Bar," Brothercake, archived Apr. 10, 2003, available at https://web.archive.org/web/20030410141237/http://www.brothercake.com:80/scripts/navmeister/page.php.

Archived Website, "Live Request : XMLHttpRequest and You," Creatimation, Archived Oct. 19, 2004, available at https://web.archive.org/web/20041019013459/http://creatimation.net:80/journal/live-request.

Archived Website, "Suckerfish Dropdowns," A List Apart, archived Nov. 18, 2003, available at https://web.archive.org/web/20031118185224/http://www.alistapart.com:80/articles/dropdowns.

Archived Website, "XMLHttpRequest Demo," PaperMountain, Archived Mar. 23, 2005, available at https://web.archive.org/web/20050323073452/http://www.papermountain.org/demos/live/.

* cited by examiner

U.S. Patent

Aug. 6, 2019

Sheet 1 of 8

US 10,372,793 B2



FIG. 1

Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 6 of 282 PageID #: 50



FIG. 2

U.S. Patent    Aug. 6, 2019    Sheet 3 of 8    US 10,372,793 B2



FIG 3



**FIG. 4A**



FIG. 4B

**U.S. Patent**     Aug. 6, 2019     Sheet 6 of 8     US 10,372,793 B2



FIG. 4C

U.S. Patent    Aug. 6, 2019    Sheet 7 of 8    US 10,372,793 B2

FIG. 5A

U.S. Patent

Aug. 6, 2019

Sheet 8 of 8

US 10,372,793 B2



FIG. 5B

US 10,372,793 B2

# 1

## HYPERLINK WITH GRAPHICAL CUE

### RELATED APPLICATIONS

The present application claims priority to and is a continuation of U.S. application Ser. No. 16/056,487 filed Aug. 6, 2018, which in turn is a continuation of U.S. application Ser. No. 14/224,002 filed Mar. 24, 2014, now issued under U.S. Pat. No. 10,042,823, which is a continuation of U.S. application Ser. No. 12/334,068 filed Dec. 12, 2008, now issued under U.S. Pat. No. 8,682,961, which is a continuation of U.S. application Ser. No. 11/384,957 filed Mar. 20, 2006, now issued under U.S. Pat. No. 7,529,795, both of which are incorporated herein by reference and which, in turn, incorporate by reference U.S. Provisional Application Ser. No. 60/784,141 filed Mar. 20, 2006 and U.S. Provisional Application Ser. No. 60/784,140 filed Mar. 20, 2006, all of which are incorporated herein by reference.

### BACKGROUND

### Field of the Invention

The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

### Related Art

Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow. For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

Textual hyperlinks have proven to be extremely useful and powerful tools. In fact, in the first incarnation of the World Wide Web, web pages could only contain text. In such web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

Some have attempted to address these problems with textual representations of hyperlinks by using graphical

# 2

representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of providing the user with a clearer indication of the hyperlink's destination. On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination. Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

### SUMMARY

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. **2** is a flowchart of a method performed by the system of FIG. **1** according to one embodiment of the present invention; and

FIG. **3** is a window displayed by the message board aggregation system of FIG. **1** according to one embodiment of the present invention.

FIGS. **4A-4C** are illustrations of a graphical user interface text input control for use in assisting in the completion of text input by a user according to embodiments of the present invention.

FIGS. **5A-5B** are illustrations of web page hyperlinks displayed by embodiments of the present invention.

### DETAILED DESCRIPTION

Referring to FIG. **1**, a dataflow diagram is shown of a message board aggregation system **100** according to one embodiment of the present invention. Referring to FIG. **2**, a flowchart is shown of a method **200** performed by the system **100** of FIG. **1** according to one embodiment of the present invention. Referring to FIG. **3**, a window **300** displayed by the message board aggregation system **100** of FIG. **1** is illustrated according to one embodiment of the present invention.

In general, the window **300** shown in FIG. **3** contemporaneously displays a table **302** containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content **304** corresponding to a message represented by one of the

US 10,372,793 B2

3

entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-m are illustrated. For ease of illustration and explanation, each of the message boards 102a-m is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-n; message board 102b includes a set of messages 104b, including messages 108a-n; and message board 102m includes a set of messages 104m, including messages 110a-n. In practice, the message boards 102a-m may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards 102a, 102b, and 102m are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-m is shown in FIG. 1 as including the same number of messages n, the number of messages may vary among the message boards 102a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards 102a-m is illustrated in FIG. 1 as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-n). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-m will be referred to herein as "external" message boards in relation to the aggregation server 112. As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-m and 114, and displays content from the aggregated messages in the web page 300.

Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-m and 114 to display aggregated

4

message content in the window 300. A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112. The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202). The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316. Note, however, that the user 142 may select more than one source message board.

In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

The user 142 selects a particular message board topic to view (step 204). The user 142 may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field 312 and clicking button 314. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list. For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum. If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312. More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field 312. The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112. In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206). In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114. This is not, however, a requirement of the present invention. The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-m.

Note further that any subset of the external message boards 102a-m may be selectable as a source by the user 142. Such a subset may, for example, consist of all of the external message boards 102a-m, any one of the message boards 102a-m, or any combination of fewer than all of the message boards 102a-m.

US 10,372,793 B2

5

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user 142. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message Titles," which always displays the titles of the messages summarized in the table 302. The table 302 also includes, however, a second column 322b having content that may-be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302. Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table 302 may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210). For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 1-20; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212). For example, the message content units 132 may include a content unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120. Each of the message content units 132 may include information only for the fields specified by the field selections 122, but this is not required. The

6

message content units 132 may, for example, include extracted information for fields other than those specified by the field selections. The message content units 132 may include all of the information that was extracted in step 206.

As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3). In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302. When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed-in the frame 308.

The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-m or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216).

The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corre-

US 10,372,793 B2

7                                                                8

sponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328 containing additional summary information about the source message 304. In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112. This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed.

Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page 300 may allow the user 142 to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message. When the user 142 clicks the button 330, a web page may be displayed which allows the user 142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-m. In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308. When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112. Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

Message summaries in the message table 302 may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user 142 with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page 300 illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308. This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner

US 10,372,793 B2

9

advertisement **332** for a financial services firm is shown on the web page **300** in FIG. **3**. Note, however, that the web page **300** (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement **332** in FIG. **3**. For example, the aggregation server **112** may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip **328** in FIG. **3**) in a static object (such as a text box) in the same location as but instead of the advertisement **332** for premium (i.e., paid) users. The web page **300**, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message, as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server **112** extracts certain information from source message boards to produce the message content units **132**. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user **142** may be allowed to sort the aggregated message summaries displayed in the message table **302** by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table **302** may be

10

color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table **302** may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser **140** is not limited to any particular web browser application. The web browser **140** may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network **138** in FIG. **1** is labeled as the "Internet," the web browser **140** and aggregation server **112** may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

US 10,372,793 B2

**11**

Referring to FIG. **4A**, an illustration is shown of a graphical user interface text input control **400** for use in assisting in the completion of text input by a user according to one embodiment of the present invention. The control **400** includes a text input field **402** into which the user may type text.

In the particular embodiment illustrated in FIG. **4A**, the text input field **402** is used for entering either the name of a company or the stock ticker symbol of the company. The text input field **402** may, for example, be implemented in a financial message board aggregation web site of the kind described in the above-referenced patent application entitled "Message Aggregator", now issued under U.S. Pat. No. 7,529,795. The text input field **402**, however, may be used for entering text of any kind, and is not limited to use in any particular kind of computer program (such as a web browser).

For purposes of the following discussion, however, assume that the text input field **402** is used to enter either the name of a company or the stock ticker symbol of the company. The program that provides the text input field **402** may maintain a list of ticker-name tuples. For example, one tuple may include the stock ticker symbol "AAP" and the name of the company having that stock ticker symbol, namely "Advance Auto Parts Inc." Another tuple may, for example, include the stock ticker symbol "AAPH" and the name of the company having that stock ticker symbol, namely "American Petro-Hunter Inc." Yet another tuple may, for example, include the stock ticker symbol "AAPL" and the name of the company having that stock ticker symbol, namely "Apple Computer Inc."

In the particular example illustrated in FIG. **4A**, the user has begun to type the text "aap". As the user types, the program that provides the text input field **402** may attempt to match the text that the user has typed so far against any of the text in the tuples maintained by the program. For example, the program may attempt to match the text typed by the user so far against both the stored list of stock ticker symbols and the list of corresponding company names.

If the program determines that the text typed by the user so far matches any of the text in a particular tuple, the program may indicate such a match to the user. For example, if the program determines that the text typed by the user so far matches either the stock ticker symbol or the company name of a particular tuple, the program may indicate to the user that a match has been found. If matches are found with text in multiple tuples, the program may indicate to the user that multiple matches have been found.

In the particular embodiment illustrated in FIG. **4A**, any matches are indicated to the user by displaying a list of matching tuples, consisting of the stock ticker name followed by the company name (in parenthesis) of each matching tuple. For example, in FIG. **4A**, the text typed so far by the user ("aap") matches three stock ticker symbols ("AAP", "AAPH", and "AAPL"). The program therefore displays the text **408a-c** of the three matching tuples in the list **406a**. It should be appreciated that the contents of the list may change as the user continues to type additional characters in the text input field **402** or as the user deletes previously-typed characters in the text input field **402**.

Furthermore, the subset of each text item in the list that matches the input text may be visually emphasized. For example, in FIG. **4A**, the text "AAP" may be highlighted (such as by color coding) in each of the matching text strings **408a**, **408b**, and **408c**. Highlighting the matching text in this way enables the user to quickly recognize the basis of each match, thereby enabling the user to quickly determine

**12**

whether any of the displayed text strings **408a-c** corresponds to the company for which the user was searching.

In the particular example illustrated in FIG. **4A**, the text **404a** typed by the user in the text input field **402** only matches stock ticker symbols in the set of stored tuples. Referring to FIG. **4B**, an example is illustrated in which the text **404b** ("appl") typed by the user matches company names (e.g., "Apple Computer Inc.", "Applied Biosystems Group", and "Applied Digital Solutions") instead of stock ticker symbols. The list **406b** displayed in FIG. **4B**, therefore, includes text **410a-j** corresponding to tuples having company names that match the typed text **404b**. Although the list **406b** is sorted by stock ticker symbol, the list **406b** may be organized in any manner. For example, the list **406b** may be sorted by company name. Note that the list **406b** displayed in FIG. **4B** may be generated dynamically while the user types the text **404b** in the same manner as described above with respect to the list **406a** of FIG. **4A**, namely by attempting to match the text **404b** against both stock ticker symbols and company names.

Referring to FIG. **4C**, an example is illustrated in which the text **404c** ("del") typed by the user matches both ticker symbols (i.e., "DEL", "DELL", and "DELT") and company names (i.e., "Delcath Systems Inc.", "Delta Capital Technologies Inc.", "deltathree Inc.", "Delhaize Group (ADR)", "Delta Financial Corp.", and "Delphi Financial Group Inc."). The list **406c** displayed in FIG. **4C**, therefore, includes both text **412a-c** corresponding to tuples having ticker symbols that match the typed text **404c** and text **412d-j** having company names that match the typed text **404c**.

Although the list **406c** includes two sections—one for matching ticker symbols and one for matching company names—the list may be organized in any manner. For example, the list **406c** may be a single list sorted by company name or ticker symbol.

Once a list of matching tuples has been displayed (such as any of the lists **406a-c** illustrated in FIGS. **4A-4C**), the program may allow the user to select a tuple from the list to complete the text being typed in the text input field **402**. For example, if the user clicks on an item in the list, the program may fill in the text field **402** with the stock ticker symbol of the tuple selected by the user. Note, however, that when the user selects a tuple from the list, the program may fill in the text field **402** with a stock ticker symbol even though the user had begun to type a company name, or vice versa. The user may also select more than one of the output strings by using the shift or control key while selecting a subset of the desired output strings.

The techniques disclosed herein may be used to reduce the number of keystrokes required to be input by the user. This may save the user effort and enable the user to use the corresponding computer program more quickly. For example, in comparison, conventional financial portal web sites typically provide a "symbol lookup" feature that allows a user to find the stock ticker symbol for a company by typing the company's name, and then clicking on a "find" button.

Examples of existing financial portal web sites, some of which provide some form of "symbol lookup" feature, but which do not include the kind of lookup features disclosed herein, include: http://moneycentral.msn.com/investor/common/find.asp?NextPage=/detail/sto-ck quote, http://finance.yahoo.com/lookup, http://money.cnn.com/quote/lookup/index.html, http://www.marketwatch.com/tools/quotes/lookup.asp, http://clearstation.etrade.com/cgi-bin/symbol search, http://www.marketcenter.com/std/search.action, http://www.marketcenter.com/std/toolbox.jsp, http://www-

US 10,372,793 B2

13

.quote.com/qc/lookup/symbol search.aspx, http://www-.wallstreettape.com/charts/custom/symbol-lookup.asp, http://online.wsj.com/public/us, http://online.barrons.com/public/main, http://bigcharts.marketwatch.com/symbol-lookup/symbollookup.asp, http://www.esignalcentral.com/support/symbol/default.asp, http://www.hoovers.com/free/, http://www.bloomberg.com/apps/tkrlookup, http://www2.barchart.com/lookup.asp, http://stockcharts.com/index.html, http://tools.thestreet.com/tsc/quotes.html?pg=qcn&, http://www.earningswhispers.com/tickerlookup.asp, http://www.whispernumber.com/index.jsp, http://www.google.com, http://quote.morningstar.com/TickerLookup.html, http://www.fool.com, http://www.siliconinvestor.com, http://www.investorshub.com, http://www.ragingbull.com, http://www.boardcentral.com, http://www.briefing.com/, http://www.newyorktimes.com, http://www.washingtonpost.com, http://www.boston.com, http://www.ft.com, http://news-.bbc.co.uk/, http://www.inc.com, http://www.forbes.com, http://www.fortune.com, http://research.businessweek.com/ticker/create_ticker.asp, http://www.etrade.com, http://www.ameritrade.com, http://www.schwab.com, http://www.scottrade.com, http://www.sharebuilder.com, and http://www.vanguard.com, http://seekingalpha.com/, http://portfolios.abcnews.go.com/guotes/getQuote, http://www.investorvillage.com/home.asp, http://www.tickertech.com/cgi/?a=lookup, http://www.investors.com/symbol.asp, http://www.cboe.com/DelayedQuote/Symbol.aspx, http://personal.fidelity.com/research/stocks/content/stocksind ex.shtml?bar=c, http://www.quicken.com/investments/tsl/, http://www.globeinvestor.com/static/hubs/lookup.html, http://www.usatoday.com/money/search-tips.htm, http://stockhouse.com/, http://www.thelion.com/, http://www.island.com/, http://www.zacks.com/, http://www.troweprice.com/common/indexHtml3/0,0,htmlid=38,00.html, http://www.amex.com/?href=/quickquote/SymbolLookup.jsp, http://www.nasdaq.com, http://www.nyse.com/, http://www.londonstockexchange.com/en-gb/, http://www.euronext.com, http://www.tsx.com/, http://www.asx.com.au/, http://www.advfn.com, http://www.mldirect.ml.com, http://www.foxnews.com/business/index.html, http://www.quickandreilly.com/, http://www.economist.com/index.html, http://www.kiplinger.com/, http://www.pennystock.com/, http://www.wallstreetselect.com/, http://www.sec.gov/edgar.shtml, http://www.edgar-online.com/, http://freeedgar.com/, http://www.thedeal.com, http://www.investools.com, http://www.activetradermag.com/, http://www.traders.com/, and http://www.ipohome.com.

The techniques disclosed herein may also provide the user with a beneficial degree of flexibility. For example, the techniques disclosed herein provide the user with the flexibility to type either a stock ticker symbol or a company name, depending on the user's preference, or depending on which of the two the user remembers most easily. The user, therefore, is not limited to a particular mode of input dictated by the program. This may make the program easily usable by different classes of users, such as both those users who are sophisticated stock traders (and therefore likely to remember stock ticker symbols) and less sophisticated users (who are likely to remember company names rather than symbols). More generally, the techniques disclosed herein reduce the need for the user to rely on his memory to provide necessary textual input.

It is to be understood that although the invention has been described above in terms of particular embodiments, the

14

foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain examples described herein use stock ticker symbol and company name as the categories of text strings stored in n-tuples, the techniques disclosed herein may be applied to text strings representing any categories of content. For example, company sector (or other means of categorizing a company) is another example of a category of content to which the techniques disclosed herein may be applied.

Although particular examples disclosed herein involve the use of pairs of text strings, such pairs are merely special cases of n-tuples, in which n=2. The techniques disclosed herein may be applied more generally, to n-tuples where n>1. Furthermore, the text in the tuples may be of any kind and have any relationship to each other. For example, although stock ticker symbols typically have some textual similarity to the corresponding company names, this is not required. For example, an n-tuple may include a person's name and the person's street address, in which case there may be no textual similarity between the various text strings in the n-tuple.

In certain examples disclosed herein, the text typed by the user is matched against the beginning (leading characters) of text in the n-tuples. This is not, however, a requirement of the present invention. Rather, matching may be performed by comparing any subset of the text typed by the user against any subset of the n-tuple text. Furthermore, matching need not be performed against all elements in an n-tuple, or in the same manner against all elements in an n-tuple. For example, if n=3, matching may be performed against two rather than three of the text strings in the n-tuple. Although certain examples disclosed herein provide the user with an indication of matches by displaying a list of all text in matching n-tuples, this is not a requirement of the present invention. Rather, matches may be displayed in a form other than a list. Furthermore, displayed matches need not display all of the text in matching tuples. The user may be allowed to select a matching tuple using any kind of input mechanism.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

Although the concept of an n-tuple is used herein, the techniques disclosed herein may be implemented without storing data in structures organized as n-tuples. Rather, the techniques disclosed herein may be implemented using any kind of data structure, such as linked lists. The data against which the user input is matched may be pre-stored, downloaded over a network connection, generated on-the-fly, or produced, stored, and processed in any suitable manner.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the

US 10,372,793 B2

15                                                          16

input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

For example, referring to FIG. 5A, a web page 500 is shown according to one embodiment of the present invention. The web page 500 includes a first frame 502a displaying a first set of textual hyperlink representations 504a, and a second frame 502b displaying the contents of another web page.

In the embodiment illustrated in FIG. 5A, the first set of hyperlink representations 504a includes hypertext 506a-h. In this example, the hypertext 506a-h includes text representing categories of news web sites. For example, hypertext 506a ("World News") represents the category of world news web sites, hypertext 506b ("Business News") represents the category of business news web sites, and so on. The particular number, selection, and categorization of hypertext 506a-h shown in FIG. 5A is provided merely as an example and does not constitute a limitation of the present invention.

The hyperlink representations 504a enable the user to access the underlying hyperlinks to external websites by hovering over selecting any of the hypertext 506a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 506a-h or by hovering a mouse cursor over one of the hypertext links 506a-h.

In response to receiving a selection of one of the hypertext links 506a-h from the user, the web page 500 displays a second set of hyperlink representations 504b. In the particular example illustrated in FIG. 5A, the user has clicked on or hovered the mouse cursor over hypertext 506h ("Stock Research"). In response, the web page 500 has displayed the second set of hyperlink representations 504b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 508a-l represents a hyperlink to a stock research web site. More specifically, in the embodiment illustrated in FIG. 5A, each of the hyperlink representations 508a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 508a is the logo of www.big-charts.com, and the hyperlink representation 508a acts as a link to www.bigcharts.com.

Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 508a-l, the web browser displays the destination of the selected hyperlink in the frame 502b. For example, if the user selects hyperlink representation 508a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 502b.

Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of the first set of hyperlinks 506a-h. For example, as shown in FIG. 5B, when the user selects hyperlink 506d ("UK News"), the web page 500 displays a set 504c of hyperlink representations 510a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 504a of links 506a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 504a of links 506a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 500, and then quickly displayed to the user without requiring additional accesses to the server.

The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator", now issued under U.S. Pat. No. 7,529,795.

One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 504b and 504c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the follow-

US 10,372,793 B2

17                                                    18

ing, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

The first set of hyperlinks **504***a* may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

What is claimed is:

1. A method, comprising:

providing a web page including a set of one or more representations of one or more menu items and a set of one or more representations of one or more hyperlinks, the web page configured to:

cause display of the set of one or more representations of one or more menu items of the web page without any images being used in the display of the set of one or more representations of one or more menu items in connection with the web page, and with the set of one or more representations of one or more hyperlinks being initially hidden and taking the form of hypertext including one or more textual representations of one or more hyperlinks,

allow receipt of a first input, in the form of hovering, that indicates a selection of one of the set of one or more representations of one or more menu items, the receipt of the first input being implemented without Asynchronous-JavaScript-and-XML (AJAX),

cause, in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, display of the set of one or more representations of one or more hyperlinks, such that the set of one or more representations of one or more hyperlinks is displayed in a menu in a same window as the one of the set of one or more representations of one or more menu items, and at least partially below the one of the set of one or more representations of one or more menu items,

allow receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and

cause, in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, navigation to a destination corresponding to the one of the set of one or more representations of one or more hyperlinks, for causing display of at least a portion of content associated with the destination simultaneously with another instance of the set of one or more representations of one or more menu items, so as to allow review of the another instance of the set of one or more representations of one or more menu items and review of another instance of the set of one or more representations of one or more hyperlinks while the at least portion of content is simultaneously displayed, for use in causing additional navigation to at least one additional destination and display of at least a portion of additional content which is simultaneously displayed with yet another instance of the set of one or more representations of one or more menu items; and

causing storage of the web page.

2. The method of claim **1**, wherein the absence of any images in the display of the set of one or more representations of one or more menu items reduces a download time associated with a pre-download of the set of one or more representations of one or more hyperlinks with the web page.

US 10,372,793 B2

19

**3**. The method of claim **1**, wherein the set of one or more representations of one or more hyperlinks is displayed so as to overlap at least a portion of a content section of the web page.

**4**. The method of claim **1**, wherein use of the one or more textual representations minimizes an amount of data required to pre-download the set of one or more representations of one or more hyperlinks with the web page.

**5**. The method of claim **1**, wherein the another instance of the set of one or more representations of one or more menu items is displayed in a first portion of another web page associated with the destination, the at least portion of content associated with the destination is displayed in a second portion of the another web page, and at least part of the first portion including at least a portion of another instance of the set of one or more representations of one or more hyperlinks overlaps at least part of the second portion.

**6**. The method of claim **1**, wherein a distance between multiple of the set of one or more representations of one or more hyperlinks remains constant before and after the display of the set of one or more representations of one or more hyperlinks.

**7**. The method of claim **1**, wherein the receipt of the first input is implemented without AJAX for improving a speed of the receipt of the first input and the display of the set of one or more representations of one or more hyperlinks.

**8**. The method of claim **1**, wherein each instance of the receipt and the display causation is performed without invoking AJAX.

**9**. The method of claim **1**, wherein an entirety of the web page is generated without using Java.

**10**. The method of claim **1**, wherein the first input is capable of including the hovering, or clicking.

**11**. The method of claim **1**, wherein the hovering permits a user to more quickly view different sets of one or more representations of different sets of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items.

**12**. The method of claim **1**, wherein the hovering permits a user to more quickly view and hide the set of one or more representations of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over the one of the set of one or more representations of one or more menu items and subsequently move the cursor off of the one of the set of one or more representations of one or more menu items.

**13**. The method of claim **1**, wherein the hovering permits a user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items and subsequently move the cursor off.

**14**. The method of claim **1**, wherein at least one of:

the set of one or more representations of one or more menu items includes a set including a single representation of a single menu item;

the web page includes a single web page;

the web page is one of a plurality of web pages;

the one or more representations of one or more hyperlinks is displayed below and to a side of the one of the set of one or more representations of one or more menu items;

the one of the set of one or more representations of one or more hyperlinks is displayed immediately below the one of the one of the set of one or more representations of one or more menu items;

20

the one or more representations of one or more hyperlinks is displayed below the one of the set of one or more representations of one or more menu items, by the one or more representations of one or more hyperlinks being displayed at a first level that is below a second level that the one of the set of one or more representations of one or more menu items is displayed;

the one or more representations of one or more hyperlinks is displayed below the one of the set of one or more representations of one or more menu items, by the one or more representations of one or more hyperlinks being displayed on a first y-axis plane that is below a second y-axis plane that the one of the set of one or more representations of one or more menu items is displayed;

the one or more representations of one or more hyperlinks is displayed below the one of the set of one or more representations of one or more menu items, by the one or more representations of one or more hyperlinks being displayed at a first location on an x-axis on a first y-axis plane that is below a second location on the x-axis on a second y-axis plane at which the one of the set of one or more representations of one or more menu items is displayed;

the at least portion of content is different from the at least portion of additional content;

the at least portion of content is the same as the at least portion of additional content;

the set of one or more representations of one or more hyperlinks is displayed in the menu in a first frame of the same window, and the one of the set of one or more representations of one or more menu items is displayed in a second frame of the same window;

the set of one or more representations of one or more hyperlinks and the one of the set of one or more representations of one or more menu items, are displayed in the same frame of the same window;

the set of one or more representations of one or more hyperlinks and the one of the set of one or more representations of one or more menu items, are displayed in the menu;

the set of one or more representations of one or more hyperlinks and the one of the set of one or more representations of one or more menu items, are displayed in different menus;

other one or more portions of the web page other than the set of representations of one or more menu items include images;

the one or more menu items include one or more hyperlinks;

other one or more portions of the web page other than the set of representations of one or more menu items, including the content, include images;

other one or more portions of the web page other than the set of representations of one or more menu items, including the set of one or more representations of one or more hyperlinks, include images;

images other than the any images are pre-downloaded with the web page;

images are pre-downloaded with the web page for use in the display of the set of representations of one or more hyperlinks;

the second input includes the hovering;

additional input other than the first input and the second input, includes the hovering;

the hovering results in a visual emphasis;

the hovering results in content display;

US 10,372,793 B2

21

the hovering results in display of at least a portion of content that was previously hidden;

each instance of the set of one or more representations of one or more menu items is identical;

the another instance of the set of one or more representations of one or more menu items has at least one difference with respect to the set of one or more representations of one or more menu items;

the another instance of the set of one or more representations of one or more menu items and the set of one or more representations of one or more menu items, are displayed with different content;

the yet another instance of the set of one or more representations of one or more menu items, the another instance of the set of one or more representations of one or more menu items, and the set of one or more representations of one or more menu items, are each displayed with different content;

the yet another instance of the set of one or more representations of one or more menu items, the another instance of the set of one or more representations of one or more menu items, and the set of one or more representations of one or more menu items, are identical in at least one respect;

the yet another instance of the set of one or more representations of one or more menu items, the another instance of the set of one or more representations of one or more menu items, and the set of one or more representations of one or more menu items, are different in at least one respect;

each instance of the set of one or more representations of one or more hyperlinks is identical;

the another instance of the set of one or more representations of one or more hyperlinks has at least one difference with respect to the set of one or more representations of one or more hyperlinks;

the another instance of the set of one or more representations of one or more hyperlinks and the set of one or more representations of one or more hyperlinks, are displayed with different content;

the web page is configured to cause the navigation by providing a selectable link thereto;

the web page is configured to cause the navigation by allowing use of a selectable link thereto;

the destination includes another web page;

the destination includes another web page on a same website;

the set of one or more representations of one or more menu items and the at least portion of content is simultaneously displayed in separate frames;

the set of one or more representations of one or more hyperlinks are pre-downloaded with the web page by being downloaded prior to the first input;

the web page is part of a system including a server;

the web page is part of a system including a server on which the web page is stored and from which the web page is served;

the web page is part of a system including a server;

the web page is part of a system including a user computer to which the web page is served and stored;

the web page is stored on a user computer;

the web page is stored on a server; or

the at least a portion of the content includes a text item.

15. A method, comprising:

creating content for populating a web page, the web page including a set of one or more representations of one or

22

more menu items and a set of one or more representations of one or more hyperlinks, and configured to:

cause display of the set of one or more representations of one or more menu items of the web page, with the set of one or more representations of one or more hyperlinks being initially hidden,

allow receipt of a first input, in the form of hovering, that indicates a selection of one of the set of one or more representations of one or more menu items, the receipt of the first input being implemented without Asynchronous-JavaScript-and-XML (AJAX),

cause, in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, immediate display of the set of one or more representations of one or more hyperlinks, such that the set of one or more representations of one or more hyperlinks is displayed in a menu in a same window as the one of the set of one or more representations of one or more menu items,

allow receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and

cause, in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, navigation to a destination corresponding to the one of the set of one or more representations of one or more hyperlinks, for causing display of at least a portion of additional content associated with the destination simultaneously with another instance of the set of one or more representations of one or more menu items, so as to allow access to the set of one or more representations of one or more menu items and access to the set of one or more representations of one or more hyperlinks while the at least portion of additional content is simultaneously displayed with the another instance of the set of one or more representations of one or more menu items; and

causing storage of the web page.

16. The method of claim 15, wherein the set of one or more representations of one or more hyperlinks is displayed so as to overlap at least a portion of a content section of the web page.

17. The method of claim 15, wherein the another instance of the set of one or more representations of one or more menu items is displayed in a first portion of another web page associated with the destination, and the at least portion of additional content associated with the destination is displayed in a second portion of the another web page, and at least part of the first portion including at least a portion of another instance of the set of one or more representations of one or more hyperlinks overlaps at least part of the second portion.

18. The method of claim 15, wherein the receipt of the first input is implemented without AJAX for improving a speed of the receipt of the first input and the display of the set of one or more representations of one or more hyperlinks.

19. The method of claim 15, wherein an appearance of letters of the set of one or more representations of one or more hyperlinks does not change in response to user input.

20. The method of claim 15, wherein the hovering permits a user to more quickly view different sets of one or more representations of different sets of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items.

US 10,372,793 B2

23

21. The method of claim 15, wherein the hovering permits a user to more quickly view and hide the set of one or more representations of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over the one of the set of one or more representations of one or more menu items and subsequently move the cursor off of the one of the set of one or more representations of one or more menu items.

22. The method of claim 15, wherein the hovering permits a user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items and subsequently move the cursor off.

23. A method, comprising:

providing content for at least one web page, the at least one web page including a set of one or more representations of one or more menu items and a set of one or more representations of one or more hyperlinks, and the at least one web page configured to:

cause display of the set of one or more representations of one or more menu items of the at least one web page, without any images being used in the display of the set of one or more representations of one or more menu items, and with the set of one or more representations of one or more hyperlinks being initially hidden and taking the form of hypertext including one or more textual representations of one or more hyperlinks,

allow receipt of a first input, in the form of hovering, that indicates a selection of one of the set of one or more representations of one or more menu items,

cause, in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, display of the set of one or more representations of one or more hyperlinks,

allow receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks, and

cause, in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, display of a destination corresponding to the one of the set of one or more representations of one or more hyperlinks, the destination including at least a portion of additional content displayed simultaneously with the set of one or more representations of one or more menu items, so as to allow use of the set of one or more representations of one or more menu items while the at least portion of additional content is simultaneously displayed with the set of one or more representations of one or more menu items.

24. The method of claim 23, wherein letters of the one or more textual representations do not change in response to particular user input.

25. The method of claim 23, wherein the hovering permits a user to more quickly view different sets of one or more representations of different sets of one or more hyperlinks, as compared to clicking, by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items.

26. The method of claim 23, wherein the destination includes at least one other web page.

24

27. The method of claim 23, wherein the destination includes at least one other web page of a website that hosts the at least one web page, where the set of one or more representations of one or more menu items of the web page and the set of one or more representations of one or more menu items of the at least one other web page, appear identical despite being displayed with different content.

28. The method of claim 23, wherein the hovering permits a user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items and subsequently move the cursor off.

29. A method, comprising:

providing content for a web page, the web page including web page code, a set of one or more representations of one or more menu items, and a set of one or more representations of one or more hyperlinks;

causing, using the web page code of the web page, display of the set of one or more representations of one or more menu items of the web page, without any images being used in the display of the set of one or more representations of one or more menu items, and with the set of one or more representations of one or more hyperlinks being initially hidden and taking the form of hypertext including one or more textual representations of one or more hyperlinks;

allowing, using the web page code of the web page, receipt of a first input that indicates a selection of one of the set of one or more representations of one or more menu items;

causing, using the web page code of the web page and in response to receipt of the first input indicating the selection of the one of the set of one or more representations of one or more menu items, display of the set of one or more representations of one or more hyperlinks;

allowing, using the web page code of the web page, receipt of a second input that indicates a selection of one of the set of one or more representations of one or more hyperlinks; and

causing, using the web page code of the web page and in response to receipt of the second input indicating the selection of the one of the set of one or more representations of one or more hyperlinks, display of another web page corresponding to the one of the set of one or more representations of one or more hyperlinks, the another web page including at least a portion of additional content simultaneously with the set of one or more representations of one or more menu items, so as to allow use of the set of one or more representations of one or more menu items while the at least portion of additional content is simultaneously displayed with the set of one or more representations of one or more menu items.

30. The method of claim 29, wherein hovering permits a user to view and hide different sets of one or more representations of different sets of one or more hyperlinks by permitting the user to move a cursor over different ones of the set of one or more representations of one or more menu items and subsequently move the cursor off.

\*    \*    \*    \*    \*

# EXHIBIT 2

Case 1:26-cv-00193-JLH     Document 1-1     Filed 02/23/26     Page 26 of 282 PageID #: 70

# Partnering with IMCD to expand distribution

Strategic agreement to deliver textile and leather solutions across EMEA

**Learn more**

## At a Glance - A global leader in specialty chemicals







# **News** and Features

News

## Nouryon advances South America growth strategy with new customer experience and innovation center in Brazil for its home and personal care business

10 Dec 2025



### Nouryon recognized by Henkel Consumer Brands with its 2025 sustainability award for innovative laundry detergent ingredients

12 Feb 2026 - News





### Nouryon launches industry's first 100% biobased, biodegradable carboxymethylcellulose for laundry detergents

2 Feb 2026 - News

2/18/26, 4:45 PM
Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 28 of 282 PageID #: 72
Nouryon - Your partner in essential solutions for a sustainable future.



### Nouryon honors top global partners with 2025 supplier of the year awards

27 Jan 2026 - News



### Nouryon and IMCD partner to expand textile and leather solutions distribution in EMEA

11 Dec 2025 - News

News >



### Building partnerships for progress: Nouryon's role in shaping the future of oilfield

In early November, the Abu Dhabi International Petroleum Exhibition & Conference (ADIPEC) 2025 will bring together industry leaders, innovators and professionals from around the world. [Nov 2025]

2/18/26, 4:45 PM
Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 29 of 282 PageID #: 73
Nouryon - Your partner in essential solutions for a sustainable future



## Celebrating World Fertilizer Day with Innovation: HBED, the world's strongest iron chelate

Nouryon developed HBED, the world's strongest iron chelate and the only one of its kind globally. With unmatched stability, efficiency and performance, HBED redefines iron availability in high-pH soils — ensuring plants get the... [Oct 2025]



## Luminus Completes Onsite Renewable Energy Project at Nouryon's Mons, Belgium, facility

Belgium's leading renewable energy producer, Luminus, has advanced its partnership with Nouryon by completing the second phase of an initiative to install a wind turbine and solar farm at Nouryon's Mons, Belgium, site, located in the Ghlin industrial zone. [- Aug 2025]

See all features ›

# Key highlights from our sustainability performance and progress

Expanding portfolio of sustainable solutions | Top quartile people safety performance | Mitigating climate change

more          Targets

# Join us and help us build **a sustainable future**

Open until Sunday 22 Feb 2026

## Sommarjobb - Nouryon Alby (Ånge)

Alby, Sweden

Open until Sunday 22 Feb 2026

## Summer job - Nouryon Gothenburg

Göteborg, Sweden

Open until Sunday 22 Feb 2026

## Sommarjobb - Nouryon Bohus (Göteborg)

Bohus, Sweden

View all open positions ›

2/18/26, 4:45 PM · Nouryon · Your partner in essential solutions for a sustainable future.

Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 32 of 282 PageID #: 76



# We're looking for tomorrow's Changemakers, today

We are located in different parts of the world and there are no barriers to our collective motivation and teamwork – we work as one. Our Changemakers collaborate locally and internationally, inspiring each other and turning good ideas into impactful outcomes.

Join us    Changemakers

# We'd love to hear from you

Contact options    All locations

**Nouryon**
Headquartered in
Radnor, PA, United States,
and Amsterdam, Netherlands,
and incorporated in Ireland.

**+31 88 984 1000**

## Share this page

  

Your partner in essential solutions for a sustainable future

Documents                         SDS

Product search                    My Nouryon - Log in

Contact                           Locations worldwide

Privacy Statement    Terms of use    Conditions of sale    Website owner    Adjust cookies

©2026 Nouryon - Chamber of Commerce no: 81195664

# EXHIBIT 3

**ALOFT MEDIA, LLC**

211 W Tyler Street Suite C
Longview, TX 75601-6398                                      January 2, 2025

Mr. Michael Finn
Nouryon
15200 Almeda Road
Houston, TX 77053

Via Federal Express
Re:      Aloft Media, LLC Patent Portfolio
         Notice of Possible Patent Infringement and Offer of License

Dear Mr. Finn,

Our company, Aloft Media, LLC ("Aloft") is the owner of full right title and interest in a
portfolio of patents that we believe may be relevant to your business.  Our patent portfolio
includes over twenty-one (21) issued U.S. Patents and two (2) currently pending applications[1].

It has come to our attention that your company may be presently practicing, and potentially
infringing, at least one of the patented inventions.  In disclosure of the basis for our conclusions,
and for your examination and comment, I am attaching to this letter the enclosed Claim Chart for
your review.[2] This Claim Chart is not exhaustive of your possible infringements, but rather they
are exemplary of patent claims we believe may be presently infringed, based on our current due
diligence research.

We urge you to consult with your counsel and technical staff regarding the correctness of our
analysis and conclusions.  These claim charts are based on our independent investigations based
on publicly accessible information.  We are very open to receive and discuss with you any
additional information you may believe to be relevant.

If you have evidence or arguments that your company's practices do not fall within any of the
patent portfolio's claims, or if you believe your products or technology is already licensed
through Aloft's existing business relationships, please let us know.  We consider this letter as the
beginning of a two-way exchange of information – a notice of our conclusions, but also an
invitation to a discussion with you if you believe our conclusions are inaccurate.

We are contacting and offering licenses to you and other companies like yours that we believe
may be infringing one or more claims of the patents in the portfolio.  We are writing to you at
this time to initiate a mutually beneficial and amicable business discussion.  These patents have
been reviewed and licensed by over 1000 large international corporations.

---

[1] It is noted that twelve (12) issued assets have expired. A complete listing of Aloft Media, LLC's patents and applications,
including provisional and abandoned applications, as well as expired patents, is attached to this letter as Exhibit 1.
[2] The enclosed Claim Charts are designated as **CONFIDENTIAL** pursuant to Federal Rule of Evidence 408 and **PRIVILEGED**
– all Privileges are asserted including Attorney Client and Attorney Work Product Privileges.  The Claim Charts are **DRAFTS
ONLY**, based on the best available information and reasonable conclusions drawn therefrom, and the Claim Charts and are
subject to revision at any time.

Even if you are not presently practicing any of the inventions in the portfolio, we believe you will find them to be useful and valuable inventions and that can keep you competitive with other companies in your field.  Aloft continues to develop its portfolio through continued prosecution and exploring potential additional IP acquisitions.

George Street Partners ("GSP") is our authorized licensing agent.  Todd Schmidt, an agent of GSP, will be contacting you within the next few days to provide background on Aloft Media and address any initial questions you may have regarding the matter.   If you have any immediate questions, please contact Todd Schmidt directly.  His contact information is below.

Todd Schmidt
Agent for Aloft Media, LLC
Email:   todd@georgesp.com
Cell #:   773.575.3958


We look forward to working with you on this matter.

Sincerely,

Andrew Gordon, Manager

# EXHIBIT 1

U.S. Patents and Patent Applications of Aloft Media, LLC

| PATENT # | TITLE |
|---|---|
| US8682961 | Hyperlink with Graphical Cue |
| US10042823 | Hyperlink with Graphical Cue |
| US10078623 | Hyperlink with Graphical Cue |
| US10372793 | Hyperlink with Graphical Cue |
| US10482164 | Hyperlink with Graphical Cue |
| US10691874 | Hyperlink with Graphical Cue |
| US11308260 | Hyperlink with Graphical Cue |
| US8352419 | Online marketplace for automatically extracted data |
| US8224298 | Systems and methods for mobile media services utilizing a short form command structure |
| US8683003* | Hyperlink with Graphical Cue |
| US7856472* | Instantaneous symbol lookup |
| US7849148* | Instantaneous symbol lookup |
| US8219615* | Instantaneous symbol lookup |
| US8219906* | Instantaneous symbol lookup |
| US8700704* | Message board aggregator |
| US7529795* | Message board aggregator |
| US8180829* | Message board aggregator |
| US8996594* | Online marketplace for automatically extracted data |
| US7647351* | Web Scrape Template Generation |
| US8185096* | Systems and methods for multi-modal mobile media services |
| US8949340* | Systems and methods for organizing content for mobile media services |
| * - Expired Patents: Due to non-payment on maintenance fees ||
| APPL. # | TITLE |
| 17/515,020 | Systems and Methods for Organizing Content for Mobile Media Services |
| 17/708,912 | Hyperlink with Graphical Cue |
| 16/933,982† | Systems and Methods for Organizing Content for Mobile Media Services |
| 16/537,491 | System, Method, and Computer Program for Collecting Data for Marketplace Presentation |
| 12/620,570† | Online marketplace for automatically extracted data |
| 12/620,573† | Online marketplace for automatically extracted data |
| 13/301,771† | Systems and Methods for Organizing Content for Mobile Media Services |
| 13/430,658† | Systems and Methods for Mobile Media Services Utilizing a Short Form Command Structure |
| 14/673,833† | Online marketplace for automatically extracted data |
| 14/510,055† | Systems and methods for organizing content for mobile media services |
| 16/039,304† | Systems and methods for organizing content for mobile media services |
| 16/056,491† | Hyperlink with Graphical Cue |
| 60/784,141† | Hyperlink with Graphical Cue |
| 60/784,140† | Hyperlink with Graphical Cue |
| 60/888,310† | Systems and Methods for Mobile Media Services |
| 60/940,296† | Systems and Methods for Mobile Media Services with Command Disambiguation |
| PCT/US07/06902† | Message board aggregator |
| † - Abandoned or Expired Application ||

# EXHIBIT 4



## 25 Apr A Cautionary Tale of Navigating Patent Predicaments... by John DeBoer

Aloft Media came to my attention about a year ago, when a colleague sent me a copy of a C&D letter received regarding a couple of patents.  If you are an unfortunate recipient of such a letter, you will know it likely pertains to an allegation of patent infringement of one or more claims of US 10,078,623 and US 10,372,793.  In their simplest form, these patents are directed to a particular configuration and operation of a website.

Upon receipt of such a letter, a good first rule of thumb is to conduct basic research on the sender, including an internet search.  A map search raised immediate flags for me, as the 'street' view shows a dilapidated, non-descript building as the primary business address:









Not to suggest that a legitimate business couldn't operate out of such a place, but it did nothing to make me feel like Aloft Media was on the up and up – which only fostered curiosity and the need for further digging.

Luckily, it did not take long to find out that Aloft Media is reputed for sending letters to numerous recipients, and even escalating claims into actual litigation. *See, e.g.,* *Aloft Media, LLC v. Adobe Systems Inc.*, 570 F. Supp. 2d 887, *Aloft Media, LLC v. Yahoo!, Inc.*, No. CIV.A. 6:08-CV-255, 2009 WL 2058661 (E.D. Tex. July 13, 2009), etc.

# An 'Act' of sending a C&D – The Jurisdictional Conundrum

One particular party in North Carolina took exception to the letter they received from Aloft Media, and filed for declaratory relief in their home state jurisdiction. According to a complaint filed in *Schaefer Sys. Int'l v. Aloft Media, LLC*, the plaintiff argued that the patents allegedly infringed upon should be declared by the Court as invalid, non-infringed, unenforceable, etc.

A question arose as to whether a party in a non-forum state (in this case, Texas) can be subject to the jurisdiction of a forum state where a C&D letter was sent. In June of 2023, the Court answered in its order that indeed, yes, it can exercise jurisdiction over a non-forum resident that sends a C&D letter "if the defendant has `minimum contacts' with the forum, such that to require the defendant to defend its interest in that state `does not offend traditional notions of fair play and substantial justice."

The Court found the particular background facts of the case showed that the Plaintiff's claims "arose out of the activities directed at the State…that Plaintiff has sufficiently alleged that the unlawful patent infringement claims relate directly to the demand letter and subsequent communications sent into North Carolina." The Court further found that the "exercise of personal jurisdiction over Defendants would be constitutionally reasonable. While Defendants might naturally prefer to defend against Plaintiff's claims in a different forum, such as Texas, there has been no showing that it would be unduly burdensome for Defendants to litigate in this Court."



It wasn't long after that the case was closed per a dismissal order.

# KMD Takeaways

When faced with a cease-and-desist letter or any other kind of demand, do a first round of diligence. Investigate who the sender is, assess their legitimacy, explore their online reputation, etc., are all easy initial inquiries to find answers to.

On the other hand, if you have to make a demand against a third party, be careful about how you do it and the words used. Any kind of allegation may subject you to having to defend your position in an inconvenient or unfriendly jurisdiction.

At KMD, our goal is to help you understand all aspects of IP as they apply to your business. As intellectual property strategies vary greatly between industries or even businesses, we aim to help you navigate through choices that might arise as they pertain to a range from simple to complex, such as receiving or sending demand letters or the like.

Written by John Deboer, Senior Attorney at KMD Law.

---

References:

*1 A Texas limited liability company with its principal place of business in Texas at 211 W Tyler St # C, Longview, TX 75601-6398, not to be confused with any other "Aloft Media" elsewhere*

*2 Drop down menu, mouse-hover functionality, and so forth*

*3 Civil Action 3:22-CV-00513-KDB-DCK (W.D.N.C. Jun. 16, 2023)*

TAGS: intellectual property, patents, start up business

Search...     🔍



 ONE IS THE LONELIEST NUMBER, BUT ALSO THE SMART CHOICE… BY ZACHARY A. CHAPMAN

12 January, 2026

 AN OVERVIEW OF THE ROADLESS RULE AND WHAT IT MEANS FOR YOU… BY MAXWELL BRIDGE

22 October, 2025

 FRACTIONAL INTEREST VS. MINERAL ACRES… BY KYLE WILLIAMS

16 October, 2025

# Find a Location

DALLAS-FORT WORTH

DENVER

HOUSTON

SAN ANTONIO

WYOMING

# Post Categories

CORPORATE & BUSINESS DEVELOPMENT

DALLAS-FT. WORTH

DENVER

ENERGY & NATURAL RESOURCES

ESTATE PLANNING

FINANCE



HOUSTON

IMMIGRATION SERVICES

INTELLECTUAL PROPERTY

LEGAL TEAM

LITIGATION

REAL ESTATE

SAN ANTONIO

SHERIDAN

START-UPS

TAX

TRADEMARKS & PATENTS

UNCATEGORIZED

# EXHIBIT 5

2/18/26, 10:26 AM                                          view-source:https://www.nouryon.com

Line wrap ☐

```html
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8" />
    <meta http-equiv="X-UA-Compatible" content="IE=edge" />
    <meta name="viewport" content="width=device-width, initial-scale=1.0" />
    <meta name="twitter:card" content="summary_large_image" />
    <meta property="twitter:url" content="https://www.nouryon.com/" />
    <meta property="twitter:title" content="Nouryon - Your partner in essential solutions for a sustainable future" />

    <link rel="preload" href="/Corporate/app/src/fonts/webfonts/35C15A_3_0.woff2" as="font" type="font/woff2" crossorigin>
    <link rel="preload" href="/Corporate/app/src/fonts/webfonts/35C15A_0_0.woff2" as="font" type="font/woff2" crossorigin>
    <link rel="preload" href="/Corporate/app/src/fonts/webfonts/35C15A_2_0.woff2" as="font" type="font/woff2" crossorigin>
    <link rel="preload" href="/Corporate/app/src/fonts/webfonts/35C15A_5_0.woff2" as="font" type="font/woff2" crossorigin>
    <link rel="preload" href="/Corporate/app/src/icons/curve-edge-ie.svg" as="image">
    <link rel="preload" href="/Corporate/app/build/styles/styles.min.css?v=7.36.0.12465" as="style">
    <link rel="preload" href="/Corporate/app/build/scripts/scripts.min.js?v=7.36.0.12465" as="script">

        <meta name="twitter:description" content="Nouryon - a global specialty chemicals leader. Your partner in essential solutions for a sustaina
            <meta property="twitter:image" content="https://www.nouryon.com/globalassets/flag_nouryon_blue_low_resolution.jpg">
    <meta name="format-detection" content="telephone=no">

        <meta name="description" content="Nouryon - a global specialty chemicals leader. Your partner in essential solutions for a sustainable futu

            <meta property="linkedIn:site" content="https://www.linkedin.com/company/nouryon" />
            <meta property="youtube:site" content="https://www.youtube.com/channel/UCNadEfcHRN-hu49oVRXnWmg" />
                <meta name="msvalidate.01" content="D181F5A11F1D2AB8D4C9C088903F0176" />
                <meta name="keywords" content="specialty chemicals,chemistry,Nouryon,safety,sustainable,reliable" />
    <meta name="robots" content="index,follow" />
        <script defer type="application/ld+json">
        [
{"name":"Nouryon","logo":"https://www.nouryon.com/globalassets/nouryon/0.-sitewide--forms/nouryon_google_metadata_logo_rgb.png","url":"https://www.nour
{"url":"https://www.nouryon.com/","potentialAction":{"target":"https://www.nouryon.com/content-search/?q={search_term_string}","query-input":"required
    </script>

        <script defer id="pageMetaData" data-gtm="pageMetaData" type="application/json">
        {"pageTypeName":"Home","relatedProducts":"no_data","relatedMarketSegments":"no_data","relatedProductLines":"no_data"}
    </script>


        <title>Nouryon - Your partner in essential solutions for a sustainable future</title>

        <link href="https://www.nouryon.com/" rel="canonical">
                <link rel="alternate" href="https://www.nouryon.com/" hreflang="en" />
        <link rel="alternate" href="https://www.nouryon.com/de-de/" hreflang="de" />
        <link rel="alternate" href="https://www.nouryon.com/sv-se/" hreflang="sv" />
        <link rel="alternate" href="https://www.nouryon.com/nl-nl/" hreflang="nl" />
        <link rel="alternate" href="https://www.nouryon.com/pt-br/" hreflang="pt-BR" />
        <link rel="alternate" href="https://www.nouryon.com/zh-cn/" hreflang="zh-CN" />
        <link rel="alternate" href="https://www.nouryon.com/ja-jp/" hreflang="ja-JP" />
        <link rel="alternate" href="https://www.nouryon.com/fr-ca/" hreflang="fr-CA" />

        <link rel="alternate" href="https://www.nouryon.com/" hreflang="x-default" />

        <style>
        @font-face {
            font-family: "MuseoSansRounded-100";
            src: url("/Corporate/app/src/fonts/webfonts/35C15A_3_0.woff2") format("woff2"), url("/Corporate/app/src/fonts/webfonts/35C15A_3_0.woff'
            font-display: swap;
        }

        @font-face {
            font-family: "MuseoSansRounded-300";
            src: url("/Corporate/app/src/fonts/webfonts/35C15A_0_0.woff2") format("woff2"), url("/Corporate/app/src/fonts/webfonts/35C15A_0_0.woff'
            font-display: swap;
        }

        @font-face {
            font-family: "MuseoSansRounded-500";
            src: url("/Corporate/app/src/fonts/webfonts/35C15A_2_0.woff2") format("woff2"), url("/Corporate/app/src/fonts/webfonts/35C15A_2_0.woff'
            font-display: swap;
        }

        @font-face {
            font-family: "MuseoSansRounded-700";
            src: url("/Corporate/app/src/fonts/webfonts/35C15A_5_0.woff2") format("woff2"), url("/Corporate/app/src/fonts/webfonts/35C15A_5_0.woff'
            font-display: swap;
        }
    </style>

        <link href="/Corporate/app/build/styles/styles.min.css?v=7.36.0.12465" rel="stylesheet" type="text/css" />
        <link rel="shortcut icon" type="image/png" href="/favicon.ico?v=7.36.0.12465" />


        <meta name="google-site-verification" content="D2iqnzwZS1yOWDhkE-x2T74wemeZZZnB8o0O13Qh_ms" />


    <!-- Google Tag Manager -->
    <script defer>
        (function (w, d, s, l, i) {
            w[l] = w[l] || []; w[l].push({
                'gtm.start':
                    new Date().getTime(), event: 'gtm.js'
```

```
        }); var f = d.getElementsByTagName(s)[0],
        j = d.createElement(s), dl = l != 'dataLayer' ? '&l=' + l : ''; j.async = true; j.src =
        '//www.googletagmanager.com/gtm.js?id=' + i + dl; f.parentNode.insertBefore(j, f);
    })(window, document, 'script', 'dataLayer', 'GTM-NDPLS4B');</script>
<!-- End Google Tag Manager -->
        <meta property="og:type" content="website" />
    <meta property="og:title" content="Nouryon - Your partner in essential solutions for a sustainable future" />
    <meta property="og:description" content="Nouryon - a global specialty chemicals leader. Your partner in essential solutions for a sustainable futur
    <meta property="og:site_name" content="Nouryon" />
    <meta property="og:url" content="https://www.nouryon.com/" />
    <meta property="og:image" content="https://www.nouryon.com/globalassets/flag_nouryon_blue_low_resolution.jpg" />
    <meta property="og:locale" content="en" />

    <script type="text/javascript">var appInsights=window.appInsights||function(config){function t(config){i[config]=function(){var t=arguments;i.queue
    <body class="full ">


<!-- Google DataLayers --><script>dataLayer.push({"gtm_current_page_type_name":"Home"});
</script>     <!-- Google Tag Manager -->
    <noscript>
        <iframe src="//www.googletagmanager.com/ns.html?id=GTM-NDPLS4B"
            height="0" width="0" style="display:none;visibility:hidden" title="Google Tagmanager"></iframe>
    </noscript>
    <!-- End Google Tag Manager -->



<div class="scoped-styling-2018">
    <header id="main-heading" data-js="main-heading" class="main-heading has-closed-mobile-menu is-not-sticky">
        <div class="page-header__dockable-container">
            <div class="page-header__logo-container">
    <div data-qa="corporate-logo" class="page-header__corporate-logo">
        <a href="/" class="page-header__corporate-logo-link" aria-label="Go to Nouryon homepage">
            <?xml version="1.0" encoding="utf-8"?>
<!-- Generator: Adobe Illustrator 25.2.3, SVG Export Plug-In . SVG Version: 6.00 Build 0)  -->
<svg version="1.1" id="Nouryon-logo" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" x="0px"
    y="0px" viewBox="0 0 166 54.1" style="enable-background:new 0 0 166 54.1;" xml:space="preserve">
<style type="text/css">
    .st0{fill:#1A4780;}
</style>
<path class="st0" d="M35.6,15.6h-3.2v-3.3h6.7v20.1c0,2.1-1.7,3.8-3.8,3.8c-1,0-2-0.4-2.7-1.1l-7.9-7.9v-4.7l10.4,10.4
    c0.1,0.1,0.4,0.1,0.5,0s0.1-0.2,0.1-0.2L35.6,15.6L35.6,15.6z M21.5,15.6c0-0.2,0.2-0.3,0.4-0.3l0,0c0.1,0,0.2,0,0.2,0.1l10.4,10.4
    V21l-7.9-7.9c-1.5-1.5-3.9-1.5-5.4,0c-0.7,0.7-1.1,1.7-1.1,2.8v20h6.7v-3.3h-3.2L21.5,15.6z M60.3,27.1c0,5,4,9,9,9s-9-4-9-9
    s4-9,9-9l0,0C56.3,18.1,60.3,22.2,60.3,27.1z M51.3,21.4c-3.2,0-5.8,2.5-5.8,5.7s2.5,5.8,5.7,5.8s5.8-2.5,5.8-5.7c0,0,0,0,0-0.1l0,0
    C57,24,54.4,21.4,51.3,21.4L51.3,21.4z M129.3,27.2c0,5-4,9-9,9s-9-4-9-9s4-9,9-9S129.3,22.2,129.3,27.2z M120.3,21.4
    c-3.2,0-5.8,2.6-5.8,5.8s2.6,5.8,5.8c3.2,0,5.8-2.6,5.8-5.8l0,0C126.1,24,123.5,21.4,120.3,21.4z M86,25.8
    c0-2.9,1.1-4.1,4.4-4.1h1.5v-3.2h-1.6c-4.8,0-7.8,2-7.8,7.4v9.1c1.2,0.3,2.3,0.3,3.5,0V25.8z M67,18.5h-3.5V29
    c0,3.9,2.7,7.1,7.8,7.1s7.7-3.1,7.7-7V18.5h-3.5v10.9c0,1.9-1.3,3.5-4.3,3.5s-4.3-1.6-4.3-3.5L67,18.5z M148,25.3
    c0-3.9-2.7-7.1-7.8-7.1s-7.8,3.2-7.8,7.1v10.6c1.2,0.3,2.4,0.3,3.5,0v-11c0-1.9,1.3-3.5,4.3-3.5s4.3,1.6,4.3,3.5v10.9
    c1.1,0.3,2.3,0.3,3.4,0V25.3H148z M106.7,18.5l-4.9,12.4L97,18.5h-3.6l6.6,17c-0.9,2.1-1.9,3.1-4,3.1v3.2c4.2,0,6.1-2.4,7.7-6.3
    l6.6-16.9L106.7,18.5z"/>
</svg>


        </a>
    </div>

    <div class="page-header__brand-logo">
    </div>
</div>


                <a class="page-header__link-search" href="/content-search/" aria-label="Search">
                    <svg class="icon icon-magnifier" aria-hidden="true">
                        <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36.0.12465#magnifier"></us
                    </svg>
                </a>
            <div data-qa="page-header-navigation" class="page-header__navigation-container">
                <button data-qa="hamburger-menu-button" aria-label="Menu" data-js="hamburger" class="hamburger hamburger--spin" type="button">
                    <span class="hamburger-box">
                        <span class="hamburger-inner"></span>
                    </span>
                </button>

                <nav data-js="page-header__main-navigation" class="page-header__main-navigation ">
                    <ul>


    <li data-js="mega-menu__item" class="first-level has-children ">
        <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Markets" data-qa="main-navigation-first-level" data-gtm-details="internal
            <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="Markets" data-js="mega-menu__down" class="mega-menu__down">Market
            <!-- submenu lv1 -->
            <section data-js="mega-menu__menu" class="second-level mega-menu__dropdown mega-menu__menu">
                <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="All" data-js="mega-menu__up" class="mega-menu__up">All</butto
                <h2 class="mega-menu__title">Markets</h2>

                <!-- overview page link, if any -->
                <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Markets overview" class="mega-menu__link" href="/markets/">Market

                <div class="mega-menu__cols row">
                    <div class="mega-menu__cols__col">


    <div class="mega-menu__text">
<p>Providing markets with <strong>essential solutions</strong></p></div>

    <a href="/product-search/" target="_self" data-gtm="mega-menu.cta-button" data-qa="mega-menu.cta-button" data-gtm-type="internal-link" class="butto
```

```html
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Markets|Downloads" data-js="mega-menu__down"
                class="mega-menu__down">
            Downloads
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                    class="mega-menu__up">
                Markets
            </button>
            <h2 class="mega-menu__title">Downloads</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Downloads|Document search" data-qa="page-heade
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Downloads|SDS search" data-qa="page-header.ma:
            </ul>
        </section>
    </li>
</ul>




        <a class="mega-menu__teaser" data-gtm="mega-menu.image-teaser" data-qa="mega-menu.image-teaser" data-gtm-type="internal-link" href="https://ww
            <span class="mega-menu__teaser__title">Introducing BeautyCreations™ - an AI-driven personal care formulation tool</span>
            <img src="https://www.nouryon.com/globalassets/nouryon-megamenu-navigation/beautycreations_navigation_item_260x167.jpg?preset=image-260x16;
        </a>

                </div>
                <div class="mega-menu__cols__col">
                    <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Markets|Agriculture and food" data-js="mega-menu__down"
                class="mega-menu__down">
            Agriculture and food
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                    class="mega-menu__up">
                Markets
            </button>
            <h2 class="mega-menu__title">Agriculture and food</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Agriculture and food|Crop nutrition" data-qa="
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Agriculture and food|Crop protection" data-qa:
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Agriculture and food|Animal nutrition" data-qa
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Agriculture and food|Food and beverage" data-
            </ul>
        </section>
    </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Markets|Home and Personal care" data-js="mega-menu__down"
                class="mega-menu__down">
            Home and Personal care
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                    class="mega-menu__up">
                Markets
            </button>
            <h2 class="mega-menu__title">Home and Personal care</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Home and Personal care|Cleaning" data-qa="pag
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Home and Personal care|Personal care" data-qa:
            </ul>
        </section>
    </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Markets|Paints and coatings" data-js="mega-menu__down">
                class="mega-menu__down">
            Paints and coatings
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                    class="mega-menu__up">
                Markets
            </button>
            <h2 class="mega-menu__title">Paints and coatings</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Paints and coatings|Paints, coatings and inks'
            </ul>
```

```
            </section>
        </li>
    </ul>
    <ul>
        <li data-js="mega-menu__item" class="has-children">
            <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Markets|Building and infrastructure" data-js="mega-menu__down"
                class="mega-menu__down">
            Building and infrastructure
            </button>
            <!-- submenu lv2 -->
            <section data-js="mega-menu__menu" class="mega-menu__menu">
                <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                        class="mega-menu__up">
                Markets
                </button>
                <h2 class="mega-menu__title">Building and infrastructure</h2>
                <ul >
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Building and infrastructure|Asphalt" data-qa='
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Building and infrastructure|Building and const
                </ul>
            </section>
        </li>
    </ul>

                    </div>
                    <div class="mega-menu__cols__col">
                        <ul>
        <li data-js="mega-menu__item" class="has-children">
            <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Markets|Polymer specialties" data-js="mega-menu__down"
                class="mega-menu__down">
            Polymer specialties
            </button>
            <!-- submenu lv2 -->
            <section data-js="mega-menu__menu" class="mega-menu__menu">
                <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                        class="mega-menu__up">
                Markets
                </button>
                <h2 class="mega-menu__title">Polymer specialties</h2>
                <ul >
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Polymer specialties|Acrylics production" data-
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Polymer specialties|Polymer production" data-
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Polymer specialties|Polymer processing" data-
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Polymer specialties|Polymer crosslinking" dat
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Polymer specialties|Polymer recycling and modi
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Polymer specialties|Thermoset composites" dat
                </ul>
            </section>
        </li>
    </ul>
    <ul>
        <li data-js="mega-menu__item" class="has-children">
            <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Markets|Oil, gas and mining" data-js="mega-menu__down"
                class="mega-menu__down">
            Oil, gas and mining
            </button>
            <!-- submenu lv2 -->
            <section data-js="mega-menu__menu" class="mega-menu__menu">
                <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                        class="mega-menu__up">
                Markets
                </button>
                <h2 class="mega-menu__title">Oil, gas and mining</h2>
                <ul >
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Oil, gas and mining|Oilfield" data-qa="page-he
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Oil, gas and mining|Mining" data-qa="page-head
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Oil, gas and mining|Fuels and lubricants" data
                </ul>
            </section>
        </li>
    </ul>
    <ul>
        <li data-js="mega-menu__item" class="has-children">
            <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Markets|Pulp, paper and packaging" data-js="mega-menu__down"
                class="mega-menu__down">
            Pulp, paper and packaging
            </button>
            <!-- submenu lv2 -->
            <section data-js="mega-menu__menu" class="mega-menu__menu">
                <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                        class="mega-menu__up">
                Markets
                </button>
                <h2 class="mega-menu__title">Pulp, paper and packaging</h2>
                <ul >
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Pulp, paper and packaging|Pulp and paper" dat
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Pulp, paper and packaging|Packaging materials'
                </ul>
            </section>
        </li>
```

```
            </ul>

                                    </div>
                            <div class="mega-menu__cols__col">
                                            <ul>
            <li data-js="mega-menu__item" class="has-children">
                    <button data-gtm="page-header.main-navigation-second-level"
                            data-qa="page-header.main-navigation-second-level"
                            data-gtm-type="Markets|Transportation" data-js="mega-menu__down"
                            class="mega-menu__down">
                        Transportation
                    </button>
                    <!-- submenu lv2 -->
                    <section data-js="mega-menu__menu" class="mega-menu__menu">
                        <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                                class="mega-menu__up">
                            Markets
                        </button>
                        <h2 class="mega-menu__title">Transportation</h2>
                        <ul >
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Transportation|Fuels and lubricants" data-qa="
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Transportation|Paints, coatings and inks" dat
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Transportation|Polymer processing" data-qa="pa
                        </ul>
                    </section>
            </li>
        </ul>
        <ul>
            <li data-js="mega-menu__item" class="has-children">
                    <button data-gtm="page-header.main-navigation-second-level"
                            data-qa="page-header.main-navigation-second-level"
                            data-gtm-type="Markets|Other markets" data-js="mega-menu__down"
                            class="mega-menu__down">
                        Other markets
                    </button>
                    <!-- submenu lv2 -->
                    <section data-js="mega-menu__menu" class="mega-menu__menu">
                        <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Markets"
                                class="mega-menu__up">
                            Markets
                        </button>
                        <h2 class="mega-menu__title">Other markets</h2>
                        <ul >
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Batteries" data-qa="page-header.
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Catalyst production" data-qa="pa
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Chemical intermediates" data-qa=
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Chromatography" data-qa="page-he
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Electronics" data-qa="page-heade
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Foundry" data-qa="page-header.ma
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Pharmaceutical industry" data-qa
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Pyrotechnics and matches" data-c
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Textile" data-qa="page-header.ma
                                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Markets|Other markets|Water treatment" data-qa="page-h
                        </ul>
                    </section>
            </li>
        </ul>

                                    </div>
                            </div>
                    </section>
            </li>


    <li data-js="mega-menu__item" class="first-level has-children ">
        <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Products" data-qa="main-navigation-first-level" data-gtm-details="internal
            <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="Products" data-js="mega-menu__down" class="mega-menu__down">Produ
            <!-- submenu lv1 -->
            <section data-js="mega-menu__menu" class="second-level mega-menu__dropdown mega-menu__menu">
                <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="All" data-js="mega-menu__up" class="mega-menu__up">All</butt
                <h2 class="mega-menu__title">Products</h2>

                <!-- overview page link, if any -->
                <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Products overview" class="mega-menu__link" href="/products/">Produ

                <div class="mega-menu__cols row">
                    <div class="mega-menu__cols__col">


    <div class="mega-menu__text">
<p><strong>Products </strong>and solutions</p></div>

    <a href="/product-search/" target="_self" data-gtm="mega-menu.cta-button" data-qa="mega-menu.cta-button" data-gtm-type="internal-link" class="butto


        <a class="mega-menu__teaser" data-gtm="mega-menu.image-teaser" data-qa="mega-menu.image-teaser" data-gtm-type="internal-link" href="https://my
            <span class="mega-menu__teaser__title">My Nouryon - Online self-service portal for customers and distributors</span>
            <img src="https://www.nouryon.com/globalassets/nouryon-megamenu-navigation/myn_260x167.jpg?preset=image-260x167" alt="My Nouryon - Online s
        </a>
        <ul>
            <li data-js="mega-menu__item" class="has-children">
                    <button data-gtm="page-header.main-navigation-second-level"
                            data-qa="page-header.main-navigation-second-level"
                            data-gtm-type="Products|Downloads" data-js="mega-menu__down"
                            class="mega-menu__down">
                        Downloads
                    </button>
                    <!-- submenu lv2 -->
```

```
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Products"
                    class="mega-menu__up">
                Products
            </button>
            <h2 class="mega-menu__title">Downloads</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Downloads|Document search" data-qa="page-hea
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Downloads|SDS search" data-qa="page-header.ma
            </ul>
        </section>
    </li>
</ul>


                </div>
                <div class="mega-menu__cols__col">
                        <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Products|Bleaching and oxidizing chemicals and technologies" data-js="mega-menu__down"
                class="mega-menu__down">
            Bleaching and oxidizing chemicals and technologies
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Products"
                    class="mega-menu__up">
                Products
            </button>
            <h2 class="mega-menu__title">Bleaching and oxidizing chemicals and technologies</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Bleaching and oxidizing chemicals and technol
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Bleaching and oxidizing chemicals and technol
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Bleaching and oxidizing chemicals and technol
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Bleaching and oxidizing chemicals and technol
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Bleaching and oxidizing chemicals and technol
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Bleaching and oxidizing chemicals and technol
            </ul>
        </section>
    </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Products|Specialty polymers" data-js="mega-menu__down"
                class="mega-menu__down">
            Specialty polymers
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Products"
                    class="mega-menu__up">
                Products
            </button>
            <h2 class="mega-menu__title">Specialty polymers</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty polymers|Cellulose ethers" data-qa
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty polymers|Biopolymers" data-qa="page
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty polymers|Hybrid polymers" data-qa="
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty polymers|Synthetic polymers" data-
            </ul>
        </section>
    </li>
</ul>


                </div>
                <div class="mega-menu__cols__col">
                        <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Products|Surfactants and chelating agents" data-js="mega-menu__down"
                class="mega-menu__down">
            Surfactants and chelating agents
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Products"
                    class="mega-menu__up">
                Products
            </button>
            <h2 class="mega-menu__title">Surfactants and chelating agents</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Surfactants and chelating agents|Biocides" da
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Surfactants and chelating agents|Chelates" da
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Surfactants and chelating agents|Anionic surf
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Surfactants and chelating agents|Cationic sur
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Surfactants and chelating agents|Non-ionic su
            </ul>
        </section>
    </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
```

```
                    data-gtm-type="Products|Polymer production and processing chemicals" data-js="mega-menu__down"
                    class="mega-menu__down">
                Polymer production and processing chemicals
            </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Products"
                    class="mega-menu__up">
                Products
            </button>
            <h2 class="mega-menu__title">Polymer production and processing chemicals</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Polymer production and processing chemicals|N
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Polymer production and processing chemicals|(
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Polymer production and processing chemicals|F
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Polymer production and processing chemicals|F
            </ul>
        </section>
    </li>
</ul>


                </div>
                <div class="mega-menu__cols__col">
                        <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Products|Specialty chemicals and intermediates" data-js="mega-menu__down"
                class="mega-menu__down">
            Specialty chemicals and intermediates
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Products"
                    class="mega-menu__up">
                Products
            </button>
            <h2 class="mega-menu__title">Specialty chemicals and intermediates</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Dimethy
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Ethyler
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Expance
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|High pu
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Kromasi
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Levasil
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Micronu
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Moistur
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Monochl
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Alkali
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Sulfur
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Products|Specialty chemicals and intermediates|Thiopla
            </ul>
        </section>
    </li>
</ul>


                </div>
            </div>
        </section>
    </li>


    <li data-js="mega-menu__item" class="first-level has-children ">
        <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Careers" data-qa="main-navigation-first-level" data-gtm-details="internal
            <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="Careers" data-js="mega-menu__down" class="mega-menu__down">Career
        <!-- submenu lv1 -->
        <section data-js="mega-menu__menu" class="second-level mega-menu__dropdown mega-menu__menu">
            <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="All" data-js="mega-menu__up" class="mega-menu__up">All</butt
            <h2 class="mega-menu__title">Careers</h2>

            <!-- overview page link, if any -->
            <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Careers overview" class="mega-menu__link" href="/careers/">Career

            <div class="mega-menu__cols row">
                <div class="mega-menu__cols__col">


    <div class="mega-menu__text">
<p><strong>Join</strong> an industry leader</p></div>


    <a href="/careers/vacancies/" target="_self" data-gtm="mega-menu.cta-button" data-qa="mega-menu.cta-button" data-gtm-type="internal-link" class="bu




                </div>
                <div class="mega-menu__cols__col">
                        <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Careers|Careers" data-js="mega-menu__down"
                class="mega-menu__down">
            Careers
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Careers"
                    class="mega-menu__up">
```

```
                Careers
            </button>
            <h2 class="mega-menu__title">Careers</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|Careers|Careers" data-qa="page-header.main-nav
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|Careers|Why join us" data-qa="page-header.mair
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|Careers|How we hire" data-qa="page-header.mair
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|Careers|Roles and careers" data-qa="page-heade
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|Careers|Students and internships" data-qa="pag
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|Careers|Life @Nouryon" data-qa="page-header.ma
            </ul>
        </section>
    </li>
</ul>


                </div>
                <div class="mega-menu__cols__col">
                    <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Careers|For applicants" data-js="mega-menu__down"
                class="mega-menu__down">
            For applicants
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Careers"
                    class="mega-menu__up">
                Careers
            </button>
            <h2 class="mega-menu__title">For applicants</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|For applicants|Search our global careers oppor
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|For applicants|Submit your resume" data-qa="pa
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|For applicants|New applicants - Set up job ale
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|For applicants|Returning applicants - Sign in"
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Careers|For applicants|Contact our Careers team" data-
            </ul>
        </section>
    </li>
</ul>


                </div>
                <div class="mega-menu__cols__col">




        <a class="mega-menu__teaser" data-gtm="mega-menu.image-teaser" data-qa="mega-menu.image-teaser" data-gtm-type="internal-link" href="/careers/cl
            <span class="mega-menu__teaser__title">Meet our Changemakers and experience working life @Nouryon</span>
            <img src="https://www.nouryon.com/globalassets/nouryon-megamenu-navigation/evp_navigation-item.jpg?preset=image-260x167" alt="Meet our Char
        </a>

                </div>
            </div>
        </section>
    </li>


    <li data-js="mega-menu__item" class="first-level has-children ">
        <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Sustainability" data-qa="main-navigation-first-level" data-gtm-details="ir
            <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="Sustainability" data-js="mega-menu__down" class="mega-menu__down"
            <!-- submenu lv1 -->
            <section data-js="mega-menu__menu" class="second-level mega-menu__dropdown mega-menu__menu">
                <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="All" data-js="mega-menu__up" class="mega-menu__up">All</butt
                <h2 class="mega-menu__title">Sustainability</h2>

                <!-- overview page link, if any -->
                <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Sustainability overview" class="mega-menu__link" href="/sustainab

                <div class="mega-menu__cols row">
                    <div class="mega-menu__cols__col">


    <div class="mega-menu__text">
<p>Committed to a <strong>sustainable future</strong></p></div>

    <a href="/sustainability/esg/" target="_self" data-gtm="mega-menu.cta-button" data-qa="mega-menu.cta-button" data-gtm-type="internal-link" class="b




                </div>
                <div class="mega-menu__cols__col">
                        <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Sustainability|Sustainability approach" data-js="mega-menu__down"
                class="mega-menu__down">
            Sustainability approach
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Sustainability"
                    class="mega-menu__up">
                Sustainability
```

```
                    </button>
                    <h2 class="mega-menu__title">Sustainability approach</h2>
                    <ul >
                            <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Sustainability approach|Improving safet
                            <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Sustainability approach|Grow and innova
                            <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Sustainability approach|Engage and part
                            <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Sustainability approach|Sustainability
                            <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Sustainability approach|Materiality Ass
                            <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Sustainability approach|Memberships, Pa
                            <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Sustainability approach|Sustainable Dev
                    </ul>
                </section>
            </li>
    </ul>


                    </div>
                    <div class="mega-menu__cols__col">
                            <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Sustainability|Environmental Performance" data-js="mega-menu__down"
                class="mega-menu__down">
            Environmental Performance
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Sustainability"
                    class="mega-menu__up">
                Sustainability
            </button>
            <h2 class="mega-menu__title">Environmental Performance</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Environmental Performance|Mitigating cl
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Environmental Performance|Eco-Efficienc
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Environmental Performance|Sustainable s
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Environmental Performance|Product Stewa
            </ul>
        </section>
    </li>
    </ul>
    <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Sustainability|Social Engagement" data-js="mega-menu__down"
                class="mega-menu__down">
            Social Engagement
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Sustainability"
                    class="mega-menu__up">
                Sustainability
            </button>
            <h2 class="mega-menu__title">Social Engagement</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Social Engagement|Corporate Social Resp
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Social Engagement|Safety program and pe
            </ul>
        </section>
    </li>
    </ul>


                    </div>
                    <div class="mega-menu__cols__col">
                            <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Sustainability|Governance and Reporting" data-js="mega-menu__down"
                class="mega-menu__down">
            Governance and Reporting
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Sustainability"
                    class="mega-menu__up">
                Sustainability
            </button>
            <h2 class="mega-menu__title">Governance and Reporting</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Governance and Reporting|Downloads and
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Governance and Reporting|Annual sustain
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Sustainability|Governance and Reporting|Sustainability
            </ul>
        </section>
    </li>
    </ul>




        <a class="mega-menu__teaser" data-gtm="mega-menu.image-teaser" data-qa="mega-menu.image-teaser" data-gtm-type="internal-link" href="/sustainab
            <span class="mega-menu__teaser__title">2024 Sustainability Report out now!</span>
            <img src="https://www.nouryon.com/globalassets/nouryon-megamenu-navigation/sr24_launch-visual_navigation.jpg?preset=image-260x167" alt="202
        </a>
```

```
                        </div>
                    </div>
                </section>
    </li>


    <li data-js="mega-menu__item" class="first-level has-children ">
        <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Company" data-qa="main-navigation-first-level" data-gtm-details="internal
            <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="Company" data-js="mega-menu__down" class="mega-menu__down">Compan
            <!-- submenu lv1 -->
            <section data-js="mega-menu__menu" class="second-level mega-menu__dropdown mega-menu__menu">
                <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="All" data-js="mega-menu__up" class="mega-menu__up">All</butto
                <h2 class="mega-menu__title">Company</h2>

                <!-- overview page link, if any -->
                <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="Company overview" class="mega-menu__link" href="/company/">Company

                <div class="mega-menu__cols row">
                    <div class="mega-menu__cols__col">


    <div class="mega-menu__text">
<p>A global<strong> specialty chemicals </strong>leader</p></div>



        <a class="mega-menu__teaser" data-gtm="mega-menu.image-teaser" data-qa="mega-menu.image-teaser" data-gtm-type="internal-link" href="/world/" ta
            <span class="mega-menu__teaser__title">Nouryon&#39;s World - Join our animated experience</span>
            <img src="https://www.nouryon.com/globalassets/nouryon-megamenu-navigation/world_megamenu_260x167.jpg?preset=image-260x167" alt="Nouryon&#3
        </a>

                    </div>
                    <div class="mega-menu__cols__col">
                        <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Company|Strategy and values" data-js="mega-menu__down"
                class="mega-menu__down">
            Strategy and values
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Company"
                    class="mega-menu__up">
                Company
            </button>
            <h2 class="mega-menu__title">Strategy and values</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Strategy and values|Strategy" data-qa="page-he
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Strategy and values|Values and conduct" data-q
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Strategy and values|Ethics hotline" data-qa="p
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Strategy and values|Corporate Social Responsib
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Strategy and values|Position statements" data-
            </ul>
        </section>
    </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Company|Sustainability and innovation" data-js="mega-menu__down"
                class="mega-menu__down">
            Sustainability and innovation
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Company"
                    class="mega-menu__up">
                Company
            </button>
            <h2 class="mega-menu__title">Sustainability and innovation</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Sustainability and innovation|Sustainability"
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Sustainability and innovation|Innovation" data
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Sustainability and innovation|Partnerships" da
            </ul>
        </section>
    </li>
</ul>

                    </div>
                    <div class="mega-menu__cols__col">
                        <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Company|Organization" data-js="mega-menu__down"
                class="mega-menu__down">
            Organization
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Company"
                    class="mega-menu__up">
                Company
```

```
        </button>
        <h2 class="mega-menu__title">Organization</h2>
        <ul >
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Organization|Board of Directors" data-qa="page
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Organization|Company Leadership" data-qa="page
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Organization|Organization" data-qa="page-heade
        </ul>
    </section>
 </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Company|Investors" data-js="mega-menu__down"
                class="mega-menu__down">
            Investors
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Company"
                    class="mega-menu__up">
                Company
            </button>
            <h2 class="mega-menu__title">Investors</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Investors|Investor relations" data-qa="page-he
            </ul>
        </section>
    </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Company|Procurement" data-js="mega-menu__down"
                class="mega-menu__down">
            Procurement
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Company"
                    class="mega-menu__up">
                Company
            </button>
            <h2 class="mega-menu__title">Procurement</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Procurement|Sustainable sourcing" data-qa="pa
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Procurement|Procurement" data-qa="page-header.
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Procurement|Code of Conduct" data-qa="page-hea
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Procurement|SAP Ariba" data-qa="page-header.ma
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Procurement|Your Vendor Details" data-qa="page
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Procurement|Vendor Portal" data-qa="page-heade
            </ul>
        </section>
    </li>
</ul>

                </div>
                <div class="mega-menu__cols__col">
                        <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Company|More about Nouryon" data-js="mega-menu__down"
                class="mega-menu__down">
            More about Nouryon
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Company"
                    class="mega-menu__up">
                Company
            </button>
            <h2 class="mega-menu__title">More about Nouryon</h2>
            <ul >
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|More about Nouryon|Locations worldwide" data-
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|More about Nouryon|Heritage" data-qa="page-he
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|More about Nouryon|Brand portal" data-qa="page
                    <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|More about Nouryon|Our World of Essential and
            </ul>
        </section>
    </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="Company|Download" data-js="mega-menu__down"
                class="mega-menu__down">
            Download
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="Company"
                    class="mega-menu__up">
                Company
            </button>
```

```
            <h2 class="mega-menu__title">Download</h2>
            <ul >
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="Company|Download|Company fact sheet (PDF)" data-qa="pa
            </ul>
        </section>
    </li>
</ul>


            </div>
        </div>
    </section>
</li>


<li data-js="mega-menu__item" class="first-level has-children ">
    <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="News and events" data-qa="main-navigation-first-level" data-gtm-details=":
        <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="News and events" data-js="mega-menu__down" class="mega-menu__dowr
        <!-- submenu lv1 -->
        <section data-js="mega-menu__menu" class="second-level mega-menu__dropdown mega-menu__menu">
            <button data-gtm="page-header.main-navigation-first-level" data-gtm-type="All" data-js="mega-menu__up" class="mega-menu__up">All</butt
            <h2 class="mega-menu__title">News and events</h2>

            <!-- overview page link, if any -->
            <a data-gtm="page-header.main-navigation-first-level" data-gtm-type="News and events overview" class="mega-menu__link" href="/news-and-

            <div class="mega-menu__cols row">
                <div class="mega-menu__cols__col">


    <div class="mega-menu__text">
<p>Keep up-to-date on our <strong>news</strong></p></div>





    <a href="/news-and-events/subscribe-to-press-releases/" target="_self" data-gtm="mega-menu.cta-button" data-qa="mega-menu.cta-button" data-gtm-type



                </div>
                <div class="mega-menu__cols__col">
                    <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="News and events|News and events" data-js="mega-menu__down"
                class="mega-menu__down">
            News and events
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="News and events"
                    class="mega-menu__up">
                News and events
            </button>
            <h2 class="mega-menu__title">News and events</h2>
            <ul >
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="News and events|News and events|News and press release
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="News and events|News and events|Events" data-qa="page-
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="News and events|News and events|Features" data-qa="pag
            </ul>
        </section>
    </li>
</ul>
<ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="News and events|In Social Media" data-js="mega-menu__down"
                class="mega-menu__down">
            In Social Media
        </button>
        <!-- submenu lv2 -->
        <section data-js="mega-menu__menu" class="mega-menu__menu">
            <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="News and events"
                    class="mega-menu__up">
                News and events
            </button>
            <h2 class="mega-menu__title">In Social Media</h2>
            <ul >
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="News and events|In Social Media|Nouryon @LinkedIn" dat
                <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="News and events|In Social Media|@Nouryon on Twitter" 
            </ul>
        </section>
    </li>
</ul>

                </div>
                <div class="mega-menu__cols__col">
                    <ul>
    <li data-js="mega-menu__item" class="has-children">
        <button data-gtm="page-header.main-navigation-second-level"
                data-qa="page-header.main-navigation-second-level"
                data-gtm-type="News and events|Media resources" data-js="mega-menu__down"
                class="mega-menu__down">
            Media resources
```

```
            </button>
            <!-- submenu lv2 -->
            <section data-js="mega-menu__menu" class="mega-menu__menu">
                <button data-js="mega-menu__up" data-qa="mega-menu__up" data-gtm-type="News and events"
                        class="mega-menu__up">
                    News and events
                </button>
                <h2 class="mega-menu__title">Media resources</h2>
                <ul >
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="News and events|Media resources|Brand portal" data-qa=
                        <li><a data-gtm="page-header.main-navigation-third-level" data-gtm-type="News and events|Media resources|Contact media relation
                </ul>
            </section>
        </li>
    </ul>

            </div>
            <div class="mega-menu__cols__col">



        <a class="mega-menu__teaser" data-gtm="mega-menu.image-teaser" data-qa="mega-menu.image-teaser" data-gtm-type="internal-link" href="/world/" ta
            <span class="mega-menu__teaser__title">Nouryon&#39;s World - Join our animated experience</span>
            <img src="https://www.nouryon.com/globalassets/nouryon-megamenu-navigation/world_megamenu_260x167.jpg?preset=image-260x167" alt="Nouryon&#3
        </a>

            </div>
        </div>
    </section>
</li>

                        <li class="headerMetaNavigationLinks">
                            <a href="https://my.nouryon.com/login/aboutmynouryon/" class="first-level-link">My Nouryon</a>
                        </li>
                        <li class="headerMetaNavigationLinks">
                            <a href="/contact/" class="first-level-link">Contact</a>
                        </li>

                <li>
                    <div>
                        <div class="headerDownloadsButton">
                            <div class="page-header__menu-dropdown-selector stickyMenuDownloads">
                                <svg class="icon icon-magnifier" aria-hidden="true">
                                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36
                                </svg>
                                    <div class="menu-dropdown-selector-component">
        <button data-gtm="page-header.sub-navigation-first-level" class="menu-dropdown-selector-component__name-toggler">Downloads</button>
        <div class="menu-dropdown-selector-component__sub-menu-panel">
            <div class="menu-dropdown-selector-component__sub-menu">
<a href="/document-search/"
   data-gtm-event="subSiteNavigationClick"
   data-gtm="page-header.sub-navigation-second-level"
   data-js="menu-dropdown-selector-component__link"
   data-gtm-details="internal link">
    Document search
</a>
<a href="/sds-search/"
   data-gtm-event="subSiteNavigationClick"
   data-gtm="page-header.sub-navigation-second-level"
   data-js="menu-dropdown-selector-component__link"
   data-gtm-details="internal link">
    SDS search
</a>
            </div>
        </div>
    </div>

                                </div>
                            </div>
                                                <div class="search">
                            <div>
                                <a data-gtm="page-header.search" href="/content-search/">
                                    <svg class="icon icon-magnifier" aria-hidden="true">
                                        <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=
                                    </svg>
                                    Search
                                </a>
                            </div>
                        </div>
                    </div>
                </li>
            </ul>


    <ul class="mega-menu__meta">
        <li data-js="mega-menu__item" class="has-children">
            <button data-js="mega-menu__down" class="mega-menu__down">Global (English)</button>

            <section class="mega-menu__menu">
                <button data-js="mega-menu__up" class="mega-menu__up">All</button>
                <h2 class="mega-menu__title">Language</h2>
                <ul>
                        <li><a href="https://www.nouryon.com/?setlng=1" target="_self" title="Global (English)">Global (English)</a></li>
                        <li><a href="https://www.nouryon.com/de-de/?setlng=1" target="_self" title="Deutschland (Deutsch)">Deutschland (Deutsch)</a></l
                        <li><a href="https://www.nouryon.com/sv-se/?setlng=1" target="_self" title="Sverige (Svenska)">Sverige (Svenska)</a></li>
                        <li><a href="https://www.nouryon.com/nl-nl/?setlng=1" target="_self" title="Nederland (Nederlands)">Nederland (Nederlands)</a>
```

```
<li><a href="https://www.nouryon.com/pt-br/?setlng=1" target="_self" title="Brasil (Portugu&#234;s)">Brasil (Portugu&#234;s)</a
<li><a href="https://www.nouryon.com/zh-cn/?setlng=1" target="_self" title="中国 (中文简体)">中国 (中文简体)</a></li>
<li><a href="https://www.nouryon.com/ja-jp/?setlng=1" target="_self" title="日本 (日本語)">日本 (日本語)</a></li>
<li><a href="https://www.nouryon.com/fr-ca/?setlng=1" target="_self" title="Canada (Fran&#231;ais)">Canada (Fran&#231;ais)</a>
            </ul>
        </section>
    </li>
</ul>
    <ul class="mega-menu__meta">
        <li data-js="mega-menu__item" class="has-children">
            <button data-js="mega-menu__down" class="mega-menu__down">Downloads</button>

            <section class="mega-menu__menu">
                <button data-js="mega-menu__up" class="mega-menu__up">All</button>
                <h2 class="mega-menu__title">Downloads</h2>
                <ul>
                    <li><a href="/document-search/" data-target="" data-gtm-event="subSiteNavigationSelect">Document search</a></li>
                    <li><a href="/sds-search/" data-target="" data-gtm-event="subSiteNavigationSelect">SDS search</a></li>
                </ul>
            </section>
        </li>
    </ul>
                <div class="mega-menu__meta">
                    <ul data-qa="extra-sub-menu" class="sub">
        <li data-qa="sub-menu-item-0">
<a href="https://my.nouryon.com/login/aboutmynouryon/"
    title="My Nouryon"
    data-gtm-event="subSiteNavigationClick"
    data-gtm="page-header.sub-navigation-first-level"
    data-js=""
    data-gtm-details="external link">
    My Nouryon
</a>

        </li>
        <li data-qa="sub-menu-item-1">
<a href="/contact/"
    data-gtm-event="subSiteNavigationClick"
    data-gtm="page-header.sub-navigation-first-level"
    data-js=""
    data-gtm-details="internal link">
    Contact
</a>

        </li>
</ul>

                    </div>
                <div data-js="mega-menu__panel" class="mega-menu__panel"></div>
                <div class="mega-menu__grayout"></div>
            </nav>
            <nav class="page-header__meta-navigation">
                                <div class="page-header__menu-dropdown-selector">
                    <div class="menu-dropdown-selector-component">

                        <button data-gtm="page-header.sub-navigation-first-level" class="menu-dropdown-selector-component__name-toggler">G
                        <div class="menu-dropdown-selector-component__sub-menu-panel">
                            <div class="menu-dropdown-selector-component__sub-menu">
                                <a data-gtm="page-header.sub-navigation-second-level" href="#" selected class=sub-menu-item--active
                                    title="Global (English)">
                                    Global (English)
                                </a>
                                <a data-gtm="page-header.sub-navigation-second-level" href="https://www.nouryon.com/de-de/?setlng=1"
                                    title="Deutschland (Deutsch)">
                                    Deutschland (Deutsch)
                                </a>
                                <a data-gtm="page-header.sub-navigation-second-level" href="https://www.nouryon.com/sv-se/?setlng=1"
                                    title="Sverige (Svenska)">
                                    Sverige (Svenska)
                                </a>
                                <a data-gtm="page-header.sub-navigation-second-level" href="https://www.nouryon.com/nl-nl/?setlng=1"
                                    title="Nederland (Nederlands)">
                                    Nederland (Nederlands)
                                </a>
                                <a data-gtm="page-header.sub-navigation-second-level" href="https://www.nouryon.com/pt-br/?setlng=1"
                                    title="Brasil (Portugu&#234;s)">
                                    Brasil (Portugu&#234;s)
                                </a>
                                <a data-gtm="page-header.sub-navigation-second-level" href="https://www.nouryon.com/zh-cn/?setlng=1"
                                    title="中国 (中文简体)">
                                    中国 (中文简体)
                                </a>
                                <a data-gtm="page-header.sub-navigation-second-level" href="https://www.nouryon.com/ja-jp/?setlng=1"
                                    title="日本 (日本語)">
                                    日本 (日本語)
                                </a>
                                <a data-gtm="page-header.sub-navigation-second-level" href="https://www.nouryon.com/fr-ca/?setlng=1"
                                    title="Canada (Fran&#231;ais)">
                                    Canada (Fran&#231;ais)
                                </a>
                            </div>
                        </div>
                    </div>
                                <div class="page-header__menu-dropdown-selector">
                    <ul data-qa="extra-sub-menu" class="sub">
        <li data-qa="sub-menu-item-0">
```

```
<a href="https://my.nouryon.com/login/aboutmynouryon/"
    title="My Nouryon"
    data-gtm-event="subSiteNavigationClick"
    data-gtm="page-header.sub-navigation-first-level"
    data-js=""
    data-gtm-details="external link">
     My Nouryon
</a>

            </li>
            <li data-qa="sub-menu-item-1">
    <a href="/contact/"
        data-gtm-event="subSiteNavigationClick"
        data-gtm="page-header.sub-navigation-first-level"
        data-js=""
        data-gtm-details="internal link">
         Contact
    </a>

            </li>
    </ul>

                        </div>
                                    <div class="page-header__menu-dropdown-selector">
                            <div class="menu-dropdown-selector-component">
        <button data-gtm="page-header.sub-navigation-first-level" class="menu-dropdown-selector-component__name-toggler">Downloads</button>
        <div class="menu-dropdown-selector-component__sub-menu-panel">
            <div class="menu-dropdown-selector-component__sub-menu">
    <a href="/document-search/"
        data-gtm-event="subSiteNavigationClick"
        data-gtm="page-header.sub-navigation-second-level"
        data-js="menu-dropdown-selector-component__link"
        data-gtm-details="internal link">
         Document search
    </a>
    <a href="/sds-search/"
        data-gtm-event="subSiteNavigationClick"
        data-gtm="page-header.sub-navigation-second-level"
        data-js="menu-dropdown-selector-component__link"
        data-gtm-details="internal link">
         SDS search
    </a>
            </div>
        </div>
    </div>

                    </div>
            </nav>
        </div>
    </div>
    </header>
</div>


    <div class="scoped-styling-2018">
        <div class="size100carousel" data-qa="component.size100carousel" data-js="component.size100carousel" >
            <div class="gallery" data-slideduration="7">



<div class="slide-item hidden size100-carousel">
    <div class="page-header__main-heading-background-gradient gradient_vertical_black_white"></div>

    <section class="page-header  hundred-header video-present" style="">
        <article>
            <div>
                                <h1 data-qa="header-main-title">
<div>Partnering with IMCD to expand distribution</div></h1>
                                <p data-qa="header-body-text">
Strategic agreement to deliver textile and leather solutions across EMEA
                </p>

                        <a class="button secondary-button inverted page-header__cta-button" href="/news-and-events/news-overview/2025/nouryon-and-imcd-part
            </div>

        </article>
        <video playsinline autoplay muted loop>
            <source src="/globalassets/nouryon/0.-home/carousel-slides/com-header-banner-video-textile-crop3mb.mp4" type="video/mp4">
        </video>
    </section>
        <span class="internet-explorer-border-fix"></span>
</div>

<div class="slide-item hidden size100-carousel">
    <div class="page-header__main-heading-background-gradient gradient_vertical_black_white"></div>

    <section class="page-header  hundred-header video-present" style="">
        <article>
            <div>
                    <h6 data-qa="header-sub-title" >Feature</h6>
                                <h1 data-qa="header-main-title">
<p>Building partnerships for progress</p></h1>
                                <p data-qa="header-body-text">
Our role in shaping the future of oilfield
                </p>

                        <a class="button secondary-button inverted page-header__cta-button" href="/news-and-events/features-overview/building-partnerships
            </div>
```

```
        </article>
            <video playsinline autoplay muted loop>
                <source src="/globalassets/nouryon/0.-home/banners--big-teaser/com-header-banner-video-2025-11-03-oilfield-adpiec-crop2660x760.mp4" typ
            </video>
        </section>
        <span class="internet-explorer-border-fix"></span>
</div>

<div class="slide-item hidden size100-carousel">
    <div class="page-header__main-heading-background-gradient gradient_vertical_black_white"></div>

    <section class="page-header  hundred-header video-present" style="">
        <article>
            <div>
                                <h1 data-qa="header-main-title">
<p>Advancing leadership of cleaning ingredient solutions</p></h1>
                                <p data-qa="header-body-text">
Launching innovative sustainable technologies at SEPAWA
                </p>

                    <a class="button secondary-button inverted page-header__cta-button" href="/news-and-events/news-overview/2025/nouryon-advances-lead
            </div>

        </article>
            <video playsinline autoplay muted loop>
                <source src="/globalassets/nouryon/0.-home/carousel-slides/banner-video-for-sepawa-cleaning-solutions-launch-2.mp4" type="video/mp4">
            </video>
        </section>
        <span class="internet-explorer-border-fix"></span>
</div>

<div class="slide-item hidden size100-carousel">
    <div class="page-header__main-heading-background-gradient gradient_vertical_black_white"></div>

    <section class="page-header  hundred-header video-present" style="">
        <article>
            <div>
                                <h1 data-qa="header-main-title">
<p>Expansion of South America sodium chlorate capacity by 20%</p></h1>
                                <p data-qa="header-body-text">
Long-term agreement with Arauco supports growing demand for renewable pulp-based products.
                </p>

                    <a class="button secondary-button inverted page-header__cta-button" href="/news-and-events/news-overview/2025/nouryon-expands-its-s
            </div>

        </article>
            <video playsinline autoplay muted loop>
                <source src="/globalassets/nouryon/0.-home/carousel-slides/forest_br_compressed.mp4" type="video/mp4">
            </video>
        </section>
        <span class="internet-explorer-border-fix"></span>
</div>

<div class="slide-item hidden size100-carousel">
    <div class="page-header__main-heading-background-gradient gradient_vertical_black_white"></div>

    <section class="page-header  hundred-header video-present" style="background-image: url(&#39;/globalassets/nouryon/0.-home/carousel-slides/beautycr
        <article>
            <div>
                                <h1 data-qa="header-main-title">
<p>Introducing BeautyCreations&trade;</p></h1>
                                <p data-qa="header-body-text">
An AI-driven personal care formulation discovery tool
                </p>

                    <a class="button secondary-button inverted page-header__cta-button" href="/news-and-events/news-overview/2025/beautycreationstm-a-p
            </div>

        </article>
            <video playsinline autoplay muted loop>
                <source src="/globalassets/nouryon/0.-home/carousel-slides/beautycreations_medium_banner.mp4" type="video/mp4">
            </video>
        </section>
        <span class="internet-explorer-border-fix"></span>
</div>


            </div>
            <img width="900" height="100" src="/Corporate/app/src/icons/curve.svg" class="gallery-overlay" alt="" />
            <div class="ctrl-container">
                <div class="prev" data-qa="prev" data-controls="prev" aria-controls="customize" tabindex="-1">
                    <svg class="icon icon-magnifier" aria-hidden="true">
                        <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36.0.12465#chevron--left-
                    </svg>
                </div>
                <div class="next" data-qa="next" data-controls="next" aria-controls="customize" tabindex="-1">
                    <svg class="icon icon-magnifier" aria-hidden="true">
                        <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36.0.12465#chevron--right-
                    </svg>
                </div>
            </div>
        </div>
    </div>
```

```
<div class="container">
    <div class="row u-mb--l">
        <div class="column column--narrow-content column--with-centered-content">
            <div class="m-heading-section">
                <p>  </p>                    </div>
        </div>
    </div>
</div>

<div class="scoped-styling-2018">
    <section class="big-teaser-bar" style="margin-left: 0px;" data-qa="big-teaser-container">
            <h2 class="u-mb--s" data-qa="big-teaser-title">
<p><strong>At a Glance </strong>- A global leader in specialty chemicals</p></h2>
        <span class="previous" data-qa="big-teaser-previous-button">&#8249;</span>
        <span class="next" data-qa="big-teaser-next-button">&#8250;</span>
        <div class="big-teaser-inner-container">
                <figure class="big-teaser-item" data-qa="big-teaser-item-container">
                    <a class="" href="/company/organization/" data-qa="big-teaser-item-link">

<img class="" src="/globalassets/nouryon/0.-home/banners--big-teaser/big-teaser-cls-rounded-2lines.png?preset=lazyload" data-lazy="/globalassets/nouryo

                    <figcaption data-qa="big-teaser-item-caption"><em>Ingredient solutions for personal care, cleaning, agriculture, food, and phar
                </a>
            </figure>
                <figure class="big-teaser-item" data-qa="big-teaser-item-container">
                    <a class="" href="/company/organization/" data-qa="big-teaser-item-link">

<img class="" src="/globalassets/nouryon/0.-home/banners--big-teaser/big-teaser-pm-rounded-2lines.png?preset=lazyload" data-lazy="/globalassets/nouryor
                    <figcaption data-qa="big-teaser-item-caption"><em>Innovating for polymers, paints and coatings, to enhance product performance
                </a>
            </figure>
                <figure class="big-teaser-item" data-qa="big-teaser-item-container">
                    <a class="" href="/company/organization/" data-qa="big-teaser-item-link">

<img class="" src="/globalassets/nouryon/0.-home/banners--big-teaser/big-teaser-rs-rounded-2lines.png?preset=lazyload" data-lazy="/globalassets/nouryor
                    <figcaption data-qa="big-teaser-item-caption"><em>Including pulp processing, mining, hydrocarbon processing, and lubes and fuel
                </a>
            </figure>
                <figure class="big-teaser-item" data-qa="big-teaser-item-container">
                    <a class="" href="/markets/" data-qa="big-teaser-item-link">

<img class="" src="/globalassets/nouryon/0.-home/banners--big-teaser/big-teaser-markets-rounded-2lines.png?preset=lazyload" data-lazy="/globalassets/no
                    <figcaption data-qa="big-teaser-item-caption"><em>Discover our essential and sustainable solutions for the manufacture of every
                </a>
            </figure>
                <figure class="big-teaser-item" data-qa="big-teaser-item-container">
                    <a class="" href="/products/" data-qa="big-teaser-item-link">

<img class="" src="/globalassets/nouryon/0.-home/banners--big-teaser/big-teaser-pls-rounded-2lines.png?preset=lazyload" data-lazy="/globalassets/nouryo
                    <figcaption data-qa="big-teaser-item-caption"><em>Browse our essential, innovative, and high-performance specialty chemicals</
                </a>
            </figure>
        </div>
    </section>
</div>
<div class="scoped-styling-2018">
    <section class="default-container  no-margin-vertical ">
        <div class="generic-wrapper generic-rich-text-wrapper">



            <div class="rich-text" data-qa="rich-text-block" >
                <h2 style="text-align: center;"><strong>News</strong> and Features</h2>
            </div>
        </div>
    </section>
</div>
<div class="scoped-styling-2018">
        <a id="news"> </a>
    <div class="row"><div class=" column column--6 half-width">

<a href="/news-and-events/news-overview/2025/nouryon-advances-south-america-growth-strategy-with-new-customer-experience-and-innovation-center-in-brazi
    <section class="news-single-block">
        <span class="u-background-color--primary-color">News</span>
        <h3 class="h3--bold">Nouryon advances South America growth strategy with new customer experience and innovation center in Brazil for its home a
        <date>

10
Dec
2025

        </date>
    </section>
</a>

</div><div class=" column column--6 half-width"><ul class="news-multiline-list-block">
```

```
<li class="block">
    <a class="dm-news-single-block--link-0" href="/news-and-events/news-overview/2026/nouryon-recognized-by-henkel-consumer-brands-with-its-2025-sustai
        <div class="img-container">
            <img width="155" height="116" data-lazy="/globalassets/nouryon/5.-news--events/media-releases/2026/nouryon-recognized-by-henkel-consumer-b
        </div>
        <div class="news-container">
            <h4 class="h4--bold">Nouryon recognized by Henkel Consumer Brands with its 2025 sustainability award   for innovative laundry detergent ing
            <span class="news-container-date">
                <date data-qa="news-teaser-date">

12
Feb
2026
 - <strong>News</strong></date>
                <svg class="icon link__icon" aria-hidden="true">
                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg#chevron--right--single"></use>
                </svg>
            </span>
        </div>
    </a>
</li>


<li class="block">
    <a class="dm-news-single-block--link-1" href="/news-and-events/news-overview/2026/nouryon-launches-industrys-first-100-biobased-biodegradable-carbo
        <div class="img-container">
            <img width="155" height="116" data-lazy="/globalassets/nouryon/5.-news--events/media-releases/2026/industrys-first-100-biobased-biodegrada
        </div>
        <div class="news-container">
            <h4 class="h4--bold">Nouryon launches industry's first 100% biobased, biodegradable carboxymethylcellulose for laundry detergents</h4>
            <span class="news-container-date">
                <date data-qa="news-teaser-date">

2
Feb
2026
 - <strong>News</strong></date>
                <svg class="icon link__icon" aria-hidden="true">
                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg#chevron--right--single"></use>
                </svg>
            </span>
        </div>
    </a>
</li>


<li class="block">
    <a class="dm-news-single-block--link-2" href="/news-and-events/news-overview/2026/nouryon-honors-top-global-partners-with-2025-supplier-of-the-year
        <div class="img-container">
            <img width="155" height="116" data-lazy="/globalassets/nouryon/5.-news--events/media-releases/2026/2026-01-22-nouryon-awards-group-1-2_thu
        </div>
        <div class="news-container">
            <h4 class="h4--bold">Nouryon honors top global partners with 2025 supplier of the year awards</h4>
            <span class="news-container-date">
                <date data-qa="news-teaser-date">

27
Jan
2026
 - <strong>News</strong></date>
                <svg class="icon link__icon" aria-hidden="true">
                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg#chevron--right--single"></use>
                </svg>
            </span>
        </div>
    </a>
</li>


<li class="block">
    <a class="dm-news-single-block--link-3" href="/news-and-events/news-overview/2025/nouryon-and-imcd-partner-to-expand-textile-and-leather-solutions-
        <div class="img-container">
            <img width="155" height="116" data-lazy="/globalassets/nouryon/5.-news--events/media-releases/2025/nouryon-and-imcd-partner-to-expand-text
        </div>
        <div class="news-container">
            <h4 class="h4--bold">Nouryon and IMCD partner to expand textile and leather solutions distribution in EMEA</h4>
            <span class="news-container-date">
                <date data-qa="news-teaser-date">

11
Dec
2025
 - <strong>News</strong></date>
                <svg class="icon link__icon" aria-hidden="true">
                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg#chevron--right--single"></use>
                </svg>
            </span>
        </div>
    </a>
</li>

</ul>

    <a data-qa="filter-news-block-see-more" class="see-more-link" href="/news-and-events/news-overview/" title="News" target="_self">News<span></span>
</div></div>
</div>
<section>
    <div class="container">
```

```
        <div class="row">
            <div class="column">
                <a id="features"> </a>
                    </div>
        </div>
    </div>


    <div class="scoped-styling-2018">


        <div class="default-container three-columns u-mb--l">
        <div class="block teaser">
            <a href="/news-and-events/features-overview/building-partnerships-for-progress-nouryons-role-in-shaping-the-future-of-oilfield/" data-qa="gener
                <img src="/globalassets/nouryon/5.-news--events/features/2025/future-of-oilfield_story_body-image-1.png?preset=image-400x220" alt="Inno
                    <h3 class="h3--bold teaser__title" data-qa="generic-info-title">Building partnerships for progress: Nouryon&#39;s role in s
                        <span class="icon chevron-right"></span>
                    </h3>
                <p class="teaser__text" data-qa="generic-info-text">In early November, the Abu Dhabi International Petroleum Exhibition &amp; Conference (A
            </a>
        </div>
        <div class="block teaser">
            <a href="/news-and-events/features-overview/world-fertilizer-day-2025/" data-qa="generic-info-link">
                <img src="/globalassets/nouryon/1.-products/chelates/dissolvine/image-dissolvine-intro.jpg?preset=image-400x220" data-qa="generic-info-
                    <h3 class="h3--bold teaser__title" data-qa="generic-info-title">Celebrating World Fertilizer Day with Innovation: HBED, the
                        <span class="icon chevron-right"></span>
                    </h3>
                <p class="teaser__text" data-qa="generic-info-text">Nouryon developed HBED, the world's strongest iron chelate and the only one of its kind
            </a>
        </div>
        <div class="block teaser">
            <a href="/news-and-events/features-overview/luminus-completes-onsite-renewable-energy-project-at-nouryons-mons-belgium-facility/" data-qa="gene
                <img src="/globalassets/nouryon/5.-news--events/features/2025/luminus-completes-onsite-renewable-energy-project-meta-image.png?preset=i
                    <h3 class="h3--bold teaser__title" data-qa="generic-info-title">Luminus Completes Onsite Renewable Energy Project at Nouryo
                        <span class="icon chevron-right"></span>
                    </h3>
                <p class="teaser__text" data-qa="generic-info-text">Belgium's leading renewable energy producer, Luminus, has advanced its partnership with
            </a>
        </div>
                        <a data-qa="related-generic-block-see-more" class="see-more-link" href="/news-and-events/features-overview/" title="See al
        </div>
    </div>
</section>

<div class="scoped-styling-2018">
        <section data-qa="image-masked-video" class="image-masked image-masked-video image-masked--overlay-dark left-aligned light">
                        <svg data-qa="image-masked-top-mask" class="top" data-name="Layer 1" preserveAspectRatio="xMinYMin meet" xmlns="http://www.
                <defs>
                    <style>
                        .cls-1 {
                            fill: #fff;
                        }
                    </style>
                </defs>
                <path class="cls-1" d="M1920,0H0V14.6C117,28.78,249.07,40.19,392.25,48.26,573.62,58.49,772.8,63.35,981.6,61.68s407.49-9.72,588-22.8
            </svg>
            <video data-qa="image-masked-video-container" playsinline autoplay muted loop>
                <source src="/globalassets/nouryon/0.-home/carousel-slides/website-header_sustainability_v01.mp4" type="video/mp4">
            </video>
            <svg data-qa="image-masked-bottom-mask" class="bottom" data-name="Layer 1" preserveAspectRatio="xMaxYMax meet" xmlns="http://www.w3.or
                <defs>
                    <style>
                        .cls-4 {
                            fill: #fff;
                        }
                    </style>
                </defs>
                <g id="Layer_6" data-name="Layer 6"><path class="cls-1" d="M1920,122v-7.73c-94.29-20.22-193.79-38-297.69-52.62C1377.61,27.13,1108.5
            </svg>
        <div>
            <article>
                <h2 class="h1" data-qa="image-masked-title">
<p>Key highlights from our sustainability performance and progress</p></h2>
                            <p data-qa="image-masked-subtitle">Expanding portfolio of sustainable solutions | Top quartile people safet
                                <a data-qa="secondary-button" class="button secondary-button inverted button--image-mas
                                <a data-qa="secondary-button" class="button secondary-button inverted button--image-masked-second-button" l
            </article>
        </div>
        </section>
</div>

    <div class="container">
        <div class="row">
            <div class="column">
                <div class="m-heading-section u-mb--m">
                            <h2 data-qa="related-vacancy-block-title" class="text-center">
<p>Join us and help us build<strong> a sustainable future</strong></p></h2>
                            </div>
            </div>
        </div>
    </div>
    <div class="scoped-styling-2018">


        <section class="default-container three-columns u-mb--l" data-qa="related-vacancy-block">
<div class="block vacancy-teaser">
    <a href="/vacancies/2026-sweden-alby-summer-jobs-sommarjobb-nouryon-alby-nge-n0013645/" data-qa="vacancy-teaser-link">
        <date data-qa="vacancy-teaser-date">
```

```
Open until Sunday

22
Feb
2026
        </date>
        <h3 class="h3--bold vacancy-teaser__title" data-qa="vacancy-teaser-title">

<p>Sommarjobb - Nouryon Alby (Ånge)</p>         </h3>
        <p data-qa="vacancy-teaser-text">
        </p>
        <em data-qa="vacancy-teaser-country">

                <span data-qa="vacancy-teaser-icons"></span>
        Alby, Sweden         </em>
    </a>
</div>
<div class="block vacancy-teaser">
    <a href="/vacancies/2026-sweden-gteborg-summer-jobs-summer-job-nouryon-gothenburg-n0013643/" data-qa="vacancy-teaser-link">
        <date data-qa="vacancy-teaser-date">

Open until Sunday

22
Feb
2026
        </date>
        <h3 class="h3--bold vacancy-teaser__title" data-qa="vacancy-teaser-title">

<p>Summer job - Nouryon Gothenburg</p>         </h3>
        <p data-qa="vacancy-teaser-text">
        </p>
        <em data-qa="vacancy-teaser-country">

                <span data-qa="vacancy-teaser-icons"></span>
        G&#246;teborg, Sweden         </em>
    </a>
</div>
<div class="block vacancy-teaser">
    <a href="/vacancies/2026-sweden-bohus-summer-jobs-sommarjobb-nouryon-bohus-gteborg-n0013644/" data-qa="vacancy-teaser-link">
        <date data-qa="vacancy-teaser-date">

Open until Sunday

22
Feb
2026
        </date>
        <h3 class="h3--bold vacancy-teaser__title" data-qa="vacancy-teaser-title">

<p>Sommarjobb - Nouryon Bohus (Göteborg)</p>         </h3>
        <p data-qa="vacancy-teaser-text">
        </p>
        <em data-qa="vacancy-teaser-country">

                <span data-qa="vacancy-teaser-icons"></span>
        Bohus, Sweden         </em>
    </a>
</div>
                        <a data-qa="filter-vacancy-block-see-more" class="see-more-link" href="/careers/vacancies/" target="_self">View all open po
        </section>
    </div>

<div class="scoped-styling-2018">
        <div data-qa="image-full-video" class="--overlay-clear default-container video-present   "
            >
            <section data-qa="image-full-video" class="image-full-video page-header --overlay-clear hundred-header video-present    limit-content diagon
                >
            <article>
                    <video data-qa="image-full-video-container" playsinline autoplay muted loop>
                        <source src="/globalassets/nouryon/3.-careers/04-changemakers-life-at-nouryon/evp-animated-header_1.mp4" type="video/mp4">
                    </video>
                <div>
                        <h1 data-qa="image-full-video-title">
<p>We&rsquo;re looking for tomorrow&rsquo;s Changemakers, today</p></h1>
                                <p data-qa="image-full-video-body-text">
We are located in different parts of the world and there are no barriers to our collective motivation and teamwork – we work as one. Our Changemakers
                        <a data-qa="secondary-button" class="button secondary-button inverted page-header__cta-button button--image-full-second-but
                                <a data-qa="secondary-button" class="button secondary-button inverted page-header__cta-button butto
                </div>
            </article>
        </section>
    </div>
    <span class="internet-explorer-border-fix"></span>
</div>
<div class="scoped-styling-2018">
    <section class="default-container">
        <div data-qa="get-in-touch" class="get-in-touch u-mb--l">
            <article>
                        <h3 data-qa="get-in-touch-title">We&#39;d love to hear from you</h3>
                                <nav>
                        <a href="/contact/" data-qa="get-in-touch-button-one"><em>Contact options</em></a>
                                <a href="/company/locations/" data-qa="get-in-touch-button-two"><em> All locations</em></a>
                </nav>
            </article>
            <aside>
                <section>
```

```
<p><strong>Nouryon<br /></strong><span data-teams="true">Headquartered in<br />Radnor, PA, United States,<br />
        </section>
            <div data-qa="get-in-touch-aside-image" style="background-image: url(/globalassets/nouryon/0.-sitewide--forms/blue-flag-240.jpg?pre
        </aside>
    </div>
        </section>
</div>

    <div class="container">
        <div class="row row--full">
            <div class="column column--with-centered-content">
                <div class="m-share-on-social">
                    <h4 class="h2">Share this page </h4>
                    <ul class="ul m-share-on-social__list">
                        <li class="m-share-on-social__list-item">
                            <a href="https://www.facebook.com/sharer/sharer.php?u=https://www.nouryon.com/&amp;t=Nouryon - Your partner in essential so
                                <svg class="icon icon--size-l link__icon" aria-hidden="true">
                                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36.0.12465#fac
                                </svg>
                            </a>
                        </li>
                        <li class="m-share-on-social__list-item">
                            <a href="https://www.linkedin.com/shareArticle?mini=true&amp;url=https://www.nouryon.com/&amp;title=Nouryon - Your partner
                                <svg class="icon icon--size-l link__icon" aria-hidden="true">
                                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36.0.12465#lir
                                </svg>
                            </a>
                        </li>
                        <li class="m-share-on-social__list-item">
                            <a href="https://www.twitter.com/intent/tweet?url=https://www.nouryon.com/&amp;text=Nouryon - Your partner in essential sol
                                <svg class="icon icon--size-l link__icon" aria-hidden="true">
                                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36.0.12465#twi
                                </svg>
                            </a>
                        </li>
                        <li class="m-share-on-social__list-item">
                            <a href="mailto:?Subject=I wanted to share this page with you from Nouryon.com. &amp;Body=Link: https://www.nouryon.com/" a
                                <svg class="icon icon--size-l link__icon" aria-hidden="true">
                                    <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36.0.12465#mai
                                </svg>
                            </a>
                        </li>
                    </ul>
                </div>
            </div>
        </div>
    </div>
<div class="scoped-styling-2018">
    <footer class="page-footer">
        <div class="page-footer__top-image-wrapper">
            <svg class="page-footer__top-image" data-qa="footer-svg" preserveAspectRatio="xMinYMin meet" xmlns="http://www.w3.org/2000/svg" viewBox
                <g id="Layer_1" data-name="Layer 1"><path class="cls-1" d="M0 141.15c104.24 34.59 223.79 62.32 354.31 81.58 151.94 22.43 31
            </svg>
        </div>

        <div class="default-container clear-padding-bottom">
            <section class="page-footer__row">
                <div class="page-footer__column page-footer__column-top-left">
                    <nav>
                        <ul class="page-footer__brand-menu-items-list">
                            <li>
                                <a href="/document-search/" title="Documents">Documents</a>
                            </li>
                            <li>
                                <a href="/sds-search/" title="SDS">SDS</a>
                            </li>
                            <li>
                                <a href="/product-search/" title="Product search">Product search</a>
                            </li>
                            <li>
                                <a href="https://my.nouryon.com/" title="My Nouryon - Log in">My Nouryon - Log in</a>
                            </li>
                            <li>
                                <a href="/contact/" title="Contact">Contact</a>
                            </li>
                            <li>
                                <a href="/company/locations/" title="Locations worldwide">Locations worldwide</a>
                            </li>
                        </ul>
                    </nav>

                    <div class="page-footer__social-links-list">
                        <p class="page-footer__social-links-list-title">Follow us</p>

                        <ul>

                            <li>
                                <a href="https://www.youtube.com/channel/UCNadEfcHRN-hu49oVRXnWmg" data-qa="footer-social-youtube" class="soci
                                    <svg class="icon link__icon" aria-hidden="true">
                                        <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36
                                    </svg>
                                </a>
                            </li>


                            <li>
                                <a href="https://www.linkedin.com/company/nouryon" data-qa="footer-social-linkedin" class="social-link" targets
```

```
                                    <svg class="icon link__icon" aria-hidden="true">
                                        <use xmlns:xlink="http://www.w3.org/1999/xlink" xlink:href="/Corporate/app/build/icons/icons.svg?v=7.36
                                    </svg>
                                </a>
                            </li>
                        </ul>
                    </div>
                </div>

                <div class="page-footer__column page-footer__column-top-right">
                    <div class="page-footer__branding-block page-footer__branding-block-top">
                        <div class="page-footer__branding-block-top-brand-logo">
                        </div>
                        <h4 class="page-footer__branding-block-top-title" data-qa="footer-header-title">
                            <p>Your partner in essential solutions for a sustainable future</p>
                        </h4>
                    </div>
                </div>
            </section>

            <section class="page-footer__row">
                <div>
                    <nav>
                        <ul class="page-footer__navigation-links-list">
                                        <li>
                                <a data-qa="footer-nav-menu-item" href="/privacy-statement/" title="Privacy Statement">Privacy Statement</a
                            </li>
                            <li>
                                <a data-qa="footer-nav-menu-item" href="/terms-of-use/" title="Terms of use">Terms of use</a>
                            </li>
                            <li>
                                <a data-qa="footer-nav-menu-item" href="/products/terms-and-conditions-of-sale/" title="Conditions of sale'
                            </li>
                            <li>
                                <a data-qa="footer-nav-menu-item" href="/website-owner/" title="Website owner">Website owner</a>
                            </li>
                            <li>
                                <a data-qa="footer-nav-menu-item" href="/cookie-preferences/" title="Adjust cookies">Adjust cookies</a>
                            </li>
                        </ul>
                    </nav>
                </div>

                <div class="page-footer__column">
                    <div class="page-footer__branding-block page-footer__branding-block-bottom">
                            <span class="page-footer__branding-block-bottom-text">&copy;2026 Nouryon - Chamber of Commerce no: 81195664</span>

                    </div>
                </div>
            </section>
        </div>
    </footer>
</div>
<script type="text/javascript" src="https://dl.episerver.net/13.6.1/epi-util/find.js"></script>
<script type="text/javascript">
if(typeof FindApi === 'function'){var api = new FindApi();api.setApplicationUrl('/');api.setServiceApiBaseUrl('/find_v2/');api.processEventFromCurrentU
</script>

        <script type="text/javascript" src="/Corporate/app/build/scripts/scripts.min.js?v=7.36.0.12465"></script>

    <!-- Google Tag Manager (noscript) -->
<noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-NDPLS4B"
height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
<!-- End Google Tag Manager (noscript) -->


    </body>
</html>
```

# EXHIBIT 6

US006405238B1

(12) **United States Patent**

Votipka

(10) **Patent No.:**     **US 6,405,238 B1**

(45) **Date of Patent:**     **Jun. 11, 2002**

(54) **QUICK NAVIGATION UPON DEMAND TO MAIN AREAS OF WEB SITE**

(75) Inventor: **Bruce Votipka**, Fort Collins, CO (US)

(73) Assignee: **Hewlett-Packard Co.**, Palo Alto, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/127,655**

(22) Filed: **Jul. 31, 1998**

(51) **Int. Cl.**$^7$ ........................ **G06F 15/16**; G06F 15/00; G09G 5/00

(52) **U.S. Cl.** ........................ **709/203**; 707/513; 345/760

(58) **Field of Search** ................................ 709/245, 203; 345/345, 352–353, 356–357, 704, 760, 853–855; 707/501, 513

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,625,781 A | * | 4/1997 | Cline et al. | .................. | 345/335 |
| 5,787,254 A | * | 7/1998 | Maddalozzo | ................ | 709/228 |
| 5,933,827 A | * | 8/1999 | Cole et al. | .................... | 707/10 |
| 6,189,018 B1 | * | 2/2001 | Newman et al. | ............ | 707/501 |
| 6,230,185 B1 | * | 5/2001 | Salas et al. | ................. | 709/205 |
| 6,266,681 B1 | * | 7/2001 | Guthrie | ...................... | 707/501 |

OTHER PUBLICATIONS

Kirsanov, D., "Designing Site Navigation," www.webreference.com/dlab/9705, pp. 1–14, May 1997.*

Rosenfeld, L., "30–Minute Web Site Tune–Up," WebReview.com, pp.1–4, Jan. 1997.*

Nielsen, J., "The Rise of the Sub–Site," Alertbox, ZDNet, pp. 1–2, Sep. 1996.*

Bickford, P., "Out of the Labyrinth: Mapping Sites with Menus," Netscape Corp., developer.netscape.com/viewsource/bickford_mapping/bickfordmapping.html, pp. 1–5, Sep. 1997.*

"Simple Select Menu," www.webreference.com/javascript/960923/part01.html, pp. 1–2, Sep. 1996.*

"Modifiable Select Menus II," www.webreference.com/javascript/960902/select_boxes.html, pp. 1–4, Sep. 1996.*

"View Source Articles," developer.netscape.com/viewsource/archive/archivelist.html, pp. 1–8, Jan. 1999.*

* cited by examiner

Primary Examiner—Zarni Maung
Assistant Examiner—Andrew Caldwell

(57) **ABSTRACT**

A web site navigation technique is presented wherein each web page along at least one link-traversable path of a web site presents a drop down link selection list activator. Upon activation, event handler script displays a drop down link selection list in a pop-up frame overlaid over a web page currently being displayed. The drop down link selection list presents a plurality of predefined links to most frequency accessed web pages associated with the web site, indicating hierarchical relationships between the links. Upon selection of one of the predefined links from the drop down link selection list, the web page associated with the selected link is loaded and displayed.

**7 Claims, 5 Drawing Sheets**





**FIG. 1**



*FIG. 2*



*FIG. 3*



FIG. 4



**FIG. 5**

US 6,405,238 B1

# 1

## QUICK NAVIGATION UPON DEMAND TO MAIN AREAS OF WEB SITE

### FIELD OF THE INVENTION

The present invention pertains generally to internet navigation, and more particularly to a method and on-demand tool for directly navigating to certain web pages in a web site.

### BACKGROUND OF THE INVENTION

Traditionally, browsers implement navigation to other areas, or "web pages", on a web site via hyperlinks. A hyperlink, or simply "link", is special text in a page or a graphical icon associated with another web page. Links may also be present on a graphical image that includes regions associated with different pages. For example, a link defined as a graphical image of a human body may have different regions leading to different text pages. Thus, by clicking on the head, a text page of a medical diagnosis for the head is displayed; by clicking on the feet, a text page of medical diagnoses for the foot is displayed, and so on. Typically, when a link is activated (e.g., the user clicks on the link using a mouse), an internet browser downloads a HyperText Markup Language (HTML) web page from a host site and stores it in local memory. Common web browsers have a mechanism called a back link, or back button. This allows the user to retrace the path that was followed to arrive at the current page, and because the HTML data is available locally rather than requiring the data to be re-downloaded across the network, the path may be retraced more quickly.

One navigation tool frequently implemented in web sites is known as a "site map". A site map is typically designed to provide a comprehensive view of all elements on the site, generally in an expanded index format. Site maps generally display a text or graphical map of the web site, and, depending on the complexity of the site map, may or may not provide links to pages at the top of each sub-hierarchy of the major sections of the web site. The site map itself is a complete and separate web page that must be loaded in order to view. Because the links provided in a site map tend to be only to those web pages heading the major sub-sections of the site, and since web pages heading major sub-sections typically do not include substantive information but rather only links to other web pages that lead to pages that contain the substantive information of interest to the particular user, site maps therefore tend to provide only indirect links to web pages containing substantive information of interest to users.

Using current navigation technology, an inconvenience often occurs when a user is displaying a page somewhere in a web site, and has a need to view another page elsewhere in the web site in order to complete a task. In the prior art, the user must navigate from one web page to another via the hierarchical links on each page, or by using the browser's "back" button. In a large web site, navigation through a lengthy path of links may be quite cumbersome and time-consuming. What is needed is a method and mechanism for bypassing lengthy hyperlink paths in order to easily navigate to different web pages in a web site.

One method currently used for avoiding the requirement to traverse through each link in the web site is to display a series of links on each page in the web site. This method, however, is very costly in terms of consumption of available viewing space on each page. Furthermore, the space consumed by the series of links on each page provides only redundant information. It reduces the amount of available display space for useful non-redundant information avail-

# 2

able to the user, and additionally still takes some time to use. In addition, redundant series of text links do not scale very well due to display resolution, aspect ratio, or practical user viewing limitations. One method for limiting the space taken up by the series of text links on each page is to confine the series of links to a limited viewing window that is scrollable via a scrollbar. However, this method requires scrolling to view the available links, thereby lessening its convenience. The same scaling problem exists when the links are graphical elements.

Another method currently used to quickly navigate to a desired page on the internet is via the use of bookmarks. Bookmarking is a tool provided by internet browsers that allow a user to directly link to a favorite site or page in a web site by allowing a customizable user-selectable bookmark list. Bookmarks save the internet address of the associated web page in user-friendly hyperlink form. Thus, the selection of the desired bookmark from the bookmark list in the browser causes the web page associated with the bookmark to be downloaded and displayed by the browser without requiring the user to navigate to the site manually via a hyperlink path. However, before a bookmark can be saved as a bookmark, the user must still actually navigate to the desired page and manually add the address of the page as a bookmark. Furthermore, the addition of more than a few pages in a web site as bookmarks results in user cognitive overload, which can only be remedied by implementing some type of bookmark management (e.g., the creation of web site directories in the bookmark list).

### SUMMARY OF THE INVENTION

The present invention is a navigation mechanism and method of operating the same that allows users to very easily and with very few key strokes navigate to main areas of a web site without having to use traditional methods that are available through HTML. Using the web browser the user can navigate very easily to main areas of the site. The invention overcomes the problems of the prior art by creating a drop down link selection list that occupies minimal display space but allows a user to simply select the list, pick a link to a web page entry, and navigate directly to the selected web page. The drop down selection list tool of the invention allows any number of directly accessible web pages to be listed, yet the entire list becomes visible only on demand by the user which results in only a minimal amount of display overhead while the user is viewing the main display. In addition, because the size and format (i.e., placement of listed items) of the drop down list when presented to the user is determined by the web site designer, relationships, such as the position in the site hierarchy of a particular page, are easily presented.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be better understood from a reading of the following detailed description taken in conjunction with the drawing in which like reference designators are used to designate like elements, and in which:

FIG. 1 is a block diagram of a web site;

FIG. 2 is a diagram of one embodiment of a home page for a web site;

FIG. 3 is a diagram illustrating a drop down link selection list when displayed on demand by a user;

FIG. 4 is a diagram illustrating a pop-up frame in which a user-selected web page is loaded upon selection of a link from a drop down link selection list; and

3

4

FIG. **5** is a diagram illustrating an example implementation of a link selection frame displayed when a drop down link selection list associated with the web sit of FIG. **1** is activated.

## DETAILED DESCRIPTION

The mechanism of the invention is a drop down link selection list that occupies minimal display space but allows a user to simply select the list, pick a link to a web page entry, and navigate directly to the selected web page. The drop down selection list tool of the invention allows any number of directly accessible web pages to be listed, yet the entire list becomes visible only on demand by the user which results in only a minimal amount of display overhead while the user is viewing the main display. In addition, because the size and format (i.e., placement of listed items) of the drop down list when presented to the user is determined by the web site designer, relationships, such as the position in the site hierarchy of a particular page, are easily presented.

FIG. **1** is a block diagram of a typical web site **100**. Web site **100** is organized in some type of hierarchical arrangement to allow the user to accomplish a specific task. At the top level **110** of the hierarchy is a home page **112**, sometimes called a lodge page or an entry page, which informs the user of the functionality of the web site **100**. On the next level **120** of the hierarchy are HTML pages **122**, **124**, **126** that operate to segregate the functionality of web site **100** into major sections. For example, if web site **100** is designed to provide user information about a particular product, the major sections may include a documentation section page **122** which links to specific areas of the documentation at lower levels **130**, **140** in the hierarchy. These lower level pages **132**, **134**, **136**, **142** may include instruction pages for product installation **132**, product troubleshooting **134**, and a glossary **136**. The glossary page **136** may include links to pages on lower level **140** defining specific terms used throughout the website. For example, the glossary page **136** may include links to definition page **144** associated with the term "Term 1", definition page **14** associated with the term "Term 2", and definition page **148** associated with the "Term N".

The major section pages **122**, **124**, **126** may also include a configuration section page **124** that operates as a web-based interface to the product and allows the user to set up and modify the configuration of a remote product. For example, if the product is a piece of test equipment, the configuration page **124** includes links to lower level pages **138** that allow the user to change the settings on the instrument, change the range of values that it is measuring or the period of time over which it measures, etc. Another major section page may include a remote front panel page **126** that also operates as a web-based interface to the product and allows the user to actually operate the instrument.

As previously described, a user viewing a web page often has a need to view another page elsewhere in the web site in order to complete a task. For example, a user operating the test equipment monitored by web site **100** may be viewing a lower-level page under the remote front panel page **126** and require user documentation on a particular mode of operation in order to continue. Or, as another example, the user may be displaying a troubleshooting page **142** which instructs the user to order supplies via another indirectly-linked page in the web site.

FIG. **2** is an illustrative embodiment of a home page **112** of web site **100** displayed in web page frame **203** of internet

browser **201**. Page **112** includes application banner **202**, application navigation bar **204**, application frame **206**, and background **208**. Within the application frame **206** the HTML home page of web site **100** is displayed. The format of the home page is customizable by the developer and hence may take on any number of various display formats. In the illustrative embodiment, the home page includes site title **210**, site welcome **212**, product name **214**, product description **216**, link preamble **218**, and link list **220**. Link list **220** includes a number of links **222**, **224**, **226**, in text or graphical format, to other pages in the web site. If the number of links dictate, link list **220** may include a scrollbar that allows a limited number of links to be displayed in the selection list frame at any given time.

In accordance with the invention, a drop down link selection list **250** is provided to allow the user to navigate directly to certain pages associated with a list of pre-defined links. In the illustrative embodiment, drop down link selection list **250** occupies a section of navigation bar **204**, which is present regardless of the page being displayed in application frame **206**. It will be understood, however, that the location of drop down link selection list **250** could be anywhere on the web page display. Drop down link selection list **250** displays a prompt **252**. When prompt **252** is activated by the user via a mouse click, selection list frame **260** is presented, as illustrated in FIG. **3**. When a user clicks on prompt **252**, a selection list frame **260** appears in which the contents of the drop down link selection list **250** is displayed. In the illustrative embodiment shown in FIG. **3**, prompt **252** is displayed as "—Site Contents—" and drop down link selection list **250** comprises prompt **252** at the top of the frame display, followed by link **262**, link **264**, through link **266**. If the user clicks on any of links **262**, **264**, **266**, the web page associated with the selected link is loaded and displayed in the application frame **206**.

When designing a web site, the designer will generally choose links to the most commonly accessed web pages in the site to include in the drop down link selection list **250**. This allows the user to simply click on prompt **252** to display the drop down link selection list **250**, select the desired link from the list, and load the web page directly without having to retrace the path of links followed to arrive at the web page.

The developer of the web site may format the arrangement of the links in drop down link selection list **250**, as displayed in selection list frame **260**, to indicate various hierarchies and relationships between the different web pages associated with the various links. If the links in list **250** are displayed in text mode, relationships may be illustrated through the use of indentation or via special characters. For example, links to level **1** web pages may be illustrated with no indentation; links to level **2** web pages may be illustrated with a single indent; links to level **3** web pages may be illustrated with two indents; and so on. In another embodiment, the links may be presented in a table of contents format using numbering, bullets, or special characters.

In contrast to a site map, the drop down link selection list of the invention is always present regardless of the web page currently displayed in the application frame and provides a direct link to those web pages containing substantive information that have been determined by the site developer to be of most frequently accessed by, or of most interest to, the user. The links may be associated with web pages on any level of the web site, and not just to the pages at the top level of major sections of the site. In one embodiment, the web page associated with the user-selected link from the drop

US 6,405,238 B1

**5**

down link selection list is displayed in the application frame. In an alternative embodiment, illustrated in FIG. **4**, the web page associated with the user-selected link is displayed in another pop-up frame **306**. This embodiment circumvents the need for the user to change the current context. In other words, the web page displayed in application frame **206** before selecting a link from drop down link selection list **250** remains on the display, and the web page associated with the user-selected link pops up in a separate frame over application frame **206** to allow the user to view the desired information from the web page associated with the user-selected link without changing the context of the web page displayed in the application frame.

The utility of the invention will be appreciated by the following example, with reference to FIG. **5**, which illustrates an example implementation of a selection list frame **360** associated with a drop down link selection list **250** implemented for web site **100**. In this example, the drop down link selection list includes links **361–366** to, among others, Home page **112**, Install page **132**, Troubleshoot page **134**, and Term N page **145**. In order to indicate the hierarchical relationships between the pages associated with the links in the drop down link selection list, in this example, each graphical indentation prior to a link indicates one level down the web site hierarchy. Accordingly, with reference to FIG. **1**, the Home page link **361** is fully left justified to indicate that the associated Home page **112** is at the top level of the web site hierarchy. The Documentation page link **362** is indented once to indicate that the associated Documentation page **122** lies in the second level of the hierarchy. The Install Documentation page link **363**, Troubleshoot link **364**, and Glossary link **365** are each indented twice to indicate that the associated Install page **132**, Troubleshoot page **134**, and Documentation page **136** lie in the second level of hierarchy. The Term N link **366** is indented three times to indicate that the associated Term N page **148** lies in a fourth level of the web site hierarchy. For purposes of illustration, suppose a user is displaying a web page in application frame **206** that describes product installation instructions that uses a term "Term N" that is unfamiliar to the user. By activating the drop down link selection list **250** to display the selection list frame **360** of FIG. **5** that includes the link to the "Term N" page **148** (see FIG. **1**), the user can display, on a pop-up frame **306**, the definition of the term "Term N" to determine its meaning without having to change the context of application frame **206** (i.e. navigate through a series of links with associated web pages, each of which is loaded by the internet browser and displayed in application frame **206**).

It will be appreciated from the above discussion that the invention provides inherent advantages over the prior art. The drop down link selection list eliminates interference with user productivity and unnecessary consumption of viewing space over textual links that are automatically displayed on each web page by presenting the list only upon user demand. The invention overcomes similar problems associated with displaying graphical icons on each page, and additionally eliminates scalability and icon interpretation problems that are encountered as the number of icons increases. Finally, the drop down link selection list of the invention provides the advantage over the bookmarking tool provided in various browsers because it does not require the user to actually navigate to the web page itself to add it as a bookmark, and it is available and consistent independent of the type of browser technology (i.e., it runs on UNIX browsers, Internet Explorer, Netscape Navigator, etc.). Instead, in the drop down link selection list of the invention, the links made available are customizable by the web site

**6**

developer to include those most commonly accessed web pages, or those of most interest, in its site. Thus, the list of available links is embedded in the web site itself. Accordingly, the user need not build a sequence of bookmarks or bookmark management scheme. The links are predefined by the site developer and are always available to the user to navigate directly to desired web pages using the fewest keystrokes, in the simplest manner, and independent of the technology of the particular browser being used. Furthermore, because only the particular links actually included in the drop down link selection list change from web site to web site, the navigation tool of the invention provides a consistent interface that appears similarly across commonly owned or related web sites. For example, a manufacturer of a number of products may provide a different product-specific web site for each manufactured product. Each product division may then independently determine the format of, and which links to include in, its own web site's drop down link selection list. A user visiting more than one web site of the same company then experiences the same drop down link selection list interface on all products, each with predefined product-specific links.

Table 1 is a client-side code listing illustrating an example HTML implementation of one embodiment of a drop down link selection list that is available on demand from every page in the web site in accordance with the invention. The code is written in Netscape® JavaScript language which is a cross-platform, object-based scripting language for client and server applications. The code in Table 1 is embedded directly in HTML pages and is interpreted by the browser completely at runtime.

TABLE 1

```
<hl>Sample Web Page</hl>
<p>
<ul>
<li><a href="configuration.html">Configuration</a>
<li><a href="documentation.html">Documentation</a>
<li><a href="order.html">Order Additional Parts</a>
<li><a href="contactvendor.html">Contact Us!</a>
</ul>
<p>
<p>
<form>
<select name="area" size=1 onChange="loadContent(this. form)">
    <option>---Site Contents--
    <option>Home
    <option>    Configuration
    <option>    Documentation
    <option>    Order Additional Parts
    <option>    Contact Us!
</select>
</form>
```

The drop down link selection list is implemented as an interactive form using the HTML <form> tag. The interactive form is implemented as a drop down list using the HTML <select> tag. Upon detection of a mouse click on the display area, which shows only the first selection option in the selection list (i.e., "—Site Contents—"), the interactive form listing the selection options, each specified using the HTML <option> tag, is loaded by the browser and displayed on the user's display. Hierarchical relationships between the available links listed in the drop down link selection list are indicated using indents (e.g., four spaces using JavaScript "&nbsp"). Accordingly, in the illustrative embodiment, the "Home" link is shown without an indent, while the "Configuration", "Documentation", "Order Additional Parts", and "Contact Us" links are shown with one indent, indicating that the "Home" page is one level higher in the

US 6,405,238 B1

**7**

hierarchy of pages in the web site than the "Configuration", "Documentation", "Order Additional Parts", and "Contact Us" pages.

A user input detector, implemented with a JavaScript <onChange> event handler, monitors the drop down link selection list for changes. When a user selects the prompt for the drop down link selection list, the selection list frame appears on the user's display. The user selects either the prompt "—Site Contents—" or one of the links in the list. An index value, determined by the position of the selected option in the list (i.e., the position of the mouse when clicked inside the selection list frame), is returned by the user input detector.

Table 2 is a code listing illustrating an example HTML implementation of one embodiment of the server-side portion of JavaScript code for a drop down link selection list.

In this embodiment, a function called loadContent(form) executes when the client-side JavaScript <onChange> event handler detects a change. The page associated with the index value returned by the <onChange> event handler is loaded by the browser into the application frame. In the illustrative embodiment, index value "0" is associated with the prompt "—Site Contents—"; index value "1" is associated with the home page "home.html"; index value "2" is associated with the main configuration page "configuration.html"; index value "3" is associated with the main documentation page "documentation.html"; index value "4" is associated with the main ordering page "order.html"; and value "5" is associated with the main vendor contact page "contactvendor.html". Thus, if the index value is zero, which is associated with the prompt, the input is ignored. If the index value is "1", the home page is loaded into the application frame; if the index value is "2", the main configuration page is loaded; and so on.

TABLE 2

```
<html>
<head>
<script language="JavaScript">
<!--HIDE
function loadContent(form)
{
    var index = form.area.selectedIndex
    if ( index == 1) }
        top.body.location.href = home.html
    } else if (index == 2) {
        top.body.location.href = configuration.html
    } else if (index == 3) {
        top.body.location.href = documentation.html
    } else if (index == 4) {
        top.body.location.href = order.html
    } else if (index == 5) {
        top.body.location.href = "contactvendor.html"
    }
}
//Stop Hiding-->
</script>
</head>
```

Although the invention has been described in terms of the illustrative embodiments, it will be appreciated by those skilled in the art that various changes and modifications may be made to the illustrative embodiments without departing from the spirit or scope of the invention. It is intended that the scope of the invention not be limited in any way to the illustrative embodiment shown and described but that the invention be limited only by the claims appended hereto.

What is claimed is:

1. A navigation tool for a web page in a web site, said web site comprising a plurality of web pages and said web page being displayable by an internet browser, comprising:

**8**

a drop down link selection list event handler, said event handler responsive to activation of a drop down link selection list activator in a web page by displaying a plurality of predefined links to respective associated web pages in a drop down link selection list which indicates hierarchical relationships between said predefined links, detecting selection of one of said predefined links, and generating an indication of which of said predefined links has been selected, wherein said drop down link selection list activator is presented along at least one link-traversable path of said web site.

2. A navigation tool in accordance with claim **1**, comprising:

a link event handler, said link event handler responsive to selection of one of said links in said drop down link selection list to load a web page associated with said link onto said user's display.

3. A navigation tool in accordance with claim **2**, wherein:

said predefined links in said drop down link selection list are respectively associated with said web pages in said web site that are most frequently accessed.

4. A method for allowing direct navigation to predefined web pages in a web site from a user's display running an internet browser, said web site comprising a plurality of web pages each accessible via a link-traversable path, comprising:

presenting a drop down link selection list activator on each web page along at least one link-traversable path of said web site;

displaying one of said web pages containing said drop down link selection list activator;

detecting activation of said drop down link selection list activator presented on said displayed web page;

displaying a drop down link selection list associated with said drop down link selection list activator on said display, said drop down link selection list comprising a plurality of predefined links to respective associated web pages and indicating hierarchical relationships between said predefined links;

detecting selection of one of said predefined links from said drop down link selection list;

loading said web page associated with said selected predefined link; and

displaying said web page associated with said selected predefined link.

5. A method in accordance with claim **4**, wherein:

said step of detecting activation of drop down link selection list comprises:

displaying a prompt to activate said drop down link selection list; and

detecting selection of said prompt.

6. A method in accordance with claim **4**, comprising:

loading said web page associated with said predefined link in place of a web page currently being displayed on said user's display.

7. A method in accordance with claim **4**, comprising:

loading said web page associated with said predefined link in a pop-up frame overlaid over a web page currently being displayed on said user's display.

*    *    *    *    *

# EXHIBIT 7

US007913185B1

(12) **United States Patent**
Benson et al.

(10) **Patent No.:**    **US 7,913,185 B1**
(45) **Date of Patent:**    **Mar. 22, 2011**

(54) **GRAPHICAL INSERTION OF JAVASCRIPT POP-UP MENUS**

(75) Inventors: **Douglas S. Benson**, Plano, TX (US); **John B. Ahlquist**, Sachse, TX (US); **Dennis Griffin**, Mission Viejo, CA (US)

(73) Assignee: **Adobe Systems Incorporated**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1107 days.

(21) Appl. No.: **10/001,213**

(22) Filed: **Oct. 25, 2001**

(51) **Int. Cl.**
*G06F 3/048* (2006.01)

(52) **U.S. Cl.** .......................... **715/808**; 715/762; 715/810

(58) **Field of Classification Search** ................. 345/763, 345/808, 810, 811, 762, 513
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,500,936 | A * | 3/1996 | Allen et al. | .................... 345/808 |
| 5,652,714 | A * | 7/1997 | Peterson et al. | ................. 702/57 |
| 5,742,768 | A * | 4/1998 | Gennaro et al. | ...................... 1/1 |
| 5,805,167 | A * | 9/1998 | van Cruyningen | ........... 715/808 |
| 6,229,539 | B1 * | 5/2001 | Morcos et al. | ................ 715/808 |
| 6,230,174 | B1 * | 5/2001 | Berger et al. | ................. 715/513 |
| 6,262,734 | B1 * | 7/2001 | Ishikawa | ........................ 345/850 |
| 6,356,867 | B1 | 3/2002 | Gabal et al. | |
| 6,388,688 | B1 * | 5/2002 | Schileru-Key | ................ 715/854 |
| 6,476,834 | B1 * | 11/2002 | Doval et al. | ................... 715/863 |
| 6,538,673 | B1 | 3/2003 | Maslov | |
| 6,546,397 | B1 * | 4/2003 | Rempell | ....................... 707/102 |
| 6,620,204 | B1 * | 9/2003 | Malcolm | ....................... 715/513 |
| 6,668,354 | B1 * | 12/2003 | Chen et al. | .................... 715/517 |
| 6,697,825 | B1 * | 2/2004 | Underwood et al. | ......... 715/207 |
| 6,762,777 | B2 * | 7/2004 | Carroll | .......................... 715/808 |
| 6,769,015 | B1 * | 7/2004 | Bates et al. | ................... 709/206 |
| 7,003,506 | B1 * | 2/2006 | Fisk et al. | ......................... 707/1 |
| 7,620,912 | B1 | 11/2009 | Benson | |
| 2001/0020952 | A1 | 9/2001 | Iwasaki | |

OTHER PUBLICATIONS

Fireworks® 4 Bible, Joseph Lowery and Simon White, Copyright 2001, Hungry Minds, Inc., pp. 684-688.*
"Working with Windows" Javascript tutorial. Copyright 2000 internet.com Corp. Produced by Yehuda Shiran and Tomer Shiran, http://web.archive.org/web/20000511211609/www.webreference. com/js/tutoria1/index.html.*
Steven Haines, Jul. 10, 2000, Article by Que, "Java Menus #1: Java Swing and Menus".*
Shiran et al. "Creating a Popup Window" Tutorial www.webreference.com/js/tutorial1/popup.html, Created Apr. 10, 2000.*
Lowery, Joseph et al., Working with Pop-Up Menus, Fireworks 4 Bible, 2001, pp. 684-688. Hungry Minds, Inc., New York, New York, USA.
Notice of Allowance dated Jul. 9, 2009 in U.S. Appl. No. 10/001,212.
Decision on Appeal dated Jun. 15, 2009 in U.S. Appl. No. 10/001,212.

(Continued)

*Primary Examiner* — Sara England
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

A graphical user interface allows a user to create an image having a pop-up menu which is exportable to a target computer without the creating user being required to know how to program in JAVASCRIPT™. Using menu selection in the application in which the image is running, the creating user may insert a pop-up menu instruction associated with an object and positioned at a desired location within the image. The inserted pop-up menu instruction then causes the creating computer to invoke its own routines that construct an exportable JAVASCRIPT™ file that allows for a pop-up menu associated with the desired object to be displayed on the screen of a target system.

**19 Claims, 6 Drawing Sheets**



# US 7,913,185 B1

Page 2

## OTHER PUBLICATIONS

Examiner's Answer dated Aug. 9, 2007 in U.S. Appl. No. 10/001,212.
Examiner's Answer dated Aug. 23, 2006 in U.S. Appl. No. 10/001/212.
Office Action dated Nov. 1, 2005 in U.S. Appl. No. 10/001,212.
Office Action dated Apr. 20, 2005 in U.S. Appl. No. 10/001,212.

Advisory Action dated Jan. 31, 2005 in U.S. Appl. No. 10/001,212.
Office Action dated Oct. 29, 2004 in U.S. Appl. No. 10/001,212.
Interview Summary dated Jun. 30, 2004 in U.S. Appl. No. 10/001,212.
Office Action dated May 5, 2004 in U.S. Appl. No. 10/001,212.

* cited by examiner

Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 81 of 282 PageID #: 125



*FIG. 1*



*FIG. 2*



FIG. 3



FIG. 4



*FIG. 5*

*FIG. 6*

70

| Set Pop-Up Menu |
| --- |

Advanced Options:

Menu Orientation: | Horizontal | ⬍ |

Cell Width: [ ] | Automatic | ⬍ |

Cell Height: [ ] | Automatic | ⬍ |

Padding: [3]          Spacing: [0]

Menu Delay: [1000] ms

Cell Borders:          Highlight: [◻]

Shadow: [◼]

Pop-up Borders: | Automatic | ⬍ |

Color: [◼]          Width: [1]

| Cancel | | < Back | | Finish |

*FIG. 7*

*FIG.   8*



800 — DEVELOPER SELECTING AN OBJECT WITHIN A FILE TO ASSOCIATE WITH POP-UP MENU

801 — DEVELOPER ACTIVATING A MENU-BUILDING FUNCTION

802 — THE APPLICATION GRAPHICALLY DISPLAYING AN INTERACTIVE INTERFACE WINDOW TO THE DEVELOPER

803 — DEVELOPER ENTERS MENU CONTENT AND ATTRIBUTES USING THE INTERACTIVE INTERFACE WINDOW

804 — DEVELOPER DEACTIVATING A MENU-BUILDING FUNCTION

805 — THE APPLICATION RENDERING A GRAPHICAL PROXY OF THE MENU IN PROXIMITY TO THE SELECTED OBJECT

806 — DEVELOPER MANIPULATING THE PROXY TO SET THE POSITIONING OF THE POP-UP MENU

807 — THE APPLICATION DISPLAYING AN ASSOCIATING MARKER BETWEEN THE PROXY AND THE SELECTED OBJECT

808 — THE APPLICATION PROCESSING THE POSITIONING, CONTENT, AND ATTRIBUTE DATA INTO JavaScript, HTML, AND THE LIKE USING AN AUTONOMOUS SCRIPT GENERATOR RESPONSIVE TO A SELECTION MADE BY THE DEVELOPER

809 — DEVELOPER SELECTING AN EXPORT COMMAND TO EXPORT THE PROCESSED FILE OF JavaScript, HTML, OR THE LIKE

810 — USER SELECTING TO VIEW THE EXPORTED FILE

811 — THE USER'S COMPUTER DISPLAYING THE POP-UP MENU TO THE USER ACCORDING TO THE JavaScript, HTML, AND THE LIKE GENERATED BY THE APPLICATION

US 7,913,185 B1

**1**

# GRAPHICAL INSERTION OF JAVASCRIPT POP-UP MENUS

## RELATED APPLICATION

The present application is related to co-pending and commonly assigned U.S. patent application Ser. No. 10/001,212, entitled "GRAPHICAL ASSIGNMENT OF OBJECT BEHAVIORS", concurrently filed herewith, the disclosure of which is hereby incorporated herein by reference.

## BACKGROUND OF THE INVENTION

Pop-up menus have become common place in computer applications. A pop-up menu may be created in SUN MICROSYSTEMS INC.'s JAVASCRIPT™ and is executed by a web browser. Usually, these menus "pop-up" when the user's mouse or pointing device is positioned over a certain screen image or position. It is common to insert these pop-up menus in web pages and/or application servers at a central location, for example a host web server. Web users will then be able to access the web pages with the pop-up menus thereon by accessing the central location to download the web page or the transferable portions of an application server.

A web page or script which is to be downloaded from one site (host) to user's site (target) is typically downloaded, perhaps using the Internet, under control of the target user's Internet browser. In this situation it is desirable for the host site web page to be established using any combination of SUN MICROSYSTEMS INC.s JAVA™ code, JAVASCRIPT™, HTML, XML, and the like. JAVASCRIPT™ is a high level scripting language that uses a similar syntax as JAVA™, although it is not compiled into bytecode on the client. JAVASCRIPT™ is not as powerful as JAVA™, which is a full-blown programming language, but is much easier to use than JAVA™. However, JAVASCRIPT™ still requires familiarity by the user in order to adequately program or script web page material. Thus, the creator of the web page at the host site must have an understanding of JAVASCRIPT™ coding as well as graphics if he/she is to be able to create documents as the host site which, when downloaded to a target computer, will allow the user to roll his/her mouse over images or text in that document and have associated pop-up menus appear. These pop-up menus provide the user additional information, options, or links to additional information, optionally controlled by the target user. Even though JAVASCRIPT™ is easier to use than JAVA™, the document creator at the host site still needs to be fluent in JAVASCRIPT™ and HTML which means that technically trained people are required to setup these documents. This creates a bottleneck, delays implementation and is costly.

## BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a system and method that provides a graphical user interface to create web documents and files having imbedded therein pop-up menus without the creator of the document being required to understand JAVASCRIPT™ code, HTML, or the like. The system and method allows for the creation of pop-up menus which, when downloaded to a target computer, will cause all of the JAVASCRIPT™ or other code that is necessary for the assembly and/or control of pop-up menus to be established at the target site.

This invention can be used in web applications, such as FIREWORKS™ (available from MACROMEDIA, INC.) graphics application, to add pop-up menus in a graphical

**2**

manner without requiring the developer to use JAVA™, JAVASCRIPT™, HTML, or the like. FIREWORKS™ (a trademark of MACROMEDIA, INC.), for example, contains web page constructs called hotspots and slices. A hotspot is an object that is a user-definable portion of an image which may be assigned a behavior or action that causes some other action to occur on a computer screen when a mouse or user pointer runs across or clicks the hotspot.

A slice is also an object, available in applications such as FIREWORKS™, that can be defined, selected, and moved during the creation of a web page, and which defines how an image will be split into multiple images upon being exported. The developer may attach or associate different JAVASCRIPT™ behaviors to a hotspot, slice or other such objects within a web site. The creator may select the object, hotspot, or slice, and choose INSERT POP-UP MENU. There are several possible and or alternative methods of choosing INSERT POP-UP MENU. Some of these methods may include: 1) using the INSERT MENU from the menu bar; 2) using the right mouse button; 3) using a graphical widget directly on the slice; and the like. All of these methods result in opening a SET POP-UP MENU dialog box or other similar interaction interface for the user. This dialog is similar to a wizard in that it provides a place to enter the menu text. Using the dialog, the user may preferably enter the desired text and appearance of the pop-up menu, as well as formatting any submenus and entering any text for the sub-menus. For example, if one was creating a web site for a car manufacturer, there might be a menu called cars and sub-menu items thereunder listing car types; and another menu item could be called trucks with sub-menus listing truck types or truck names. The SET POP-UP MENU dialog would also preferably include functionality that allows the user to graphically select an option to create such sub-menus.

For each of the pop-up menu items, or sub-menu items, the creator may preferably apply a link within the SET POP-UP MENU dialog, so that when the user selects that menu item, he/she will, for example, be directed to a particular web page. Also within the dialog, the creator would preferably be able to specify that the web page will be opened in the same browser window, in a new browser window, or in a targeted frame of a browser window.

The system operates such that the creator may establish the graphical appearance and function of the pop-up menu, which will later appear on the target user's screen under control of a JAVASCRIPT™ parser/interpreter. The appearance may be completely HTML-based with the background color and font size and style selected by the developer. The developer may also preferably use an image style in which the background of the menu item will be a graphic, such as a granite look, or similar image, or a background that looks like an actual button or any other desired graphic.

After creation of the menus with its background colors, graphics, and the like, the creator is shown a graphic proxy pop-up which, for example, may preferably be a blue or dotted lined rectangle that is linked to the newly created slice or hotspot. By dragging this proxy around the screen, the creator establishes the position or offset between the slice or hotspot and the screen position at which the pop-up menu will pop-up. Other methods of choosing the relative position of a pop-up menu may include designating the position via numerical coordinates or selecting between spatially descriptive words such as above, below, left, and right. These methods may also be used to indicate the relative positioning between a pop-up menu and a sub-menu.

Another approach to describing the present invention involves viewing the system from a creator perspective. One embodiment preferably provides autonomous generation of a

US 7,913,185 B1

3

script by allowing the developer to define a pop-up type relation between web objects, such as HTML or regular text, images, and/or standard objects such as hotspots and slices. Upon selecting to create a pop-up relation, a menu system prompts the developer for modification of attributes associated with the pop-up menu. A script generator is preferably used to autonomously generate a script source code representing the web page and its associated pop-up menu created by the developer.

In various embodiments, a creator may have the ability to select an upload menu option. This upload menu option allows the creator to create and upload to a server the HTML, images and JAVASCRIPT™ that may then be loaded to a web browser. Likewise, there may also be the option to save or preview the creation locally without uploading the creation to a specific server. Additionally, the system may allow the creator to preview the JAVASCRIPT™ and HTML source generated by the system.

The foregoing has outlined rather broadly the features and technical advantages of the present invention in order that the detailed description of the invention that follows may be better understood. Additional features and advantages of the invention will be described hereinafter which form the subject of the claims of the invention. It should be appreciated by those skilled in the art that the conception and specific embodiment disclosed may be readily utilized as a basis for modifying or designing other structures for carrying out the same purposes of the present invention. It should also be realized by those skilled in the art that such equivalent constructions do not depart from the spirit and scope of the invention as set forth in the appended claims. The novel features which are believed to be characteristic of the invention, both as to its organization and method of operation, together with further objects and advantages will be better understood from the following description when considered in connection with the accompanying figures. It is to be expressly understood, however, that each of the figures is provided for the purpose of illustration and description only and is not intended as a definition of the limits of the present invention.

BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention, reference is now made to the following descriptions taken in conjunction with the accompanying drawing, in which:

FIG. **1** shows a portion of a typical browser screen showing an image having an associated pop-up menu;

FIG. **2** shows a portion of a typical browser screen showing an image having an associated pop-up menu, the second menu item having two submenu items;

FIG. **3** shows a portion of a screen outlining the relationship between the various elements;

FIGS. **4** through **7** show various screens used by a creator to graphically establish pop-up menus with respect to various objects; and

FIG. **8** is a flow chart showing the steps typically executed in implementing a preferred embodiment of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Turning now to FIG. **1**, there is shown browser screen **10** and target computer screen **101**. Image **11** is shown having pointer **100** positioned over a hotspot located on image **11**. The positioning of pointer **100** over the hotspot causes pop-up

4

menu **12** to appear. Pop-up menu **12** has first and second Items **13** and **14** with relevant menu text, such as second menu item **15**. To operate pop-up menu **12**, a user would position pointer **100** over the desired menu item to select the desired action. When the user selects the menu item, the functionality associated with that menu item will be executed. For example, upon selection of first menu item **13**, a new web page may be loaded on to the user's computer.

FIG. **2** shows pointer **100** rolling over menu item **14**. This action causes sub pop-up menu **21** to appear, thus, providing two sub-menu items **22** and **23**. In this function of providing sub-menus, as pointer **100** rolls over second menu item **14**, the function associated with second menu item **14**, executes the presentation of sub pop-up menu **21**. The user may then preferably position pointer **100** over either of desired sub-menu item **22** or **23**, select the desired item, which will then execute the behavior or functionality associated with the selected item.

FIG. **3** illustrates a graphical development environment that may be used to implement a preferred embodiment of the present invention. A web developer or creator would preferably use such a graphical development environment to create and develop web pages and web sites. Screen **30** is used by the creator to establish pop-up menus, such as menu **32**. Line **35** is used to show the relationship between menu **32** and hotspot **31** which is a portion of image **36**. Object icon **301** is displayed in the center of selected hotspot or slice object **31**. Clicking object icon **301** will display a list of behaviors (including Add Pop-Up Menu) that can be added to object **31**. In this embodiment, hotspot object **31** may be exported in HTML as an image map. Handles **310** indicate that the hotspot is currently selected. When hotspots or slice objects are selected, any associated pop-up menus are shown to the developer using highlight feedback, which, by way of example only, may be dotted lines **35** connected to menu **32**. It should be noted that highlight feed back may comprise a single dotted line between the menu and its associated object, or may comprise a blue line or other similar graphical link representation. The pointer tool may preferably be used to drag menu **32** to define exactly where the menu will be positioned in the browser, relative to its associated hotspot or slice. In addition to hotspot or images, a pop-up menu may be attached to a selected range of HTML text.

FIG. **4** illustrates SET POP-UP MENU dialog box **40** which is presented to a developer in order to graphically create a pop-up menu using a preferred embodiment of the present invention. Dialog boxes are a form subset of user interaction interfaces often used to present users of various applications with prompts concerning actions the user may have selected. With reference to pop-up menu **12** from FIG. **1**, dialog box **40** preferably allows the creator to assign functions, behaviors, or web links, such as those illustrated links **41**, **42**, **43**, to each of menu items **13** and **14** or sub-menu items **22** and **23**. One of those assigned functions, which is illustrated in FIG. **4**, is to assign a sub-menu function as shown by sub-menu items **22** and **23** assigned as a sub-menu of Second Menu Item **14**.

SET POP-UP MENU dialog box **40** may also preferably include format screen **50**, shown in FIG. **5**. Format screen **50** allows the creator to add various fonts **501**, sizes **502**, and script types **503** (bold, italics, underlining, etc.) to selected menu item **4**. For each menu item the user may preferably select properties regarding Up State (**51**) or Over State (**52**) formats. Up State (**51**) format would control the appearance of the menu item when the pop-up menu is visible. Over State (**52**) format would control the appearance of the menu item when the user rolls over or selects the particular item.

US 7,913,185 B1

5

It should be noted that alternative embodiments of the present invention may allow for the addition of increased formatting in order to provide the developer with increased control over the appearance and function of the pop-up menu. FIG. **6** illustrates such an alternative embodiment of the present invention with alternative format screen **60**. Format screen **60** shows how the creator can add other attributes, such as style **601**, or color **602** and **603** to a selected menu. Any manner of attributes and/or JavaScript attributes may be used, including, border colors; border style (3D, shadowing, etc.); border width, orientation of the menu of the text graphics within a menu; background control (solid color or graphics); static or dynamic; JPEG or GIF; a user created graphic; distance between menu items or between a menu item and its sub-menus; timing until the menu disappears (menu delay).

It should also be noted that the pop-up menu may be associated with HTML or regular text, graphics, or with objects and other such web page items. For example, a pop-up menu may be associated with a certain selected portion of HTML text, or with a specific graphic image, a region of the web page, or with an object, such as a hotspot or slice.

It should also be noted that the pop-up menu may be defined using text or graphics. For example, a pop-up menu may pop up showing textual menu items. Alternatively, a pop-up menu may pop up a series of graphical images, which may comprise any number of different graphics such as icons, buttons, graphical representations of text, and other similar graphics.

Also, it should be noted that the positioning of pop-up menus with respect to their objects may be defined graphically (as discussed above with manual, graphical positioning) or using coordinates or textual definition (such as "offset by X pixels in the X direction and Y pixels in the Y direction").

It should further be noted that alternative embodiments of the present invention may allow web developers to control and assign advanced options to the pop-up menus. FIG. **7** illustrates such a preferred embodiment of the present invention with advanced options screen **70**. Advanced options screen **70** would preferably be one of the available screens offered on SET POP-UP MENU dialog box **40** (FIG. **4**). By accessing advanced options screen **70**, the web creator would preferably be capable of controlling the cell width and height for each menu item, the appearance of the cell borders, or the menu delay, which is the amount of time for the pop-up menu to stay visible after the user rolls off of the pop-up menu. Thus, the creator preferably has a much greater control over the development and creation of the pop-up menu without needing to be familiar with any coding or scripting languages.

In one embodiment, a template file stored in the configuration folder of the application defines common elements used by pop-up menus, including the control of the screens which allow for the creation of pop-up menus as depicted in FIGS. **1**-**7**. In this implementation, the template file defines all control codes used to manipulate pop-up menus except for the graphical appearance which may later be added by the creator in the manner described above. The template file defines the basic code and or JAVASCRIPT™ necessary to implement any pop-up menu on multiple types of browsers. All of this control is generated as JAVASCRIPT™ inside the HTML document and is created autonomously by the system and method of the invention as the web file is exported from the development environment implementing the present invention to the host server. The JAVASCRIPT™ in the HTML document also references this external JAVASCRIPT™ file. When an image associated with a pop-up menu is exported to a target, a copy of the template file is also exported, thus providing the code used to generate the pop-up menu on the

6

target site. All the HTML and JAVASCRIPT™ that describes the content and formatting of the particular instance of a pop-up menu is present in the HTML file that is exported when the popup menu is exported. As this template file is treated as a common element for creating a JAVASCRIPT™ pop-up menu, it is loaded only once. Such an external JAVASCRIPT™ template file enables a web site creator to create multiple pop-up menus on different pages while using only one instance of the template file. Code complexity, readability and size are thus positively affected, decreasing loading times and allowing for easier debugging of a web site.

FIG. **8** is a flow chart showing the steps typically executed in implementing a preferred embodiment of the present invention. In step **800**, a developer selects an object within a file to associate with a pop-up menu. The developer then preferably activates a menu-building function in step **801**. Upon activation, the application preferably graphically displays an interactive interface window to the developer in step **802**. In step **803**, the developer preferably enters menu content and attributes using the interactive interface window. Once finished entering this menu information, the developer deactivates the menu-building function in step **804**. In step **805**, the application then preferably renders a graphical proxy of the menu in proximity to the selected object. Step **806** entails the developer selecting the positioning of the menu by preferably manipulating the proxy to the desired positioning on the developer's screen.

During this editing process, the application preferably displays an associating marker between the proxy and the selected object in step **807**. In step **808**, the application then processes the positioning, content, and attribute data into JAVASCRIPT™, HTML, or the like using an autonomous script generator responsive to a selection made by the developer. The developer selects an export command to export the processed file of JAVASCRIPT™, HTML, or the like in step **809**. A user desiring the view the file or access its contents would then select to view the exported file in step **810**. The user's computer would then display the pop-up menu to the user in step **811** according to the JAVASCRIPT™, HTML, and the like generated by the application.

Although the present invention and its advantages have been described in detail, it should be understood that various changes, substitutions and alterations can be made herein without departing from the spirit and scope of the invention as defined by the appended claims. Moreover, the scope of the present application is not intended to be limited to the particular embodiments of the process, machine, manufacture, composition of matter, means, methods and steps described in the specification. As one of ordinary skill in the art will readily appreciate from the disclosure of the present invention, processes, machines, manufacture, compositions of matter, means, methods, or steps, presently existing or later to be developed that perform substantially the same function or achieve substantially the same result as the corresponding embodiments described herein may be utilized according to the present invention. Accordingly, the appended claims are intended to include within their scope such processes, machines, manufacture, compositions of matter, means, methods, or steps.

What is claimed is:

1. A computer implemented method comprising:
receiving input to create a pop-up menu for a selected object in a web page under development in a web page development application, wherein the selected object and the pop-up menu are parts of the web page under development;

US 7,913,185 B1

7

responsive to receiving said input, displaying a menu on a computer screen presenting a plurality of user-selectable options, wherein said plurality of user-selectable options allow format attributes for each item of the pop-up menu to be specified, wherein a preview area on the menu displays a preview comprising each item of the pop-up menu displayed according to the format attributes specified; and

monitoring a user-controlled position of said pop-up menu, wherein said user-controlled position is independent of a position of said selected object and is preserved in a resulting web page.

2. The method of claim 1 wherein said plurality of user-selectable options further comprise:

one or more attributes, wherein said one or more attributes include menu delay of said pop-up menu associated with said selected object.

3. The method of claim 1 further comprising: detecting change in at least one position indicator responsive to said monitoring, wherein said change modifies said position between said selected object and said pop-up menu.

4. The method of claim 3 wherein said at least one position indicator comprises one of:

number coordinates; and

spatial descriptive options.

5. The method of claim 1 further comprising:

creating a submenu associated with said pop-up menu responsive to receiving said input indicating user-selection of an associated one of said plurality of user-selectable options.

6. The method of claim 5 further comprising: establishing a second position between said submenu and said pop-up menu by monitoring changes to at least one additional position indicator.

7. The method of claim 6 wherein said at least one addition position indicator comprises one of:

number coordinates;

graphical proxy methods; and

spatially descriptive options.

8. The method of claim 1 wherein said object comprises at least one of:

a hotspot;

a region of a web page;

an image; and

text.

9. The method of claim 1 wherein said menu comprises one of:

a dialog box;

a pop-up panel; and

a region of a computer screen having text to prompt for information.

10. The method of claim 1 wherein ones of said plurality of user-selectable options define one or more functions applicable to said pop-up menu, and wherein the method further comprises:

receiving one or more selection indicators from a pointing tool, wherein said one or more selection indicators select one or more of said plurality of user-selectable options;

responsive to receiving said one or more selection indicators, automatically associating code corresponding to related ones of said one or more functions to said pop-up menu.

11. The method of claim 1 wherein said plurality of user-selectable options allow format attributes for different states of each item of the pop-up menu to be specified.

8

12. The method of claim 1 wherein the preview area displays a preview of each item of a sub-menu of the pop-up menu according to format attributes specified for each item of the sub-menu.

13. A computer implemented method comprising:

receiving input to create a pop-up menu for a selected object in a web page under development in a web page development application, wherein the selected object and the pop-up menu are parts of the web page under development, wherein the web page development application displays the selected object and the pop-up menu;

responsive to receiving said input, displaying a menu on a computer screen presenting a plurality of user-selectable options, wherein said plurality of user-selectable options allow format attributes for each item of the pop-up menu to be specified, wherein a preview area on the menu displays a preview comprising each item of the pop-up menu displayed according to the format attributes specified; and

receiving input specifying a position of the pop-up menu displayed in the web page development application, the position of the pop-up menu relative to the selected object defining a positional relationship between the selected object and the pop-up menu, wherein when the web page is displayed, the web page displays the selected object and the pop-up menu, wherein pop-up menu is displayed in the web page based on the positional relationship between the selected object and the pop-up menu defined in the web page development application.

14. The method of claim 13 further comprising:

responsive to receiving said input, displaying a menu on a computer screen presenting a plurality of user-selectable options, wherein ones of said plurality of user-selectable options define one or more functions applicable to said pop-up menu;

receiving one or more selection indicators from a pointing tool, wherein said one or more selection indicators select one or more of said plurality of user-selectable options; and

responsive to receiving said one or more selection indicators, automatically associating code corresponding to related ones of said one or more functions to said pop-up menu.

15. The method of claim 13 wherein the positional relationship is a relationship used to preserve where the pop-up is displayed relative to the selected object.

16. The method of claim 13 wherein the positional relationship defines whether the pop-up appears above, below, left, or right of the selected object.

17. The method of claim 13 wherein the input specifying the position of the pop-up menu is from a pointer tool dragging the pop-up menu displayed in the web page development application.

18. The method of claim 13 further comprising providing the web page by:

providing a first file that defines control codes used to implement pop-up menus on multiple types of browsers;

providing a second file as an HTML document defining at least some of the appearance of the web page that was under development, the second file comprising code referencing the first file; and

exporting the first file and the second file.

19. The method of claim 13 wherein the web page development application displays an associating marker between the selected object and the pop-up menu.

* * * * *

# EXHIBIT 8

US 20070094267A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2007/0094267 A1

Good et al. (43) Pub. Date: **Apr. 26, 2007**

(54) **METHOD AND SYSTEM FOR WEBSITE NAVIGATION**

(75) Inventors: **Frederick L. Good**, Cambridge, MA (US); **Thuy Tu Pham**, Norwood, MA (US); **Craig Stuber**, Kensington, NH (US)

Correspondence Address:
**KRAMER & AMADO, P.C.**
**1725 DUKE STREET**
**SUITE 240**
**ALEXANDRIA, VA 22314 (US)**

(73) Assignee: **GLOGOOD INC.**, Cambridge, MA

(21) Appl. No.: **11/253,645**

(22) Filed: **Oct. 20, 2005**

**Publication Classification**

(51) Int. Cl.
    *G06F 17/30* (2006.01)
(52) U.S. Cl. .............................................................. **707/10**

(57) **ABSTRACT**

A method and system for web site navigation utilize an internet browser for navigating a plurality of web pages that are configured by a web server. The plurality of web pages are linked as a first set of web pages and linked as at least a second set of web pages. A jump control section is provided on a navigation bar to the user to provide a visual indication of a total number of the first set of linked web pages. The jump control section also provides a jump box and a jump control button which allow the user to immediately jump to any page within the web site. The jump page box displays the current page number when not activated by the user. The navigation bar also includes a strolling control section that permits the user to stroll through a subset of related web pages, identified as the second set, without requiring the user to reload a web site directory page. The strolling control section also provides a visual indication of the total number of web pages within the subset and the current page number within the subset. A status location indicator is also provided on the navigation bar to indicate a text name of the currently displayed subset. The user may conduct telephone communication with a web site guide, such as a web site help desk, and immediately jump to a desired web page by way of the jump control section without the need to navigate a complicated hierarchy of web pages and hyperlinks.





## FIG. 1
### (PRIOR ART)



## FIG. 2
### (PRIOR ART)



FIG. 3



*FIG. 3A*



*FIG. 3B*

*FIG. 3C*



FIG. 4



FIG. 5

Case 1:26-cv-00193-JLH   Document 1-1   Filed 02/23/26   Page 98 of 282 PageID #: 142



FIG. 6

FIG. 7



FIG. 8



FIG. 9

Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 101 of 282 PageID #: 145



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14

US 2007/0094267 A1
Apr. 26, 2007

1

## METHOD AND SYSTEM FOR WEBSITE NAVIGATION

### FIELD OF THE INVENTION

[0001]    The present invention generally relates to a method and system for web site navigation. More particularly, the present invention relates to navigation of web sites that catalog large numbers of graphic and textual elements among large numbers of web pages.

### BACKGROUND OF THE INVENTION

[0002]    Navigating a traditional web site is an increasingly fractured process. Virtually all of today's websites were created pre-broadband and many are mosaics of third party services with different navigation systems. Download speed and refresh rates have dictated page content, page structure and the flow of page content. Text, not graphics, complex page content not simplicity, and multiple third party services with various user interfaces are the norm. Simple web site navigation fails as traditional web sites increases in page count, graphic content, buttons and services offered. This traditional web site creation environment detracts from a simple user navigation system.

[0003]    The number of active web sites available on the world wide web is currently about 35 million growing at about 1 million per month. Search engines, such as Google, currently index over 8.2 billion web pages to assist users in locating information. This number is expected to increase.

[0004]    Web sites are traditionally stored on a server and include textual and graphical information arranged according to a predetermined protocol. The protocol may take a variety of forms such as the static form HTML ("Hyper Text Markup Language") having fixed tag semantics and a fixed tag set, or a dynamic form such as SGML ("Standard Generalized Markup Language") having dynamic tag sets defined by ISO 8879. XML ("extensible Markup Language") is a subset of SGML, and is optimized for delivery of content over the world wide web. Web sites are then traditionally interpreted by a client program, such as Microsoft (R) Internet Explorer (R), which resides on a user computer. In general, the protocol of the web site, whether created in HTML, SGML, or XML, is transparent to the end user (i.e. the client program on the user computer).

[0005]    Web sites may be relatively simple, consisting of one or a few linked pages, or exceptionally complex, including literally thousands of pages with many services. A simple form of a web site is a blog, which generally consists of a single page including a short list of chronologically arranged entries resembling a diary of information. However, complex web sites generally include a large number of self linking web pages that are arranged according to a predetermined structure.

[0006]    FIG. 1 (PRIOR ART) schematically illustrates a traditional hierarchical structure 100 having web pages linked according to a parent/child node configuration. Home page 102 is linked to a plurality of separate sub pages 104, 106, 108, and 110 using hyperlinks. When a hyperlink on home page 102 is selected by a pointing device, such as a mouse pointer, the selected web page is loaded into a user program, known as a web browser, for display on the user computer. The sub pages 104, 106, 108, and 110 may also contain links to the other web pages within the web site or may optionally link to other web sites on the web.

[0007]    FIG. 2 (PRIOR ART) schematically illustrates a home page 102, as displayed by a browser on a user computer, that includes a site map 112, a graphic element 113, and text 115. The site map 112 is a directory of a plurality of hyperlinks 114, 116, 118, 120, that respectively link to sub pages 104, 106, 108, and 110. Thus, when a user selects a hyperlink, e.g. hyperlink 114, from site map 112, the corresponding web page, e.g. 104, is loaded into the web browser for display. The creation of the hyperlinks, whether manually using HTML or dynamically using an Internet development platform such as ASP or JSP, is transparent to the user.

[0008]    A common navigation objective when creating a traditional web site is a consistent look and feel between the sub pages to remind the user that they are still viewing of the same web site even if they are not. For example, a web site may use a consistent color and layout scheme between pages, and may provide consistent placement of graphic elements, text and hyperlinks, in an effort to foster familiarity to the user. However, as may be expected, content between pages may require a different number and size of graphic elements or may require different amounts of text.

[0009]    The challenges associated with web site design and navigation become exceptionally complex as the number of pages, graphic elements, buttons, and services offered increases. In web sites incorporating hundreds or thousands of web pages, the amount of labor required to load and place the graphic elements alone may reach hundreds of hours. Further, the amount of labor required to update the site map and dynamically link the web site pages increases with each additional page. Typically, expanding web site content by site designers supersedes simple navigation.

[0010]    Traditional web sites have built upon a stand alone paradigm for web site navigation. This paradigm is efficient for relatively small web sites or web sites where broad keyword searching may effectively locate the desired information. However, traditional web site configurations do not adequately address the needs of complex web sites incorporating hundreds of pages. A traditional web site directory is often limited in scope, lacks a graphic reference and is not always accessible. Further, traditional web site configurations using a keyword form of indexing do not adequately address the needs of large-scale web-based catalogs where the desired items may have similar names, but may differ in configuration, application, and utilization. Additionally, traditional web sites do not provide a framework for efficient navigation with assistance from a telephone based, printed or electronic user guide or knowledgeable and experienced sales or service person.

### SUMMARY OF THE INVENTION

[0011]    In accordance with one aspect of the present invention, a method and system for web site navigation is provided. A plurality of web pages are linked as a first set of web pages and linked as at least a second set of web pages. A jump control section is provided on a navigation bar to the user to provide a visual indication of a total number of the first set of linked web pages. The jump control section also provides a jump box and a jump control button which allow the user to immediately jump to any page within the web

site. The jump page box displays the current page number when not activated by the user. The navigation bar also includes a strolling control section that permits the user to stroll through a subset of related web pages, identified as the second set, without requiring the user to reload a web site directory page. The strolling control section also provides a visual indication of the total number of web pages within the subset and the current page number within the subset. A Directory status location indicator is also provided on the navigation bar to indicate a text name of the currently displayed subset. The user may conduct telephone communication with a web site guide, such as a web site help desk, and immediately jump to a desired web page by way of the jump control section without the need to navigate a complicated hierarchy of web pages and hyperlinks.

[0012] A user desiring to locate U.S. patents related to, for example, "motorized lawmowers having the cutting blade height adjusted through movement of a wheel," is first guided to the USPTO home page, http:**www.uspto.gov (hyperlink obtained by replacing ** with //). The user must first determine the appropriate class and subclass. Accordingly, the user is guided to click on "Patents" in the upper left hand column. Next, the user is guided midway to the middle column, under "Search Aids," and requested to click on "Manual of Patent Classification." Next, the user is guided to type in "56" for the Class of Harvesters, and "17.2" for the subclass "Having motor on ground-supported carrier, And cutter adjustable relative to ground, By adjusting ground wheel or skid relative to carrier." By selecting the appropriate radio button, the user views the class definition to ensure that the information is correct.

[0013] In order to locate the appropriate patents, the user is re-directed back to the USPTO home page, and selects "Search" from the upper left hand column. At this page, the user clicks on "Advanced Search" to load yet another page, and then types in "CCL/56/17.2,"and clicks on the "Search" button—which is located midway down the page below the search query box. A listing of patents meeting the search criteria is then displayed to the user.

[0014] The user then places the mouse over the desired patent, and clicks to open a patent text file—which is yet another web page. In order to view an image, the user then clicks on "images" from the upper menu button, to view images of a selected patent. Only after proceeding to this step is a user enabled to advance through pages of the selected patent. However, in order to view additional patents within the selected Class and subclass, the user is required to re-select the page representing the listing of patents, and then select another patent.

[0015] The above scenario is typical across complex databases incorporating large numbers of web pages. Moreover, as demonstrated through the above example, button locations change from page to page. Given the various, and some-what arbitrary placement of buttons, hyperlinks, and text boxes throughout the different pages of a complex web site, it becomes apparent that the novice user may find difficulty in expeditiously finding the required information. Moreover, when navigating a complex web site with assistance, such as via telephone, the challenges facing the novice user become more apparent. A guide that communicates with the user via telephone is required to convey with words the location of buttons and/or hyperlinks, wait for a

response from the user, and then convey the next location of buttons and/or hyperlinks. Communication is further delayed if the guide discovers that the user has made a typographical mistake or selected an improper hyperlink.

[0016] In accordance with an aspect of the present invention, each page of a web site is provided with a unique page number for purposes of identification. A uniform navigation bar is viewable from all pages of the web site to facilitate navigation control and provide immediate access to all web pages. A text box for entering a unique page number is provided in the navigation bar. Accordingly, during telephone assistance from a guide, a unique page number may be conveyed to the user, who may then enter the number into the text box. When the user clicks onto a jump control button, e.g. "Go," the user is immediately directed to the desired web page. Sub pages within a group of related web pages may then be accessed by clicking on "more" or "back" buttons to effectively stroll through a group of related web pages.

BRIEF DESCRIPTION OF THE DRAWINGS

[0017] Additional advantages and features of the present invention will become apparent from the subsequent description and the appended claims, taken in conjunction with the accompanying drawings, wherein:

[0018] FIG. 1 (PRIOR ART) is a schematic illustration of a traditional web site hierarchical having a parent/child node configuration;

[0019] FIG. 2 (PRIOR ART) is a schematic illustration of a home page including a site map, a graphic element, and text;

[0020] FIG. 3 is a schematic illustration of a computing device connected via the internet to a web site server and a database;

[0021] FIG. 3A is a schematic illustration of computing device 140 according to a preferred embodiment of the present invention;

[0022] FIG. 3B is a schematic illustration of a computing device in the form of a cellular telephone or a personal digital assistant ("PDA") according to an alternate embodiment of the present invention;

[0023] FIG. 3C is a schematic illustration of a computing device in the form of a television-connected computing device, such as webTV (R) or Nintendo (R), according to an alternate embodiment of the present invention;

[0024] FIG. 4 is a schematic illustration of a web site web page as displayed within a browser on a user computing device;

[0025] FIG. 5 is a schematic illustration of web site directory page according to an embodiment of the present invention;

[0026] FIG. 6 is a detailed view of a page navigation section, including a strolling control section, of the navigation bar illustrated in FIG. 5;

[0027] FIG. 7 is a detailed view of a strolling control section 216 according to an alternate embodiment of the present invention;

US 2007/0094267 A1

Apr. 26, 2007

3

[0028]  FIG. **8** is a schematic illustration of a web site directory listing of a preferred embodiment facilitating use of additional directories without use of scroll bars;

[0029]  FIG. **9** is a schematic illustration of a second directory page according to an embodiment of the present invention;

[0030]  FIG. **10** is a schematic illustration of a third directory page according to an embodiment of the present invention;

[0031]  FIG. **11** is a schematic illustration of an individual web page in a web site according to an embodiment of the present invention;

[0032]  FIG. **12** is a schematic illustration of a web tree for web site navigation according to an embodiment of the present invention;

[0033]  FIG. **13** is a schematic illustration of a web site first settable menu on a navigation bar according to an embodiment of the present invention; and

[0034]  FIG. **14** is a flowchart of operations for presenting a web page on a browser of a user computing device.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

[0035]  With reference now to the figures, and in particular FIG. **3**, a system **130** for communicating information over the internet is provided in accordance with a preferred embodiment of the present invention. System **130** includes a computing device **140** connected to the internet **158** by way of communication line **157**. The internet is then connected to web server **160** by way of communication line **159**. FIG. **3** therefore represents a general illustration of a computing device that may be used in connection with the present invention.

[0036]  FIG. **3A** is a schematic illustration of computing device **140** according to a preferred embodiment of the present invention. Preferably, computing device **140** includes computer **141** that communicates with the internet **158** by way of communication line **157**. Computer **141** has a processor **143**, random access memory **144**, hard drive **145**, video display **146**, a data entry device **147**, and a cursor control device **148** under control of an operating system. The operating system is stored on hard drive **145** and is loaded into random access memory **144** to control computing device **140**. A browser **142**, which is a computer client program, provides a graphical user interface ("GUI") for directing communication with the internet **150** in cooperation with the data entry device **147** and cursor control device **148**. As illustrated in FIG. **3A**, cursor control device **148** is preferably a mouse, and data entry device **147** is preferably a keyboard. Keyboard **147** may also function as a cursor control device, and mouse **148** may also function as a data entry device.

[0037]  FIG. **3B** is a schematic illustration of a computing device **150** in the form of a cellular telephone or a personal digital assistant ("PDA") according to an alternate embodiment of the present invention. Computing device **150** includes a video display **151** under control of an internal processor and memory. Computing device **151** includes a cursor control device **152** and data entry device **153**. Computing device **150** communicates with the internet **158** by

way of a cellular signal communicated by way of antenna **154** using cellular signal **155**. When computing device **150** is a cellular telephone, text data and cursor control are provided in a manner known to operators of cellular telephones. Likewise, when computing device **150** is the form of a PDA, text data and cursor control are provided in a manner known to operators of such PDAs.

[0038]  FIG. **3C** is a schematic illustration of a computing device **400** in the form of a television-connected computing device, such as webTV (R) or Nintendo (R), according to an alternate embodiment of the present invention. A television **402** interacts with the internet by way of computing console **404**. Computing consol **404** communicates with the user by way of a control module **406**. The computing console **404** is connected to the internet **158** by way of connection line **412**. The control module **406** includes a cursor control device **408** for controlling cursor operations displayed on television **402**. Cursor control device **408** may communicate with computing consol **404** by way of infra-red signal **410**. Alternately, cursor control device **408** may communicate with computing console **404** by way of a fixed electrical line, or through radio communication.

[0039]  FIG. **3** illustrates web server **160**, which arranges information stored in database **170** for interpretation and display by computer **140**. Web server **160** includes I/O interface **162** to direct communication with the internet **150**. Content distribution and reception from web server **160** is controlled by processor **164** in accordance with server program **166** stored in memory **168**. When a user operates browser **142** to select content from web server **160**, server program **168** retrieves content such as tags, rules, attributes, fields, text, links, tables, frames, icons, and graphic images from database **170**, and arranges the content into a format for display. Database **170** is preferably a dedicated database server comprising hardware and software in communication with web server **160**. Alternatively, database **170** could be database server software stored in web server **160** and running on processor **164** as a separate software application. As set forth below, web server **160** shall be interpreted to collectively include all forms of server and database configurations which are known to those skilled in the art. The procedure for controlling operation of web server **160** is outlined in greater detail below.

[0040]  FIG. **4** is a schematic illustration of a web site web page **180** as displayed within browser **142**, which is software operating on a user computing device, as set forth above. Browser **142** includes a number of buttons, including back button **182**, forward button **184**, stop loading button **186**, refresh button **188**, and home button **190**. Traditionally, browser **142** enhances usefulness of internet navigation by controlling download of content from web server **160** into memory of the computing device. Back button **182** redirects a currently displayed web page (n) to a previous web page (n−1), which cached in memory of user computer **140**, while forward button **184** returns the displayed web page to the previous page (n) after the back button **182** has been selected. Stop button **186** directs the browser to discontinue loading of a web page into memory of computer **140**, and refresh button **188** reloads a web page that has been previously cached in memory of computer **140**. Address window **192** displays the web site address **194**, which is also known as a Uniform Resource Locator ("URL"). Task bar **196** is part of the operating system, and is visible on the video

US 2007/0094267 A1

Apr. 26, 2007

4

screen of computer **140** below browser **142**. Task bar **196** provides access to other programs on computer **142** and displays a number of user settable attributes, such as the current time.

[0041] Web site web page **180** is illustrated as an introductory home page (also known as a splash page) to introduce the web site. Web page **180** includes home page text **200** and home page graphic **202**, which are collectively unique web page content that particularly relates to illustrated web page **180**. It is readily understood by those skilled in the art that the unique web page content is representative, and is changeable in response to the purpose of each particular web page. According to a preferred embodiment, the unique web page content is dynamically assembled from objects by web server **160** according to a predetermined protocol upon receipt of a request from web browser **142**. The dynamic assembly of web page content is discussed in greater detail below. According to an alternate embodiment, the unique web page content is in the form of static code and associated objects resident on web server **160** and which do not require dynamic assembly.

[0042] Web page **180** includes a page section **181** and a navigation bar **204**. The navigation bar **204** operates as a navigation tool for controlling user interaction with the web site. Navigation bar **204** is also dynamically assembled from objects by web server **160** according to a predetermined protocol upon receipt of a request from web browser **142**. Navigation bar **204** and the unique web page content (home page text **200** and home page graphic **202**) are seamlessly displayed to the user on browser **142**.

[0043] Navigation bar **204** includes site identifier **211**, first settable menu **206** and directory button **208**. Site identifier **211** is static, in that it does not change in appearance as the user navigates through the website. The static nature of site identifier **211** provides continuity across the website and fosters familiarity with the user. Site identifier **211** may be text, a graphic, or a combination thereof. The content of first settable menu **206** is preferably set during website development to provide immediate access to services that may be required by the user. The content accessed by first settable menu **206** is determined in accordance with the requirements of the particular website. In a preferred form, first settable menu **206** is a drop-down style menu that, when selected with the mouse pointer, provides a series of service buttons for selection by the user. The services provided in through first settable menu may include access to pop-up display information, such as business contact information, or may load a web page needed by the user. Alternately, first settable menu **206** may load a dedicated web page upon selection. While the content accessed by first settable menu **206** may change, the style and position of first settable menu **206** within navigation bar **204** is preferably consistent across all content web pages within the web site. First settable menu **206** is described in greater detail below.

[0044] Directory button **208** provides access to content that is preferably set during website development to provide immediate access to services that may be required by the user. The content accessed by directory button **208** is determined in accordance with the requirements of the particular website. In a preferred form, directory button **208** provides immediate user access to a web site directory page.

[0045] A page navigation section **280**, described in greater detail below with reference to FIG. **5**, may be optionally

provided on navigation bar **204** when the web page **180** is a home page. However, according to a preferred embodiment, the page navigation section **280** is provided within the interior content pages of the web site. Thus, within the set of web pages grouped as a website, each content page includes navigation bar **204** with a page navigation section **280**, which is described in greater detail below.

[0046] FIG. **5** is a schematic illustration of web site directory page **250** according to an embodiment of the present invention. Directory web page **250** includes text indicia **252** to indicate to the user that they are at the directory. The directory web page **250** is immediately accessible from other web pages of the web site upon selection of directory button **208**. According to an embodiment of the invention, the directory web page **250** includes a plurality of navigation tools for locating information in the web site. In addition to the navigation tools present on navigation bar **204**, a user may enter keyword search text into a first directory text box **256** and initiate search by selecting first directory jump button **257**. The user may also enter search text into a second directory text box **258** and select second directory jump button **259**. According to an embodiment, first directory text box **256** is provided for general key word searching of products and services within the web site. Second directory text box **258** is provided for searching products and services according to a predetermined product code. During a guided search, such as during telephone information with a web site help desk, a user may be guided to enter a product code number into the second directory text box **258** to initiate search of desired information. According to an embodiment of the present invention, a first database of search fields are accessed in response to entry of search information in the first directory text box **256**, and a second database of search fields are accessed in response to entry of search information in the second directory text box **258**. As set forth above, jump page box **234** is activated in response to jump control button **232** to select an entered page number from a group of search fields of all page numbers stored in memory **168** of web server **160**. Accordingly, three separate search text boxes may access three separate groups of search fields by way of three respectively corresponding initiator (i.e. jump) buttons.

[0047] A group of graphic hyperlink buttons **270** (a-f) are also presented on directory web page **250**. Upon selection of a hyperlink button, the user is directed to another web page within the website. The directed web page may be a non-directory content page or another directory page in accordance with parameters selected during website development. The number of hyperlink buttons **270** (a-f) and associated text **271** (a-f) may be changed in accordance with a number of desired sub-directory listings. Each sub-directory, when selected by the user, may in turn load a web page indicating yet another sub-directory, etc. According to the illustrated embodiment six sub-directories may be accessed from the directory web page **250**. Preferably, each page within the web site is configured such that there is no scrolling to view additional information and/or content. The absence of scrolling avoids additional confusion for new users of the web site and increases efficiency during interaction with a guide, such as a telephone help desk.

[0048] Page navigation section **280** is displayed on navigation bar **204** for all content pages, including the directory web page **250** illustrated in FIG. **5**. Page navigation section

US 2007/0094267 A1

Apr. 26, 2007

5

**280** includes status location indicator **282**. The status location indicator **282** is not a button, but is rather content that is displayed in accordance with the loaded page. According to a preferred embodiment, the content of status location indicator **282** is text. However, according to an alternate embodiment, the status location indicator **282** can display a graphic symbol, or a combination of text and graphics. As illustrated in FIG. **5**, the text displayed by way of status location indicator **282** is "directory" to indicate to the user that they are currently viewing the directory web page. This text information will change in accordance with web page currently being viewed by the user.

[0049]    According to a preferred embodiment, the content of each web page is displayed without the use of scroll bars. However, additional information and/or content may also be provided on web page **250**. According to an alternate embodiment, optional scroll bar **276** appears on the side of the web page for directing the content that is visible within browser **142**. Scroll bar **276** is navigated upwardly by selecting up scroll button **278** and downwardly by selecting down scroll button **279**. The viewable information then scrolls with respect to scroll line **275** such that the information and content above scroll line **275** remains visible to the user. Alternatively, the user may navigate the visible content by selecting and moving position scroll button **277** upwardly or downwardly.

[0050]    FIG. **6** is a detailed view of page navigation section **280** of the navigation bar **204**. As illustrated, the status location indicator **282** displays the text "status location" to generically reflect that the status location will correspond to the content of the currently viewed web page. Page navigation section **280** is disposed adjacent to directory button **208**, which is described in greater detail below. According to a preferred embodiment, directory button **208** always returns the user to the directory web page. Page navigation section **280** includes a strolling control section **216** and a jump control section **230**.

[0051]    Strolling control section **216** is illustrated adjacent to directory button **208**. Strolling control section **216** allows the user to navigate within a related, pre-determined subset of web pages. Strolling control section **216** includes strolling back button **218** and strolling more button **220** for navigation control. When a user has loaded a web page into browser **142**, the user may stroll through a group of related web pages by selecting strolling back button **218** and strolling more button **220**.

[0052]    First page indicia display **222** indicates to the user a unique page number corresponding to the currently displayed page within the subset. Second page indicia display **224** indicates the total number of pages within the subset. By way of example in FIG. **6**, the user is currently viewing page **5** (indicated at first page indicia display **222**) of a group of 12 (indicated by second page indicia display **224**) related pages in a subset. The first page indicia display **222** and second page indicia display **224** provide subset identification information when viewing a subset regardless of how the user has been directed to the web page. According to an embodiment of the invention, the user is constrained from free navigation about the website. The user maintains display of the currently viewed subset through operation of strolling back button **218** and strolling more button **220**, which are described in greater detail below. In the illustra-

tion of FIG. **6**, and by way of example, the user may navigate forward through the subset of **12** related pages by successively selecting strolling more button **220**, and the user may navigate backward through the subset of **12** related pages by successively selecting strolling back button **218**. Accordingly, the user may not become lost within a complicated web site totaling hundreds of pages.

[0053]    Strolling control section **216** also includes status location indicator **282**. The status location indicator **282** is text that is prepared by the web site to indicate a text name of a page currently viewed by the user. According to an embodiment, status location indicator **282** is presented in a different style configuration than directory button **212** to indicate to the user that the text does not operate as a button. For example, status location indicator **282** may be text that is superimposed onto navigation bar **204** without a background having a first color that is different from the second color of the navigation bar **204**.

[0054]    Jump control section **230** is provided adjacent to strolling control section **216** to assist the user during navigation of the web site. According to an embodiment of the invention, each page of the web site is given a unique page number. Jump control section includes jump control button **232**, a jump page box **234** that displays the current page number that the user is viewing, and total page indicator **236** that displays the total number of pages within the web site. As illustrated in FIG. **6**, the user is currently viewing page number **342** of a total of 1023 pages. Jump page box **234**, in addition to displaying the current page number, is also a user settable text box. Thus, to jump to a different page within the web site, the user simply selects jump page box **234** with the cursor control device and types in a desired page number with a data entry device. When the user selects jump control button **232** with the mouse, the new web page is loaded. Upon loading the new web page, first page indicia display **222** and second page indicia display **224** are automatically updated in accordance with the currently viewed web page.

[0055]    Jump control section **230** simplifies navigation of complex web sites having hundreds of pages. Because the page numbers appearing in jump page box **234** and total page indicator **236** appear static as viewed in browser **142**, a user may associate a particular page number with a desired web page, or web page group. The benefits of page numbering become more pronounced when a user is provided with telephone, print or electronic assistance by a guide during navigation of a complicated web site. Regardless of the web page currently viewed by the user, the guide may simply direct the user to a desired page by instructing the user to type in a desired page number into jump page box **234** and then select jump control button **232**.

[0056]    According to an embodiment of the present invention, web pages are dynamically assembled by web server **160** using content from database **170**. Regardless of how the web pages are created by web server **160**, each page maintains a unique page number within the web site configuration. It is anticipated that a large commercial web site, such as a large catalog of parts or information or a site containing hundreds of pages of photos may change. However, the benefits of the unique page number remain. Guides in the form of system operators, salespersons, and help desk representatives, are much more skilled at navigating their particular web sites to locate a particular page. Thus, instead

US 2007/0094267 A1

Apr. 26, 2007

6

of guiding the user through a complicated and time-consuming series of clicks and selections of hyperlinks, the guide may simply direct the user to type in a unique page number. The user is then free to stroll through a group of related web pages without fear of becoming lost within the complicated web site.

[0057]    A user strolls through a subset of related web pages by using page navigation section 280. The user navigates using strolling back button 218 and strolling more button 220. Because the format of page navigation section 280 remains consistent across differently viewed web pages, the user easily becomes familiar with navigation. Identification of a currently viewed subset is continuously provided by status location indicator 282. Successive forward pages to be viewed within the subset are obtained by the user when strolling more button 220 is selected. According to a preferred embodiment, when the user reaches the end of a subset, e.g. page 12 illustrated in second page indicia display 224 of FIG. 6, and the user continues to select strolling more button 220, the user is directed to page 1 of the next subset. When the subset changes, the status location indicator 282 also changes in accordance with the title of the new subset. Successively regressing pages within the subset are viewed by the user as strolling back button 218 is selected.

[0058]    According to an embodiment of the present invention, when the user reaches the end of a subset, that is when number "1" is displayed by first page indicia display 222, and the user continues to select strolling back button 218, the user is directed to the last page of a preceding subset. Further, when the subset changes, the status location indicator 282 also changes in accordance with the title of the new subset.

[0059]    According to an alternate embodiment of the present invention, when the user reaches the end of a subset, that is when number "1" is displayed by first page indicia display 222, and the user continues to select strolling back button 218, the user is re-directed to the directory page corresponding to the subset.

[0060]    According to an embodiment of the present invention, status location indicator 282 changes in appearance when a subset is changed during strolling by the user. A change in appearance may include change of the background color of status location indicator 282, a change in font color of status location indicator 282, or a change in font style. Alternately, the change in appearance may be more aggressive, such that the background color of status location indicator 282 repeatedly changes color in a blinking fashion for a period of time.

[0061]    As the user strolls between pages, jump page box 234 also changes in accordance with the newly selected page. Accordingly, the user may continuously and simultaneously view the current page number within the web site (provided by jump page box 234) and the current page number within the subset (provided by first page indicia display 222). Likewise, the user may also continuously and simultaneously view the total number of pages in the web site (provided by total page indicator 236) and the total number of pages within the subset (provided by second page indicia display 224).

[0062]    Level 2 web pages, i.e. pages below the Directory level, are linked as an ordered list of uniquely identifiable web pages that may be sequentially loaded for display into web browser 142 in reference to a predetermined set. The ordered list is stored in database server 170 of FIG. 3. According to a preferred embodiment, the ordered list is a numerical list with the web pages identified by number. Other forms of unique identification are known to those skilled in the art and may include alphanumeric identification, binary identification, hexadecimal identification, etc.

[0063]    Each uniquely numbered Level 2 web page is linked in succession within the total number of pages by web page number. In order to sequentially load a next succeeding web page into browser 142, web server 160 adds integer "1" to the current web page number (n), and then assembles web page number (n+1) for display on browser 142. Likewise, to sequentially load a next preceding page into browser 142, web server 160 subtracts integer "1" from the current web page number (n), and then assembles web page number (n−1) for display on browser 142.

[0064]    FIG. 7 is a detailed view of strolling control section 216 according to an alternate embodiment of the present invention. Strolling control section 216 includes strolling back button 218, strolling more button 220, first page indicia display 222, and second page indicia display 224 as set forth in the above embodiment of FIG. 6. According to the alternate embodiment, strolling first button 240 and strolling last button 242 are provided. Strolling first button jumps to the first page of the listed subset. Likewise, strolling last button jumps to the last page of the subset. According to an optional embodiment, each subset may optionally include general information about the subset on the first page of the subset and an index of all pages of the subset on the last page.

[0065]    FIG. 8 is a schematic illustration of a web site directory listing of a preferred embodiment facilitating use of additional directories without use of scroll bars. In accordance with the present invention, it has been determined that the use of scroll bars in web page listings introduce additional complexity and inefficiency for web site navigation. However, according to the protocol of very complex web sites, there may exist a situation where a desired number of directory listings greatly exceed the space that is easily viewable on a user's computer screen. Accordingly, it is preferred to show additional directories by way of an additional page or pages. As illustrated in FIG. 8, a conspicuously visible directory more button 286 is provided adjacent to graphic hyperlink buttons 270. When the user clicks directory more button 286, a new page loads into a user's browser with additional directories. In this case, directory more button 286 is redundant to strolling more button 220 provided in navigation bar 280. However, because a new user will be initially guided to the web site directory, and may be some-what unfamiliar with the web site layout, the provision of directory more button 286 (i.e. a second more button) provides a convenient and intuitive mechanism for web site navigation.

[0066]    FIG. 9 illustrates a second directory page that will be visible to the user upon selecting the directory more button 286 from the main directory page illustrated in FIG. 8. As illustrated, a plurality of graphic hyperlink buttons 290 are provided for additional web site navigation. The user may stroll backward through the directory pages by selecting directory back button 288, or continue to stroll forward

US 2007/0094267 A1

Apr. 26, 2007

7

by selecting directory more button **286**. In this case, directory back button **288** is redundant to strolling back button **218**, and directory more button **286** is redundant to strolling more button **220**. It therefore becomes readily apparent that when in the directory subset of web pages, the user may return to the first page of the directory pages subset through three different mechanisms. First, the user may simply select the directory button **208**. Second, the user may continually select the directory back button **288**. Third, the user may continually select the strolling back button **218**.

[0067]    FIG. **10** illustrates a third directory page according to an embodiment of the present invention. As illustrated, a plurality of text style hyperlink buttons **292** are provided as the directory. Further, the hyperlink buttons **292** are tiled in an indented fashion to visually convey subdirectory status. First page indicia display **222** indicates page 3 of the directory, and second page indicia display **224** indicates that there are 20 total pages in the directory subset. According to an embodiment of the invention second page indicia box **294** is provided to convey redundant information to first page indicia display **222** and second page indicia display **224**. This redundant information is provided to the user in the directory web pages as a convenient and intuitive mechanism for web site navigation.

[0068]    FIG. **11** is a schematic illustration of an individual web page **300** in a web site according to an embodiment of the present invention. Web page **300** is presented as an example of a catalog style web page for a travel club. The user has located page 507 ("Texas"), indicated by jump page box **234**, of a possible 2120 web pages within the web site. The total number of web pages within the site is indicated by total page indicator **236**. The user may have found page 507 ("Texas") through a key word search of the term "texas" in the directory web page, a product code search of the term "123456" in the directory web page, through selecting appropriate directories and sub-directories by way of a tree structure initiated in the directory web page, or by typing page number "507" into jump page box **234** from any page and then selecting jump control button **232** from any web page. Jump page box **234** continuously displays the currently viewed web page number, but may also be selected by a cursor control device for entry of a new page number desired by the user.

[0069]    As illustrated in web page **300**, text is provided by way of page text box **302**, and the product code is provided by way of product code box **304**. The text within text box **302** is preferably indexed within a first field database accessed via web server **160** and the product code within product code box **304** is preferably indexed within a second field database access via web server **160**. Status location indicator **282** also indicates to the user that the current web page has a label of "texas." The user could then navigate within 50 pages of the current web page subset. The user immediately understands that there are 50 pages within the web page subset because second page indicia display **224** indicates the number "50." The user navigates through the 50 related pages in the subset through operation of strolling back button **218** and strolling more button **220**. A plurality of hyperlinks **312** allow the user to request products or services associated with the current web page.

[0070]    FIG. **12** is a schematic illustration of a web tree **350** for web site navigation according to an embodiment of the

present invention. Box **352** is provided in Level 0 and represents a home page. By way of example, box **352**"0-01" corresponds to web page **180** in FIG. **4** in the form of a home page.

[0071]    Boxes **354**, **356**, **358**, and **360** are provided in Level 1 and represent a directory listing. By way of example, box **354**"1–x" corresponds to web page **250** (a web site directory page) illustrated in FIG. **5**. Likewise, box **356**"1–(x+1)" corresponds to web page **253** illustrated in FIG. **8**, box **358**"1–(x+2)" corresponds to web page **254** illustrated in FIG. **9**, and box **360**"1–(x+3)" corresponds to web page **255** illustrated in FIG. **10**.

[0072]    Boxes **362**, **364**, and **366** are provided in Level 2 and represent item pages dedicated to a particular product or service. For example, box **362**"2–x" corresponds to web page **300** illustrated in FIG. **11**.

[0073]    Boxes **368**, and **370** are provided in Level 3 and represent web pages that may be accessed from a Level 2 box. The user may not stroll among Level 3 boxes or any other boxes below Level 2.

[0074]    Navigation downward through web tree **350** is provided by way of selecting hyperlinks from a directory or subdirectory listing, such as between Levels 1 to 2. According to a first alternative, the user enters a selected web page through a key word or product code search. According to a second alternative, the user navigates to a web page by entering a unique page number for the desired web page into jump page box **234** in navigation bar **204**. Once the user enters a web page that is part of a desired subset, which is schematically illustrated as level 3, the user strolls between related pages. The user is confined by way of the stroll control buttons, that is, strolling back button **218** and strolling more button **220**, such that the user may not unknowingly become lost in a undesired subset. As set forth above, a user strolling on level three will navigate between subsets through use of strolling back button **218** or strolling more button **220** upon reaching a beginning or end of the subset.

[0075]    With reference to FIG. **5**, FIG. **6**, and FIG. **12**, the strolling back button **218** and strolling more button **220** do not function in the same manner as the back button **182** and forward button **184**. The back button **182** simply returns the user to previously viewed web pages that are stored in cache memory of the computing device in seriatim fashion. In contrast, the strolling back button **281** directs the user to the immediately preceding web page in a subset. Thus, if a user were to advance to a web page indicated by box **366** illustrated in FIG. **12** by typing a number into jump page box **234** illustrated in FIG. **6**, a selection of strolling back button **281** would direct the user to the web page indicated by box **364** illustrated in FIG. **12**. In contrast, were the user to select back button **182** illustrated in FIG. **5** while viewing the web page of box **366**, the user would be directed to the previously viewed web page.

[0076]    Likewise, forward button **184** illustrated in FIG. **5** returns the user to a previously viewed web page after the back button **182** has been pressed. In contrast, strolling more button **220** directs the user to the next web page in the subset. Thus, if a user were to advance to a web page indicated by box **364** by typing a number into jump page box **234**, a selection of strolling back button **281** would direct the user to the web page of box **366**. In contrast, were the user

US 2007/0094267 A1

Apr. 26, 2007

8

to select forward button **184** while viewing web page box **364** nothing would happen because the user had not previously selected the back button **182**.

[0077] Each Level 2 page is an item page that is strollable when the user is at other Level 2 pages. The Level 2 stroll sequence of pages is determined by directory layout. According to a preferred embodiment, the majority of content information is provided in Level 2, with each Level 2 web page including a definable set of information. Thus, once the user navigates to a Level 2 web page, through the various methods set forth above, the user is permitted to stroll through a group of related web pages by simply using the strolling more button **220** or strolling back button **218**.

[0078] Each web page includes objects, i.e. graphics, video, text, that can contain page links. Page links refer to either pages within the web site or external URLs. When clicking on a page link that refers to another page in the web site, the web browser **142** has traversed down a level (n+1) where n is the level of the referring page. When web browser **142** displays pages lower in the tree, e.g. the web page of box **362** in FIG. **12**, the strolling back button **218** of FIG. **6** functions as an up button which pops the user back to referring page **354** illustrated in FIG. **12**. This is performed recursively as web browser **142** traverses down the navigation tree of FIG. **12**.

[0079] FIG. **13** is a schematic illustration of a web site first settable menu **206** on navigation bar **204**. As illustrated, a plurality of web site services are available for selection by the user, such as web assistance, contact us, request catalog, order policy, shipping terms, and feedback. First settable menu **206** is accessible from all pages of the web site due to its placement on navigation bar **204**. According to an alternate embodiment, a second settable menu may also be provided on navigation bar **204** for immediate access by the user during navigation of all related web pages.

[0080] According to a preferred embodiment, the present invention is implemented by way of software running on web server computer **160** in combination with software running on database server computer **170**. The database server is preferably running Microsoft Windows 2003 Server and uses Microsoft SQL Server 2000 as its database application on Microsoft.NET platform. The database on the database server stores all content of particular site. Content is defined as any user provided data during the build phase of the web site. Examples of content include images, copy, navigation links and form inputs.

[0081] FIG. **14** is a flowchart of operations for presenting a web page on browser **142** of user computing device **140**. In operation **400**, browser **142** makes a request for a web page from web server software running on web server computer **160**. By default, if a page number is not specified, the request defaults to the home page. In operation **402**, the web server software sends a request for page content to web service API ("application program interface"). The web service provides a platform that is able to service a plurality of different viewing platforms, such as internet browsers, PDAs ("personal digital assistants"), and cell phones. In other words, the web browser issues a request GET to retrieve a page (page.aspx?p=<pageno>). The web server then parses the page number and issue a request to a web service to get the content of a page.

[0082] The web service is an additional program preferably running on web server computer **160**. However, the

web service program could be implemented on a dedicated web service computer. In operation **404**, the web service sends a request for page content and layout information to database server software running on database computer **170**. According to a preferred embodiment, the request is provided through an ADO.NET interface. The database uses stored procedures to generate the results in XML and returns it back to the web server. In operation **406**, page content is assembled by the database sever software and returned to the web service in XML format.

[0083] In operation **408** the XML page content and XSL layout information is transferred from the web service to the web server in XML format. In operation **410**, the web server transforms the XML page content and the XSL formatted information into HTML formatted information, and returned for display on web browser **142**.

[0084] According to a preferred embodiment the web server uses the Microsoft's .NET framework. The .NET Framework is a development and execution environment that allows different programming languages & libraries to work together seamlessly to create Windows-based application. According to a preferred embodiment, programming is performed in C# and web pages were built using ASP.NET.

[0085] The web service is an application component accessible over open protocols using a distributed component technology. The web service is used to decouple content from display medium. For example, a web browser is only one form of how to display the data. On the other hand, the web service provides formatting that is compatible with PDAs ("programmable digital assistants") or cell phone to convey information. In using web services, any form of display can access the content and display it in any way, via web browser or speech technology etc.

Navigation Bar Create Procedure

[0086] According to a preferred embodiment, XML for the navigation bar **204** illustrated in FIG. **5** is created for display on an internet browser in accordance with code executed on web server **160**. The code is written in C# language with Microsoft SQL Server's stored procedure and compiled by Visual Studio 2003 program. The compiled code is then executed under IIS 6.0 running the Microsoft Windows 2003 operating system. The web server **160** accesses a web service, which is a program stored along with web server **160**. The web service provides XML formatted data on a particular page and navigation information for the particular page. The web service obtains the data from the database **170** running Microsoft SQL Server 2000 using the ADO-.NET interface written in C#. The database **170** includes a plurality of stored procedures, e.g. sp_XmlPageNav, sp_XmlMenuBar, and sp_XMLPage, that are called to produce the XML formatted data. Once web server **160** obtains the XML formatted data from the web service, the web server **160** uses XSL to transform the data into an HTML format. This transformation is executed with a code procedure that is written in C#.

[0087] The stored procedure sp_XmlPageNav in database **170** creates the content to make page navigation section **280** of the navigation bar **204** of FIG. **6**. An example of procedure sp_XmlPageNav follows:

US 2007/0094267 A1

Apr. 26, 2007

9

```
    ...
    CREATE PROCEDURE [dbo].[sp_XmlPageNav]
        (@storeId      [int],
        @pageNo       [int])
    ...
```

[0088]   A number of variables used in the create procedure are then declared. The variables correspond to the web site's unique id and the page number of the requested page.

```
    ...
    SELECT 1                AS Tag,
    NULL                    AS Parent,
    @totalPages             AS [PAGE_NAVIGATOR!1!totalPages],
    btq_page.page_no        AS [PAGE_NAVIGATOR!1!pageNo],
    CAST(btq_directory.[name] AS NVARCHAR(10)) AS
    [PAGE_NAVIGATOR!1!directory],
        ISNULL(btq_page.directory_seq, 1) AS
    [PAGE_NAVIGATOR!1!directorySeq],
        ISNULL(btq_directory.no_pages, 1) AS
    [PAGE_NAVIGATOR!1!directoryNoOfPages],
    btq_stroll.next_page    AS [PAGE_NAVIGATOR!1!nextPage],
    btq_stroll.prev_page    AS [PAGE_NAVIGATOR!1!prevPage],
    CASE
        WHEN btq_stroll.next_page IS NOT NULL OR
btq_stroll.prev_page IS NOT NULL THEN 1
        ELSE 0
    END                     AS [PAGE_NAVIGATOR!1!isStroll]
    FROM
    ...
    FOR XML EXPLICIT
    ...
```

[0089]   The set of tables are then joined in accordance with the above to retrieve the page navigator data set, using the constraints page_id=@pageId and store_id=@store_id to complete the XML procedure.

[0090]   The database's stored procedure sp_XmlPageNav creates the content to make the first settable menu **206** of FIG. **4**, as follows:

```
    ...
    CREATE PROCEDURE [dbo].[sp_XmlMenuBar]
        (@storeId      [int])
    ...
```

[0091]   A number of variables are then declared. The variables correspond to the web site's unique id. Services menus, i.e. first settable menu **206**, are independent of page. Several queries are combined to create a hierarchical menu structure.

```
    ...
    SELECT 1                AS Tag,
    NULL                    AS Parent,
    [name]                  AS [MENUS!1!name],
    NULL                    AS [DROPDOWN_MENU!2!id],
    NULL                    AS [DROPDOWN_MENU!2!name],
    NULL                    AS [MENU_ITEM!3!pageId],
    NULL                    AS [MENU_ITEM!3!href],
```

```
                            -continued
    NULL                    AS [MENU_ITEM!3!name]
    FROM
    ...
```

[0092]   The set of tables joined to retrieve the web site's services navigator data set, using the constraints store_id= @store_id.

```
    ...
    UNION ALL
    SELECT 2                AS Tag,
        1                   AS Parent,
        NULL                AS [MENUS!1!name],
        btq_service_group.[id]      AS [DROPDOWN_MENU!2!id],
        btq_service_group.[name]    AS [DROPDOWN_MENU!2!name],
        NULL                AS [MENU_ITEM!3!pageId],
        NULL                AS [MENU_ITEM!3!href],
        NULL                AS [MENU_ITEM!3!name]
        FROM
    ...
```

[0093]   The set of tables are then joined to retrieve the set of services, using the constraints store_id=@store_id.

```
    ...
    UNION ALL
    SELECT 3                AS Tag,
        2                   AS Parent,
        NULL                AS [MENUS!1!name],
        btq_service_group.[id]      AS [DROPDOWN_MENU!2!id],
        NULL                AS [DROPDOWN_MENU!2!name],
        page_id             AS [MENU_ITEM!3!pageId],
        url                 AS [MENU_ITEM!3!href],
        title               AS [MENU_ITEM!3!name]
    FROM
    ...
    FOR XML EXPLICIT
```

[0094]   The set of tables are then joined to retrieve services belonging to each of the service group, using the constraints store_id=@store_id.

PAGE CREATE PROCEDURE

[0095]   According to a preferred embodiment, XML for a displayed page, such as page **300** illustrated in FIG. **11**, is created with code running on web server **160** according to a PAGE CREATE PROCEDURE, written in Microsoft (R) C#. The database's stored procedure sp_XmlPage creates the content to make the page **300** of FIG. **11**, as follows:

```
    ...
    CREATE PROCEDURE [dbo].[sp_XmlPage]
        (@storeId      int],
        @pageNo       [int])
    ...
```

[0096]   First, a number of variables used in the create procedure are declared. The variables correspond to the web site's unique id and the page number of the requested page.

US 2007/0094267 A1

Apr. 26, 2007

10

The body of the procedure combines several queries to create a hierarchical page structure containing various components such as images, page links and text.

```
...
SELECT 1          AS Tag,
       NULL       AS Parent,
       title      AS [PAGE!1!title],
       btq_page.[description]   AS [PAGE!1!description],
keywords           AS [PAGE!1!keywords],
template_id        AS [PAGE!1!template],
       btq_template.layer       AS [PAGE!1!layer],
       btq_page.[id]   AS [PAGE!1!pageid],
       page_no    AS [PAGE!1!pageno],
       bgcolor    AS [PAGE!1!bgcolor],
       bgtype     AS [PAGE!1!bgtype],
       NULL       AS [PAGE_LAYOUT!2!id],
       NULL       AS [IMAGETEXT_DETAILS!3!pos],
       NULL       AS [IMAGETEXT_DETAILS!3!layout],
       NULL       AS [IMAGE_DETAILS!4!pos],
       NULL       AS [IMAGE_DETAILS!4!height],
       NULL       AS [IMAGE_DETAILS!4!width],
       NULL       AS [IMAGE_DETAILS!4!imgext],
       NULL       AS [IMAGE_DETAILS!4!caption],
       NULL       AS [PAGE_LINK!5!page_id],
       NULL       AS [PAGE_LINK!5!url],
       NULL       AS [TEXT_DETAILS!6!height],
       NULL       AS [TEXT_DETAILS!6!width],
       NULL       AS [TEXT_DETAILS!6!copy],
       NULL       AS [IMAGE_DETAILS!7!pos],
       NULL       AS [IMAGE_DETAILS!7!height],
       NULL       AS [IMAGE_DETAILS!7!width],
       NULL       AS [IMAGE_DETAILS!7!imgext],
       NULL       AS [IMAGE_DETAILS!7!caption],
       NULL       AS [PAGE_LINK!8!page_id],
       NULL       AS [PAGE_LINK!8!url],
       NULL       AS [TEXT_DETAILS!9!pos],
       NULL       AS [TEXT_DETAILS!9!height],
       NULL       AS [TEXT_DETAILS!9!width],
```

```
                    -continued
       NULL       AS [TEXT_DETAILS!9!copy],
       NULL       AS [PRODUCT_DETAILS!10!pos],
       NULL       AS [PRODUCT!11!id],
       NULL       AS [PRODUCT!11!pict_id],
       NULL       AS [PRODUCT!11!sku],
       NULL       AS [PRODUCT!11!description],
       NULL       AS [PRODUCT!11!price],
       NULL       AS [PRODUCT!11!has_modifier],
       NULL       AS [FORM_DETAILS!12!id],
       NULL       AS [FORM_DETAILS!12!pos],
       NULL       AS [FORM_DETAILS!12!maxInputs],
       NULL       AS [FORM_DETAILS!12!description],
       NULL       AS [INPUT_GROUP!13!group],
       NULL       AS [INPUT!14!id],
       NULL       AS [INPUT!14!type],
       NULL       AS [INPUT!14!description],
       NULL       AS [INPUT!14!required],
       NULL       AS [INPUT!14!width],
       NULL       AS [RADIO_GROUP!15!group],
       NULL       AS [INPUT!16!id],
       NULL       AS [INPUT!16!type],
       NULL       AS [INPUT!16!description],
       NULL       AS [INPUT!16!required]
FROM
...
FOR XML EXPLICIT
...
```

[0097]    The set of tables are then joined to retrieve the page data set. This contains information on position, type of component and its content.

XML OUTPUT

[0098]    In accordance with the above, the resulting XML data produced is as follows:

```
...
<?xml version="1.0" ?>
- <PAGE template="700" layer="T" pageid="415" pageno="352" bgcolor="FFFFFF">
  - <PAGE_LAYOUT id="1">
    <IMAGE_DETAILS pos="3" height="324" width="324" />
    <TEXT_DETAILS pos="1" height="90" width="770" copy="<span
    style='font-name:Arial,Verdana;font-size:18.0pt'>CUSTOM
    ORDERS</span>" />
    <TEXT_DETAILS pos="2" height="324" width="440" copy="<div
    align='center' ><table style='BORDER-LEFT: #999999 1px solid;
    BORDER-TOP: #999999 1px solid;BORDER-RIGHT: #999999 1px solid;
    BORDER-BOTTOM: #999999 1px solid;MARGIN: 0px 0px 0px; FONT-
    FAMILY: Arial, sans-serif; FONT-SIZE: 11pt'> <tr> <td>BrattleWorks
    does Custom Orders. Routinely, we will customize the dimensions of our
    standard panels and gates. We can also modify our products to fit your
    specific design. A simple sketch from you often helps us understand your
    requirements. <p> Contact BrattleWorks 617.864.2110, fax 617.354.4246
    or          email          <a
    href='mailto:bw@brattleworks.com'>bw@brattleworks.com</a> with your
    requirements.</td></tr></table></div>" />
  </PAGE_LAYOUT>
- <NAVIGATION_BAR>
  - <MENUS name="BrattleWorks">
    - <DROPDOWN_MENU id="1" name="Services">
      <MENU_ITEM pageId="414" name="Contact Us" />
      <MENU_ITEM pageId="415" name="Custom Orders" />
      <MENU_ITEM href="download.aspx" name="Downloads" />
      <MENU_ITEM pageId="412" name="Project Assistance" />
      <MENU_ITEM href="request.aspx" name="Request a Catalog" />
      <MENU_ITEM pageId="413" name="Satisfaction Guarantee" />
      <MENU_ITEM pageId="416" name="Shipping Terms (Freight)" />
```

US 2007/0094267 A1

Apr. 26, 2007

11

-continued

```
    <MENU_ITEM pageId="411" name="Shipping Terms (Package)"
    />
    <MENU_ITEM href="feedback.aspx" name="Site Feedback" />
    <MENU_ITEM href="cart.aspx" name="View Cart" />
  </DROPDOWN_MENU>
  </MENUS>
  <PAGE_NAVIGATOR totalPages="380" pageNo="352" directorySeq="1"
  directoryNoOfPages="1" isStroll="0" />
  </NAVIGATION_BAR>
</PAGE>
...
```

[0099] This data is then passed to web server **160**. The web server **160** obtains the necessary XSL template to transform the XML data into HTML. The procedure written in C# is called to HTML(XmlDocument document, XSLTransform xsl).

[0100] While the invention has been described in the specification and illustrated in the drawings with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the scope of the invention as defined in the claims. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from the essential scope thereof. Therefore, it is intended that the invention not be limited to the particular embodiment illustrated by the drawings and described in the specification as the best mode presently contemplated for carrying out this invention, but that the invention will include any embodiments falling within the foregoing description and the appended claims.

We claim:

1. A navigation tool for navigating a web site, said web site comprising a plurality of web pages that are configured by a web server and displayable by an internet browser, said plurality of web pages being linked as a first set of web pages and said plurality of web pages being linked as at least a second set of web pages, comprising:

a jump control section comprising a first indicator for providing a visual indication on an internet browser of a total number of a first set of linked web pages available for access by a user; and

a strolling control section comprising a second indicator for providing a visual indication on the internet browser of a total number of a second set of linked web pages available for access by the user.

2. The navigation tool according to claim 1, wherein a web page currently displayed by the internet browser is a member of the first set of linked pages and the second set of linked pages.

3. The navigation tool according to claim 2, said jump control section further comprising:

a jump page box providing a numerical indication of the current web page within the total number of the first set of linked web pages.

4. The navigation tool according to claim 3, wherein the jump page box is selectable by a user operating the internet browser such that the user may enter a desired page number into the jump page box, said jump control section further comprising:

a jump control button, which is selectable by the user operating the internet browser to direct a web server to transmit for display a web page corresponding to the desired page number.

5. The navigation tool according to claim 2, further comprising:

a status location identifier providing a visual identifier for display on the internet browser corresponding to the current web page.

6. The navigation tool according to claim 1, wherein a web page currently displayed by the internet browser is a member of the first set of linked pages and the second set of linked pages, said strolling control section further comprising:

a first page indicia display providing a numerical indication of the current web page within the total number of the second set of linked web pages; and

a second page indicia display providing a numerical indication of the total number of the second set of linked web pages.

7. The navigation tool according to claim 1, wherein a web page currently displayed by the internet browser is a member of the first set of linked pages and the second set of linked pages, said strolling control section further comprising:

a strolling back button which is selectable by the user operating the internet browser to direct a web server to transmit for display a web page corresponding to a preceding page of the second set of linked pages; and

a strolling more button which is selectable by the user operating the internet browser to direct a web server to transmit for display a web page corresponding to a succeeding page of the second set of linked pages.

8. The navigation tool according to claim 6, wherein if the strolling back button is selected when the current page is a first page of the second set of linked pages, the web server is directed to transmit for display a web page corresponding to a third set of linked pages different from the second set of linked pages.

9. The navigation tool according to claim 6, wherein if the strolling more button is selected when the current page is a last page of the second set of linked pages, the web server is directed to transmit for display a web page corresponding to a first page of a third set of linked pages different from the second set of linked pages.

US 2007/0094267 A1

Apr. 26, 2007

12

**10**. The navigation tool according to claim 1, wherein a directory page of said web site is a member of the first set of linked pages and a member of a third set of linked pages different from said second set of linked pages, said navigation tool further comprising:

a directory button which is selectable by the user operating the internet browser to direct a web server to load the directory page as the current page when the current page is a member of the second set of linked pages.

**11**. A method of navigating a plurality of web pages that are configured as a web site by a web server from a user computer having a cursor control device and running an internet browser, said plurality of web pages being linked as a first set of web pages and at least a second set of web pages, said method comprising:

loading a first web page into an internet browser from a web server, the web page comprising a first indicator of a total number of a first set of linked web pages available for access by a user, a second indicator of a total number of a second set of linked web pages available for access by the user, and a strolling button;

selecting the strolling button displayed on the internet browser with a cursor control device to instruct the web server to transmit second web page content of a second page of the second set of linked web pages; and

loading the second web page content into the internet browser from the web server.

**12**. The method of navigating a website according to claim 11, further comprising:

loading a status location identifier providing a visual identifier for display on the internet browser corresponding to the loaded second page content.

**13**. The method of navigating a website according to claim 11, further comprising:

loading a jump page box providing a visual identifier for display on the internet browser corresponding to the loaded second page content.

**14**. The method of navigating a website according to claim 13, wherein the visual identifier provided by the jump page box is a page number, further comprising:

loading a jump control button into the internet browser;

selecting the jump page box with the cursor control device;

entering a new page number into the selected jump page box with a computer keyboard; and

selecting the jump control button with the cursor control device to instruct the web server to transmit a third web page content of a third web page of the first set of linked web pages.

**15**. The method of navigating a website according to claim 14, further comprising:

reloading the first indicator into the internet browser corresponding to the third web page content; and

reloading the second indicator into the internet browser corresponding to the third web page content.

**16**. A method of navigating a plurality of web pages that are configured as a web site by a web server from a user computer having a cursor control device and running an internet browser, said plurality of web pages being linked as a first set of web pages and at least a second set of web pages, said method comprising:

loading a first web page content and a web page navigation bar into an internet browser from a web server, the navigation bar comprising a jump control button, a jump page box, and a total page indicator;

conducting telephone, print, or electronic communication with a web site guide to verbally receive a unique page number corresponding to a second web page of the first set of web pages;

entering the unique page number into the jump page box with a computer keyboard;

selecting the jump control button with the cursor control device to instruct the web server to transmit a second web page corresponding to the unique page number; and

loading the second web page into the internet browser from the web server.

**17**. The method of navigating a website according to claim 16, further comprising:

loading a strolling control section into the internet browser corresponding to the second web page, the strolling control section comprising a first page indicia display corresponding to a unique page number of the second set of web pages, and a second page indicia display corresponding to a total number of pages in the second set of web pages.

**18**. The method of navigating a website according to claim 17, further comprising:

loading a strolling button into the internet browser from the web server;

selecting the strolling button with the cursor control device to instruct the web server to transmit a third web page content of a third page of the second set of linked web pages; and

loading the third web page content into the internet browser from the web server.

* * * * *

# EXHIBIT 9

US 20060070012A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2006/0070012 A1**

Milener et al. (43) **Pub. Date:** **Mar. 30, 2006**

(54) **METHOD AND APPARATUS FOR ENHANCED BROWSING**

(76) Inventors: **Scott Milener**, San Francisco, CA (US); **Wendell Brown**, Las Vegas, NV (US)

Correspondence Address:
**PARK, VAUGHAN & FLEMING LLP**
**39180 LIBERTY STREET**
**SUITE 103**
**FREMONT, CA 94538 (US)**

(21) Appl. No.: **10/986,509**

(22) Filed: **Nov. 10, 2004**

**Related U.S. Application Data**

(60) Provisional application No. 60/613,463, filed on Sep. 27, 2004.

**Publication Classification**

(51) **Int. Cl.**
*G06F 3/00* (2006.01)

(52) **U.S. Cl.** ............................................................ 715/822

(57) **ABSTRACT**

A method and apparatus for enhanced browsing of electronic data (e.g., web pages, documents, electronic mail). When a first page is displayed in a browser, content identified by links to other pages is prefetched. If the page contains a list of links (e.g., search results), an enhanced browsing stripe is superimposed on the links. The stripe is transparent or semi-transparent, so that a user can identify individual links in the list. As long as a user interface cursor remains within the stripe, whenever the cursor is placed over or adjacent to a link, an enhanced browsing window containing the prefetched content for that link is displayed. The stripe extends at least the length of the list of links. If the cursor reaches the end of the browser window, the browser page is automatically scrolled as necessary to view additional links or page content, and the stripe is extended accordingly.



Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 120 of 282 PageID #: 164



**FIG. 1**

Patent Application Publication   Mar. 30, 2006   Sheet 2 of 7        US 2006/0070012 A1



FIG. 2

Case 1:26-cv-00193-JLH     Document 1-1     Filed 02/23/26     Page 122 of 282 PageID #: 166



**FIG. 3**



**FIG. 4**

Patent Application Publication   Mar. 30, 2006   Sheet 5 of 7        US 2006/0070012 A1



**FIG. 5**



FIG. 6



**FIG. 7**

1

## METHOD AND APPARATUS FOR ENHANCED BROWSING

### RELATED APPLICATION

[0001]    This application claims priority to U.S. Provisional Patent Application No. 60/613,463, which was filed Sep. 27, 2004 and is incorporated herein by reference.

### BACKGROUND

[0002]    This invention relates to the field of computer systems. More particularly, a method and apparatus are provided for improving the quality and efficiency of users' browsing experiences.

[0003]    Today's browsers provide users with substandard browsing, primarily because their focus is limited to a single web page at any given time. Specifically, a browser generally displays just a single page, which may include hyperlinks to any number of other pages or sites. The browser does not allow the user to see what is on a linked page until he or she redirects the browser to that page (e.g., by selecting a hyperlink). Only then can the user determine whether the page contains anything of interest to her. If not, she must retrace her action to return to another possible branching point (e.g., by clicking a "back" button).

[0004]    This pattern—of selecting a link to go to a new page, reviewing its content, and possibly selecting a link on that page—may continue any number of levels deep, all of which must be retraced to return to a starting point. When that starting point is a list of links to web sites or pages (e.g., at a search engine site) or a list of links to goods or services (e.g., at a retail site), a user may have to traverse a number of chains of linked pages, and continually return to the starting point, in the hope of finding content that more closely matches her interest.

[0005]    In addition, when the user selects a link to navigate to a corresponding page, only then does the browser retrieve the content of that page. Depending on the bandwidth or type of communication link available to the user, and the status of the starting point and target site (e.g., how congested they are), there is often a noticeable time lag before the target page is fully displayed. When the user accesses numerous pages, as is typical during a search session with a search engine or retail/auction site, the combined duration of the time lags can cause a significant amount of wasted time. A user wishing to quickly review several links or pages can become very frustrated with her browser's response time. And, if an error is encountered while trying to load a page, the user may have to try reloading it multiple times before she is successful or before she gives up.

[0006]    Further, users receive little assistance, if any, while navigating multiple chains of linked pages. For example, when a user browses through multiple chains from a page of search results provided by a search engine, she may come across pages that, while not fully matching her interest, may bear further examination if better pages are not found. Traditionally, she would have to remember how she reached that page (e.g., the sequence of links she selected to get there) or add a bookmark to her browser. Remembering sequences of links becomes more and more difficult as they (and her browsing session) get longer and longer. And, accumulating bookmarks that are like to be of little or no interest makes bookmark management increasing difficult.

### SUMMARY

[0007]    A method and apparatus are provided for enhanced browsing of electronic data (e.g., web pages, documents, electronic mail). When a first page is displayed in a browser, content identified by links to other pages is prefetched. In one embodiment, enhanced browsing windows are generated for each link's content, and possibly a set of relevant ads, but are initially kept invisible.

[0008]    If the page contains multiple links (e.g., search results), an enhanced browsing stripe or column is overlaid or superimposed on the links. The stripe is transparent or semi-transparent, so that a user can identify individual links in the list. As long as a user interface cursor remains within the stripe, whenever the cursor is placed over or adjacent to a link, an enhanced browsing window containing the prefetched content for that link is displayed.

[0009]    In one embodiment, the stripe or column extends at least the length of the list of links and may be aligned vertically, horizontally or non-linearly, depending on the arrangement of the links. If the cursor reaches the end of the browser window, the browser page is automatically scrolled as necessary to view additional links or page content, and the stripe is extended accordingly.

[0010]    An enhanced browsing stripe or column may be displayed as soon as a first link's content is prefetched, or may be displayed when the user selects (e.g., mouses-over) a first link and a corresponding enhanced browsing window is opened.

[0011]    In one embodiment, the appearance of a link whose content is being prefetched may change in appearance (e.g., color, size) after the content has been retrieved. Further, a link's appearance may change in some other manner (e.g., to a different color) if its content cannot be prefetched.

### DESCRIPTION OF THE FIGURES

[0012]    FIG. 1 is a block diagram depicting an enhanced browsing apparatus, in accordance with an embodiment of the present invention.

[0013]    FIG. 2 depicts an enhanced browsing window, in accordance with an embodiment of the invention.

[0014]    FIG. 3 is a flowchart demonstrating a method of providing enhanced browsing, in accordance with an embodiment of the invention.

[0015]    FIG. 4 is a flowchart demonstrating a method of prefetching target content, in accordance with an embodiment of the present invention.

[0016]    FIG. 5 depicts a method of using an enhanced browsing column or stripe, in accordance with an embodiment of the present invention.

[0017]    FIG. 6 illustrates a navigation tree for facilitating a user's navigation of content that was browsed or searched, in accordance with an embodiment of the invention.

[0018]    FIG. 7 depicts an enhanced browsing window, in accordance with an alternative embodiment of the invention.

### DETAILED DESCRIPTION

[0019]    The following description is presented to enable any person skilled in the art to make and use the invention,

2

and is provided in the context of particular applications of the invention and their requirements. Various modifications to the disclosed embodiments will be readily apparent to those skilled in the art and the general principles defined herein may be applied to other embodiments and applications without departing from the scope of the present invention. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features disclosed herein.

Introduction

[0020] In one embodiment of the invention, a method and apparatus are provided for enhanced browsing of electronic data. A user browses or navigates his browser to a first electronic page (e.g., web page, document, electronic mail message) that contains one or more links or references to other pages. When he selects (e.g., mouses-over or places a cursor over) a link to a second page, an enhanced browsing window or frame containing content of the second page is displayed on top of or in front of the browser.

[0021] The enhanced browsing window contains actual content from the second page, such as HTML (HyperText Markup Language), not just an image (e.g., a .gif or .jpg image) of the content. The content of the second page may be prefetched before the user chooses to preview it, and so the enhanced browsing window can be displayed almost immediately when the user selects the link to the second page. The contents of the window may change as the user mouses-over other links, or separate enhanced browsing windows may be generated for each link.

[0022] For purposes of describing embodiments of the invention, a "link" that identifies or is associated with data that may be prefetched may take any form—graphical, textual or other. A link may therefore include any object or information that embodies or is accompanied by a link (e.g., a hyperlink) or reference to other electronic data or content.

[0023] The apparatus for providing enhanced browsing may include various program modules, which may be written in software using any appropriate programming language or coded in firmware. An illustrative apparatus includes a graphical user interface for presenting the enhanced browsing window and controls associated with the window, a cache for caching content for display in the window, and a fetcher or prefetcher for fetching the content. The apparatus also includes one or more interfaces to servers storing ads for display in the window and data describing users' viewing activity. One such interface couples the enhanced browsing apparatus to a central server for facilitating enhanced browsing. The apparatus may be constructed as a plug-in to an existing browser (e.g., Internet Explorer, Firefox), a plug-in to another application (e.g., Microsoft Outlook) or as a complete browser or other application.

[0024] The content of the second page displayed in an enhanced browsing window may be augmented with ads, particularly ads relevant to the content. For example, the content may be analyzed to determine a theme or nature of the second page or, if the links that are prefetched comprise a list of search results, the ads may be selected based on the search criteria that yielded the search results. In one implementation of this embodiment of the invention, ads retrieved

as part of the second page's content may be replaced with different ads. In addition, content for an enhanced browsing window may be scanned for security purposes (e.g., to detect viruses, spyware, etc. Details of this enhanced browsing embodiment of the invention are provided in a following section.

[0025] In another embodiment of the invention, content of a page linked to a browsed web page (or other content) is prefetched, possibly for viewing in an enhanced browsing window. Various methods or heuristics may be applied to determine which linked pages or content to fetch or prefetch. Illustratively, when the user's browser displays a page of search results from a search engine (e.g., google.com, yahoo.com), prefetching is done automatically for some or all of the linked pages or content (e.g., web pages or sites that may have information relevant to the user's search criteria). Similarly, when the browser displays a list of links to goods or services offered for sale at a merchant or auction site (e.g., amazon.com, ebay.com), prefetching of content may automatically begin with the linked items.

[0026] Prefetching may be initiated as soon as the browser receives or displays the main browser page. The prefetching may therefore coincide with the user's review of the page and/or the list of linked pages or other content. Thus, before the user even selects a link to content that he would like to see, that content (and/or other content) may be prefetched. Prefetched content (or content that is to be prefetched) may be scanned for viruses, spyware, adware, pornography and/or other undesired content or code.

[0027] In implementations of this embodiment of the invention, a choice of what to prefetch may be heuristically determined based on the font size of a link, the link's location on the browser page, its position within a list of links, etc. Further details of this embodiment of the invention for prefetching are provided in a following section.

[0028] In yet another embodiment of the invention, a mechanism is provided for maintaining a user's ability to enjoy an enhanced browsing experience while scrolling through a list of links (e.g., hyperlinks). In this embodiment, a graphical stripe or column overlaps or is superimposed on the list. The stripe may be arranged as (or adjacent to) a border or edge of an enhanced browsing window. The list of links may extend multiple pages or screens, and the stripe is configured to extend as the list is scrolled into view. The user may scroll through the list by sliding a user interface cursor along or within the stripe (e.g., up/down or left/right). While navigating within the stripe, content described by the links is previewed or displayed in an enhanced browsing window.

[0029] Also while navigating within the stripe, as the cursor nears the boundary of the main browser in a list that is too long to fully display within the browser, the contents of the browser are scrolled. As the cursor crosses over or is aligned with a link, content from that link is displayed in an enhanced browsing window, or a separate window may be opened and closed for each link. Thus, in this embodiment of the invention, the user can very quickly scan the content of some or all links in a list. Further details of this browsing stripe embodiment of the invention are provided in a following section.

[0030] In another embodiment of the invention, the apparatus displays a graphical depiction of a user's navigation or

US 2006/0070012 A1                                                    Mar. 30, 2006

3

viewing of content (e.g., web pages, documents, electronic mail messages). The depiction may be rendered as a vertical or horizontal tree, wherein each node corresponds to one item (e.g., web page, image, document) or one set of items.

[0031]  In one implementation of this embodiment, a tree root is created when the user initiates a new search (e.g., on a search engine site or at a site offering a good or service) and a page of search results is displayed in the user's browser. When the user navigates to a page linked to the current (e.g., search results) page, a new node in the tree is generated and connected to the previous node. As the user navigates deeper by selecting additional links, more and more nodes are added. To quickly move backward in his search, the user may click on a node and be taken back to the corresponding content. From there, he may choose to navigate a different path. Similarly, the user may quickly move to any other content represented in the tree by selecting the appropriate node.

[0032]  The user may be able to mark a node by altering its appearance (e.g., color, size, pattern); this may facilitate the user's return to a particular page. Further details of this embodiment of the invention are provided in a following section.

Enhanced Browsing

[0033]  FIG. 1 depicts an apparatus for enhanced browsing of electronic data, according to one embodiment of the invention. In the illustrated implementation, the apparatus is configured as a plug-in to a web browser such as Internet Explorer by Microsoft Corporation, Firefox by the Mozilla Foundation, Netscape Communicator by Netscape Communications Corporation, etc. In other implementations, the apparatus may be provided as part of a distinct application or browser, or as a plug-in or add-on to a different type of application (e.g., electronic mail, instant messaging, database).

[0034]  The term "target link" may be used herein to refer to links whose content is, or should be, selected for retrieval for display in an enhanced browsing window. Similarly, the term target content" may be used to refer to content that is or should be retrieved (e.g., prefetched).

[0035]  Enhanced browsing apparatus 102 operates on any type of computing device (e.g., computer, personal digital assistant, web-enabled telephone) and comprises user interface 104, content prefetcher 106, cache(s) 108, ad server interface 110 and optional central server interface 112. The apparatus is coupled to a host browser in a manner similar to other plug-ins.

[0036]  Enhanced browsing apparatus 102 is coupled to computer systems or networks containing web sites, web pages, documents, electronic mail messages and/or electronic data or content. The apparatus may be coupled to these entities by any types of communication links, which may be shared (e.g., network) or dedicated, and wired or wireless. In particular, apparatus 102 may be coupled to a central server, which may include or be coupled to a database or other collection of data for facilitating enhanced browsing, as described below. Content accessed through enhanced browsing apparatus 102 may also, or instead, be stored on the same computing device as the apparatus.

[0037]  User interface 104 is configured to build, display and manipulate an enhanced browsing window. The user interface may also provide any number and type of controls to allow a user to navigate or manipulate content within such a window, such as buttons, icons, a toolbar, etc., and may also accept keyboard input (e.g., key sequences using the CTRL or ALT keys). The various controls may allow a user to initiate or terminate prefetching of target content, open or close an enhanced browsing window, navigate his or her browser to prefetched content (e.g., by directing the browser to a page displayed in an enhanced browsing window), prefetch content linked to content displayed in an enhanced browsing window, etc.

[0038]  In particular, user interface 104 may provide controls (e.g., menus) allowing the user to customize the enhanced browsing apparatus or change how it operates. User customization options may include: size or position of an enhanced browsing window, number of target links to prefetch at a time (e.g., all, ten, twenty), how to identify or prioritize target links, default action(s) to take in response to certain user activity (e.g., when the user clicks inside a window or on a link within the displayed target content), etc.

[0039]  In one embodiment of the invention, user interface 104 builds an enhanced browsing window when target content is retrieved, but keeps the window invisible until and unless the user actually indicates an interest in (e.g., mouses-over) the associated target link. The window is then made visible. Invisible windows may be stored in cache(s) 108.

[0040]  Content prefetcher 106 is responsible for fetching content from appropriate sources (e.g., web sites, databases, document repositories, electronic mail gateways) based on default criteria and/or a user's specified criteria. For example, content prefetcher 106 may commence prefetching target content immediately after the browser loads or displays a page containing one or more target links, thereby taking advantage of communication bandwidth that is idle while a user examines the page. Any number of links on the browser page may be treated as target links.

[0041]  Content prefetcher 106 and/or some other component of enhanced browser apparatus 102 (e.g., a separate target identification module) may be configured to identify target links. As described in the following section, prefetch templates may be employed to identify target links in some web pages or other content. Briefly, a prefetch template is designed for a specific page (or set of pages) and indicates where on the page a target link (or set of target links, such as a list of search results) may be found.

[0042]  However target links are chosen (e.g., by the user, according to a default rule or template), they may be prioritized before the target content is retrieved. Rules for prioritizing target links are discussed below, and may be based upon the order of the links in a list of search results, their position on the page on which they appear, their font size, etc.

[0043]  Depending on any priority assigned to a particular target link, the associated content is retrieved by content prefetcher 106. Upon retrieval of the target content, user interface 104 and/or some other component of apparatus 102 constructs an enhanced browsing window for the content.

[0044]  It should be noted that prefetching is not required for all embodiments of the invention. Although prefetching content may speed up a user's browsing or previewing of

US 2006/0070012 A1

Mar. 30, 2006

4

content, other benefits of the invention may be enjoyed without content being prefetched.

[0045]    Cache(s) **108** include one or more caches for storing target links, target content, prefetch templates, enhanced browsing windows, a user history (e.g., a sequence of sites browsed or previewed) and/or other data. In the embodiment of the invention depicted in **FIG. 1**, a cache used by enhanced browsing apparatus **102** is separate and distinct from any cache(s) maintained by the browser.

[0046]    In the illustrated embodiment of the invention, when target content is displayed in an enhanced browsing window, it may be accompanied by one or more advertisements. The retrieval of ads is managed by ad server interface **110**. The ad server interface interacts with any number of ad sources (e.g., advertisers, media organizations) and/or central server **120**. For example, when an ad is needed, ad server interface **110** may communicate with central server **120** to determine which ad(s) to retrieve. The ad server interface may then contact the appropriate source to obtain the ad or retrieve it from the central server. The same ads may be displayed in enhanced browsing windows opened for different target links, particularly for all target links appearing on one browser page.

[0047]    Ads may be content-based, to match or reflect target content within an enhanced browsing window, or may be matched to a main browser page containing the associated target link. For example, if target links on the main browser page comprise a list of search results, the search terms that yielded the search results may be used to select an ad. Thus, ad selection may be made by apparatus **102**, central server **120**, some other entity (e.g., an ad source) or any combination of these components.

[0048]    Central server **120** maintains a database or other collection of prefetch templates, user behavior (e.g., navigation activity or patterns), prefetch or prioritization heuristics, and/or other data. In particular, the central server may collect, from users' enhanced browsing apparatuses, information regarding web pages (or other content) accessed by the users, what links in those pages were selected for browsing or previewing, the order in which they were browsed, etc.

[0049]    This information may be used to help generate prefetch templates, to prioritize prefetching, and/or for other purposes. For example, by assembling such information on central server **120** from many users' enhanced browsing apparatuses, the most popular links within content viewed by those users can be determined and/or prioritized for prefetching. Some or all of this data may be replicated on, or shared with, enhanced browsing apparatus **102**.

[0050]    Central server **120** may also be a source of ads and content for display in an enhanced browsing window. The central server may be operated by an organization that provides enhanced browser apparatus **102** or by a different organization.

[0051]    Optional central server interface **112** communicates with central server **120** to access and share data with the central server, as described above. Thus, the central server interface may forward to the central server information regarding a user's activity (e.g., sites visited, links clicked, search terms employed) and may retrieve informa-

tion useful in identifying or prioritizing target links (e.g., prefetch templates, analyses of users' preferred links or content).

[0052]    In other embodiments, an enhanced browsing apparatus may include more or fewer components, or the functionality of the components described above may be distributed in a different fashion. For example, an enhanced browsing apparatus may also include a component for scanning prefetched content for viruses, pornography (or other material unsuitable for certain users), spyware, adware, other malware, etc.

[0053]    Further, one alternative embodiment of the invention may be implemented without prefetcher **106** or cache **108**. In this embodiment, when a user browses a first page and mouses-over or hovers near a link to a second page, an enhanced browsing window may still be displayed with content from the second page, but the content may not be retrieved until the mouse-over. And, the apparatus may make use of the browser's cache or another cache already available on the user's computing device.

[0054]    **FIG. 2** depicts an enhanced browsing window according to one embodiment of the invention. In **FIG. 2**, browser **200** (e.g., Microsoft Internet Explorer) is open to a first page **202**, which includes a list of links **204** (e.g., **204***a*-**204***i*). Links **204** are search results in this example, but in other implementations may comprise any types of links, to any type of content. The content identified by or associated with links **204** may or may not be inter-related. For example, if the links comprise search results, as do links **204** in page **202**, their content may be considered inter-related.

[0055]    Enhanced browsing window **210** is positioned so as to allow a user to see portions of links **204**. However, in other implementations, window **210** may cover links **204** to a greater or lesser degree. Alternatively, any or all of window **210** may be made fully or partially transparent, so that some or all of the content of browser page **202** is viewable even when window **210** is displayed. As described above, enhanced browsing window **210** may be constructed and cached prior to being displayed.

[0056]    When a user mouses-over the link (e.g., link **204***i*) corresponding to the content **212** of the enhanced browsing window, the window is automatically and quickly displayed. The size and/or position of window **210** may be adjustable by a user, but limits may be placed on the user's ability to re-size or re-position the window.

[0057]    Ad frame **220** is also positioned within enhanced browsing window **210**. The ad frame may be arranged in any position or along any edge of the window. Illustratively, ads received along with or as part of content **212** from a location identified by link **204***c* may be removed prior to display of the content within window **210**.

[0058]    Content **212** may be reduced in font size to allow it to more fully fit within window **210**, and/or scroll bars (e.g., scroll bar **214**) may be provided to allow a user to scroll vertically and/or horizontally. The user may be able to close window **210** by simply moving the cursor out of the enhanced browsing window (e.g., to somewhere within browser page **202**). If the user clicks within window **210**, page **202** of browser **200** may be replaced by the page or content displayed in the enhanced browsing window.

US 2006/0070012 A1

Mar. 30, 2006

5

[0059]    In one embodiment of the invention, a selectable tab or drop-down menu **230** is positioned adjacent to enhanced browsing window **210**. Illustratively, clicking on tab **230** opens a menu allowing a user to customize one or more features of the enhanced browsing window or apparatus (e.g., size of window **210**, how long the user must pause over a link before the window opens, degree of transparency).

[0060]    In other embodiments of the invention, other user interface controls or options may be provided. For example, a set of controls may be provided to allow a user to specify how the enhanced browsing apparatus should act when the user takes certain action (e.g., clicks on or mouses-over a link within an enhanced browsing window, clicks within a window but not on a link, mouses-over a second target link while a first link's content is still being previewed).

[0061]    In one implementation, buttons (e.g., "load," ""prefetch content from all links") may be provided with an enhanced browsing window to allow a user to specifically request the target content or target page to be loaded into a browser, to prefetch content, or take some other action. For example, a "hold" button may allow a user to specify that the enhanced browsing window should remain open on its current content regardless of subsequent mouse movements, perhaps until the user selects a "hold off" button or clicks within the window.

[0062]    Another button or control may be provided to enable a user to immediately return to the results of the latest search he or she conducted. For example, every time the user initiates a search, a "Back to Search Results" button may be configured with the URL (Uniform Resource Locator) of the search results. Then, until the user initiates a new search, he or she can select the button to return (in his or her browser or an enhanced browsing window) to the latest results.

[0063]    **FIG. 7** depicts an enhanced browsing window according to another embodiment of the invention. In **FIG. 7**, enhanced browser window **710** is employed to preview content within an electronic mail application (e.g., Microsoft Outlook).

[0064]    In the illustrated implementation, when electronic mail message **702** is displayed, content identified by or associated with a link included in the message (e.g., link **704**) may be prefetched. Thus, content **712** within enhanced browsing window **710** comprises content retrieved from a location identified by link **704**. The enhanced browsing window also includes ad frame **720**, which may present ads relevant to content **712** or message **702**.

[0065]    In another implementation, an enhanced browsing window may be employed to preview content of electronic mail messages, such as messages listed or indexed in message folder window **706**.

[0066]    **FIG. 3** demonstrates a method for enhanced browsing, according to one embodiment of the invention. This method may be employed with apparatus **102** of **FIG. 1** and is thus implemented on a user's client computing device, which is equipped with a browser.

[0067]    In state **302**, the user's browser is opened at a web page or other collection of content, which may be considered the "browser page" herein to differentiate it from another page or other target content displayed in an enhanced browsing window.

[0068]    In state **304**, the enhanced browsing apparatus applies default or custom rules to locate a target link on the browser page. Any number of additional target links may also be identified. For example, the apparatus may automatically locate all links on the browser page and treat them as target links. Or, the apparatus may apply a prefetch template, customized for the browser page, to identify links that are most likely to be of interest to the user.

[0069]    A prefetch template may be stored (e.g., cached) within the enhanced browsing apparatus, or may be stored on a central server for retrieval by the apparatus before or when the browser page is opened. As yet another alternative, the template or other information for identifying (and/or prioritizing) target links may be retrieved from the same server that served the browser page, or may be received as part of the browser page.

[0070]    In state **306**, content associated with the target link is prefetched. The target content may include all or a portion of the web page, document, image or other data identified by the target link. Thus, the target content may include HTML, XML or other markup language, but is not just an image of the content. As will be seen below, because the actual content is prefetched, it can be presented in a readable, understandable manner, and can be navigated (e.g., if it contains links). In particular, the prefetched content will not be presented as "thumbnails" or other non-navigable, illegible images.

[0071]    One or more ads may also be retrieved, to display with the target content. As described above, the ads may be retrieved from any suitable ad source, and may be selected based on the target content, the browser page, search terms entered by the user, the user's browsing history, or other information.

[0072]    In one embodiment of the invention, a target link changes appearance (e.g., color, font size, underlining, bold) to indicate when its content has been prefetched. Thus, a target link may first appear (in the browser page) in a first color (e.g., light blue), but then change to a different color (e.g., dark blue) after the target content has been fetched. In one implementation, multiple color palettes may be employed to allow link colors to be changed easily and rapidly.

[0073]    Advantageously, after content for a target link is prefetched, if the user navigates the browser to that link (i.e., by clicking on it), the content can load almost immediately from the enhanced browsing apparatus' cache (or wherever else it was stored). Thus, the user's browsing experience is enhanced even without using an enhanced browsing window to preview content.

[0074]    In state **308**, an enhanced browsing window is constructed and populated with the target content and any ads that were retrieved to accompany the content. The content may be resized or may retain its full size, in which case scroll bars may be provided for scrolling vertically and/or horizontally. In different implementations of this embodiment of the invention, ads that were received as part of the target content may be retained, excised or replaced.

[0075]    In one implementation, when target content from multiple target links is prefetched, enhanced browser windows may be generated (but not displayed) for any number of the links. Thus, if content is prefetched for fifty target

US 2006/0070012 A1

Mar. 30, 2006

6

links, enhanced browsing windows may initially be generated for any number of the target links, from zero to fifty. Windows may be generated for the remainder later (e.g., after the user starts previewing content).

[0076]  In state **310**, the window is cached without being displayed. By constructing the window before it needs to be displayed, the enhanced browsing window can be presented almost instantly when the user indicates an interest in the target link. In the method of **FIG. 3**, a separate enhanced browsing window is constructed and cached for each target link whose content was prefetched. Thus, states **304** through **310** may be repeated for any number of target links.

[0077]  In state **312**, the enhanced browsing apparatus detects a user mouse-over or other selection of the target link. When a user interface cursor (e.g., mouse cursor, a cursor or selector controlled by the TAB key) appears over or adjacent to the target link, a predetermined period of time (e.g., one second) may be required to pass before the window containing the target content will be switched to visible status. This time period may be adjustable by the user. Illustratively, if the user employs a keyboard for input (e.g., instead of a mouse), selection of the target link may be identified by the user's tabbing to the link and pausing for the necessary time period.

[0078]  In state **314**, when it is determined that the user has moused-over or otherwise selected or expressed an interest in the target link, the enhanced browsing window is made visible. In one implementation, the window is approximately 75% of the size of the user's browser, and may be positioned adjacent to (or overlapping) the target link or a list of links that includes the target link. The screen cursor may be positioned within the enhanced browsing window, near (or over) the target link.

[0079]  In optional state **316**, enhanced browsing may be extended to the target content so that the user can navigate the content or the enhanced browsing window. That is, one or more links within the target content may be treated as target links, in which case their associated content is prefetched. Then, if the user mouses-over a target link in the target content, another enhanced browsing window may be created to display the new target content. Or, the target content of the enhanced browsing window may be replaced with the new target content.

[0080]  Illustratively, if the user clicks on the target link associated with the target content, or left-clicks (i.e., clicks the primary mouse button) within the target content (but not on a link), the browser page may be replaced by the target content or the page containing the target content. The same action may be taken if the user leaves the cursor within the enhanced browsing window for a predetermined period of time (e.g., 5 seconds). If the user clicks on a link within the target content, the linked content may replace the target content within the enhanced browsing window or the user's browser may be directed to that content or page.

[0081]  In state **318**, if the user moves the cursor out of the enhanced browsing window, it may close because it may be assumed that the user is no longer interested in viewing the target content. Or, right-clicking (clicking a mouse button other than the primary button) within the window (e.g., but not on a link) may cause it to close.

[0082]  If the user moves the cursor from the window to a second target link, the window may disappear and be replaced with the enhanced browsing window constructed for the second target content (or the target content may be replaced by the second target content).

[0083]  As one skilled in the art will recognize, the enhanced browsing experience described herein differs significantly from a traditional "pop-up" within a web page. Traditional pop-ups, when selected, merely display information that was received with or as part of the web page. In contrast, an enhanced browsing window displays content from a different page or source, and that content may be navigable. In one implementation, the enhanced browsing apparatus may be configured to suppress traditional pop-ups.

[0084]  The illustrated method ends after state **318**.

[0085]  In one implementation of this embodiment of the invention, as a user mouses-over different target links and new enhanced browsing windows are opened, the same or similar ads may accompany each set of target content. The ads may change, however, if the user directs her browser to a different page, initiates a new search (with new search terms) in the browser page, or doesn't click on any of the ads. In the latter case, if a set of ads is presented a number of times and the user expresses no interest in them, another examination may be performed of the user's latest search criteria and/or the content of pages she has chosen to view, and a new set of ads may be selected for placement in an enhanced browsing window.

[0086]  In another implementation of this embodiment of the invention, a user's enhanced browsing apparatus or windows may be branded or customized by an organization that provides the enhanced browsing apparatus (e.g., a favored web site) or by some other organization. In this case, an enhanced browsing window may be constructed with the provider's logo, with a link to the provider, with ads sponsored by the provider, etc.

[0087]  In yet another implementation, the enhanced browsing apparatus is installed and operated at a central server. In this implementation a user navigates to the server to engage and employ the apparatus. This implementation may be well suited for thin clients.

Prefetching Target Content

[0088]  In one embodiment of the invention, methods are provided for identifying and/or prioritizing target links for retrieval of associated target content. The links may be identified within a web page or other browsable object (e.g., document, image, electronic mail message). Content from any number of links on the page (i.e., zero or more) may be retrieved.

[0089]  As described in the preceding section, prefetching of content may be done in a default manner, or may be based on user-specified criteria and/or criteria customized for a particular web page or site. Thus, content from links that are more popular or more likely to be selected by a user may be prefetched before (or instead of) content from links less likely to be selected by the user.

[0090]  In one implementation of this embodiment of the invention, a prefetch template may be used to identify a set of links on a page. A prefetch template may be designed for a specific web page or site, to identify target links (or recommended target links) by their location or position on the page. For example, lists of search results (e.g., from a

US 2006/0070012 A1

Mar. 30, 2006

7

search engine or merchant web site) may be located in various locations on different pages (e.g., in a single column on the left or right hand side of a page, in a two-column table), and prefetch templates for those pages would be designed accordingly.

[0091] Content described by links other than those identified by a prefetch template may also be prefetched, but the target links identified by the prefetch template may be awarded higher priority. Illustratively, the default order of prefetching target content may match the order in which their links are posted on the page (or in a list of search results), or content for some or all target links may be prefetched simultaneously (e.g., in parallel)

[0092] Enhanced browsing apparatuses may maintain (or even generate) prefetch templates, or may retrieve them from a central server or other source. Thus, when a particular page is loaded into a browser, an enhanced browsing apparatus operating with the browser may quickly retrieve a prefetch template from the central server.

[0093] In another implementation, a prefetch template for a web page (or other content) may comprise a list of target links on that page. The list may be prioritized, and may be derived by observing any number of users' selection of links while browsing or viewing the page. Thus, a central server may collect data regarding multiple users' browsing activity (e.g., pages visited, links selected), and distill the data to identify and/or prioritize links on web pages those users' visited.

[0094] In other implementations of this embodiment of the invention, all links on a page may be treated as target links by default, or all links within a list of search results. Content from any number of target links may be prefetched in any order and/or in parallel with other links' content. Yet further, a link retrieved as part of the content associated with a target link may also be treated as a target link, in which case content that is multiple pages or multiple links removed from the current page (the current page to which a browser is open) may be prefetched without leaving the current page.

[0095] In yet other implementations, heuristics may be used to help identify and/or prioritize target links, in addition to or instead of using a prefetch template (e.g., for a page for which no prefetch template is available). For example, a set of heuristics may specify that links having certain characteristics or meeting certain criteria should be target links, or that target links should be prioritized based on those characteristics or criteria. Illustrative characteristics include: the region of a page in which a link is located (e.g., center, top, left side), font size, link color, the number of links to the same content (e.g., the more links there are to a particular page of content, the higher priority it should receive), a link's proximity to an image or other notable content, etc.

[0096] In another implementation of this embodiment a user may be able to select or de-select target links for prefetching. For example, the user may be able to enter one particular key sequence (e.g., ALT-B) or select one particular control or button within a user interface to instruct a content prefetcher to target one certain link, or all links, on a page, or some other key sequence (e.g., ALT-N) or control to prevent the apparatus from targeting a certain link or any links.

[0097] A user may be able to train an enhanced browsing apparatus to identify target links. For example, the user may

be able to select desired target links on a page (e.g., by drawing a box around them, by mousing-over or clicking on them), after which the apparatus memorizes the links for automatic identification the next time the user visits the page. Illustratively, to train the apparatus the user may first initiate a training mode (e.g., by activating a particular user interface control), then select the target links and disengage the training mode.

[0098] In one implementation, a user may be able to construct or customize a prefetch template, which may be useful if the user often visits a page for which the enhanced browsing apparatus does not have a template. A user interface for the apparatus may provide controls allowing the user to construct the template by identifying locations of target links in the page, by specifying that all links are target links, by selecting individual links as target links, choosing characteristics for selecting target links, etc.

[0099] As described above, an enhanced browsing apparatus may collect a user's browsing or previewing (i.e., enhanced browsing) activity to help identify target links. Thus, if the user frequently selects or navigates to links arrayed along the right side of pages at a particular site, upon a subsequent visit to that site the user's enhanced browsing apparatus may automatically treat such links as target links and prefetch their associated content. Similarly, if the user selects links in a set of links in a particular order (e.g., top to bottom, bottom to top, left to right), the enhanced browsing apparatus may prioritize prefetching of the links' content accordingly.

[0100] Data accumulated by the apparatus may be shared with a central server in order to accumulate and analyze data for multiple users, which may then be distributed to their (and/or other users') enhanced browsing apparatuses to help identify or prioritize target links. For example, based on activity data collected from users who visited a particular web site, the central server may identify certain links (or links in a certain location of a page at that site) as being most popular. That information may be shared with users' apparatuses to make those links target links. In one implementation, however, users may be provided with an option to not share information regarding their browsing activity.

[0101] Thus, a centralized database for identifying and/or prioritizing target links may be maintained. Individual enhanced browsing apparatuses may receive data from the database on periodic intervals, when a browser is opened (or opened to a particular page), or on some other schedule. For example, when a browser is directed to a particular page, the database may be accessed to retrieve pertinent data.

[0102] In addition to, or instead of, collecting at a central database data regarding users' activity (e.g., what sites they visited, what links they clicked on), similar data may be retrieved from web sites. This information may indicate which pages/links were most often selected by the web sites' visitors, the most popular order in which they were selected, etc. This information may be retrieved by a central server or by a user's enhanced browsing apparatus.

[0103] In one method of prefetching, links may be chosen as target links, or target links may be prioritized for prefetching, based on a point system. For example, from information accumulated by the enhanced browsing apparatus or a central server, links on a web page may be assigned points

US 2006/0070012 A1

Mar. 30, 2006

8

based on their popularity (e.g., how often they were selected). Points may also be awarded based on heuristics (e.g., font size, location of a link within a page). The more points awarded to a link, the more likely it is treated as a target link and/or the higher priority it will receive for prefetching.

[0104] Prefetching is not limited to links present or visible in a single page. For example, a page displayed in a browser may be too long to view at once, and so some links on that page may be off-screen. Further, and as can be seen with search result listings, a list of links may span multiple pages, with each page linked to the next (e.g., using "previous" and "next" buttons). Therefore, in one method of prefetching content for enhanced browsing, links may be target links even if they are off-screen or on a page linked to the current page. In general, any number of pages that continue or are forward-linked to a current page (e.g., by next buttons) may be prefetched, and/or links appearing on those pages.

[0105] In addition, when a web page or other content that contains links is prefetched or displayed in an enhanced browsing window, those links may be treated as target links. Thus, a user may use the enhanced browsing window to quickly navigate several levels or links away from the page to which his or her browser is currently opened.

[0106] In one method of prefetching, when target content cannot be retrieved, the target link's appearance may be altered. For example, the link may be changed to a different color (e.g., gray, yellow) to alert a user that the link is not functional. Prefetching may fail because a target link is broken or a "page not found" error is received, a necessary certificate or other security token is not available, or for various other reasons.

[0107] In one implementation of this embodiment of the invention, prefetched content, or content to be prefetched, is scanned for viruses, malware (e.g., spyware, adware), obscene or pornographic material, etc.

[0108] FIG. 4 demonstrates a method of prefetching electronic data or content, according to one embodiment of the invention. As described above, prefetching may be performed in many different ways in other embodiments.

[0109] In state 402, a user's browser is opened at a web page or other electronic content (e.g., document, image, electronic mail message), which may be considered the "browser page" herein to differentiate it from a page or other target content displayed in an enhanced browsing window.

[0110] In state 404, a set of data for identifying target links in the browser page may be retrieved from local or remote storage (e.g., from a central server). The data may include a prefetch template, a list of specific links, heuristics, etc.

[0111] In state 406, one or more target links are selected in a default manner (e.g., all links on the page) and/or using data retrieved in state 404. For example, if the page contains a relatively small number of links (e.g., five, ten), they may all be considered target links (and prefetching may begin immediately) without waiting for data designed to facilitate the identification of target links. Some or all of the links are to pages or sites different from the browser page, and therefore will require prefetching of content from different locations than the browser page was received from.

[0112] In state 408, the target links may be prioritized. For example, data for prioritizing target links may be retrieved separately or in conjunction with data for identifying target links. Data for prioritizing target links may include information regarding the relative popularities of links on the page (e.g., from a central server, from the web site that provided the browser page), a recommended order of priority, heuristics, etc.

[0113] In state 410, the target content is prefetched. If the target links were prioritized, their content may be prefetched in priority order. Additionally, content from multiple target links may be retrieved in parallel. The number of prefetch operations performed in parallel may depend upon the available communication bandwidth. For example, if the user has a broadband connection, more prefetches may be done in parallel than if the user has a dial-up connection.

[0114] Illustratively, the prefetched content may include the full content described by a target link or located at the specified location (e.g., URL or Uniform Resource Locator). Or, some of the content located at or retrieved from that location (e.g., an ad, an image) may be discarded.

[0115] In state 412, it is determined whether prefetching should proceed to the next level (i.e., to links within prefetched content) or another page. If so, another page is selected, such as a page retrieved as target content in state 410, and the method returns to state 404. Otherwise, the method ends.

[0116] State 412 may be applied sometime after target content is retrieved. For example, after content is retrieved in state 410, it may be cached until a user chooses to preview it in an enhanced browsing window. When this occurs, the method of FIG. 4 may be applied to the page or content being previewed.

[0117] In another method of prefetching, identification of target links and/or prioritization of target links for prefetching may be dynamic, and depend upon a user's enhanced browsing activity. For example, if a user selects for previewing a first link in a particular position on a web page, it may be assumed that he or she will also want to preview content from links close to the first link. Thus, some prediction may be made to what content a viewer may wish to preview.

[0118] In yet another implementation of this embodiment of the invention, content may be prefetched from a pay-per-click or pay-for-performance ad (e.g., a textual ad, a banner, an image) without the prefetching counting as a "click." In particular, an ad or other type of content may register each user "click through" (or selection) of the ad, with each click through generating revenue to an entity that presented the ad.

[0119] In this implementation, content from the ad is prefetched like other content, but no "click through" is registered until the user actually selects the ad for browsing (or, in one alternative implementation, until he mouses-over the ad). Illustratively, when the ad content is prefetched, the URL or XML code used for the prefetching may include a tag, keyword or other indicator that the ad content is not being retrieved as part of a click through. When the user selects the link (i.e., generates a click through), then a normal "click through" of the ad may be initiated. This helps ensure that the ad revenue is correctly apportioned. How-

9

ever, the content may be served from the prefetched version rather than awaiting the newly requested copy.

Enhanced Browsing Stripe

[0120]   In one embodiment of the invention, an enhanced browsing stripe or column is provided for facilitating enhanced browsing of target content identified by multiple links in a page. For example, when a list of search result links (e.g., from a search engine, from a merchant or auction site) is displayed in a browser, the enhanced browsing stripe may be overlaid or superimposed on the list.

[0121]   A user interface cursor may then be moved within the stripe and, as the cursor passes over or adjacent to a link, an enhanced browsing window may be opened to display the target content. Or, if an enhanced browsing window is already open, the displayed target content may change as the cursor reaches different links.

[0122]   In different implementations, an enhanced browsing stripe or column may be horizontal, vertical, diagonal or even non-linear, so as to overlay or remain close to links in a browser page. A stripe may be of any thickness (e.g., one-quarter inch, one centimeter), and may be transparent or semi-transparent (e.g., light gray) so as to allow a user to read or identify a link underneath the stripe.

[0123]   When a list of links is first presented (e.g., in a browser page), the stripe may or may not be automatically applied. If not, when a user mouses-over or selects a first target link in a list and an enhanced browsing window is displayed with the corresponding target content, the stripe may be presented at that time. The stripe may therefore appear adjacent to an enhanced browsing window or as one edge or border of the window.

[0124]   In FIG. 2, stripe 230 is placed adjacent to the left edge of enhanced browsing window 210, but only extends over the list of links 204, not the full length of the window. The stripe may extend the full length of the window in other implementations. As can be seen in FIG. 2, stripe 230 extends below the bottom edge of window 210, so that it appears over all links 204.

[0125]   In one implementation, when an enhanced browsing window is opened and an enhanced browsing stripe displayed, a user interface cursor (e.g., mouse cursor 240 in FIG. 2) may be moved to a position within the stripe and on top of or near the target link whose content is displayed within the window. This may make it easier for a user to quickly preview content from other links, by moving the cursor within the stripe to those links. The stripe may be closed or removed if the cursor is moved (or clicked) outside of the stripe and an open enhanced browsing window. Alternatively, the cursor may be initially placed within the enhanced browsing window.

[0126]   If the cursor is moved within the stripe to one end of the stripe, and the list of links associated with the stripe extends past that end, off the display device (e.g., to another page or screen), the web page or other content containing the list of links may be automatically scrolled to reveal additional links. The stripe will automatically extend as the content is scrolled, for as long as additional links appear. Alternatively, a stripe may extend even beyond the list of links, to allow a user to continue scrolling the web page (e.g., to the end of the page). If an enhanced browsing

window is open when the web page is scrolled, the window may remain in the same location of the display device as scrolling continues.

[0127]   An enhanced browsing stripe may be generated and maintained by a user interface or other component of an enhanced browsing apparatus.

[0128]   FIG. 5 demonstrates a method of using an enhanced browsing stripe or column to facilitate enhanced browsing, according to one embodiment of the invention.

[0129]   In state 502, a user's browser is opened at a web page or other electronic content (e.g., document, image, electronic mail message) that contains a list of search result links. The web page may be considered the "browser page" herein to differentiate it from a page or other target content displayed in an enhanced browsing window.

[0130]   In state 504, target links are identified, including some or all of the search result links. Any or all links may be identified by default, a prefetch template may be applied, a list of most popular links may be used, etc. The links may be prioritized, and content identified by some or all target links is retrieved.

[0131]   Enhanced browsing windows may be constructed (but not yet displayed) for target content for some or all of the target links. Illustratively, all target content is retrieved, but not necessarily all at the same time (i.e., in parallel).

[0132]   In state 506, an enhanced browsing stripe is displayed on top of the list of search results. The stripe may be displayed as soon as one or more target links' content is retrieved, may be displayed when a first enhanced browsing window is displayed, or may be displayed as soon as the target links are identified.

[0133]   In state 508, as the user moves a user interface cursor over target links, but within the enhanced browsing stripe, target content for the links is displayed in one or more enhanced browsing windows. For example, a first window may be opened when the user mouses-over a first target link. That window may remain open while the user moves the cursor, and other links' content may replace the first link's content in the window. Alternatively, an enhanced browsing window may open when the user mouses-over a target link, and then close when the cursor leaves the link.

[0134]   In state 510, if the cursor is moved to the edge of the browser window and the list of search results extends to another page or screen, the browser page will be scrolled as needed (e.g., upward, to the left) to bring other links onscreen. The enhanced browsing stripe will extend or elongate as the page scrolls. After state 510, the method ends.

Graphical History Navigation Tree for Searching/Browsing

[0135]   In one embodiment of the invention, a method and apparatus are provided for facilitating a user's navigation or browsing of search results or some other collection of interrelated links to electronic data. In one implementation of this embodiment, a graphical history navigation tree is rendered, wherein each node corresponds to a different web page or other set of data (e.g., documents, images, electronic mail messages).

[0136]   The tree may be displayed anywhere within the user's display screen, such as within a window placed

US 2006/0070012 A1

Mar. 30, 2006

10

immediately below an enhanced browsing window (or immediately below a location at which an enhanced browsing window may be opened), along the left or right side of the display screen, etc. Within its window, a history navigation tree may start with a root representing a new set of search results or a new browsing session, and thereafter grow in any direction (e.g., from left to right, from top to bottom). A new tree root may be placed when a new search is initiated, when a new browser window is opened, or anytime a user requests a new tree be started.

[0137] Execution of a new search may be detected by monitoring the web site or page a user is browsing. Initiation of a new browsing session may be assumed when a browser is opened. If the site the user is browsing employs a search engine and the user engages the engine, a root of a new history navigation tree may be placed at that time. Any previous history navigation trees may still appear in the same window, but may be scrolled off-screen as the current tree grows.

[0138] In one embodiment, each time the user navigates (e.g., in the browser) to or previews (e.g., in an enhanced browsing window) one of the search result listings (or some other top-level link within the page being browsed), a new child node is added to the current tree and connected to the root. As the user continues to navigate or preview linked content, yet more nodes are added and linked to the history navigation tree. Thus, for each page, site or other collection of content the user accesses, another node is added to the tree.

[0139] Thereafter, the user can quickly navigate to or preview content previously visited by selecting the appropriate node. Illustratively, if the user clicks (e.g., left-clicks) on a node, the user's browser is opened to the corresponding content. If the user mouses-over a node (e.g., for a predetermined period of time) or right-clicks on the node, the corresponding content may be opened for previewing in an enhanced browsing window.

[0140] Thus, an enhanced browsing apparatus's cache may store content corresponding to any number of nodes in the current history navigation tree, and/or previous trees. Alternatively, the content may be retrieved from the target page or site at the time the user clicks on or mouses-over a node.

[0141] When the user clicks on or mouses-over a node corresponding to a particular web domain or site, a list of links visited at that domain may be displayed. Thus, a node may represent a collection of web pages or content, not just a single document.

[0142] A user may be permitted to alter the appearance of a node. For example, if the user decides that a particular page warrants a closer examination if nothing more interesting or helpful is found, he may choose to change the node's color, size or other characteristic (e.g., make it blink, animate it) to mark it. One particular marking may be applied to identify the node corresponding to content the user is currently browsing or previewing.

[0143] Similarly, the user may be able to notate a node and/or search (e.g., to name the search) by selecting it (e.g., right-clicking) and entering his notes into a file that will be saved with the tree.

[0144] As described above, a new search[browsing history navigation tree may be started for each new search. However, when a user merely modifies the search terms of a current (or previous) search, this may simply result in a new branch being added to the current (or previous) tree.

[0145] A search/browsing history navigation tree may be generated and maintained by a user interface or other component of an enhanced browsing apparatus.

[0146] FIG. 6 depicts a search/browsing history navigation tree, according to one embodiment of the invention. Program code for generating such a tree may be implemented as a plug-in to an existing browser,

[0147] In FIG. 6, window 602 tree frame 604 and ad frame 606. The horizontal nature of window 602 makes the window suited for placement above or below an enhanced browsing window. In other embodiments, window 602 may be oriented vertically.

[0148] The history navigation tree displayed in tree frame 604 begins with root 610, which, in this example, corresponds to a search for a used Honda automobile. This search may have returned any number of links to relevant content. Among those links, the user has so far browsed or previewed web pages or sites identified by two top-level links, corresponding to nodes 612, 614.

[0149] As the user visited or previewed content linked to those pages, additional nodes were added to represent that content. As shown in FIG. 6, any number of nodes may be notated. Such notations may be automatically extracted from HTML of the corresponding content, or may be specified by the user. Logos of organizations associated with a node's content may be displayed in addition to (or instead of) descriptive text.

[0150] Window 602 is expanded in FIG. 6 to allow for closer inspection. In different implementations of this embodiment of the invention, the window may be relatively narrow in height (when aligned horizontally) or width (when aligned vertically), on the order of 0.5 inches to 1.5 inches.

[0151] The visual history navigation tree allows a user to easily track his navigation and quickly jump from one node's content to another's. Because window 602 may remain open even after the user navigates away from the search results, he can quickly and easily return. Window 602 may include standard controls (e.g., buttons) to close, expand, minimize or otherwise manipulate the window.

[0152] Because a history navigation tree may be saved (e.g., to disk), the user may open a history navigation tree window (e.g., using the normal browser drop-down menus), which may be automatically populated with the most recent tree.

[0153] Ads displayed in ad frame 606 may include ads relevant to the search associated with the tree in tree frame 604, ads relevant to the specific node the user is at, pay-per-click sponsored ads, etc. Either or both of tree frame 604 and ad frame 606 may include scroll bars (horizontal and/or vertical).

[0154] The program environment in which a present embodiment of the invention is executed illustratively incorporates a general-purpose computer or a special purpose device such as a hand-held computer. Details of such devices

(e.g., processor, memory, data storage, display) may be omitted for the sake of clarity.

[0155]    It should also be understood that the techniques of the present invention may be implemented using a variety of technologies. For example, the methods described herein may be implemented in software executing on a computer system, or implemented in hardware utilizing either a combination of microprocessors or other specially designed application specific integrated circuits, programmable logic devices, or various combinations thereof. In particular, the methods described herein may be implemented by a series of computer-executable instructions residing on a suitable computer-readable medium. Suitable computer-readable media may include volatile (e.g., RAM) and/or non-volatile (e.g., ROM, disk) memory, carrier waves and transmission media (e.g., copper wire, coaxial cable, fiber optic media). Exemplary carrier waves may take the form of electrical, electromagnetic or optical signals conveying digital data streams along a local network, a publicly accessible network such as the Internet or some other communication link.

[0156]    The foregoing embodiments of the invention have been presented for purposes of illustration and description only. They are not intended to be exhaustive or to limit the invention to the forms disclosed. Accordingly, the scope of the invention is defined by the appended claims, not the preceding disclosure.

What is claimed is:

1. A computer-implemented method of facilitating enhanced browsing of electronic content, the method comprising:

when a first page of electronic content is browsed in a browser, identifying within the first page a set of links to other pages of electronic content, including a first link to a second page;

superimposing a stripe on the set of links within the browser;

detecting placement of a cursor within said stripe and in proximity to the first link; and

in response to said detecting, displaying an enhanced browsing window containing electronic content of the second page.

2. The method of claim 1, wherein the set of links comprises a list of search results.

3. The method of claim 1, wherein said superimposing comprises:

displaying a non-opaque graphical stripe extending over every link in the set of links.

4. The method of claim 1, further comprising:

automatically extending said stripe as the first page is scrolled within the browser, so that said stripe remains superimposed on the set of links.

5. The method of claim 1, further comprising:

detecting placement of the cursor within said stripe and near an end of said stripe; and

automatically scrolling the first page within the browser.

6. The method of claim 5, further comprising:

automatically extending said stripe as the first page is scrolled.

7. The method of claim 1, further comprising, prior to said detecting:

constructing, without displaying, the enhanced browsing window containing the electronic content.

8. The method of claim 1, further comprising, prior to said detecting:

for each of the one or more links, including the first link, prefetching content from a page of electronic content identified by the link.

9. The method of claim 8, further comprising, after said prefetching of content from the second page:

altering an appearance of the first link.

10. The method of claim 1, further comprising:

automatically closing the enhanced browsing window when the cursor is moved from a position inside the enhanced browsing window to a position outside the enhanced browsing window and outside said stripe.

11. The method of claim 1, further comprising, prior to said displaying:

caching the enhanced browsing window in a cache distinct from a cache used by the browser.

12. The method of claim 1, wherein the electronic content of the second page is navigable content including one or more hyperlinks.

13. The method of claim 1, wherein the electronic content of the second page includes HTML (HyperText Markup Language).

14. A computer readable medium storing instructions that, when executed by a computer, cause the computer to perform a method of facilitating enhanced browsing of electronic content, the method comprising:

when a first page of electronic content is browsed in a browser, identifying within the first page a set of links to other pages of electronic content, including a first link to a second page;

superimposing a stripe on the set of links within the browser;

detecting placement of a cursor within said stripe and in proximity to the first link; and

in response to said detecting, displaying an enhanced browsing window containing electronic content of the second page.

15. A graphical user interface for facilitating enhanced browsing of electronic data, comprising:

a browser window for displaying a first page of electronic data, wherein the first page comprises a plurality of links to other pages of electronic data; and

a non-opaque stripe superimposed on the plurality of links.

16. The graphical user interface of claim 15, further comprising:

an enhanced browsing window configured to display content identified by one of the links in the plurality of links.

US 2006/0070012 A1

Mar. 30, 2006

12

17. The graphical user interface of claim 16, wherein:

the first page is larger than the browser window; and

said stripe is configured to extend as the first page is scrolled within the browser window.

18. The graphical user interface of claim 17, wherein said stripe extends to remain superimposed on the plurality of links.

19. The graphical user interface of claim 16, wherein said stripe is aligned adjacent to one edge of said enhanced browsing window.

20. The graphical user interface of claim 15, further comprising:

a cursor controlled by a user; and

when the cursor is placed within said stripe and in proximity to one of the plurality of links, an enhanced browsing window configured to display content from a page of electronic data identified by the one link.

21. The graphical user interface of claim 20, wherein the cursor is placed in proximity to the one link when the cursor is placed over the one link.

22. The graphical user interface of claim 20, wherein said enhanced browsing window is configured to disappear if the cursor is placed outside said stripe and outside said enhanced browsing window.

23. The graphical user interface of claim 20, wherein said enhanced browsing window is configured to disappear if the cursor is moved away from said proximity to the one link.

24. The graphical user interface of claim 20, wherein:

the first page is automatically scrolled within the browser window when the cursor is placed within said stripe and near an end of said stripe.

25. The graphical user interface of claim 24, wherein said stripe automatically extends as the first page is automatically scrolled within the browser window.

26. An enhanced browsing apparatus for facilitating enhanced browsing of electronic data, the apparatus comprising:

a prefetcher configured to prefetch content from a second page of electronic data while a browser displays a first page of electronic data containing multiple links, wherein the multiple links include a first link to the second page;

a user interface configured to:

display a stripe superimposed on the multiple links; and

when a cursor is placed within said stripe and in proximity to the first link, display an enhanced browsing window comprising said prefetched content.

27. The apparatus of claim 26, further comprising:

a cache configured to cache one or more of:

said prefetched content; and

said enhanced browsing window.

28. The apparatus of claim 27, wherein said cache is separate from a cache used by the browser.

29. The apparatus of claim 26, wherein said prefetcher is further configured to retrieve a set of ads for display with said prefetched content within said enhanced browsing window.

30. The apparatus of claim 26, wherein said prefetcher is further configured to alter an appearance of the first link.

31. The apparatus of claim 30, wherein said prefetcher alters the appearance of the first link after said prefetched content is prefetched.

32. The apparatus of claim 30, wherein said prefetcher alters the appearance of the first link if the content from the second page cannot be prefetched.

33. The apparatus of claim 26, wherein said prefetched content comprises markup language.

34. The apparatus of claim 26, wherein said user interface is further configured to keep said enhanced browsing window invisible until the cursor is placed within said stripe and in proximity to the first link.

35. The apparatus of claim 34, wherein the cursor is in proximity to the first link when the cursor is on the first link.

36. The apparatus of claim 34, wherein the cursor is in proximity to the first link when the cursor is adjacent to the first link.

37. The apparatus of claim 26, wherein:

the browser is navigable to locations at which electronic data are stored; and

said enhanced browsing window is configured to preview the electronic data without navigating to the locations.

* * * * *

# EXHIBIT 10

US 20020129114A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2002/0129114 A1

Sundaresan et al.      (43) **Pub. Date:**    **Sep. 12, 2002**

(54) **SYSTEM AND METHOD FOR PREVIEWING HYPERLINKS WITH 'FLASHBACK' IMAGES**

(75) Inventors: **Neelakantan Sundaresan**, San Jose, CA (US); **Anita Wai-Ling Huang**, San Francisco, CA (US)

Correspondence Address:
**LACASSE & ASSOCIATES, LLC**
**1725 DUKE STREET**
**SUITE 650**
**ALEXANDRIA, VA 22314 (US)**

(73) Assignee: **INTERNATIONAL BUSINESS MACHINES CORPORATION**

(21) Appl. No.: **09/799,697**

(22) Filed: **Mar. 7, 2001**

Publication Classification

(51) Int. Cl.$^7$ ........................ G06F 15/16; G06F 15/167; G06F 15/173

(52) U.S. Cl. ........................... 709/213; 709/217; 709/223

(57) **ABSTRACT**

A system and method for previewing hyperlinks with flashback images. The system provides users with previews of previously visited hyperlinks through miniature graphical representations or thumbnail views of the web destination pages. The layout, colors, and images of these views provide visual cues to remind the user of a page's content. Further, the system presents previews of the destination of the hyperlinks to the user in a dynamic browsing environment which is independent of any WWW browser and operating system. Such a system is implemented through a proxy-server or client-side program. Finally, the system is configurable to allow for the customization of how and which preview to display.





Figure 1a

Patent Application Publication    Sep. 12, 2002    Sheet 2 of 6        US 2002/0129114 A1



Figure 1b

Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 143 of 282 PageID #: 187

1. Download web page, P.  202    200

2. P visited ?    204    Yes

No

3. Capture image of P.    206

4. Store image with URL in database    208    207

5. Get next out-link from P    210

6. Out-link in database ?    212    Yes

No

7. Retrieve image from database.    214

8. Edit out-link anchor in P to display image on mouse-over.    216

9. More out-links in P?    218    Yes

10. Display P.    220



FIG 2



Fig. 3

```
<a      href="http://w3.almaden.ibm.com/almorg.html">
        Plane reference
        </a>
```

```
<a      href = "http://w3.almaden.ibm.com/almorg.html"
        onFocus="document.preview_img.src='almorg.bmp' " />
        Plane reference
        <a/>
        <img name = "preview_img" src= "preveiw_foo.bmp"/>
```

# Figure 4

Case 1:26-cv-00193-JLH    Document 1-1    Filed 02/23/26    Page 146 of 282 PageID #: 190



Fig. 5

US 2002/0129114 A1

Sep. 12, 2002

1

## SYSTEM AND METHOD FOR PREVIEWING HYPERLINKS WITH 'FLASHBACK' IMAGES

### BACKGROUND OF THE INVENTION

[0001]   1. Field of Invention

[0002]   This invention relates to the world wide web, and more particularly, to a system and method for previewing hyperlinks with associated flashback images.

[0003]   2. Discussion of Prior Art

[0004]   With the world wide web steadily becoming a major communication and research medium, advertisers and others have searched for effective means for conveying information, including advertisements, to web users. Users may request and receive web pages/documents through their web browsers at their respective remote terminals. Web browsers have become fundamental to everyday computer usage. Navigating web documents over hyperlinks (which may contain textual addresses of a web page's location, access protocol, data type and name of the web documents) has become a routine part of web browsing. Users of web browsers often encounter hyperlinks with identical destinations while browsing clusters of web documents. Further, in the browsing process, users often backtrack to revisit previously viewed documents. Visiting a huge array of web documents through hyperlinks, users often do not remember which hyperlink lead to a particular web document that may have been of interest. Hence, users repeatedly traverse previously visited hyperlinks to remind themselves of the content of their destinations. This browsing strategy forces the user to plough through a multitude of irrelevant web pages to rediscover the ones that are of interest. This therefore, results in an ineffective way of browsing and may ultimately cause users to get lost in cyberspace. What is needed is a method to assist in the reviewing of hyperlinks during the browsing process.

[0005]   The prior art in this area is characterized by a conventional browser such as Microsoft Windows Explorer® which provides for a view called "Thumbnail View" that shows a miniature representation of graphic files such as GIFs (Graphic Interchange Format), JPEGs (Joint Photographic Experts Group), and HTML (Hypertext Markup Language) pages that reside on a local system in an Explorer Window. This view allows users to preview multiple web sites and multiple graphic formats, simultaneously without visiting the sites, or opening the files. However, the Microsoft® system fails to provide on-line previewing of the hyperlinks in the WWW pages, but rather only of web documents on the file system. Further the Microsoft® system is embedded into Windows Explorer® as compared to the present invention that is independent of any particular web browser and operating system.

[0006]   The present invention overcomes the drawbacks of the prior art by providing a system and method which presents to the user, previews of previously visited hyperlinks through miniature graphical representations, thumbnail views of the destination pages or thumbnail views of all hyperlinks within a web page. The previews of the destinations of hyperlinks are given in a dynamic browsing environment. The layout, colors, and images of these previews provide visual cues to remind the user of the page's content. Hence, the system enables the user to view the contents of

the page without actually having to visit the page. This system is independent of any web browser and operating system and is implemented through a proxy-server or client-side program. Finally, the system is configured to allow for the customization of content and selection of thumbnail views to display. These and other improvements are achieved by the detailed description that follows.

### SUMMARY OF THE INVENTION

[0007]   A system and method is described for previewing hyperlinks with flashback images. Generally, the system provides users with previews of previously visited hyperlinks through miniature graphical representations or thumbnail views of the web destination pages. The layout, colors, and images of these views provide visual cues to remind the user of a web page's content. Further, the system presents the preview of the destinations of the hyperlinks to the user in a dynamic browsing environment which is independent of any WWW browser or operating system. Such a system is implemented through a proxy-server or client-side program. Finally, the system is configured to allow for the customization of content and selection of thumbnail views to display. These and other improvements are achieved by the detailed description that follows.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0008]   FIG. 1*a* illustrates the architecture of a preferred embodiment of the present invention hyperlink preview system.

[0009]   FIG. 1*b* illustrates the architecture of a secondary embodiment of the present invention hyperlink preview system.

[0010]   FIG. 2 illustrates a flow diagram depicting the steps for storing and previewing visited hyperlinks.

[0011]   FIG. 3 illustrates a web page with thumbnail preview.

[0012]   FIG. 4 illustrates a java script for transformation of an anchor element to include a thumbnail image file attachment.

[0013]   FIG. 5 illustrates a flowchart for a textual embodiment of the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0014]   While this invention is illustrated and described in a preferred embodiment, the system may be implemented in many different configurations, forms and materials. There is depicted in the drawings, and will herein be described in detail, a preferred embodiment of the invention, with the understanding that the present disclosure is to be considered as a exemplification of the principles of the invention and the associated functional specifications of the materials for its construction and is not intended to limit the invention to the embodiment illustrated. Those skilled in the art will envision many other possible variations within the scope of the present invention.

[0015]   FIG. 1*a* illustrates the architecture of the present invention hyperlink preview system 100. The system is connected to the World Wide Web (WWW) 108 which comprises a group of networks that are interconnected so

US 2002/0129114 A1

Sep. 12, 2002

2

that they appear to be one continuous large network. User **102**, on user terminal **103**, requests a web page from any one of a plurality of web sites **112-114** through browser **104**. Proxy-server **106** interconnects browser **104**, WWW **108**, and database **110** via communication lines **116, 118 & 120**, respectively. The functions of proxy server **106** may include for example, but are not limited to, providing an effective and secure barrier between a local/internal network (not shown) and WWW **108**. The proxy server blocks various protocols and IP addresses from entering the internal network and at the same time controls the protocols the used to access WWW **108**. Finally, in the present invention, proxy server **106** offers web caching capabilities for storing miniature images of previously visited web sites and their associated out-links and providing local access to users who re-visit the sites or associated out-links. Continuing in **FIG. 1**a, if the requested web page is not in database **110** (i.e., the requested page has never been visited), software residing within proxy server **106** creates a miniature image of the page and enters the image into database **110**. Software to create the miniature images is known in the art and can be located remotely from the proxy server without departing from the scope of the present invention. Furthermore, the system enhances the visited out-links (described below) of the web page with corresponding miniature images in database **110**. The browser displays retrieved web pages and corresponding miniature images to selected displayed hyperlinks as overlays to enhance browsing.

[0016]    **FIG. 1**b illustrates a secondary embodiment system architecture. The invention is either performed through a proxy server **106**, as described above and shown in **FIG. 1**a, or directly through a user terminal (client/browser-side)**103** as shown in **FIG. 1**b. In both cases, the present invention parses the document and its links, accesses database **110**, and returns to browser **104** an edited document. The proxy server implementation relieves the user of storing large amounts of data associated with each of the previously traversed hyperlinks. The client-side (**FIG. 1**b), however, relieves user **102** of relying on the existence of the proxy server **106** and from the performance bottle neck of the proxy server serving other users.

[0017]    **FIG. 2** illustrates a flow diagram **200** depicting the steps for storing and previewing visited web pages and associated hyperlinks. In step **202**, a user requests a web page P which is then downloaded to the proxy server **106**. The system in step **204** determines if downloaded web page P has been previously visited. If downloaded web page P has never being visited, then the system produces an miniature image-capture **206** of the web page P and proceeds to store the miniature image-captured with its respective URL (Uniform Resource Locator) in database **110** as illustrated in step **208**. One way that the system can produce an image capture of a web page is by opening it with a browser and using one of any of the commercially available capture programs (e.g., Paint Shop Pro®, Capture®, etc.) to produce an image of the displayed page. The database contains tables of previously visited URLs with their corresponding image-captures. The downloaded web pages may contain HTML anchor elements also referred to as hyperlinks/out-links.

[0018]    Once the page is stored, or if it was determined in step **204** that the page was already visited **207**, the system proceeds to evaluate all out-links **210** contained within downloaded web page P by performing the steps **212-218** for

each out-link discovered in step **210**. In step **212**, the system determines if the retrieved out-link appears in the database (i.e., has been previously visited). If the out-link is present within the database, then the system retrieves the image-capture from the database **214** and annotates the line reference (eg. HTML anchor element) with an event object **216**, such as an "On-Mouse-Over". Further, in step **218** the system determines if more out-links are contained within web page P. If there are no more out-link(s) contained within web page P, the system invokes a script to display the image as a pop-up thumbnail view in step **220**. Referring back to step **212**, if out-link(s) are not present within the database the system proceeds to step **218**. In step **218**, if more out-links are present within the web page P, the system returns to step **210** and proceeds as discussed above. In a second embodiment, if an out-link does not have an associated image stored (i.e., the link has not been previously visited), then the link reference is maintained. In a third embodiment, if an out-link does not have an associated image stored, the system visits the web page, generates an image for it and stores such image in the database.

[0019]    **FIG. 3** illustrates web page **300** with thumbnail preview **302**. As a specific example, a hyperlink to URL http://w3.almaden.ibm.com/almorg.html found in a downloaded page is considered. If the user traverses this hyperlink, thereby downloading the page, the system captures a thumbnail view of the document as an image file ("almorg-.bmp") and stores it in database **110**. The system uses this image-file to provide an event-driven "flashback image" to the user each time the user encounters the same URL on subsequent pages. For example, when the user highlights the hyperlink with anchor-text "organization chart"**304**, the system presents thumbnail preview **302** of the destination in the bottom-right corner of the web page. This view provides the user with a visual summary of the web page associated with the highlighted hyperlink.

[0020]    **FIG. 4** illustrates a java script for transformation of the above anchor element to include a thumbnail image file attachment. The system transforms the anchor elements found in a future page which contains the almorg-URL as follows:

[0021]    <a    href="http://w3.almaden.ibm.com/al-morg.html">

[0022]    Plane reference

[0023]    </a>

[0024]    This Javascript describes a plain reference linking to the organization charts page.

[0025]    <a    href="http://w3.almaden.ibm.com/al-morg.html"

[0026]    onfocus="document.preview_img.src='al-morg.bmp'"/>

[0027]    Plane reference

[0028]    <a/>

[0029]    <img name="preview_img" src="preveiw-_foo.bmp"/>

[0030]    After the transformation, the annotated reference links to the previously visited "organization chart" page. A JavaScript in this new reference performs the following

US 2002/0129114 A1

Sep. 12, 2002

3

actions. When the user selects the element as the page focus, a pop-up image of the organization charts page (in almorg-.bmp) appears on the designated part of the page (for example the bottom-right corner in **FIG. 3**). In this example, the designated part contains an image element named "pre-view-img." on focus, the script sets the source of this image element to the thumbnail image.

[0031] The system edits all web documents in a similar manner before it allows browser **104** to display them. The system therefore presents to the user a thumbnail view of all previously visited hyperlink(s) destinations in one embodiment and all hyperlink destinations in another embodiment. In a third embodiment, thumbnail images for every out-link are generated on-the-fly each time a web page is downloaded. The implementation of the present invention requires the system to crawl each downloaded web page one level deep to generate an image for each URL without requiring the use of a database. In all embodiments, the system inevitably facilitates web navigation thereby increasing the efficiency of browsing.

[0032] This system allows a user to configure the appearance of the visual cues and the engagement and disengagement of the system. For instance, the system permits the user to choose whether to make a pop-up icon(s) appear beside each hyperlink on a mouse-over, to appear in a designated area of the page on focus or appear in an entirely separate window. These variations only require changes in parameters in the component that edits the hypertext references. Finally, the system filters and displays particular URLs based on the users predefined configuration. For example, the system allows the user to specify not to preview URLs that have host-name "w3.almaden.ibm.com" or to only preview URLs with extension "html".

[0033] Referring to **FIG. 5**, the system is extensible to text based previews as shown in flowchart **500**. Web page "P" is downloaded **502** and it is determined if the page has been previously visited **504**. If the page is new **507**, the system produces a text-based abstract **508** from the downloaded document instead of an image-based abstract. The abstract consists of different elements of the downloaded page such as the title, keyword, and size of the downloaded page file. Moreover, the system allows the user to choose the content of the automatically generated abstract (e.g., "include title only" or "include both title and keywords", etc.). The abstract is stored with URL in the database **510**, much the same as the images. Once this is completed, or if a page was previously visited, the system proceeds to get out-links from P **512**. If the out-link is in the database **514/516**, then its abstract is retrieved **520** with the user to able to edit the abstract **522** when it is generated. For example, after downloading a web page, the user views and edits the abstract or manually appends to the page predefined users configuration/parameters. For example, the abstract is played as an audio clip in the background or viewed as a pop-up text in a designated part of the web page.

[0034] If no out-links are in the database **518** or if more out-links exist for P **524/526**, the steps for getting an out-link are repeated **528**. When all out-links are processed **530**, the abstracts are displayed **532**, or in the alternative played as an audio clip as described above.

[0035] The above enhancements for previewing hyperlinks with flashback images and its described functional

elements are implemented in any conventional Internet communication browser, software or operating systems. For example, the present invention may be implemented through a proxy server or client-side program that returns to the browser an edited document.

Conclusion

[0036] A system and method has been shown in the above embodiments for the effective implementation of previewing hyperlinks with flashback images for web navigating. While various preferred embodiments have been shown and described, it will be understood that there is no intent to limit the invention by such disclosure, but rather, it is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention, as defined in the appended claims. For example, the present invention should not be limited by browser, software/program, computing environment, or specific computing hardware.

1. A method for assisting a user during web navigating, said web navigating performed over a communication network including one or more proxy servers, one or more web sites and at least one remote terminal, said communication network interconnecting said web site, said server, and said remote terminal, said method comprising the following steps:

processing a request from said at least one remote terminal of one or more web pages from said one or more web sites;

downloading said requested one or more web pages;

capturing one or more miniature images from each of said one or more downloaded web pages and storing said one or more captured miniature images with their associated hyperlinks in a database, and

said miniature images returned to said at least one remote terminal during web navigating of one or more of said associated hyperlinks.

2. A method for assisting a user during web navigating, as per claim 1, wherein said processing, downloading, capturing and storing steps are performed by said proxy server.

3. A method for assisting a user during web navigating, as per claim 1, wherein said at least one remote terminal is operatively connected to a browser.

4. A method for assisting a user during web navigating, as per claim 3, wherein said browser provides for visually previewing said associated hyperlinks by viewing said miniature images.

5. A method for assisting a user during web navigating, as per claim 1, wherein said method allows for previewing the contents of said downloaded one or more web pages without having to visit said downloaded one or more web pages.

6. A method for assisting a user during web navigating, as per claim 1, wherein said hyperlink contains any of: a textual annotation of said one or more web page's location, an access protocol, at least one data type, and a corresponding name of said one or more web pages.

7. A method for assisting a user during web navigating, as per claim 2, wherein said downloaded one or more web pages contain HTML anchor elements.

8. A method for assisting a user during web navigating, as per claim 7, wherein said proxy server evaluates all said anchor elements contained within said downloaded web

US 2002/0129114 A1

Sep. 12, 2002

4

page and retrieves additional anchor elements from said one or more web pages to capture corresponding miniature images.

9. A method for assisting a user during web navigating, as per claim 1, wherein said database contains one or more tables of previously visited hyperlinks with their corresponding captured miniature images.

10. A method for assisting a user during web navigating, as per claim 1, wherein said miniature images are automatically captured each time said one or more web pages are downloaded.

11. A method for assisting a user during web navigating, as per claim 1, wherein said miniature images are implemented as textual annotations.

12. A method for assisting a user during web navigating, as per claim 11, wherein said textual annotations comprise any of: titles, keywords, and size of said requested one or more web pages.

13. A method for assisting a user during web navigating, as per claim 11, wherein said text annotation is implemented as an audio clip or viewed as pop-up text in a designated part of a displayed web page.

14. A method for assisting a user during web navigating, as per claim 11, wherein said text annotation is selectively filtered.

15. A method for assisting a user during web navigating, as per claim 14, wherein said selective filtering comprises filtering by any of: file type, destination, content, file size, keywords.

16. A method for previewing and storing thumbnail views of requested web pages and their associated out-links, said method comprising the following steps:

(a) receiving a request for a web page from a web site;

(b) downloading said web page from said web site via a browser;

(c) determining if said web page has been previously visited, if so, proceeding to step f, else;

(d) capturing a thumbnail view of said downloaded web page;

(e) storing said thumbnail view of said downloaded web page with an associated first out-link in a database;

(f) determining if one or more out-links are present in said downloaded web page;

(g) determining for each out-link whether a thumbnail view is contained within said database, if not repeating steps d and e, else;

(h) editing an out-link associated with said downloaded web page to include a reference to said stored thumbnail preview, and

(i) displaying said downloaded web page with thumbnail views of selected out-links at said remote terminal.

17. A method for previewing and storing thumbnail views of requested web pages and their associated out-links, as per claim 16, wherein said selecting of out-links invokes a script to display said image as a pop-up thumbnail view.

18. A method for previewing and storing thumbnail views of requested web pages and their associated out-links, as per claim 16, wherein said selecting of out-links includes a mouse-over operation.

19. A method for previewing and storing thumbnail views of requested web pages and their associated out-links, as per claim 16, wherein said out-links maintained on said browser, are selectively highlighted and a corresponding thumbnail view of said web page is displayed at said remote terminal.

20. A system for previewing hyperlinks while browsing the world wide web, said system connected to a user terminal which requests one or more web pages from the world wide web, said terminal including a browser, said browser functionally connecting said user terminal to the world wide web and displaying one or more hyperlinks, said system comprising:

a proxy server, operatively connected to said user terminal, downloading said requested one or more web pages from said world wide web;

said proxy server determining whether said requested one or more web pages have been downloaded before, if not, creating a miniature image of a specified requested web page and any associated out-links and noting their associated hyperlinks;

a database operatively connected to said proxy server for storing said miniature images and associated hyperlinks, and

wherein hyperlinks displayed on said browser, are selectively highlighted and said associated miniature images are retrieved from said database and displayed as overlays on a selected portion of displayed corresponding web pages.

21. A system for previewing hyperlinks while browsing the world wide web, as per claim 20, wherein said miniature image is any of: a bit mapped file, thumbnail view or flashback image.

22. A system for previewing hyperlinks while browsing the world wide web, as per claim 20, wherein said proxy server produces an event-driven miniature image at said user terminal each time a specific hyperlink is encountered on a subsequent reviewed web page.

23. A system for previewing hyperlinks while browsing the world wide web, as per claim 20, wherein said proxy server automatically generates said miniature images corresponding to said downloaded one or more web pages.

24. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network comprising:

programmable code, operative with a web browser, retrieving one or more requested web pages from said communication network;

said programmable code capturing, and storing in computer storage, thumbnail views of said requested one or more web pages and their associated out-links, and

wherein said programmable code effects display of selective thumbnail views as overlayed images on a presently displayed web page.

25. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 24, wherein said miniature images are implemented as textual annotations.

US 2002/0129114 A1

Sep. 12, 2002

26. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 25, wherein said textual annotations comprise any of: titles, keywords, and size of said requested one or more web pages.

27. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 25, wherein said text annotation is implemented as an audio clip or viewed as pop-up text in a designated part of a displayed web page.

28. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 25, wherein said text annotation is selectively filtered.

29. A system for previewing thumbnail views of hyperlink destinations for browsing a communication network, as per claim 28, wherein said selective filtering comprises filtering by any of: file type, destination, content, file size, keywords.

\*    \*    \*    \*    \*

# EXHIBIT 11

Attorney Docket No. **A0004-1001**

# APPLICATION FOR

# UNITED STATES LETTERS PATENT

**Title:**        **Message Board Aggregator**

**Inventor(s):**    **Gal Arav**

"Express Mail" Mailing Label Number  EV 860508914 US

Date of Deposit:  March 20, 2006

I hereby certify under 37 CFR 1.10 that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office to Addressee" with sufficient postage on the date indicated above and is addressed to the Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

- 1 -

Attorney Docket No. **A0004-1001**

# Message Board Aggregator

## Cross Reference to Related Applications

[0001]    This application is related to a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled, "Instantaneous Symbol Lookup," and a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled "Hyperlink with Graphical Cue," both of which are hereby incorporated by reference.

## BACKGROUND

### Field of the Invention

[0002]    The present invention relates to aggregation of electronic messages and, more particularly, to aggregation of messages posted to online financial message boards.

### Related Art

[0003]    People have long used computer networks to communicate with each other in a variety of ways.  Email, for example, enables both one-to-one and one-to-many communication in a way that is analogous to traditional written communications delivered by postal mail.  Email became the dominant form of personal communication in the early years of the Internet, perhaps because it is easy to learn how to use and does not require high bandwidth networks or powerful computers to implement.

[0004]    Email, however, has drawbacks.  It is not, for example, useful for many-to-many communications, or for archiving communications for subsequent viewing over the network by those other than the original sender and recipient.

- 2 -

Attorney Docket No. **A0004-1001**

Early forms of network communication that addressed these problems were electronic bulletin board systems (BBSs) and newsgroups. Such systems allowed users to post messages on particular topics, and for other users to view messages posted on each topics. Newsgroups remain a popular way for people to engage in conversation and find information on particular topics of interest to them.

[0005]    Such systems, however, have their own drawbacks. For example, newsgroup postings typically are limited to text, or to text with an attached binary file. Newsgroups, in other words, do not provide users with the rich graphical experience they have come to expect from content on the World Wide Web. Similarly, newsgroup user interfaces typically display only a list of messages in each newsgroup, and do not provide additional graphical content that could be used to enhance the user's experience and/or to display advertisements or otherwise generate revenue for the provider of the newsgroup user interface.

[0006]    At least in part in response to these problems, web sites have been made available which enable users to access email, newsgroups, and other forms of online communication through a web browser. Such web sites typically provide a graphical user interface through which users may write, post, read, and delete messages. Such web sites may also display advertisements or otherwise employ mechanisms that generate revenue for the provider of the graphical user interface. This approach attempts to create a win-win situation for the web site user and provider, by providing the user with powerful communications features and a rich graphical experience, and providing the web site provider with the ability to generate profit from the value it adds to the user's experience.

- 3 -

Attorney Docket No. **A0004-1001**

[0007]    A newsgroup is one of many kinds of online message boards.  One particularly popular kind of online message board is the financial message board, which is used to exchange information about company stock prices and other financial information.  Frequent users of financial message boards require highly current and accurate information, due to the speed at which financial information changes and the consequences of making financial decisions based on inaccurate information.  To obtain as much accurate information as quickly as possible, such users may scan multiple message boards for messages about a single stock.  For example, financial message board users often refer to relevant information about a company hosted on multiple financial portal web sites, such as the company profile, stock charts, competitors, SEC filings, analyst opinions, news, upcoming events, trades made by officers, and other users' rumors.  Furthermore, a single user may track a large number of stocks at the same time, while also keeping track of broader economic trends such as fluctuations in interest rates and currency exchange rates.

[0008]    The unique needs of financial message board users, therefore, create special challenges for those seeking to design user interfaces for such message boards.  For example, it is critical to provide the user with all of the information he desires, but within the constraints of the available display screen and network bandwidth, and without providing the user with so much information at once that he becomes overloaded.

[0009]    Financial message boards also provide a unique opportunity for web site providers.  Heavy users of financial message boards tend to be affluent, well-educated, and Internet-savvy.  They also tend to be frequent purchasers of financial products and services, and to purchase such products

- 4 -

Attorney Docket No. **A0004-1001**

and services over the Internet.  Financial message board users, therefore, represent an attractive market to web advertisers.  Web sites that provide access to financial message boards using features that attract large numbers of repeat users would therefore likely be capable of generating significant advertising revenue.


## SUMMARY

[0010]    Web content representing a first message is displayed in a window of a computer program.  The first message is one of a plurality of messages posted to an online forum.  A plurality of message summaries are displayed in the same window of the computer program, contemporaneously with the first message.  The plurality of message summaries include first information derived from the first message and second information derived from a second message in the plurality of messages.  The web content representing the first message may, for example, be displayed in a first frame of the window and the information derived from the first message may be displayed in a second frame of the same window.  The online forum may, for example, be a web-based financial message board.For example, one aspect of the present invention is directed to a computer-implemented method including: (1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; and (2) displaying, in the window of the computer program and contemporaneously with (1), a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message in the plurality of messages.

- 5 -

Attorney Docket No. **A0004-1001**

[0011]    Another aspect of the present invention is directed to a computer-implemented method including: (1) receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum; (2) displaying, in a first frame of a window of a computer program, web content representing a first one of the plurality of messages; and (3) displaying, in a second frame of the window distinct from the first frame and contemporaneously with (2), a plurality of message summaries corresponding to the plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units.

[0012]    Yet another aspect of the present invention is directed to a computer-implemented method including: (1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; (2) displaying, in the window of the computer program and contemporaneously with (1), a message summary, the message summary comprising first information derived from the first message; (3) receiving, from a user, input selecting the message summary; and (4) displaying third information derived from the first message, in response to receiving the user input.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0013]    FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

- 6 -

Attorney Docket No. **A0004-1001**

[0014] FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

[0015] FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.


## DETAILED DESCRIPTION

[0016] Referring to FIG. 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention. Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention. Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

[0017] In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to a message represented by one of the entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

[0018] The web page 306 is an example of a "source" web page as that term is used herein. The message table 302

- 7 -

Attorney Docket No. **A0004-1001**

may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

[0019]    Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-*m* are illustrated. For ease of illustration and explanation, each of the message boards 102a-*m* is illustrated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-*n*; message board 102b includes a set of messages 104b, including messages 108a-*n*; and message board 102*m* includes a set of messages 104*m*, including messages 110a-*n*. In practice, the message boards 102a-*m* may be implemented using web servers or any other appropriate kind of technology.

[0020]    Furthermore, although only three external message boards 102a, 102b, and 102*m* are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable *m*. Furthermore, the term "message board" is not limited to any particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-*m* is shown in FIG. 1 as including the same number of messages *n*, the number of messages may vary among the message boards 102a-*m*.

[0021]    A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-

- 8 -

Attorney Docket No. **A0004-1001**

topics.  For ease of illustration and explanation, each of the message boards 102a-*m* is illustrated in FIG. 1 as containing only a single thread of messages.  This does not represent a limitation of the present invention.  Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

[0022]    The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-*n*). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-*m* will be referred to herein as "external" message boards in relation to the aggregation server 112.  As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-*m* and 114, and displays content from the aggregated messages in the web page 300.

[0023]    Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-*m* and 114 to display aggregated message content in the window 300.  A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112.  The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202).  The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-*m*) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316.  Note,

- 9 -

Attorney Docket No. **A0004-1001**

however, that the user 142 may select more than one source message board.

[0024]    In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

[0025]    The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described in more detail below, the aggregation server 112 may store the other input parameters in a set of other preferences 126.

[0026]    The user 142 selects a particular message board topic to view (step 204). The user 142 may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field 312 and clicking button 314. This is only one of many ways in which the user may select a message board topic to view.

[0027]    Furthermore, in the embodiment illustrated in FIG. 3, the web page 300 also includes a directory (forum) 334 user interface control which may, for example, take the form of a drop-down list. For example, the directory control 334 may allow the user to select either a "stock" forum or a "sports" forum. If the user 142 selects the "stock" forum, then the web page 300 may enable selection of stock symbols in text field 312, while if the user 142 selects the "sports" forum, then the web page 300 may enable selection of sports symbols in text field 312. More generally, the user's selection in the directory control 334 dictates which group of symbols is available for selection in the text input field

- 10 -

Attorney Docket No. **A0004-1001**

312.   The use of the directory control 334 is provided merely for purposes of example and does not constitute a limitation of the present invention.

[0028]    The user's message board selection is transmitted by the web browser 140 over the Internet 138 to the message board aggregation server 112.  In response to receiving the user's selection, the aggregation server 112 retrieves information derived from messages in the selected source message board(s) having the selected topic (step 206). In the embodiment illustrated in FIG. 3, the aggregation server 112 also retrieves message content from the internal message board 114.  This is not, however, a requirement of the present invention.  The internal message board 114 may, for example, be selectable or de-selectable as a source by the user 142 in the same manner as the external message boards 102a-*m*.

[0029]    Note further that any subset of the external message boards 102a-*m* may be selectable as a source by the user 142.  Such a subset may, for example, consist of all of the external message boards 102a-*m*, any one of the message boards 102a-*m*, or any combination of fewer than all of the message boards 102a-*m*.

[0030]    The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user 142.  Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

- 11 -

Attorney Docket No. **A0004-1001**

[0031]    At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select one or more fields to be displayed in the message table 302 (step 208). For example, in the embodiment illustrated in FIG. 3, the message table includes a column 322a labeled "Message Titles," which always displays the titles of the messages summarized in the table 302.  The table 302 also includes, however, a second column 322b having content that may be varied by the user 142. More specifically, the user 142 may select link 320a to cause the column 322b to display the authors of the messages being summarized in the table 302 (as illustrated in FIG. 3). Similarly, the user 142 may select link 320b to cause the column 322b to display the times at which the messages being summarized in the table 302 were posted.

[0032]    The particular selection of fields allowed in the embodiment illustrated in FIG. 3 is merely an example and does not constitute a limitation of the present invention. Rather, the user 142 may be allowed to select any combination of message fields for display in the table 302.  Other examples of two fields from which the user 142 may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields.  Furthermore, a single column in the table 302 may display content from more than one field.  For example, a single "time and author" column may simultaneously display both message time and author.

[0033]    At any time during performance of the method 200 illustrated in FIG. 2, the user 142 may select an order in which message summaries are to be sorted in the message table 302 (step 210).  For example, in the embodiment illustrated in FIG. 3, the user 142 may select the heading of column 322a to cause the contents of the table 302 to be sorted by message title, or select the heading of column 322b to cause the

- 12 -

contents of the table 302 to be sorted by the contents of column 322b (e.g., message author or posting time). Alternatively, for example, the contents of the table 302 may be sorted automatically by posting time.  Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

[0034]    The aggregation server 112 keeps track of: (1) the source message board(s) selected by the user 142 in source selections 120; (2) the topic (e.g., company) selected by the user 142 in topic selection 121; (3) the field(s) selected by the user 142 in field selections 122; (4) the sort order 124 selected by the user 142 in sort order 124; and (5) any other preferences 126 specified by the user 142.

[0035]    The aggregation server 112 includes an aggregation engine 128, which generates message content units 132 based on the information extracted in step 206 and the user preferences described above (step 212).  For example, the message content units 132 may include a content unit for each message that matches the topic selection 121 (e.g., company) in any of the source message board(s) indicated by the source selection(s) 120.  Each of the message content units 132 may include information only for the fields specified by the field selections 122, but this is not required.  The message content units 132 may, for example, include extracted information for fields other than those specified by the field selections. The message content units 132 may include all of the information that was extracted in step 206.

[0036]    As will be described in more detail below, the information in the message content units 132 forms the basis for the information displayed in the message table 302 on the web page 300 (FIG. 3).  In the embodiment illustrated in FIG. 3, the frame 308 displays a web page 308 corresponding to one of the message summaries displayed in the message table 302.

- 13 -

Attorney Docket No. **A0004-1001**

When the web page 300 is first displayed, the message content corresponding to the first message summary in the table 302 may be displayed by default in the frame 308. Thereafter, the user 142 may select any of the message summaries in the table 302, such as by clicking on the title of the message in column 322a, to cause message content for a different message to be displayed in the frame 308.

[0037]    The aggregation engine 128, therefore, provides message content 130 corresponding to the currently-selected message summary in the message table 302 (step 214). The aggregation engine 128 may, for example, provide the content 130 in the form of HTML and/or other web content by copying the content 130 from its source message board (e.g., one of the external message boards 102a-*m* or the internal message board 114). The content 130 may either be copied to a storage medium local to the aggregation server 112, or merely passed as a reference to the client web browser 140, which may retrieve the message content 130 directly from its source and display it in the frame 308, without using the aggregation server 112 to serve the content 130 to the user 142.

[0038]    The aggregation server 112 includes a web page generator 134, which produces an aggregated web page 136 (including HTML and/or other web content) that includes both the message content units 132 and the message content 130 (or a link to the message content 130) (step 216). The aggregated web page 136 may, for example, include a first frame for displaying a table including information from the message content units 132, and a second frame for displaying the message content 130.

[0039]    The aggregation server 112 transmits the aggregated web page 136 to the web browser 140 over the Internet (step 218). The web browser 140 displays a window (such as the window 300 shown in FIG. 3) including: (1) web

- 14 -

Attorney Docket No. **A0004-1001**

content (such as the web page 306) representing a first message posted to a first online forum, such as the external message board 102a; and (2) a plurality of message summaries (such as are displayed in the table 302) including information derived from the first message (such as the message summary 324 of the message 304) and second information derived from a second message in the plurality of messages (such as the message summary 326 of another message not displayed in the window 300). The web content and the message summaries may be displayed in different frames in the same window.

[0040]    As described above, the message content units 132 that are downloaded by the web browser 140 to the local machine of the user 142 may include more information than is displayed in the table 302. The table 302 may, for example, be designed to display only the information that is considered most important to the user 142, such as the title, author, and/or timestamp of the aggregated messages. The user 142 may, however, read a particular one of the message summaries in the table 302 and desire to obtain additional information about the corresponding message. Although the user 142 could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame 308, this requires the web browser 140 to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

[0041]    Alternatively, the web page 300 allows the user 142 to quickly obtain additional summary information about any message listed in the table 302 by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. 3, the user 142 has hovered the mouse cursor over message summary 324, thereby causing the web page 300 to display a tooltip 328

- 15 -

containing additional summary information about the source message 304.  In the example illustrated in FIG. 3, the tooltip 328 includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

[0042]    Because the additional summary information has been preloaded by the web browser 140 in the process of downloading the message content units 132 from the aggregation server 112, the web browser 140 may generate and display the tooltip essentially instantaneously, and without again accessing the server 112.  This allows the user 142 to quickly browse such additional information for many messages listed in the table 302 quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

[0043]    The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client 140 without the need to make an additional access to the server 112, is made convenient by the increasing availability of broadband connectivity to users.  Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices.  By making it feasible for the client web browser 140 to download content-rich web pages without causing the user 142 to incur a significant delay before the web page is displayed, broadband connections allow the web browser 140 to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

[0044]    Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of

- 16 -

Attorney Docket No. **A0004-1001**

the present invention.  Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page 300. Furthermore, the user 142 may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

[0045]    The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size.  For example, the web page 300 may allow the user 142 to select from among three sizes: small, large, and very large.  The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page 300, without requiring the design of the web page (e.g., the font size of text in the table) to change.

[0046]    Furthermore, the web page 300 may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table 302 always causes the corresponding message to be displayed in the frame 308, while the additional summary information (e.g., tooltip) is displayed.  Although there may be some delay in loading and displaying the full message in the frame 308, the user 142 may view the additional summary information essentially immediately, thereby enabling the user 142 to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

[0047]    The web page 300 may allow the user 142 to post additional messages to any of the source message boards.  For example, in the embodiment illustrated in FIG. 3, the web page 300 includes an "Add Message" button 330 that the user 142 may click to add a new message.  When the user 142 clicks the button 330, a web page may be displayed which allows the user

- 17 -

Attorney Docket No. **A0004-1001**

142 to type a new message and submit it either to the internal message board 114 or to one of the external message boards 102a-*m*.  In either case, once the user 142 has posted a new message, the message may be displayed in the frame 308, and a summary of the message may be displayed in the table 302.

[0048]    Similarly, the web page 300 may include a "Reply Message" button (not shown in FIG. 3) that the user 142 may click to reply to the message currently being shown in the frame 308.  When the user 142 submits a reply, the reply may be posted to the same message board as the message to which the user 142 has replied, whether that message board is external or internal to the aggregation server 112.  Alternatively, the user 142 may be allowed to choose whether to reply from the internal message board 114 maintained by the aggregation server 112 or from the external message board currently displayed in the frame 308.

[0049]    Message summaries in the message table 302 may be sorted in any manner.  For example, the summaries may be sorted by time of posting by default.  The user 142 may, however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to).  If the message table 302 includes message summaries derived from multiple source message boards, the message table 302 may nonetheless display the summaries in an aggregated sorted list.  For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted.  This feature provides the user 142 with a unified view of messages across multiple message boards.

[0050]    Among the advantages of the invention are one or more of the following.  The features of the web page 300

- 18 -

Attorney Docket No. **A0004-1001**

illustrated in FIG. 3 provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions.  In particular, the web page 300 both allows the user 142 to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table 302.

[0051]     Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources.  Writing messages can be performed either from the web page 300, or at the original message board source in the frame 308.  This saves the user 142 time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

[0052]     By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising.  An example of a banner advertisement 332 for a financial services firm is shown on the web page 300 in FIG. 3.  Note, however, that the web page 300 (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

[0053]     Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement 332 in FIG. 3.  For example, the aggregation server 112 may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip 328 in FIG. 3) in a static object (such as a text box) in the same location as but instead of the advertisement 332 for premium (i.e., paid) users.  The web page 300, in other words, may be designed to

- 19 -

Attorney Docket No. **A0004-1001**

make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

[0054]    It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention.  Various other embodiments, including but not limited to the following, are also within the scope of the claims.  For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.  In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0055]    Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples.  More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance.  Furthermore, the techniques disclosed herein may be applied to aggregate content from web sites and other communications systems that are not designed as message boards.  For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages.  The term "message" as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email

- 20 -

Attorney Docket No. **A0004-1001**

message, a newsgroup posting, or a news article posted by an administrator to a news web site.

[0056]    As described above, the aggregation server 112 extracts certain information from source message boards to produce the message content units 132.  Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user 142 may be allowed to sort the aggregated message summaries displayed in the message table 302 by, for example, any of the categories mentioned above.

[0057]    Ease of visual cognition is key to a successful user interface.  Various techniques may be combined with those described above to improve such ease of visual cognition.  For example, message summaries in the table 302 may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table 302 may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way.  For example, a single column may correspond to a single attribute or to multiple attributes.  For example, in one embodiment, there are two columns: (1) title and (2) time and author.

[0058]    The web browser 140 is not limited to any particular web browser application.  The web browser 140 may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal digital

- 21 -

Attorney Docket No. **A0004-1001**

assistant, or smart phone). Furthermore, although the network 138 in FIG. 1 is labeled as the "Internet," the web browser 140 and aggregation server 112 may communicate over any kind of network, such as a private intranet.

[0059] The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

[0060] Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

[0061] Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example,

- 22 -

Attorney Docket No. **A0004-1001**

all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0062]     What is claimed is:

- 23 -

Attorney Docket No. **A0004-1001**

## CLAIMS

1. A computer-implemented method comprising:

(1)    displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; and

(2)    displaying, in the window of the computer program and contemporaneously with (1), a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message in the plurality of messages.

2. The method of claim 1, wherein (1) comprises displaying the web content in a first frame of the window, and wherein (2) comprises displaying the information derived from the first message in a second frame of the window distinct from the first frame.

3. The method of claim 1, wherein the first online forum comprises a web-based message board.

4. The method of claim 1, wherein (1) comprises:

(1)(a)    copying the web content from the first online forum; and

(1)(b)    displaying the copied web content in the window of the computer program.

- 24 -

Attorney Docket No. **A0004-1001**

5. The method of claim 1, wherein (1) comprises:

(1)(a)    identifying a link to the web content in the first online forum; and

(1)(b)    displaying the web content through the link.

6. The method of claim 1, wherein (2) comprises:

(2)(a)    for each of the plurality of messages, deriving information from at least one of the following categories: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute, message link, message keyword, person being replied to, and message statistics; and

(2)(b)    displaying the derived information.

7. The method of claim 6, wherein (2)(a) comprises deriving information from a plurality of the following categories: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute, message link, message keyword, person being replied to, and message statistics.

8. The method of claim 6, further comprising:

(3)   receiving input from a user, the input indicating a category; and

(4)   displaying, contemporaneously with (1), information derived from the first message in the indicated category.

- 25 -

Attorney Docket No. **A0004-1001**

9. The method of claim 8, wherein (4) comprises replacing at least some of the information displayed in (2) with the information derived from the message in the indicated category.

10. The method of claim 1, further comprising:

(3)  displaying, in the window of the computer program and contemporaneously with (1), information derived from a third message in a second online forum.

11. The method of claim 1, wherein (2) comprises:

(2)(a)    receiving the first and second information from at least one remote source;

(2)(b)    storing the first and second information at a local source; and

(2)(c)    displaying the first and second information from the local source.

12. The method of claim 1, further comprising:

(3)  receiving, from a user, input selecting one of the plurality of message summaries;

(4)  identifying a message in the plurality of messages corresponding to the selected message summary; and

(5)  displaying third information derived from the identified message.

13. The method of claim 12, wherein the identified message is the first message, and wherein the third information contains information not contained in the first information.

- 26 -

Attorney Docket No. **A0004-1001**

14. The method of claim 12, wherein (3) comprises receiving input indicating that the user has positioned a cursor over the selected one of the plurality of message summaries.

15. The method of claim 12, wherein (5) comprises displaying the third information using a tooltip.

16. The method of claim 12, wherein (5) comprises displaying the third information using a static user interface object.

17. The method of claim 12, wherein (5) comprises displaying third information retrieved from a local source.

18. The method of claim 12, further comprising:
(6)   before (5), selecting a size selected from at least two sizes; and
wherein (5) comprises displaying the third information at the selected size.

19. An apparatus comprising:
first means for causing to be displayed, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; and
second means for causing to be displayed, in the window of the computer program and contemporaneously with the first means for causing to be displayed, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message in the plurality of messages.

- 27 -

Attorney Docket No. **A0004-1001**

20. A computer-implemented method comprising:

(1)    receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum;

(2)    displaying, in a first frame of a window of a computer program, web content representing a first one of the plurality of messages; and

(3)    displaying, in a second frame of the window distinct from the first frame and contemporaneously with (2), a plurality of message summaries corresponding to the plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units.

21. The method of claim 20, further comprising:

(4)    receiving, from a user, input selecting one of the plurality of message summaries;

(5)    identifying a message in the plurality of messages corresponding to the selected message summary;

(6)    identifying a message data unit corresponding to the message identified in (5); and

(7)    displaying information in the identified message data unit that is not in the selected one of the plurality of message summaries.

- 28 -

Attorney Docket No. **A0004-1001**

22. An apparatus comprising:

means for receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum;

first means for displaying, in a first frame of a window of a computer program, web content representing a first one of the plurality of messages; and

second means for displaying, in a second frame of the window distinct from the first frame and contemporaneously with the first means for displaying, a plurality of message summaries corresponding to the plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units.

23. A computer-implemented method comprising:

(1)  displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum;

(2)  displaying, in the window of the computer program and contemporaneously with (1), a message summary, the message summary comprising first information derived from the first message;

(3)  receiving, from a user, input selecting the message summary; and

(4)  displaying third information derived from the first message, in response to receiving the user input.

- 29 -

Attorney Docket No. **A0004-1001**

24. The method of claim 23, wherein (1) comprises displaying the web content in a first frame of the window, and wherein (2) comprises displaying the message summary in a second frame of the window distinct from the first frame.

25. The method of claim 23, wherein the first online forum comprises a web-based message board.

26. The method of claim 23, wherein (2) comprises:

(2)(a)     receiving the first information from at least one remote source;

(2)(b)     storing the first information at a local source; and

(2)(c)     displaying the first information from the local source.

27. The method of claim 26, wherein the third information contains information not contained in the first information.

28. The method of claim 26, wherein (3) comprises receiving input indicating that the user has positioned a cursor over the message summary.

29. The method of claim 26, wherein (4) comprises displaying the third information using a tooltip.

30. The method of claim 26, wherein (4) comprises displaying the third information using a static user interface object.

- 30 -

Attorney Docket No. **A0004-1001**

31. The method of claim 26, wherein (4) comprises displaying third information retrieved from a local source.

32. An apparatus comprising:

first means for displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum;

second means for displaying, in the window of the computer program and contemporaneously with the first means for displaying, a message summary, the message summary comprising first information derived from the first message;

means for receiving, from a user, input selecting the message summary; and

third means for displaying third information derived from the first message, in response to receiving the user input.

- 31 -

Attorney Docket No. **A0004-1001**

## ABSTRACT

Web content representing a first message is displayed in a window of a computer program. The first message is one of a plurality of messages posted to an online forum. A plurality of message summaries are displayed in the same window of the computer program, contemporaneously with the first message. The plurality of message summaries include first information derived from the first message and second information derived from a second message in the plurality of messages. The web content representing the first message may, for example, be displayed in a first frame of the window and the information derived from the first message may be displayed in a second frame of the same window. The online forum may, for example, be a web-based financial message board.

- 32 -



FIG. 1

EXPRESS MAIL NO.: EV 860509814 US
SERIAL NO.: NOT YET ASSIGNED
TITLE: Message Board Aggregator
INVENTOR(S): Gal Arav

ATTORNEY DOCKET NO.: A0004-1001
MAILING DATE: 3/20/2006

EXPRESS MAIL NO.: EV 860508914 US        MAILING DATE: 3/20/2006
SERIAL NO.:        NOT YET ASSIGNED        ATTORNEY DOCKET NO.: A0004-1001
TITLE:            Message Board Aggregator
INVENTOR(S):      Gal Arav



**200**

**FIG. 2**



http://www.instantbull.com

Top level website menu     Login   Add message

InstantBull Logo

Messages from other websites

Website source   15

Placeholder for ad banner OR selected message content (corresponds to message 102 in this example)

330

334

316

318

Directory (forum)

Symbol   Load Messages

Quote    312    314

320a   320b

News   Messages View 1   View 2

| Message title | Message fields |
|---|---|
| Title link 101 | Time 101 |
| | Author 101 |
| | Any field 101 |
| Title link 102 | Time 102 |
| | Author 102 |
| | Any field 102 |
| Message ID 102 Sentiment 102 Any field 102 Message content 102 | |
| Title link 104 | Time 104 |
| | Author 104 |
| | Any field 104 |
| Title link 105 | Time 105 |
| | Author 105 |
| | Any field 105 |

322a

322b

324

328

326

302

Framed view of an external website, or of local website page content

306

Individual message as it appears on the original webpage (corresponds to message 102 in this example)

304

308

300

MAILING DATE: 3/20/2006
ATTORNEY DOCKET NO.: A0004-1001

EXPRESS MAIL NO.: EV 860508914 US
SERIAL NO.: NOT YET ASSIGNED
TITLE: Message Board Aggregator
INVENTOR(S): Gal Arav

# EXHIBIT 12

PTO/SB/16 (10-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 1 of 2

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Express Mail Label No. EV 860508931 US

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Gal | Arav | Bedford, Massachusetts |
| | | |
| | | |
| | | |
| | | |

*Additional inventors are being named on the* _____ *separately numbered sheets attached hereto*

### TITLE OF THE INVENTION (500 characters max):

Hyperlink with Graphical Cue

### CORRESPONDENCE ADDRESS

*Direct all correspondence to:*

[✓] The address corresponding to Customer Number: | 24208

*OR*

[ ] Firm or Individual Name

Address

| City | State | Zip |
|---|---|---|
| Country | Telephone | Email |

### ENCLOSED APPLICATION PARTS *(check all that apply)*

[ ] Application Data Sheet. See 37 CFR 1.76

[✓] Specification *Number of Pages* 13

[✓] Drawing(s) *Number of Sheets* 2

[ ] CD(s), Number of CDs _____

[ ] Other (specify) _____

**Fees Due:** Filing Fee of $200 ($100 for small entity). If the specification and drawings exceed 100 sheets of paper, an application size fee is also due, which is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

### METHOD OF PAYMENT OF THE FILING FEE AND APPLICATION SIZE FEE FOR THIS PROVISIONAL APPLICATION FOR PATENT

[✓] Applicant claims small entity status. See 37 CFR 1.27.

[ ] A check or money order is enclosed to cover the filing fee and application size fee (if applicable).

[✓] Payment by credit card. Form PTO-2038 is attached

[✓] The Director is hereby authorized to charge the filing fee and application size fee (if applicable) or credit any overpayment to Deposit Account Number: 501797 . A duplicative copy of this form is enclosed for fee processing.

$100.00

**TOTAL FEE AMOUNT ($)**

### USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

*PROVISIONAL APPLICATION COVER SHEET*
*Page 2 of 2*

PTO/SB/16 (10-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[✓] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

_____

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

SIGNATURE _____    Date March 20, 2006 _____

TYPED or PRINTED NAME Robert Plotkin, Esq. _____    REGISTRATION NO. 43861 _____
*(if appropriate)*

TELEPHONE 978-318-9914 _____    Docket Number: A0004-1003 _____

PTO/SB/17 (01-06)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995  no persons are required to respond to a collection of information unless it displays a valid OMB control number

*Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).*

# FEE TRANSMITTAL
## For FY 2006

[✓] Applicant claims small entity status.  See 37 CFR 1.27

| TOTAL AMOUNT OF PAYMENT | ($) | 140 |
|---|---|---|

**Complete if Known**

| | |
|---|---|
| Application Number | N/A |
| Filing Date | March 20, 2006 |
| First Named Inventor | Gal Arav |
| Examiner Name | N/A |
| Art Unit | N/A |
| Attorney Docket No. | A0004-1003 |

**METHOD OF PAYMENT (check all that apply)**

[ ] Check  [✓] Credit Card  [ ] Money Order  [ ] None  [ ] Other (please identify): _____

[✓] Deposit Account    Deposit Account Number: 501797 _____    Deposit Account Name: Robert Plotkin, P.C. _____

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[ ] Charge fee(s) indicated below
[ ] Charge fee(s) indicated below, **except for the filing fee**
[✓] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17
[✓] Credit any overpayments

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

**FEE CALCULATION (All the fees below are due upon filing or may be subject to a surcharge.)**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES**

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | _____ |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | _____ |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | _____ |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | _____ |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | 100 |

**2. EXCESS CLAIM FEES**

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 20 or HP = | _____ x | _____ = | _____ |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| _____ - 3 or HP  = | _____ x | _____ = | _____ |

HP = highest number of independent claims paid for, if greater than 3.

| Multiple Dependent Claims | |
|---|---|
| Fee ($) | Fee Paid ($) |
| _____ | _____ |

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof.  See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| _____ - 100 = | _____ / 50 = | _____ (round up to a whole number)  x | _____ = | _____ |

**4. OTHER FEE(S)**

Fees Paid ($)

Non-English Specification,    $130 fee (no small entity discount)    _____

Other (e.g., late filing surcharge): Assignment Recordation _____    $40

**SUBMITTED BY**

| Signature | | Registration No. (Attorney/Agent) 43,861 | Telephone 978-318-9914 |
|---|---|---|---|
| Name (Print/Type) Robert Plotkin, Esq. | | | Date March 20, 2006 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Attorney Docket No. **A0004-1003**

# PROVISIONAL APPLICATION FOR

# UNITED STATES LETTERS PATENT

**Title:**     **Hyperlink with Graphical Cue**

**Inventor(s):**    **Gal Arav**

"Express Mail" Mailing Label Number EV 860508931 US

Date of Deposit: March 20, 2006

I hereby certify under 37 CFR 1.10 that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office to Addressee" with sufficient postage on the date indicated above and is addressed to the Assistant Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

- 1 -

Attorney Docket No. **A0004-1003**

# Hyperlink with Graphical Cue

### Cross Reference to Related Applications

[0001]    This application is related to a commonly-owned and concurrently-filed U.S. Utility Patent Application entitled, "Message Board Aggregator," and a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled "Instantaneous Symbol Lookup," both of which are hereby incorporated by reference.

### BACKGROUND

### Field of the Invention

[0002]    The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

### Related Art

[0003]    Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow.  For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

[0004]    Textual hyperlinks have proven to be extremely useful and powerful tools.  In fact, in the first incarnation of the World Wide Web, web pages could only contain text.  In such

- 2 -

Attorney Docket No. **A0004-1003**

web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

[0005]    Textual representations of hyperlinks, however, have certain drawbacks.  For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user.  In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user.  Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one.  To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

[0006]    Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks.  For example, a picture of a person on a web page may represent a hyperlink to that person's home page.  Clicking on the picture will cause the web browser to navigate to the hyperlinked home page.  Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of

- 3 -

Attorney Docket No. **A0004-1003**

providing the user with a clearer indication of the hyperlink's destination.  On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination.  Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

[0007]    What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

[0008]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    FIGS. 1A-1B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

- 4 -

Attorney Docket No. **A0004-1003**

## DETAILED DESCRIPTION

[0010]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

[0011]    For example, referring to FIG. 1A, a web page 100 is shown according to one embodiment of the present invention. The web page 100 includes a first frame 102a displaying a first set of textual hyperlink representations 104a, and a second frame 102b displaying the contents of another web page.

[0012]    In the embodiment illustrated in FIG. 1A, the first set of hyperlink representations 104a includes hypertext 106a-h.  In this example, the hypertext 106a-h includes text representing categories of news web sites.  For example, hypertext 106a ("World News") represents the category of world news web sites, hypertext 106b ("Business News") represents the category of business news web sites, and so on.  The particular number, selection, and categorization of hypertext 106a-h shown in FIG. 1A is provided merely as an example and does not constitute a limitation of the present invention.

[0013]    The hyperlink representations 104a enable the user to access the underlying hyperlinks to external websites by

- 5 -

Attorney Docket No. **A0004-1003**

hovering over selecting any of the hypertext 106a-h.  The user may, for example, select a particular link either by clicking on one of the hypertext links 106a-h or by hovering a mouse cursor over one of the hypertext links 106a-h.

[0014]    In response to receiving a selection of one of the hypertext links 1060a-h from the user, the web page 100 displays a second set of hyperlink representations 104b.  In the particular example illustrated in FIG. 1A, the user has clicked on or hovered the mouse cursor over hypertext 106h ("Stock Research").  In response, the web page 100 has displayed the second set of hyperlink representations 104b, which represent hyperlinks within the selected category.  In other words, each of the hyperlink representations 108a-l represents a hyperlink to a stock research web site.

[0015]    More specifically, in the embodiment illustrated in FIG. 1A, each of the hyperlink representations 108a-l is a graphic image of the logo of the web site that is the destination of the hyperlink.  For example, hyperlink representation 108a is the logo of www.bigcharts.com, and the hyperlink representation 108a acts as a link to www.bigcharts.com.

[0016]    Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 108a-l, the web browser displays the destination of the selected hyperlink in the frame 102b.  For example, if the user selects hyperlink representation 108a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 102b.

[0017]    Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of

- 6 -

Attorney Docket No. **A0004-1003**

the first set of hyperlinks 106a-h.  For example, as shown in FIG. 1B, when the user selects hyperlink 106d ("UK News"), the web page 100 displays a set 104c of hyperlink representations 110a-j depicting logos of UK news web sites.  If hovering is enabled to activate the first set 104a of links 106a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 104a of links 106a-h.  In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 100, and then quickly displayed to the user without requiring additional accesses to the server.

[0018]    The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator."

[0019]    One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 104b and 104c) may be displayed to the user essentially instantaneously.  Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques.  Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink).  The method is also visually more appealing than commonly used plain text methods.

[0020]    It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as

- 7 -

Attorney Docket No. **A0004-1003**

illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0021]   The first set of hyperlinks 104a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

[0022]   Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

[0023]   The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the

- 8 -

Attorney Docket No. **A0004-1003**

functions described and to generate output.  The output may be provided to one or more output devices.

[0024]    Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language.  The programming language may, for example, be a compiled or interpreted programming language.

[0025]    Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs.  Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other

- 9 -

Attorney Docket No. **A0004-1003**

computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0026]    What is claimed is:

- 10 -

Attorney Docket No. **A0004-1003**

## CLAIMS

1. A computer-implemented method comprising:

(A) displaying a first set of representations of a first set of hyperlinks;

(B) receiving first input from a user indicating a selection of one of the first set of hyperlink representations;

(C) in response to receiving the first input, displaying a second set of representations of a second set of hyperlinks;

(D) receiving second input from the user indicating a selection of one of the second set of hyperlink representations; and

(E) in response to receiving the second input, navigating to a destination specified by the selected one of the second set of hyperlink representations.

2. The method of claim 1, wherein the first set of representations is a set of textual representations.

3. The method of claim 1, wherein (B) comprises receiving input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

- 11 -

Attorney Docket No. **A0004-1003**

4. The method of claim 1, wherein (B) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5. The method of claim 1, wherein the second set of representations is a set of graphical representations.

6. The method of claim 1, wherein (D) comprises receiving input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7. The method of claim 1, wherein (D) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8. The method of claim 1, wherein (C) comprises displaying the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9. The method of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10. The method of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

- 12 -

Attorney Docket No. **A0004-1003**

## ABSTRACT

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

BEST AVAILABLE COPY

100

102a

104a

1026

106a — World News
106b — Business News
106c — US News
106d — UK News
106e — TV News
106f — Biz Magazines
106g — Biz Knowledge
106h — Stock Research

104b



FIG. 1A

BEST AVAILABLE COPY



102c

1026

160

104a

106a — World News
106b — Business News
106c — US News
106d — UK News
106e — TV News
106f — Biz Magazines
106g — Biz Knowledge
106h — Stock Research

Home

104c

bbc.co.uk — 110a
DAILY EXPRESS — 110b
Daily Mail — 110c
Mirror — 110d
The Daily Telegraph — 110e
FINANCIAL TIMES — 110f
Guardian — 110g
THE SCOTSMAN — 110h
Sun — 110i
THE TIMES — 110j

FIG. 1B

# EXHIBIT 13

US007529795B2

(12) **United States Patent**
Arav

(10) **Patent No.:**  **US 7,529,795 B2**
(45) **Date of Patent:**  **May 5, 2009**

(54) **MESSAGE BOARD AGGREGATOR**

(75) Inventor:  **Gal Arav**, Bedford, MA (US)

(73) Assignee:  **Stragent, LLC**, Longview, TX (US)

( * )  Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 225 days.

(21) Appl. No.: **11/384,957**

(22) Filed:  **Mar. 20, 2006**

(65)  **Prior Publication Data**

US 2006/0155809 A1   Jul. 13, 2006

(51) **Int. Cl.**
*G06F 15/16*   (2006.01)
*G06F 3/00*   (2006.01)

(52) **U.S. Cl.** ...................................... **709/204**; 715/758

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,754,176 A | 5/1998 | Crawford | |
| 5,854,630 A | 12/1998 | Nielson | |
| 6,216,141 B1 | 4/2001 | Straub et al. | |
| 6,336,133 B1 * | 1/2002 | Morris et al. | ............... 709/204 |
| 6,405,238 B1 | 6/2002 | Votipka | |
| 6,456,303 B1 | 9/2002 | Walden et al. | |
| 6,498,835 B1 | 12/2002 | Skladman et al. | |
| 6,661,877 B1 | 12/2003 | Lee et al. | |
| 6,748,449 B1 | 6/2004 | Dutta | |
| 2002/0130895 A1 | 9/2002 | Brandt et al. | |
| 2002/0152238 A1 | 10/2002 | Hayes | |
| 2003/0115306 A1 * | 6/2003 | Hagarty et al. | ............... 709/223 |
| 2004/0172405 A1 * | 9/2004 | Farran | ......................... 707/100 |
| 2005/0076110 A1 | 4/2005 | Mathew et al. | |
| 2006/0015821 A1 | 1/2006 | Jacques Parker et al. | |
| 2006/0064342 A1 * | 3/2006 | Frengut et al. | ................ 705/10 |

| | | | |
|---|---|---|---|
| 2006/0174340 A1 * | 8/2006 | Santos et al. | .................. 726/21 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 02/03243 A1 | 1/2002 | |
| WO | WO 02/061610 A1 | 8/2002 | |
| WO | WO 2004/029780 A2 | 8/2004 | |

OTHER PUBLICATIONS

BoardCentral Website (Feb. 15, 2006).
StockHouse Website (Feb. 15, 2006).
ClearStation Website (Feb. 15, 2006).
FreeRealTime Message Boards Website (Feb. 15, 2006).
MarketWatch Message Boards Website (Feb. 15, 2006).
The Motley Fool Discussion Boards Website (Feb. 15, 2006).

(Continued)

*Primary Examiner*—Patrice Winder
*Assistant Examiner*—Minh-Chau Nguyen

(57)  **ABSTRACT**

Web content representing a first message is displayed in a window of a computer program. The first message is one of a plurality of messages posted to an online forum. A plurality of message summaries are displayed in the same window of the computer program, contemporaneously with the first message. The plurality of message summaries include first information derived from the first message and second information derived from a second message in the plurality of messages. The web content representing the first message may, for example, be displayed in a first frame of the window and the information derived from the first message may be displayed in a second frame of the same window. The online forum may, for example, be a web-based financial message board.

**66 Claims, 3 Drawing Sheets**



**US 7,529,795 B2**

Page 2

OTHER PUBLICATIONS

MSN Money Message Boards Website (Feb. 15, 2006).
Yahoo! Message Boards Website (Feb. 15, 2006).
StockSelector.com Message Boards Website (Feb. 15, 2006).
SmallCapCenter.com Message Boards Website (Feb. 15, 2006).
Silicon Investor Message Boards Website (Feb. 15, 2006).
RagingBull Website (Feb. 15, 2006).
WallStreetTape.com Website Feb. 15, 2006.
InvestorVillage Website (Feb. 17, 2006).
Forex Trading Website (Feb. 17, 2006).
Elite Trader.com as viewed on Mar. 21, 2007.
AllStocks.com as viewed on Mar. 21, 2007.
InvestorsHub.com as viewed on Mar. 21, 2007.
TheLion.com as viewed on Mar. 21, 2007.
Finance.Google.com as viewed on Mar. 21, 2007.
ADVFN.com as viewed on Mar. 21, 2007.
EquityGroups.com as viewed on Mar. 21, 2007.
StockPickr.com as viewed on Mar. 21, 2007.
StockTickr.com as viewed on Mar. 21, 2007.
SocialPicks.com as viewed on Mar. 21, 2007.
FeedTheBull.com as viewed on Mar. 21, 2007.
Bullpoo.com as viewed on Mar. 21, 2007.
Wallstrip.com as viewed on Mar. 21, 2007.
Monitor110.com as viewed on Mar. 21, 2007.
CollectiveIntellect.com as viewed on Mar. 21, 2007.

* cited by examiner



FIG. 1



**FIG. 2**

**U.S. Patent**     May 5, 2009     Sheet 3 of 3     US 7,529,795 B2



FIG. 3

US 7,529,795 B2

**1**

## MESSAGE BOARD AGGREGATOR

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is related to a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled, "Instantaneous Symbol Lookup," and a commonly-owned and concurrently-filed U.S. Provisional Patent Application entitled "Hyperlink with Graphical Cue," both of which are hereby incorporated by reference.

### BACKGROUND

1. Field of the Invention

The present invention relates to aggregation of electronic messages and, more particularly, to aggregation of messages posted to online financial message boards.

2. Related Art

People have long used computer networks to communicate with each other in a variety of ways. Email, for example, enables both one-to-one and one-to-many communication in a way that is analogous to traditional written communications delivered by postal mail. Email became the dominant form of personal communication in the early years of the Internet, perhaps because it is easy to learn how to use and does not require high bandwidth networks or powerful computers to implement.

Email, however, has drawbacks. It is not, for example, useful for many-to-many communications, or for archiving communications for subsequent viewing over the network by those other than the original sender and recipient. Early forms of network communication that addressed these problems were electronic bulletin board systems (BBSs) and newsgroups. Such systems allowed users to post messages on particular topics, and for other users to view messages posted on each topics. Newsgroups remain a popular way for people to engage in conversation and find information on particular topics of interest to them.

Such systems, however, have their own drawbacks. For example, newsgroup postings typically are limited to text, or to text with an attached binary file. Newsgroups, in other words, do not provide users with the rich graphical experience they have come to expect from content on the World Wide Web. Similarly, newsgroup user interfaces typically display only a list of messages in each newsgroup, and do not provide additional graphical content that could be used to enhance the user's experience and/or to display advertisements or otherwise generate revenue for the provider of the newsgroup user interface.

At least in part in response to these problems, web sites have been made available which enable users to access email, newsgroups, and other forms of online communication through a web browser. Such web sites typically provide a graphical user interface through which users may write, post, read, and delete messages. Such web sites may also display advertisements or otherwise employ mechanisms that generate revenue for the provider of the graphical user interface. This approach attempts to create a win-win situation for the web site user and provider, by providing the user with powerful communications features and a rich graphical experience, and providing the web site provider with the ability to generate profit from the value it adds to the user's experience.

A newsgroup is one of many kinds of online message boards. One particularly popular kind of online message board is the financial message board, which is used to exchange information about company stock prices and other financial information. Frequent users of financial message boards require highly current and accurate information, due to the speed at which financial information changes and the consequences of making financial decisions based on inaccurate information. To obtain as much accurate information as quickly as possible, such users may scan multiple message boards for messages about a single stock. For example, financial message board users often refer to relevant information about a company hosted on multiple financial portal web sites, such as the company profile, stock charts, competitors, SEC filings, analyst opinions, news, upcoming events, trades made by officers, and other users' rumors. Furthermore, a single user may track a large number of stocks at the same time, while also keeping track of broader economic trends such as fluctuations in interest rates and currency exchange rates.

The unique needs of financial message board users, therefore, create special challenges for those seeking to design user interfaces for such message boards. For example, it is critical to provide the user with all of the information he desires, but within the constraints of the available display screen and network bandwidth, and without providing the user with so much information at once that he becomes overloaded.

Financial message boards also provide a unique opportunity for web site providers. Heavy users of financial message boards tend to be affluent, well-educated, and Internet-savvy. They also tend to be frequent purchasers of financial products and services, and to purchase such products and services over the Internet. Financial message board users, therefore, represent an attractive market to web advertisers. Web sites that provide access to financial message boards using features that attract large numbers of repeat users would therefore likely be capable of generating significant advertising revenue.

### SUMMARY

Web content representing a first message is displayed in a window of a computer program. The first message is one of a plurality of messages posted to an online forum. A plurality of message summaries are displayed in the same window of the computer program, contemporaneously with the first message. The plurality of message summaries include first information derived from the first message and second information derived from a second message in the plurality of messages. The web content representing the first message may, for example, be displayed in a first frame of the window and the information derived from the first message may be displayed in a second frame of the same window. The online forum may, for example, be a web-based financial message board. For example, one aspect of the present invention is directed to a computer-implemented method including: (1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; and (2) displaying, in the window of the computer program and contemporaneously with (1), a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message in the plurality of messages.

Another aspect of the present invention is directed to a computer-implemented method including: (1) receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum; (2) displaying, in a first frame of a window of a computer program, web content representing a first one of the plurality of messages;

US 7,529,795 B2

3

and (3) displaying, in a second frame of the window distinct from the first frame and contemporaneously with (2), a plurality of message summaries corresponding to the plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units.

Yet another aspect of the present invention is directed to a computer-implemented method including: (1) displaying, in a window of a computer program, web content representing a first message, the first message comprising one of a plurality of messages posted to a first online forum; (2) displaying, in the window of the computer program and contemporaneously with (1), a message summary, the message summary comprising first information derived from the first message; (3) receiving, from a user, input selecting the message summary; and (4) displaying third information derived from the first-message, in response to receiving the user input.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a dataflow diagram of a message board aggregation system according to one embodiment of the present invention;

FIG. 2 is a flowchart of a method performed by the system of FIG. 1 according to one embodiment of the present invention; and

FIG. 3 is a window displayed by the message board aggregation system of FIG. 1 according to one embodiment of the present invention.

DETAILED DESCRIPTION

Referring to FIG. 1, a dataflow diagram is shown of a message board aggregation system 100 according to one embodiment of the present invention. Referring to FIG. 2, a flowchart is shown of a method 200 performed by the system 100 of FIG. 1 according to one embodiment of the present invention. Referring to FIG. 3, a window 300 displayed by the message board aggregation system 100 of FIG. 1 is illustrated according to one embodiment of the present invention.

In general, the window 300 shown in FIG. 3 contemporaneously displays a table 302 containing message table content (e.g., message title, message author, message ID, message sentiment, message time of writing, message web page source, person being replied to) and message content 304 corresponding to a message represented by one of the entries in the message table 302. In the embodiment illustrated in FIG. 3, the message content 304 is displayed in a web page 306 from a message board web site to which the message content 304 was originally posted. In the embodiment illustrated in FIG. 3, the source web page 306 (containing the message content 304) is displayed in a first frame 308 of the web page 300, and the message table 302 is displayed in a second frame 310 of the web page 300.

The web page 306 is an example of a "source" web page as that term is used herein. The message table 302 may include summaries of messages originally posted to more than one source web page. The web page 300, therefore, provides an aggregation service which aggregates messages from a plurality of web-based message boards. The web page 300, therefore, is referred to herein as an "aggregation" web page.

Having described certain general features of particular embodiments of the present invention, techniques that may be used to implement embodiments of the present invention will now be disclosed. Referring to FIG. 1, multiple external message boards 102a-m are illustrated. For ease of illustration and explanation, each of the message boards 102a-m is illus-

4

trated simply as a set of messages. More specifically, message board 102a includes a set of messages 104a, including messages 106a-n; message board 102b includes a set of messages 104b, including messages 108a-n; and message board 102m includes a set of messages 104m, including messages 110a-n. In practice, the message boards 102a-m may be implemented using web servers or any other appropriate kind of technology.

Furthermore, although only three external message boards 102a, 102b, and 102m are shown in FIG. 1 for purposes of example, the system 100 may include and/or access any number of external message boards, as indicated by the variable m. Furthermore, the term "message board" is not limited to any-particular kind of communications mechanism, and includes not only web-based message boards, but also newsgroups and email. Although each of the message boards 102a-m is shown in FIG. 1 as including the same number of messages n, the number of messages may vary among the message boards 102a-m.

A single message board, such as a web-based financial message board, may include a plurality of topics, each of which may include a plurality of threads or sub-topics. For ease of illustration and explanation, each of the message boards 102a-m is illustrated in FIG. 1 as containing only a single thread of messages. This does not represent a limitation of the present invention. Rather, the techniques disclosed herein may be applied to message boards including any number of topics, threads, or other groupings of messages.

The aggregation system 100 also includes a message board aggregation server 112 and a corresponding message board 114 (which includes set 116 of messages 118a-n). The message board 114 is managed by the aggregation server 112 or by the same entity that manages the aggregation server. Therefore, the message board 114 will be referred to herein as an "internal" message board, while the message boards 102a-m will be referred to herein as "external" message boards in relation to the aggregation server 112. As will be described in more detail below, the aggregation server 112 aggregates messages from two or more of the message boards 102a-m and 114, and displays content from the aggregated messages in the web page 300.

Referring again to FIG. 2, the system 100 of FIG. 1 may perform the method 200 to aggregate content from the message boards 102a-m and 114 to display aggregated message content in the window 300. A user 142 uses a web browser 140 to browse over the Internet 138 to a web site served by the aggregation server 112. The web page 300 is an example of a web page that may be part of such a web site. Upon visiting the web site, the user 142 selects one or more source message boards from which to view message content and summaries (step 202). The user 142 may, for example, make this selection by selecting the name of an external message board (such as one of the external message boards 102a-m) from a selection of sources accessible in any of a variety of formats, one example of which is a drop-down list 316. Note, however, that the user 142 may select more than one source message board.

In the particular example illustrated in FIG. 3, the web page 300 combines content extracted from the single external message board indicated by the selection in the drop-down list 316 with content extracted from the internal message board 114 associated with the aggregation server 112. Furthermore, in the example illustrated in FIG. 3, the user 142 may use drop-down list 318 to select the number of message summaries to be displayed in message table 302.

The user 142 selects other input parameters (such as the number of messages to be retrieved) (step 203). As described

US 7,529,795 B2

5

in more detail below, the aggregation server **112** may store the other input parameters in a set of other preferences **126**.

The user **142** selects a particular message board topic to view (step **204**). The user **142** may, for example, make this selection by identifying a particular company, such as by typing the company's name or stock ticker symbol in text field **312** and clicking button **314**. This is only one of many ways in which the user may select a message board topic to view.

Furthermore, in the embodiment illustrated in FIG. **3**, the web page **300** also includes a directory (forum) **334** user interface control which may, for example, take the form of a drop-down list. For example, the directory control **334** may allow the user to select either a "stock" forum or a "sports" forum. If the user **142** selects the "stock" forum, then the web page **300** may enable selection of stock symbols in text field **312**, while if the user **142** selects the "sports" forum, then the web page **300** may enable selection of sports symbols in text field **312**. More generally, the user's selection in the directory control **334** dictates which group of symbols is available for selection in the text input field **312**. The use of the directory control **334** is provided merely for purposes of example and does not constitute a limitation of the present invention.

The user's message board selection is transmitted by the web browser **140** over the Internet **138** to the message board aggregation server **112**. In response to receiving the user's selection, the aggregation server **112** retrieves information derived from messages in the selected source message board (s) having the selected topic (step **206**). In the embodiment illustrated in FIG. **3**, the aggregation server **112** also retrieves message content from the internal message board **114**. This is not, however, a requirement of the present invention. The internal message board **114** may, for example, be selectable or de-selectable as a source by the user **142** in the same manner as the external message boards **102***a-m*.

Note further that any subset of the external message boards **102***a-m* may be selectable as a source by the user **142**. Such a subset may, for example, consist of all of the external message boards **102***a-m*, any one of the message boards **102***a-m*, or any combination of fewer than all of the message boards **102***a-m*.

The information extracted from the selected source message board(s) by the aggregation server may include any of a variety of information that may be of interest to the user **142**. Examples of information that may be extracted from each on-topic message in the selected message board(s) includes, but is not limited to the message title, author, ID, sentiment, time of writing, web page source, person being replied to, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message).

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select one or more fields to be displayed in the message table **302** (step **208**). For example, in the embodiment illustrated in FIG. **3**, the message table includes a column **322***a* labeled "Message Titles," which always displays the titles of the messages summarized in the table **302**. The table **302** also includes, however, a second column **322***b* having content that may-be varied by the user **142**. More specifically, the user **142** may select link **320***a* to cause the column **322***b* to display the authors of the messages being summarized in the table **302** (as illustrated in FIG. **3**). Similarly, the user **142** may select link **320***b* to cause the column **322***b* to display the times at which the messages being summarized in the table **302** were posted.

The particular selection of fields allowed in the embodiment illustrated in FIG. **3** is merely an example and does not

6

constitute a limitation of the present invention. Rather, the user **142** may be allowed to select any combination of message fields for display in the table **302**. Other examples of two fields from which the user **142** may select include, but are not limited to: message Title and Author fields; message Title and Time Submitted fields; and message Author and Author Attribute fields. Furthermore, a single column in the table **302** may display content from more than one field. For example, a single "time and author" column may simultaneously display both message time and author.

At any time during performance of the method **200** illustrated in FIG. **2**, the user **142** may select an order in which message summaries are to be sorted in the message table **302** (step **210**). For example, in the embodiment illustrated in FIG. **3**, the user **142** may select the heading of column **322***a* to cause the contents of the table **302** to be sorted by message title, or select the heading of column **322***b* to cause the contents of the table **302** to be sorted by the contents of column **322***b* (e.g., message author or posting time). Alternatively, for example, the contents of the table **302** may be sorted automatically by posting time. Once again, these particular sorting options are merely examples and do not constitute limitations of the present invention.

The aggregation server **112** keeps track of: (1) the source message board(s) selected by the user **142** in source selections **1-20**; (2) the topic (e.g., company) selected by the user **142** in topic selection **121**; (3) the field(s) selected by the user **142** in field selections **122**; (4) the sort order **124** selected by the user **142** in sort order **124**; and (5) any other preferences **126** specified by the user **142**.

The aggregation server **112** includes an aggregation engine **128**, which generates message content units **132** based on the information extracted in step **206** and the user preferences described above (step **212**). For example, the message content units **132** may include a content unit for each message that matches the topic selection **121** (e.g., company) in any of the source message board(s) indicated by the source selection(s) **120**. Each of the message content units **132** may include information only for the fields specified by the field selections **122**, but this is not required. The message content units **132** may, for example, include extracted information for fields other than those specified by the field selections. The message content units **132** may include all of the information that was extracted in step **206**.

As will be described in more detail below, the information in the message content units **132** forms the basis for the information displayed in the message table **302** on the web page **300** (FIG. **3**). In the embodiment illustrated in FIG. **3**, the frame **308** displays a web page **308** corresponding to one of the message summaries displayed in the message table **302**. When the web page **300** is first displayed, the message content corresponding to the first message summary in the table **302** may be displayed by default in the frame **308**. Thereafter, the user **142** may select any of the message summaries in the table **302**, such as by clicking on the title of the message in column **322***a*, to cause message content for a different message to be displayed-in the frame **308**.

The aggregation engine **128**, therefore, provides message content **130** corresponding to the currently-selected message summary in the message table **302** (step **214**). The aggregation engine **128** may, for example, provide the content **130** in the form of HTML and/or other web content by copying the content **130** from its source message board (e.g., one of the external message boards **102***a-m* or the internal message board **114**). The content **130** may either be copied to a storage medium local to the aggregation server **112**, or merely passed as a reference to the client web browser **140**, which may

US 7,529,795 B2

7    8

retrieve the message content **130** directly from its source and display it in the frame **308**, without using the aggregation server **112** to serve the content **130** to the user **142**.

The aggregation server **112** includes a web page generator **134**, which produces an aggregated web page **136** (including HTML and/or other web content) that includes both the message content units **132** and the message content **130** (or a link to the message content **130**) (step **216**). The aggregated web page **136** may, for example, include a first frame for displaying a table including information from the message content units **132**, and a second frame for displaying the message content **130**.

The aggregation server **112** transmits the aggregated web page **136** to the web browser **140** over the Internet (step **218**). The web browser **140** displays a window (such as the window **300** shown in FIG. **3**) including: (1) web content (such as the web page **306**) representing a first message posted to a first online forum, such as the external message board **102***a*; and (2) a plurality of message summaries (such as are displayed in the table **302**) including information derived from the first message (such as the message summary **324** of the message **304**) and second information derived from a second message in the plurality of messages (such as the message summary **326** of another message not displayed in the window **300**). The web content and the message summaries may be displayed in different frames in the same window.

As described above, the message content units **132** that are downloaded by the web browser **140** to the local machine of the user **142** may include more information than is displayed in the table **302**. The table **302** may, for example, be designed to display only the information that is considered most important to the user **142**, such as the title, author, and/or timestamp of the aggregated messages. The user **142** may, however, read a particular one of the message summaries in the table **302** and desire to obtain additional information about the corresponding message. Although the user **142** could obtain such additional information by clicking on the message summary, thereby causing the corresponding message web content to be displayed in the frame **308**, this requires the web browser **140** to download and render additional web content. Acquiring additional information about many messages in this way may therefore be tedious and time-consuming.

Alternatively, the web page **300** allows the user **142** to quickly obtain additional summary information about any message listed in the table **302** by, for example, moving and holding ("hovering") the mouse cursor over the message's summary. For example, in the case illustrated in FIG. **3**, the user **142** has hovered the mouse cursor over message summary **324**, thereby causing the web page **300** to display a tooltip **328** containing additional summary information about the source message **304**. In the example illustrated in FIG. **3**, the tooltip **328** includes additional information such as the message ID, author, sentiment, date and time, and the beginning of the message text.

Because the additional summary information has been preloaded by the web browser **140** in the process of downloading the message content units **132** from the aggregation server **112**, the web browser **140** may generate and display the tooltip essentially instantaneously, and without again accessing the server **112**. This allows the user **142** to quickly browse such additional information for many messages listed in the table **302** quickly and easily, simply by moving the mouse cursor over the corresponding message summaries.

The aggregation of messages from multiple message boards at multiple URLs into a single rich web page, including content initially is hidden and that may be displayed essentially instantaneously by the web browser client **140**

without the need to make an additional access to the server **112**, is made convenient by the increasing availability of broadband connectivity to users. Such broadband connectivity increasingly is available not only through wired networks at home and in the workplace but also through wireless networks accessible using mobile computing devices. By making it feasible for the client web browser **140** to download content-rich web pages without causing the user **142** to incur a significant delay before the web page is displayed, broadband connections allow the web browser **140** to provide a degree of interactivity in web pages that approaches or even matches that previously available only in client-side applications.

Note that the use of a tooltip is provided merely as an example and does not constitute a limitation of the present invention. Rather, the additional summary information may be provided in other forms, such as in a static object (e.g., a text box) on the web page **300**. Furthermore, the user **142** may cause the additional summary information to be displayed using actions other than hovering, such as clicking or pressing a hotkey.

The tooltip, or other graphical user interface element that is used to display additional summary information, may be variable in size. For example, the web page **300** may allow the user **142** to select from among three sizes: small, large, and very large. The very large size may be particularly useful for users who are visually impaired. Such a feature may make it possible for visually impaired users to benefit from the features of the web page **300**, without requiring the design of the web page (e.g., the font size of text in the table) to change.

Furthermore, the web page **300** may be implemented such that selecting (e.g., hovering or clicking) one of the message summaries in the table **302** always causes the corresponding message to be displayed in the frame **308**, while the additional summary information (e.g., tooltip) is displayed. Although there may be some delay in loading and displaying the full message in the frame **308**, the user **142** may view the additional summary information essentially immediately, thereby enabling the user **142** to decide quickly whether to wait for the remainder of the message to load or to move on to the next message summary.

The web page **300** may allow the user **142** to post additional messages to any-of the source message boards. For example, in the embodiment illustrated in FIG. **3**, the web page **300** includes an "Add Message" button **330** that the user **142** may click to add a new message. When the user **142** clicks the button **330**, a web page may be displayed which allows the user **142** to type a new message and submit it either to the internal message board **114** or to one of the external message boards **102***a-m*. In either case, once the user **142** has posted a new message, the message may be displayed in the frame **308**, and a summary of the message may be displayed in the table **302**.

Similarly, the web page **300** may include a "Reply Message" button (not shown in FIG. **3**) that the user **142** may click to reply to the message currently being shown in the frame **308**. When the user **142** submits a reply, the reply may be posted to the same message board as the message to which the user **142** has replied, whether that message board is external or internal to the aggregation server **112**. Alternatively, the user **142** may be allowed to choose whether to reply from the internal message board **114** maintained by the aggregation server **112** or from the external message board currently displayed in the frame **308**.

Message summaries in the message table **302** may be sorted in any manner. For example, the summaries may be sorted by time of posting by default. The user **142** may,

US 7,529,795 B2

9

however, sort these messages in other ways (e.g., by message title, message author, message ID, message sentiment, message web page source, person being replied to). If the message table **302** includes message summaries derived from multiple source message boards, the message table **302** may nonetheless display the summaries in an aggregated sorted list. For example, the summaries may be sorted by time of posting, in which case message summaries corresponding to messages from different source message boards may be interwoven with each other according to the times at which they were posted. This feature provides the user **142** with a unified view of messages across multiple message boards.

Among the advantages of the invention are one or more of the following. The features of the web page **300** illustrated in FIG. **3** provide an improvement in speed and ease of use when accessing message table content and corresponding message content, in comparison to conventional systems for performing such functions. In particular, the web page **300** both allows the user **142** to view a message summary and corresponding message content contemporaneously, and to quickly scan additional message summary information not contained in the table **302**.

Furthermore, the techniques disclosed herein make it possible to read and write messages from and to multiple message board sources. Writing messages can be performed either from the web page **300**, or at the original message board source in the frame **308**. This saves the user **142** time in comparison to reading and writing multiple message boards using distinct web browser windows for each message board.

By providing features that are attractive and useful to frequent users of financial message boards, the techniques disclosed herein provide an opportunity to generate significant revenue from advertising. An example of a banner advertisement **332** for a financial services firm is shown on the web page **300** in FIG. **3**. Note, however, that the web page **300** (and the web site of which it is a part) may generate revenue using any mechanism, not merely banner advertisements.

Furthermore, note that content other than an advertisement may occupy the space occupied by the advertisement **332** in FIG. **3**. For example, the aggregation server **112** may display an advertisement for basic (i.e., non-paid) users, but display additional summary information (such as the information displayed by the tooltip **328** in FIG. **3**) in a static object (such as a text box) in the same location as but instead of the advertisement **332** for premium (i.e., paid) users. The web page **300**, in other words, may be designed to make efficient use of available screen "real estate" to tailor the content that is displayed in an attempt to maximize revenue.

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server **112** shown in FIG. **1** may be further subdivided into additional components for performing the same functions.

Although certain examples disclosed herein relate to financial message boards, the present invention is not limited to such examples. More generally, the techniques disclosed herein may be applied to any kind of messaging system, such as email and newsgroups, and to messaging systems containing messages whose content does not relate to finance. Furthermore, the techniques disclosed herein may be applied to

10

aggregate content from web sites and other communications systems that are not designed as message boards. For example, the techniques disclosed herein may be used to aggregate news articles posted to news web sites, such as the web site for the New York Times (www.nytimes.com) or the Business Week (www.businessweek.com), even though such web sites are not designed as message boards to which members of the public may post messages. The term "message" as used herein, therefore, includes not only messages posted to message boards, but more generally to any unit of communication, such as an email message, a newsgroup posting, or a news article posted by an administrator to a news web site.

As described above, the aggregation server **112** extracts certain information from source message boards to produce the message content units **132**. Examples of categories from which information may be derived include, but are not limited to: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute (e.g., size), message link (links contained in the message), message keyword (keywords contained in the message), message recipient, and message statistics (e.g., the number of times others have recommended the message, or a rating of the popularity of the message). The user **142** may be allowed to sort the aggregated message summaries displayed in the message table **302** by, for example, any of the categories mentioned above.

Ease of visual cognition is key to a successful user interface. Various techniques may be combined with those described above to improve such ease of visual cognition. For example, message summaries in the table **302** may be color-coded or otherwise coded (such as by the use of distinct icons or words) according to their source or to any other attribute, such as according to any of the categories mentioned above. The table **302** may include any number of rows and columns. Columns may be assigned to message categories (attributes) in any way. For example, a single column may correspond to a single attribute or to multiple attributes. For example, in one embodiment, there are two columns: (1) title and (2) time and author.

The web browser **140** is not limited to any particular web browser application. The web browser **140** may, for example, be of any kind and operate on any kind of device (e.g., desktop computer, laptop computer, personal-digital assistant, or smart phone). Furthermore, although the network **138** in FIG. **1** is labeled as the "Internet," the web browser **140** and aggregation server **112** may communicate over any kind of network, such as a private intranet.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-

US 7,529,795 B2

11

readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

What is claimed is:

1. A computer-implemented method, comprising:

(1) displaying, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum; and

(2) displaying, in the window of the computer program and contemporaneously with the web content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;

wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail;

wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

2. The method of claim 1, wherein (2) comprises:

(2)(a) for each of the plurality of messages, deriving information from at least one of the following categories: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute, message link, message keyword, person being replied to, and message statistics; and

(2)(b) displaying the derived information.

3. The method of claim 2, further comprising:

(3) receiving input from a user, the input indicating a category; and

(4) displaying, contemporaneously with (1), information derived from the first message in the indicated category.

12

4. The method of claim 3, wherein (4) comprises replacing at least some of the information displayed in (2) with the information derived from the message in the indicated category.

5. The method of claim 2, wherein (2)(a) comprises deriving information from a plurality of the following categories: message title, message author, message identifier, message sentiment, message timestamp, message web address, message thread, message attribute, message link, message keyword, person being replied to, and message statistics.

6. The method of claim 1, further comprising:

(3) receiving, from a user, input selecting one of the plurality of message summaries;

(4) identifying a message in the plurality of messages corresponding to the selected message summary; and

(5) displaying fourth information derived from the identified message.

7. The method of claim 6, wherein the identified message is the first message, and wherein the fourth information contains information not contained in the first information.

8. The method of claim 6, wherein (3) comprises receiving input indicating that the user has positioned a cursor over the selected one of the plurality of message summaries.

9. The method of claim 6, wherein (5) comprises displaying the fourth information using a tooltip.

10. The method of claim 6, wherein (5) comprises displaying the fourth information using a static user interface object.

11. The method of claim 6, wherein (5) comprises displaying the fourth information retrieved from a local source.

12. The method of claim 6, further comprising:

(6) before (5), selecting a size selected from at least two sizes; and

wherein (5) comprises displaying the fourth information at the selected size.

13. The method of claim 1, wherein (1) comprises displaying the web content in a first frame of the window, and wherein (2) comprises displaying the information derived from the first message in a second frame of the window distinct from the first frame.

14. The method of claim 1, wherein the first online forum comprises a web-based message board.

15. The method of claim 1, wherein (1) comprises:

(1)(a) copying the web content from the first online forum; and

(1)(b) displaying the copied web content in the window of the computer program.

16. The method of claim 1, wherein (1) comprises:

(1)(a) identifying a link to the web content in the first online forum; and

(1)(b) displaying the web content through the link.

17. The method of claim I wherein (2) comprises: (2)(a) receiving the first and second information from at least one remote source; (2)(b) storing the first and second information at a local source; and (2)(c) displaying the first and second information from the local source.

18. A computer-implemented method, comprising:

(1) displaying, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum;

(2) displaying, in the window of the computer program and contemporaneously with the web content, a message summary, the message summary comprising first information derived from the first message and second information derived from a second message, the second mes-

US 7,529,795 B2

**13**

sage comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;

(3) receiving, from a user, input selecting the message summary; and

(4) displaying third information derived from the first message, in response to receiving the user input;

wherein fourth information derived from a fourth message is displayed, in the window of the computer program and contemporaneously with the web content, the fourth message including an e-mail;

wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

**19**. The method of claim **18**, wherein (2) comprises:

(2)(a) receiving the first information from at least one remote source;

(2)(b) storing the first information at a local source; and

(2)(c) displaying the first information from the local source.

**20**. The method of claim **19**, wherein the third information contains information not contained in the first information.

**21**. The method of claim **19**, wherein (3) comprises receiving input indicating that the user has positioned a cursor over the message summary.

**22**. The method of claim **19**, wherein (4) comprises displaying the third information using a tooltip.

**23**. The method of claim **19**, wherein (4) comprises displaying the third information using a static user interface object.

**24**. The method of claim **19**, wherein (4) comprises displaying third information retrieved from a local source.

**25**. The method of claim **18**, wherein (1) comprises displaying the web content in a first frame of the window, and wherein (2) comprises displaying the message summary in a second frame of the window distinct from the first frame.

**26**. The method of claim **18**, wherein the first online forum comprises a web-based message board.

**27**. A computer-implemented method, comprising:

(1) receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum;

(2) displaying, in a first frame of a window of a computer program, web content representing at least a Portion of a first one of the plurality of messages; and

(3) displaying, in a second frame of the window distinct from the first frame and contemporaneously with the web content, a plurality of message summaries corresponding to the plurality of messages and a second plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units and a second subset of information in a corresponding one of a second plurality of message data units, the second plurality of message data units contains information derived from a corresponding one of the second plurality of messages posted to a second online forum that is different from the online forum;

wherein third information derived from a third message is displayed, in the window of the computer program

**14**

and contemporaneously with the web content, the third message including an e-mail;

wherein the subset of information in the corresponding one of the plurality of message data units is preloaded and initially hidden, and later displayed in response to a first user interaction; and the second subset of information in the corresponding one of the second plurality of message data units is preloaded and initially hidden, and later displayed in response to a second user interaction.

**28**. The method of claim **27**, further comprising:

(4) receiving, from a user, input selecting one of the plurality of message summaries;

(5) identifying a message in the plurality of messages corresponding to the selected message summary;

(6) identifying a message data unit corresponding to the message identified in (5); and

(7) displaying information in the identified message data unit that is not in the selected one of the plurality of message summaries.

**29**. A computer program product embodied on a tangible computer readable medium, comprising:

computer code for displaying, in a window of a computer program, content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum; and

computer code for displaying, in the window of the computer program and contemporaneously with the content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;

wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the content, the third message including an e-mail;

wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

**30**. The computer program product of claim **29**, wherein at least one field that is displayed with the message summaries is determined by a user selection.

**31**. The computer program product of claim **30**, wherein the at least one field includes at least one of a message title field, a message author field, and a message time submitted field.

**32**. The computer program product of claim **29**, wherein the first additional information and the second additional information each includes additional summary information.

**33**. The computer program product of claim **29**, wherein the first message includes the first additional information.

**34**. The computer program product of claim **29**, wherein the first additional information includes more information with respect to the first information.

**35**. The computer program product of claim **29**, wherein the first additional information and the second additional information each includes a date and time.

**36**. The computer program product of claim **29**, wherein the first additional information and the second additional information each includes a beginning of message text.

US 7,529,795 B2

**15**

37. The computer program product of claim **29**, wherein the first additional information and the second additional information are displayed utilizing a tooltip.

38. The computer program product of claim **29**, wherein the first additional information and the second additional information are displayed utilizing a static object.

39. The computer program product of claim **29**, wherein the first additional information and the second additional information are displayed without accessing a server.

40. The computer program product of claim **29**, wherein the first additional information and the second additional information are displayed utilizing a graphical user interface element of variable size that is determined by a user.

41. The computer program product of claim **29**, wherein the third information derived from the third message is displayed utilizing a graphical user interface element of variable size that is determined by a user.

42. The computer program product of claim **29**, wherein the content is displayed utilizing a graphical user interface element of variable size that is determined by a user.

43. The computer program product of claim **29**, wherein the first user interaction and the second user interaction each includes hovering a cursor.

44. The computer program product of claim **29**, wherein the first user interaction and the second user interaction each includes clicking.

45. The computer program product of claim **29**, wherein the first user interaction and the second user interaction each includes interactions with one of the message summaries.

46. The computer program product of claim **29**, wherein the displaying the content and the displaying the plurality of message summaries are carried out utilizing a website, and the third message is capable of being accessed utilizing the website.

47. The computer program product of claim **29**, wherein the displaying the content and the displaying the plurality of message summaries are carried out utilizing a website, and the first message and the second message are capable of being accessed utilizing the website.

48. The computer program product of claim **29**, wherein the displaying the content and the displaying the plurality of message summaries are carried Out utilizing a website, and a new message is capable of being generated by a user utilizing the website.

49. The computer program product of claim **29**, wherein the displaying the content and the displaying the plurality of message summaries are carried out utilizing a website, and a new posting is capable of being generated by a user utilizing the website.

50. The computer program product of claim **29**, wherein the displaying the content and the displaying the plurality of message summaries are carried out utilizing a website, and a reply message is capable of being generated by a user utilizing the website.

51. The computer program product of claim **29**, wherein the first message and the second message are interwoven.

52. The computer program product of claim **29**, wherein the first online forum includes at least one of a message board and a newsgroup.

53. The computer program product of claim **29**, wherein the first online forum is associated with an internal message board, and the second online forum is associated with an external message board.

54. The computer program product of claim **29**, wherein the first online forum and the second online forum are chosen by a user.

**16**

55. The computer program product of claim **29**, wherein the first online forum and the second online forum are chosen by a user, by visiting a web site served by an aggregation server that executes the computer code.

56. The computer program product of claim **29**, wherein a user is allowed to control a number of the message summaries that are displayed.

57. The computer program product of claim **29**, wherein a user is allowed to control a number of the message summaries that are displayed via a drop-down list.

58. The computer program product of claim **29**, wherein a user is allowed to control a number of the message summaries that are displayed by selecting the number.

59. The computer program product of claim **29**, wherein a user is allowed to control the manner in which the message summaries are displayed utilizing a message time submitted field.

60. The computer program product of claim **29**, wherein a user is allowed to enter a key term for controlling content of at least one of the first message and the second. message.

61. The computer program product of claim **29**, wherein a user is allowed to select any of the message summaries, such that selecting one of the message summaries causes message content for a different message to be displayed.

62. The computer program product of claim **29**, wherein the first message and the second message are capable of being accessed via a single browser window.

63. The computer program product of claim **29**, wherein revenue is generated utilizing advertisements.

64. An apparatus comprising:
first means for causing to be displayed, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum; and
second means for causing to be displayed, in the window of the computer program and contemporaneously with the web content, a plurality of message summaries, the plurality of message summaries comprising first information derived from the first message and second information derived from a second message, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;
wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail;
wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

65. An apparatus comprising:
means for receiving, over a network, first information comprising a plurality of message data units, wherein each of the plurality of message data units contains information derived from a corresponding one of a plurality of messages posted to an online forum;
first means for displaying, in a first frame of a window of a computer program, web content representing at least a portion of a first one of the plurality of messages; and
second means for displaying, in a second frame of the window distinct from the first frame and contemporaneously with the web content, a plurality of message summaries corresponding to the plurality of messages and a

US 7,529,795 B2

**17**

second plurality of messages, wherein each of the plurality of message summaries consists of a subset of information in a corresponding one of the plurality of message data units and a second subset of information in a corresponding one of a second plurality of message data units, the second plurality of message data units contains information derived from a corresponding one of the second plurality of messages posted to a second online forum that is different from the online forum;

wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail;

wherein the subset of information in the corresponding one of the plurality of message data units is preloaded and initially hidden, and later displayed in response to a first user interaction; and the second subset of information in the corresponding one of the second plurality of message data units is preloaded and initially hidden, and later displayed in response to a second user interaction.

66. An apparatus, comprising:

first means for displaying, in a window of a computer program, web content representing at least a portion of a first message, the first message comprising one of a plurality of messages posted to a first online forum;

**18**

second means for displaying, in the window of the computer program and contemporaneously with the web content, a message summary, the message summary comprising first information derived from the first message;

means for receiving, from a user, input selecting the message summary; and

third means for displaying third information derived from the first message, in response to receiving the user input, the second message comprising one of a plurality of messages posted to a second online forum that is different from the first online forum;

wherein third information derived from a third message is displayed, in the window of the computer program and contemporaneously with the web content, the third message including an e-mail;

wherein first additional information derived from the first message is preloaded and initially hidden, and later displayed in response to a first user interaction; and second additional information derived from the second message is preloaded and initially hidden, and later displayed in response to a second user interaction.

*   *   *   *   *

# EXHIBIT 14

# HYPERLINK WITH GRAPHICAL CUE

## Related Applications

[0001]        The present application is a continuation of U.S. application serial number 11/384,957 filed 03/20/2006, which is incorporated herein by reference.  The present application is also related to U.S. provisional application serial number 60/784,141 filed 03/20/2006, which is incorporated herein by reference.

-1-

## **BACKGROUND**

## Field of the Invention

[0002]    The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

## Related Art

[0003]    Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow.  For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

[0004]    Textual hyperlinks have proven to be extremely useful and powerful tools.  In fact, in the first incarnation of the World Wide Web, web pages could only contain text.  In such

- 2 -

web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

[0005]    Textual representations of hyperlinks, however, have certain drawbacks.  For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user.  In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user.  Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one.  To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

[0006]    Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks.  For example, a picture of a person on a web page may represent a hyperlink to that person's home page.  Clicking on the picture will cause the web browser to navigate to the hyperlinked home page.  Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of

- 3 -

providing the user with a clearer indication of the hyperlink's destination. On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination. Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

[0007]    What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

[0008]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    FIGS. 1A-1B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

- 4 -

## DETAILED DESCRIPTION

[0010]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

[0011]    For example, referring to FIG. 1A, a web page 100 is shown according to one embodiment of the present invention. The web page 100 includes a first frame 102a displaying a first set of textual hyperlink representations 104a, and a second frame 102b displaying the contents of another web page.

[0012]    In the embodiment illustrated in FIG. 1A, the first set of hyperlink representations 104a includes hypertext 106a-h.  In this example, the hypertext 106a-h includes text representing categories of news web sites.  For example, hypertext 106a ("World News") represents the category of world news web sites, hypertext 106b ("Business News") represents the category of business news web sites, and so on.  The particular number, selection, and categorization of hypertext 106a-h shown in FIG. 1A is provided merely as an example and does not constitute a limitation of the present invention.

[0013]    The hyperlink representations 104a enable the user to access the underlying hyperlinks to external websites by

- 5 -

hovering over selecting any of the hypertext 106a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 106a-h or by hovering a mouse cursor over one of the hypertext links 106a-h.

[0014]    In response to receiving a selection of one of the hypertext links 1060a-h from the user, the web page 100 displays a second set of hyperlink representations 104b. In the particular example illustrated in FIG. 1A, the user has clicked on or hovered the mouse cursor over hypertext 106h ("Stock Research"). In response, the web page 100 has displayed the second set of hyperlink representations 104b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 108a-1 represents a hyperlink to a stock research web site.

[0015]    More specifically, in the embodiment illustrated in FIG. 1A, each of the hyperlink representations 108a-1 is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 108a is the logo of www.bigcharts.com, and the hyperlink representation 108a acts as a link to www.bigcharts.com.

[0016]    Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 108a-1, the web browser displays the destination of the selected hyperlink in the frame 102b. For example, if the user selects hyperlink representation 108a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 102b.

[0017]    Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of

- 6 -

the first set of hyperlinks 106a-h. For example, as shown in FIG. 1B, when the user selects hyperlink 106d ("UK News"), the web page 100 displays a set 104c of hyperlink representations 110a-j depicting logos of UK news web sites. If hovering is enabled to activate the first set 104a of links 106a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 104a of links 106a-h. In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 100, and then quickly displayed to the user without requiring additional accesses to the server.

[0018] The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator."

[0019] One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 104b and 104c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques. Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink). The method is also visually more appealing than commonly used plain text methods.

[0020] It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as

- 7 -

illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0021]    The first set of hyperlinks 104a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

[0022]    Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

[0023]    The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the

- 8 -

functions described and to generate output.  The output may be provided to one or more output devices.

[0024]    Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language.  The programming language may, for example, be a compiled or interpreted programming language.

[0025]    Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs.  Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other

- 9 -

computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0026]    What is claimed is:

- 10 -

## CLAIMS

1. A computer-implemented method comprising:

(A)     displaying a first set of representations of a first set of hyperlinks;

(B)     receiving first input from a user indicating a selection of one of the first set of hyperlink representations;

(C)     in response to receiving the first input, displaying a second set of representations of a second set of hyperlinks;

(D)     receiving second input from the user indicating a selection of one of the second set of hyperlink representations; and

(E)     in response to receiving the second input, navigating to a destination specified by the selected one of the second set of hyperlink representations.

2. The method of claim 1, wherein the first set of representations is a set of textual representations.

3. The method of claim 1, wherein (B) comprises receiving input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

- 11 -

4. The method of claim 1, wherein (B) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5. The method of claim 1, wherein the second set of representations is a set of graphical representations.

6. The method of claim 1, wherein (D) comprises receiving input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7. The method of claim 1, wherein (D) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8. The method of claim 1, wherein (C) comprises displaying the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9. The method of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10. The method of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

- 12 -

## ABSTRACT

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks. In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks. The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

- 13 -

100

102a

102b

104a

106a — World News
106b — Business News
106c — US News
106d — UK News
106e — TV News
106f — Biz Magazines
106g — Biz Knowledge
106h — Stock Research

104b

106g



FIG. 1A



FIG. 1B

**Filing Date:   12/12/08**

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>**12/334,068** |
| --- | --- |

### APPLICATION AS FILED – PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | SMALL ENTITY<br>RATE ($) | FEE ($) | OR | OTHER THAN<br>SMALL ENTITY<br>RATE ($) | FEE ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | **330** |
| SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | **540** |
| EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | **220** |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | **10** minus 20 = | | x$26 | | OR | x$52 | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | **1** minus 3 = | * | x$110 | | | x$220 | |
| APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | 195 | | | 390 | |
| | | | TOTAL | | | TOTAL | **1090** |

* If the difference in column 1 is less than zero, enter "0" in column 2.

### APPLICATION AS AMENDED – PART II

**AMENDMENT A**

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | SMALL ENTITY<br>RATE ($) | ADDI-TIONAL FEE ($) | OR | OTHER THAN<br>SMALL ENTITY<br>RATE ($) | ADDI-TIONAL FEE ($) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | X = | | OR | X = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | X = | | OR | X = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | N/A | | OR | N/A | |
| | | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

**AMENDMENT B**

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE ($) | ADDI-TIONAL FEE ($) | OR | RATE ($) | ADDI-TIONAL FEE ($) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | X = | | OR | X = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | X = | | OR | X = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | N/A | | OR | N/A | |
| | | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

  * If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
 ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
   The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# EXHIBIT 15

# HYPERLINK WITH GRAPHICAL CUE

## Related Applications

[0001]        The present application is a continuation of U.S. application serial number 11/384,957 filed 03/20/2006, which is incorporated herein by reference.  The present application is also related to U.S. provisional application serial number 60/784,141 filed 03/20/2006, which is incorporated herein by reference.

-1-

## BACKGROUND

### Field of the Invention

[0002]    The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

### Related Art

[0003]    Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow.  For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

[0004]    Textual hyperlinks have proven to be extremely useful and powerful tools.  In fact, in the first incarnation of the World Wide Web, web pages could only contain text.  In such

- 2 -

web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

[0005]    Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

[0006]    Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of

- 3 -

providing the user with a clearer indication of the hyperlink's destination.  On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination.  Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

[0007]    What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.


## SUMMARY

[0008]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.


## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    FIGS. 1A-1B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

- 4 -

## DETAILED DESCRIPTION

[0010]  A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

[0011]  For example, referring to FIG. 1A, a web page 100 is shown according to one embodiment of the present invention. The web page 100 includes a first frame 102a displaying a first set of textual hyperlink representations 104a, and a second frame 102b displaying the contents of another web page.

[0012]  In the embodiment illustrated in FIG. 1A, the first set of hyperlink representations 104a includes hypertext 106a-h.  In this example, the hypertext 106a-h includes text representing categories of news web sites.  For example, hypertext 106a ("World News") represents the category of world news web sites, hypertext 106b ("Business News") represents the category of business news web sites, and so on.  The particular number, selection, and categorization of hypertext 106a-h shown in FIG. 1A is provided merely as an example and does not constitute a limitation of the present invention.

[0013]  The hyperlink representations 104a enable the user to access the underlying hyperlinks to external websites by

- 5 -

hovering over selecting any of the hypertext 106a-h. The user may, for example, select a particular link either by clicking on one of the hypertext links 106a-h or by hovering a mouse cursor over one of the hypertext links 106a-h.

[0014] In response to receiving a selection of one of the hypertext links 1060a-h from the user, the web page 100 displays a second set of hyperlink representations 104b. In the particular example illustrated in FIG. 1A, the user has clicked on or hovered the mouse cursor over hypertext 106h ("Stock Research"). In response, the web page 100 has displayed the second set of hyperlink representations 104b, which represent hyperlinks within the selected category. In other words, each of the hyperlink representations 108a-l represents a hyperlink to a stock research web site.

[0015] More specifically, in the embodiment illustrated in FIG. 1A, each of the hyperlink representations 108a-l is a graphic image of the logo of the web site that is the destination of the hyperlink. For example, hyperlink representation 108a is the logo of www.bigcharts.com, and the hyperlink representation 108a acts as a link to www.bigcharts.com.

[0016] Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 108a-l, the web browser displays the destination of the selected hyperlink in the frame 102b. For example, if the user selects hyperlink representation 108a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 102b.

[0017] Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of

- 6 -

the first set of hyperlinks 106a-h.  For example, as shown in FIG. 1B, when the user selects hyperlink 106d ("UK News"), the web page 100 displays a set 104c of hyperlink representations 110a-j depicting logos of UK news web sites.  If hovering is enabled to activate the first set 104a of links 106a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 104a of links 106a-h.  In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 100, and then quickly displayed to the user without requiring additional accesses to the server.

[0018]    The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator."

[0019]    One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 104b and 104c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques.  Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink).  The method is also visually more appealing than commonly used plain text methods.

[0020]    It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as

- 7 -

illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0021]    The first set of hyperlinks 104a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

[0022]    Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

[0023]    The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the

- 8 -

functions described and to generate output.  The output may be provided to one or more output devices.

[0024]    Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language.  The programming language may, for example, be a compiled or interpreted programming language.

[0025]    Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs.  Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other

- 9 -

computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0026]    What is claimed is:

- 10 -

## CLAIMS

1. A computer-implemented method comprising:

(A)     displaying a first set of representations of a first set of hyperlinks;

(B)     receiving first input from a user indicating a selection of one of the first set of hyperlink representations;

(C)     in response to receiving the first input, displaying a second set of representations of a second set of hyperlinks;

(D)     receiving second input from the user indicating a selection of one of the second set of hyperlink representations; and

(E)     in response to receiving the second input, navigating to a destination specified by the selected one of the second set of hyperlink representations.

2. The method of claim 1, wherein the first set of representations is a set of textual representations.

3. The method of claim 1, wherein (B) comprises receiving input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

- 11 -

4. The method of claim 1, wherein (B) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5. The method of claim 1, wherein the second set of representations is a set of graphical representations.

6. The method of claim 1, wherein (D) comprises receiving input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7. The method of claim 1, wherein (D) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8. The method of claim 1, wherein (C) comprises displaying the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9. The method of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10. The method of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

- 12 -

## ABSTRACT

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink.  The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

- 13 -



FIG. 1A



102c

104a

1026

100

1066 — World News

1066 — Business News

106c — US News

1060 — UK News

106e — TV News

106f — Biz Magazines

106g — Biz Knowledge

106h — Stock Research

Home

104c

— 110a

DAILY EXPRESS — 110b

Daily Mail — 110c

Mirror — 110d

The Daily Telegraph — 110e

FINANCIAL TIMES — 110f

Guardian — 110g

THE SCOTSMAN — 110h

Sun — 110i

THE TIMES — 110j

FIG. 1B

PTO/SB/06 (12-04)

**Filing Date:    12/12/08**

Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>**12/334,093** |
|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | **330** |
| SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | **540** |
| EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | **220** |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | **10** minus 20 = | | x$26 | | OR | x$52 | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | **1** minus 3 = | * | x$110 | | | x$220 | |
| APPLICATION SIZE<br>FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | 195 | | | 390 | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | **1090** |

### APPLICATION AS AMENDED – PART II

| | | (Column 1)<br>CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | (Column 2)<br>HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | (Column 3)<br>PRESENT<br>EXTRA | SMALL ENTITY<br>RATE ($) | ADDI-<br>TIONAL<br>FEE ($) | OR | OTHER THAN<br>SMALL ENTITY<br>RATE ($) | ADDI-<br>TIONAL<br>FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total<br>(37 CFR 1.16(i)) | * | Minus ** | = | X = | | OR | X = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus *** | = | X = | | OR | X = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | | TOTAL<br>ADD'T FEE | | OR | TOTAL<br>ADD'T FEE | |

| | | (Column 1)<br>CLAIMS<br>REMAINING<br>AFTER<br>AMENDMENT | (Column 2)<br>HIGHEST<br>NUMBER<br>PREVIOUSLY<br>PAID FOR | (Column 3)<br>PRESENT<br>EXTRA | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) | OR | RATE ($) | ADDI-<br>TIONAL<br>FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | Total<br>(37 CFR 1.16(i)) | * | Minus ** | = | X = | | OR | X = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus *** | = | X = | | OR | X = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | | TOTAL<br>ADD'T FEE | | OR | TOTAL<br>ADD'T FEE | |

\*   If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\*  If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.    **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# EXHIBIT 16

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4262842

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
| --- | --- |
| STRAGENT TECHNOLOGIES, LLC | 12/31/2008 |

**RECEIVING PARTY DATA**

| | |
| --- | --- |
| **Name:** | STRAGENT, LLC |
| **Street Address:** | 211 W TYLER ST., SUITE C |
| **City:** | LONGVIEW |
| **State/Country:** | TEXAS |
| **Postal Code:** | 75601 |

**PROPERTY NUMBERS Total: 10**

| Property Type | Number |
| --- | --- |
| Patent Number: | 7529795 |
| Patent Number: | 8700704 |
| Patent Number: | 7856472 |
| Patent Number: | 7849148 |
| Patent Number: | 8682961 |
| Patent Number: | 8683003 |
| Patent Number: | 8180829 |
| Patent Number: | 8219615 |
| Patent Number: | 8219906 |
| Application Number: | 14224002 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
| --- | --- |
| **Email:** | andrew.gordon@stragent.com |
| **Correspondent Name:** | ANDREW GORDON |
| **Address Line 1:** | 211 W TYLER ST., SUITE C |
| **Address Line 4:** | LONGVIEW, TEXAS 75601 |

| ATTORNEY DOCKET NUMBER: | SVIPGP090 |
| --- | --- |
| NAME OF SUBMITTER: | ANDREW GORDON |

| SIGNATURE: | /Andrew Gordon/ |
| DATE SIGNED: | 02/07/2017 |

**Total Attachments: 2**

source=Arav_Assignment3_StragentTech__Stragent_TX_12_31_2008#page1.tif

source=Arav_Assignment3_StragentTech__Stragent_TX_12_31_2008#page2.tif

**PATENT**
**REEL: 041192 FRAME: 0070**

# PATENT ASSIGNMENT

WHEREAS, Stragent Technologies, LLC, having a place of business at 100 Park Center Plaza, Suite 300A, San Jose, CA 95113 (hereinafter "ASSIGNOR") is owner of the following patent applications ("Patent"):

| | | | |
|---|---|---|---|
| SVIPGP015 | 11/342,333 | 1/26/2006 | Shared Transport Medium System And Method For Use Within A Casino Or Gambling Environment |
| SVIPGP016 | 11/356,714 | 2/16/2006 | Gaming Machine System And Method With Buttons Equipped With Modulating Lights |
| SVIPGP017 | 11/373,851 | 3/10/2006 | Gaming Machine System And Method |
| SVIPGP036 | 11/124,487 | 5/6/2005 | Battery Monitor |
| SVIPGP037 | 11/213,154 | 8/25/2005 | Rim-Manufactured Gaming Device |
| REDACTED | | | |
| SVIPGP038 | 11/213,418 | 8/25/2005 | Gaming Machine Reel Assembly For Providing A Substantially Planar Viewing Surface |
| REDACTED | | | |
| SVIPGP039 | 11/213,421 | 8/25/2005 | Braking Hinge And Release Mechanism For Gaming Machine Housing Door |
| REDACTED | | | |
| SVIPGP040 | 11/213,419 | 8/25/2005 | Latch Assembly Mechanism For Gaming Machine Housing Door |
| REDACTED | | | |
| SVIPGP041 | 11/213,420 | 8/25/2005 | Gaming Machine With Player Tracking Device Capable Of Tool-Less Removal |
| REDACTED | | | |
| SVIPGP042 | 11/213,198 | 8/25/2005 | Gaming Machine System With Coordinated Screensavers |
| REDACTED | | | |
| SVIPGP043 | 11/213,422 | 8/25/2005 | Secondary Gaming Machine Having A Touch Screen Mounted Thereon Without An Associated Electronic Display |
| REDACTED | | | |
| SVIPGP044 | 11/213,147 | 8/25/2005 | System And Method Of Manufacture For A Gaming Device Housing |
| REDACTED | | | |
| SVIPGP045 | 11/467,027 | 8/24/2006 | Gaming Machine Cash Box System |
| REDACTED | | | |

**PATENT**
**REEL: 041192 FRAME: 0071**

| SVIPGP046 | 11/467,041 | 8/24/2006 | Gaming Machine System And Method Of Manufacture Using A Flexible Spline |
|---|---|---|---|
| REDACTED | | | |
| SVIPGP047 | 10/664,087 | 9/16/2003 | Modular Security Enclosure For Gaming Machine |
| SVIPGP048 | 11/861,657 | 9/26/2007 | Replaceable Cosmetic Panels For Machine Cabinets\n |
| REDACTED | | | |
| SVIPGP049 | 11/938,108 | 11/9/2007 | Pivotable Display For A Gaming Machine |
| REDACTED | | | |
| SVIPGP061 | 10/737,690 | 12/15/2003 | System, Method And Computer Program Product For Sharing Information In A Distributed Framework |
| REDACTED | | | |
| SVIPGP050 | 11/444,930 | 5/31/2006 | System, Method And Computer Program Product For Transferring Money |
| SVIPGP088 | 10/943,325 | 9/17/2004 | Method And System For Processing Knowledge |
| SVIPGP090 | 11/384,957 | 3/20/2006 | Message Board Aggregator |
| SVIPGP091 | 11/176,006 | 7/5/2005 | Content Selection And Retrieval System |
| SVIPGP092 | 11/039,158 | 1/20/2005 | Monitoring And Reporting System And Method Of Operating The Same |

WHEREAS, Stragent, LLC, a Texas Limited Liability Company having a place of business at 211 W. Tyler, Suite C, Longview, Texas 75601 (hereinafter "ASSIGNEE") desires to acquire ASSIGNOR's entire right, title, and interest in and to the Patent;

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR hereby acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, the entire, irrevocable, and unconditional right, title, and interest of ASSIGNOR in, to, and under the Patent, and the inventions disclosed in the Patent (regardless of whether claimed) including but not limited to (a) all rights of ASSIGNOR in any and all priority patent application(s), and all foreign and domestic patents that may issue from the Patent, including reexaminations, reissues, renewals, continuations, continuations-in-part, divisionals, or extensions thereof that have been or may hereafter be filed, and (b) the right to sue for and collect damages for past, present, and future infringements of the Patent.

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this 31st day of December 2008.

Name: Kevin J. Zilka
President, Stragent Technologies, LLC

**PATENT**

# EXHIBIT 17

# HYPERLINK WITH GRAPHICAL CUE

## Related Applications

[0001] The present application is a continuation of U.S. application serial number 11/384,957 filed 03/20/2006, which is incorporated herein by reference. The present application is also related to U.S. provisional application serial number 60/784,141 filed 03/20/2006, which is incorporated herein by reference.

## BACKGROUND

### Field of the Invention

[0002]    The present invention relates to computer-implemented techniques for improving the usefulness of hyperlinks in web pages.

### Related Art

[0003]    Web pages, and other kinds of hypertext documents, use textual representations of hyperlinks to indicate to the user which hyperlinks the user may follow.  For example, if a web page includes the text, "Click here for more information," the word "here" may be underlined to indicate to the user that selecting (e.g., clicking on) the word "here" will cause the web browser to navigate via a hyperlink to another web page (referred to as the "anchor" of the hyperlink).

[0004]    Textual hyperlinks have proven to be extremely useful and powerful tools.  In fact, in the first incarnation of the World Wide Web, web pages could only contain text.  In such

- 2 -

web pages, all hyperlinks were visually represented using text displayed with a special characteristic (e.g., underlining or a special color) indicating that the text represented a hyperlink. Textual representations of hyperlinks have the benefit, for example, of allowing hyperlinks to be visually embedded within otherwise normal prose text, such as news articles and email messages, without visually interrupting the flow of such text.

[0005]    Textual representations of hyperlinks, however, have certain drawbacks. For example, the textual representation of a hyperlink may not make the destination (anchor) of the hyperlink clear to the user. In the case of the text "Click here for more information," where the word "here" represents a hyperlink, the text does not convey the destination of the hyperlink to the user. Instead, the user only knows that clicking on the word "here" will cause the web browser to leave the current web page and navigate to another one. To identify the destination of the web page, the user may be required to navigate to that web page (by selecting the hyperlinked text) and view it, or to perform a cumbersome operation such as cutting and pasting the URL of the hyperlink into a document. In either case, it is tedious and time-consuming for the user to identify the destination of the hyperlink and therefore to decide whether to navigate to that destination.

[0006]    Some have attempted to address these problems with textual representations of hyperlinks by using graphical representations of hyperlinks. For example, a picture of a person on a web page may represent a hyperlink to that person's home page. Clicking on the picture will cause the web browser to navigate to the hyperlinked home page. Graphical hyperlinks have the benefit, in comparison to purely textual hyperlinks, of

- 3 -

providing the user with a clearer indication of the hyperlink's destination.  On the other hand, graphic images must typically occupy a significant area on the web page (so-called visual "real estate") before they can provide enough visual information to be useful to the user as an indication of the hyperlink's destination.  Graphical hyperlinks, therefore, are of limited value in web pages and other situations in which visual real estate is at a premium and must be used as efficiently as possible.

[0007]    What is needed, therefore, are improved techniques for providing visual representations of hyperlinks.

## SUMMARY

[0008]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    FIGS. 1A-1B are illustrations of web page hyperlinks displayed by embodiments of the present invention.

- 4 -

## DETAILED DESCRIPTION

[0010]    A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink. The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

[0011]    For example, referring to FIG. 1A, a web page 100 is shown according to one embodiment of the present invention. The web page 100 includes a first frame 102a displaying a first set of textual hyperlink representations 104a, and a second frame 102b displaying the contents of another web page.

[0012]    In the embodiment illustrated in FIG. 1A, the first set of hyperlink representations 104a includes hypertext 106a-h.  In this example, the hypertext 106a-h includes text representing categories of news web sites.  For example, hypertext 106a ("World News") represents the category of world news web sites, hypertext 106b ("Business News") represents the category of business news web sites, and so on.  The particular number, selection, and categorization of hypertext 106a-h shown in FIG. 1A is provided merely as an example and does not constitute a limitation of the present invention.

[0013]    The hyperlink representations 104a enable the user to access the underlying hyperlinks to external websites by

- 5 -

hovering over selecting any of the hypertext 106a-h.  The user may, for example, select a particular link either by clicking on one of the hypertext links 106a-h or by hovering a mouse cursor over one of the hypertext links 106a-h.

[0014]     In response to receiving a selection of one of the hypertext links 1060a-h from the user, the web page 100 displays a second set of hyperlink representations 104b.  In the particular example illustrated in FIG. 1A, the user has clicked on or hovered the mouse cursor over hypertext 106h ("Stock Research").  In response, the web page 100 has displayed the second set of hyperlink representations 104b, which represent hyperlinks within the selected category.  In other words, each of the hyperlink representations 108a-l represents a hyperlink to a stock research web site.

[0015]     More specifically, in the embodiment illustrated in FIG. 1A, each of the hyperlink representations 108a-l is a graphic image of the logo of the web site that is the destination of the hyperlink.  For example, hyperlink representation 108a is the logo of www.bigcharts.com, and the hyperlink representation 108a acts as a link to www.bigcharts.com.

[0016]     Therefore, when the user selects (e.g., clicks on or hovers over) one of the second set of hyperlink representations 108a-l, the web browser displays the destination of the selected hyperlink in the frame 102b.  For example, if the user selects hyperlink representation 108a (i.e., the logo of www.bigcharts.com), the web browser will navigate to and display the home page of www.bigcharts.com in frame 102b.

[0017]     Different sets of hyperlinks are displayed as the user selects (e.g., clicks on or hovers over) different ones of

- 6 -

the first set of hyperlinks 106a-h.  For example, as shown in FIG. 1B, when the user selects hyperlink 106d ("UK News"), the web page 100 displays a set 104c of hyperlink representations 110a-j depicting logos of UK news web sites.  If hovering is enabled to activate the first set 104a of links 106a-j, the user may quickly view the links in different categories by moving the mouse cursor over different ones of the first set 104a of links 106a-h.  In a web browser, such a feature may be enabled using AJAX technology, through which all of the logos may be pre-downloaded with the web page 100, and then quickly displayed to the user without requiring additional accesses to the server.

[0018]    The techniques just described may, for example, be implemented in conjunction with a message board aggregation web site of the kind disclosed in the patent application entitled, "Message Board Aggregator."

[0019]    One advantage of the techniques disclosed herein is that hyperlink representations (e.g., the hyperlinks 104b and 104c) may be displayed to the user essentially instantaneously. Such techniques, therefore, provide the user with a method of scanning through links that is more intuitive and thus quicker for users than traditional techniques.  Furthermore, the use of company logos or other graphical representations of hyperlinks facilitates the users experience, because because it is likely that the user will already associate the company logo with the corresponding company name (attached to the hyperlink).  The method is also visually more appealing than commonly used plain text methods.

[0020]    It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as

- 7 -

illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions. In particular, the functions performed by the aggregation server 112 shown in FIG. 1 may be further subdivided into additional components for performing the same functions.

[0021]    The first set of hyperlinks 104a may be sorted into categories, sub-categories, and so on, in any manner. Alternatively, they may be unsorted. The hyperlinks that are displayed may be predetermined by the web page designer, determined by the user, or any combination thereof. The user may, for example, be provided with the ability to set up categories (and subcategories) comprising favorite website hyperlinks.

[0022]    Any kind of computer program may implement the techniques disclosed herein. For example, the techniques disclosed herein may be implemented in a web site displayed by a web browser.

[0023]    The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the

- 8 -

functions described and to generate output.  The output may be provided to one or more output devices.

[0024]    Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language.  The programming language may, for example, be a compiled or interpreted programming language.

[0025]    Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs.  Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other

- 9 -

computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

[0026]    What is claimed is:

- 10 -

## CLAIMS

1. A computer-implemented method comprising:

(A)     displaying a first set of representations of a first set of hyperlinks;

(B)     receiving first input from a user indicating a selection of one of the first set of hyperlink representations;

(C)     in response to receiving the first input, displaying a second set of representations of a second set of hyperlinks;

(D)     receiving second input from the user indicating a selection of one of the second set of hyperlink representations; and

(E)     in response to receiving the second input, navigating to a destination specified by the selected one of the second set of hyperlink representations.

2. The method of claim 1, wherein the first set of representations is a set of textual representations.

3. The method of claim 1, wherein (B) comprises receiving input from the user indicating a mouse click on the selected one of the first set of hyperlink representations.

- 11 -

4. The method of claim 1, wherein (B) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the first set of hyperlink representations.

5. The method of claim 1, wherein the second set of representations is a set of graphical representations.

6. The method of claim 1, wherein (D) comprises receiving input from the user indicating a mouse click on the selected one of the second set of hyperlink representations.

7. The method of claim 1, wherein (D) comprises receiving first input from the user indicating a mouse cursor hovering over the selected one of the second set of hyperlink representations.

8. The method of claim 1, wherein (C) comprises displaying the second set of representations of the second set of hyperlinks substantially immediately after receiving the first input.

9. The method of claim 1, wherein the first set of representations is specified by the user before displaying the first set of representations.

10. The method of claim 1, wherein the second set of representations is specified by the user before displaying the second set of representations.

## ABSTRACT

A computer program provides a first set of representations (e.g., textual representations) of a first set of hyperlinks.  In response to selection by a user of one of the first set of hyperlink representations (such as by clicking on or hovering a cursor over the representation), the program displays a second set of representations (e.g., graphical representations) of a second set of hyperlinks.  The user may select one of the second set of representations, in response to which the program navigates to the destination of the hyperlink.  The second set of representations may, for example, be logos of companies, and the second set of hyperlinks may be hyperlinks to the companies' web sites.

- 13 -



FIG 1A



FIG. 1B

**Filing Date:**    **12/12/08**

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/334,093 |
|---|---|

### APPLICATION AS FILED – PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 330 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 540 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 220 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 10 | minus 20 = | x$26 | | OR | x$52 | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 | minus 3 = * | x$110 | | | x$220 | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | 195 | | | 390 | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1090 |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total (37 CFR 1.16(i)) | * | Minus ** | = | X = | | OR | X = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X = | | OR | X = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | Total (37 CFR 1.16(i)) | * | Minus ** | = | X = | | OR | X = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X = | | OR | X = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

kasdjflkasjflkj

**504216172** ³²³ **02/07/2017**

Case 1:26-cv-00193-JLH   Document 1-1   Filed 02/23/26   Page 279 of 282 PageID #:

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4262849

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| STRAGENT, LLC | 04/21/2009 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ALOFT MEDIA, LLC |
| Street Address: | 211 WEST TYLER ST., SUITE C-1 |
| City: | LONGVIEW |
| State/Country: | TEXAS |
| Postal Code: | 75601 |

**PROPERTY NUMBERS Total: 10**

| Property Type | Number |
|---|---|
| Patent Number: | 7529795 |
| Patent Number: | 8700704 |
| Patent Number: | 7856472 |
| Patent Number: | 7849148 |
| Patent Number: | 8682961 |
| Patent Number: | 8683003 |
| Patent Number: | 8180829 |
| Patent Number: | 8219615 |
| Patent Number: | 8219906 |
| Application Number: | 14224002 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Email: | andrew.gordon@stragent.com |
| Correspondent Name: | ANDREW GORDON |
| Address Line 1: | 211 W TYLER ST., SUITE C |
| Address Line 4: | LONGVIEW, TEXAS 75601 |

| ATTORNEY DOCKET NUMBER: | SVIPGP090 |
|---|---|
| NAME OF SUBMITTER: | ANDREW GORDON |

| **SIGNATURE:** | /Andrew Gordon/ |
|---|---|
| **DATE SIGNED:** | 02/07/2017 |

**Total Attachments: 2**

source=Arav_Assignment4_SVIPGP090_Stragent__Aloft_04_21_2009#page1.tif

source=Arav_Assignment4_SVIPGP090_Stragent__Aloft_04_21_2009#page2.tif

**PATENT**
**REEL: 041192 FRAME: 0093**

# ASSIGNMENT

WHEREAS,

> Stragent, LLC
> 211 W. Tyler St.
> Suite C-2
> Longview, TX 75601

(hereinafter "ASSIGNOR"), is the owner of the entire interest in the inventions in the following patent applications/patents:

| | |
|---|---|
| Docket Number: | SVIPGP090 |
| Title: | MESSAGE BOARD AGGREGATOR |
| Serial Number: | 11/384,957 |
| Filing Date: | 03/20/2006 |

| | |
|---|---|
| Docket Number: | SVIPGP090A |
| Title: | MESSAGE BOARD AGGREGATOR |
| Serial Number: | 12/334,024 |
| Filing Date: | 12/12/2008 |

| | |
|---|---|
| Docket Number: | SVIPGP090B |
| Title: | INSTANTANEOUS SYMBOL LOOKUP |
| Serial Number: | 12/334,037 |
| Filing Date: | 12/12/2008 |

| | |
|---|---|
| Docket Number: | SVIPGP090C |
| Title: | INSTANTANEOUS SYMBOL LOOKUP |
| Serial Number: | 12/334,063 |
| Filing Date: | 12/12/2008 |

| | |
|---|---|
| Docket Number: | SVIPGP090D |
| Title: | HYPERLINK WITH GRAPHICAL CUE |
| Serial Number: | 12/334,068 |
| Filing Date: | 12/12/2008 |

| | |
|---|---|
| Docket Number: | SVIPGP090E |
| Title: | HYPERLINK WITH GRAPHICAL CUE |
| Serial Number: | 12/334,093 |
| Filing Date: | 12/12/2008 |

and WHEREAS, Aloft Media, LLC (hereinafter "ASSIGNEE"), a Texas Limited Liability Company having a business address at 211 W. Tyler St., Suite C-1, Longview, TX 75601, is desirous of obtaining the entire right, title and interest in, to and under the said inventions and the said applications/patents:

NOW, THEREFORE, in exchange for good and valuable consideration, the receipt of which is hereby acknowledged, said ASSIGNOR has sold, assigned, transferred and set over, and by these presents does hereby sell, assign, transfer and set over, unto the said ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said inventions, and the said United States applications/patents and all divisions, renewals and continuations thereof, and all Patents of the United States which may be granted thereon and all reissues and extensions thereof; and all applications for

industrial property protection, including, without limitation, all applications for patents, utility models, and designs which may hereafter be filed for said inventions in any country or countries foreign to the United States, together with the right to file such applications and the right to claim for the same the priority rights derived from said United States applications/patents under the Patent Laws of the United States, the International Convention for the Protection of Industrial Property, or any other international agreement or the domestic laws of the country in which any such applications are filed, as may be applicable; and all forms of industrial property protection, including, without limitation, patents, utility models, inventors' certificates and designs which may be granted for said inventions in any country or countries foreign to the United States and all extensions, renewals and reissues thereof; such entire, right, title and interest expressly includes the right to sue for and recover past damages for infringement of the patent(s)/application(s).

IN TESTIMONY WHEREOF, I hereunto set my hand and seal the day and year set opposite my signature.

Date: _____4/2 1/ 0 7_____          _____
                                        **Signature of Assignor**
                                        Name:  Kevin J. Zilka
                                        Title:  CEO, Stragent, LLC

**PATENT**
**REEL: 041192 FRAME: 0095**

**RECORDED: 02/07/2017**