IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

NOURYON USA LLC

v.

ALOFT MEDIA, LLC, ET AL.

Civil Action No. 1:26-cv-00193

_____

**DESIGNATION OF DISTRICT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so,

I hereby designate and assign the Honorable John F. Murphy of the United States District

Court for the Eastern District of Pennsylvania for such a period as is necessary for the

disposition of the above-entitled matter and all related cases.

s/ Michael A. Chagares
Michael A. Chagares, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: April 21, 2026