**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NOURYON USA LLC,

                Plaintiff,

   v.

ALOFT MEDIA, LLC; GEORGE STREET
PARTNERS; TODD SCHMIDT; and
GEORGE ANDREW GORDON,

              Defendants.

C.A. No. 26-cv-193-JFM

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the time for Defendants

to answer, move, or otherwise respond to the Complaint is extended to May 4, 2026.

Dated: April 23, 2026

SAUL EWING LLP

/s/ Jennifer M. Becnel-Guzzo
Jennifer M. Becnel-Guzzo(#4492)
1201 N. Market Street Suite 2300
Wilmington, DE 19899-1266
(302) 421-6800
Jennifer.becnel-guzzo@saul.com

*Attorneys for Plaintiff Nouryon USA LLC*

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants Aloft Media, LLC,*
*George Street Partners, Todd Schmidt, and*
*George Andrew Gordon*

IT IS SO ORDERED this _____ day of April, 2026.

_____
The Honorable John F. Murphy