**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| Nouryon USA LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 26-cv-193-JFM |
| | § | |
| Aloft Media, LLC; George Street | § | |
| Partners, Todd Schmidt, and | § | |
| George Andrew Gordon, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' MOTION TO DISMISS**
**COMPLAINT FOR DECLARATORY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6), 9(b) Defendants move to dismiss the Complaint for Declaratory Judgment on the basis that: (1) Defendants George Street Partners, Todd Schmidt, and George Andrew Gordon should be dismissed under Federal Rule of Civil Procedure 12(b)(1) because no case or controversy exists between them and Plaintiff; (2) all Defendants should be dismissed under Federal Rule of Civil Procedure 12(b)(2) because there is no personal jurisdiction over any of them; (3) Plaintiff's inequitable conduct allegations against Aloft Media, LLC ("Aloft") stemming from the alleged failure to disclose references during prosecution of U.S. Patent No. 10,372,793 ("the '793 Patent") should be dismissed under Federal Rule of Civil Procedure 9(b) for failure to meet the heightened pleading standard for such allegations, and (4) Plaintiff's invalidity and unenforceability allegations directed to Aloft's '793 Patent pertaining to alleged improper incorporation by reference and priority claim should be dismissed under Federal Rule of Civil Procedure 12(b)(6) because they are not legally supportable.

The grounds for this motion are set forth in the accompanying opening brief.

1

Dated: May 4, 2026                                      Respectfully submitted,


*Of Counsel*:

                                                       /s/ Brian E. Farnan
Brian Buss                                             Brian E. Farnan (Bar No. 4089)
Michael Benefield                                      Michael J. Farnan (Bar No. 5165)
Buss & Benefield, PLLC                                 FARNAN LLP
1298 West Main Street                                  919 N. Market Street, 12th Floor
Greenwood, Indiana 46142                               Wilmington, DE 19801
317-887-0050 (office)                                  (302) 777-0300
1-844-637-3650 (fax)                                   bfarnan@farnanlaw.com
                                                       mfarnan@farnanlaw.com

                                                       *Attorneys for Defendants*