## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NOURYON CHEMICALS LLC,

      Plaintiff,

      v.

ALOFT MEDIA, LLC; GEORGE STREET
PARTNERS; TODD SCHMIDT; and
GEORGE ANDREW GORDON,

      Defendants.

C.A. No. 26-193-JFM

## STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

WHEREAS, Plaintiff Nouryon Chemicals LLC ("Plaintiff") filed a Declaratory Judgment Complaint on February 23, 2026 (D.I. 1);

WHEREAS, Defendants Aloft Media LLC, George Street Partners, Todd Schmidt, and George Andrew Gordon (collectively, "Defendants") filed a Motion to Dismiss Plaintiff's Complaint on May 4, 2026 (D.I. 15) making Plaintiff's deadline to file a response their motion May 18, 2026; and

WHEREAS, Plaintiff and the Defendants have conferred and agreed to extend Plaintiff's deadline to respond to Defendants' Motion to Dismiss by thirty days making Plaintiff's response due on or before June 17, 2026.

IT IS HEREBY STIPULATED between the Parties, by and through their undersigned attorneys, and subject to approval by the Court, that Plaintiff's deadline to respond to Defendant's Motion to Dismiss is extended to June 17, 2026.

-2-

Dated: May 18, 2026

**SAUL EWING LLP**

*/s/ Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo (#4492)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
Telephone (302) 421-6800
jennifer.becnel-guzzo@saul.com

*Counsel for Plaintiff*

**FARNAN, LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Defendants*

IT IS SO ORDERED this 18th day of May, 2026.

_____
The Honorable John F. Murphy