### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **NOURYON USA LLC** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-193** |
| | : | |
| **ALOFT MEDIA, LLC, GEORGE** | : | |
| **STREET PARTNERS, TODD** | : | |
| **SCHMIDT, GEORGE ANDREW** | : | |
| **GORDON** | : | |

## <u>ORDER</u>

**AND NOW**, this 24th day of June 2026, upon considering plaintiff's first amended complaint (DI 22), it is **ORDERED** defendants' motion to dismiss (DI 15) is **DENIED as moot**.

_____
**MURPHY, J.**