**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

NOURYON USA LLC,

                Plaintiff,

    v.

ALOFT MEDIA, LLC;

                Defendant.

C.A. No. 26-cv-193-JFM

## STIPULATION TO EXTEND TIME

      The parties hereby agree, subject to the approval of the Court, that the time for Defendant to answer, move, or otherwise respond to the First Amended Complaint for Declaratory Judgment (D.I. 22) is extended to July 31, 2026.

| | |
|---|---|
| Dated: June 25, 2026 | Respectfully submitted, |
| SAUL EWING LLP | FARNAN LLP |
| /s/ Jennifer M. Becnel-Guzzo | /s/ Brian E. Farnan |
| Jennifer M. Becnel-Guzzo(#4492) | Brian E. Farnan (Bar No. 4089) |
| 1201 N. Market Street Suite 2300 | Michael J. Farnan (Bar No. 5165) |
| Wilmington, DE 19899-1266 | 919 North Market Street, 12th Floor |
| (302) 421-6800 | Wilmington, DE 19801 |
| Jennifer.becnel-guzzo@saul.com | (302) 777-0300 |
| | bfarnan@farnanlaw.com |
| *Attorneys for Plaintiff Nouryon USA LLC* | mfarnan@farnanlaw.com |
| | *Attorneys for Defendant Aloft Media, LLC* |

IT IS SO ORDERED this 25th day of June, 2026.

_____
The Honorable John F. Murphy