**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOURYON USA LLC,<br><br>Plaintiff,<br>v.<br><br>ALOFT MEDIA, LLC;<br><br>Defendant. | C.A. No. 26-cv-193-JFM |

**STIPULATION TO EXTEND TIME**

The Parties hereby agree, subject to the approval of the Court, that the time for Plaintiff Nouryon USA LLC ("Plaintiff") to file its answering brief in opposition to Defendant Aloft Media, LLC's ("Defendant") Motion to Dismiss the First Amended Complaint (D.I. 26-27) is extended to September 4, 2026.

Dated: August 28, 2026

Respectfully submitted,

SAUL EWING LLP

/s/ *Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo(#4492)
1201 N. Market Street Suite 2300
Wilmington, DE 19899-1266
(302) 421-6800
Jennifer.becnel-guzzo@saul.com

*Attorneys for Plaintiff Nouryon USA LLC*

FARNAN LLP

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Aloft Media, LLC*

IT IS SO ORDERED this 28th day of August, 2026.

The Honorable John F. Murphy